**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JO NIE,<br><br>Plaintiff(s),<br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant(s). | CASE NO. 24-CV-37-MAR<br><br>**NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE IN ERISA CASE** |

---

**1. Introduction**. This civil action has been randomly assigned to a Magistrate Judge for all purposes, including deciding any dispositive motions that may arise and addressing the merits of the matter. In accordance with 28 U.S.C. § 636(c) and when the parties unanimously consent, the Magistrate Judges of this District have been designated to conduct any and all proceedings in jury and nonjury civil matters, including hearing and deciding dispositive motions, resolving claims and entering a final judgment. The Magistrate Judges of this district may only exercise these powers if the parties unanimously consent. In such consent cases, an appeal from a judgment entered by a Magistrate Judge of this District may be taken directly to the United States Court of Appeals for the Eighth Circuit in the same manner as an appeal from any other judgment of a district court.

**2. Purpose**. The objective of Administrative Order 17-AO-0015P is to maximize the judicial resources within the Northern District of Iowa by recognizing the full extent of Magistrate Judge jurisdiction under 28 U.S.C. § 636 in civil cases to "secure the just,

speedy, and inexpensive determination of every action and proceeding" consistent with Rule 1 of the Federal Rules of Civil Procedure. Because District Judges are responsible for presiding over felony criminal matters, the trial dockets of Magistrate Judges are generally less crowded. Thus, Magistrate Judges may be able to provide earlier resolution of the matter, which results in the efficient use of resources for both the litigants and the judiciary. Administrative Order 17-AO-0015P also recognizes the high quality of the Magistrate Judges chosen to serve in the Northern District of Iowa, as reflected by their appointment following a highly competitive and thorough merit selection process.

**3. Options**. Currently, a Magistrate Judge is assigned to your case. However, you have the following options:

a. **Consent to the Assigned Magistrate Judge**. This case cannot remain as a Magistrate Judge consent case unless the parties unanimously consent. As such, this is an issue that the parties should address at or before the time they confer to discuss the proposed scheduling order. If the parties unanimously consent to keeping the currently-assigned Magistrate Judge, then they should execute and submit a joint notice of consent (a form for which is located on the Court's website) to the Clerk's Office at: ecfmail@iand.uscourts.gov or provide their consent when submitting their proposed scheduling order. The parties' unanimous consent must be provided prior to or in conjunction with the deadline for filing a proposed scheduling order, or within two weeks of the filing of a dispositive motion, whichever is earlier.

b. **Have the Case Randomly Reassigned to a District Judge**. Each party has the

absolute right to refuse to consent to proceed before the Magistrate Judge. There are two procedures through which this case may be reassigned to a District Judge:

i. **Upon Request**. You or your attorney may contact the Clerk of Court for the Northern District of Iowa and make a request for reassignment to a District Judge by the applicable deadline for filing the consent set forth in Part 3.a. above. If the applicable deadline is extended by any judicially-granted extension, the request for reassignment to a District Judge must be made by the conclusion of the judicially-granted extension.

ii. **Lack of Unanimous Consent**. Reassignment to a District Judge will occur automatically if the parties do not execute and file a joint consent form that demonstrates their unanimous consent to proceed before a Magistrate Judge by the applicable deadline for filing the consent set forth in Part 3.a. above. If the applicable deadline is extended by any judicially-granted extension, the joint consent form must be filed by the conclusion of the judicially-granted extension.

**4. Additional Parties**. If the existing parties consent to the Magistrate Judge but an additional party or parties are later added to this suit, the Clerk of Court will deliver this document to the additional party or parties. The parties will have twenty-one (21) days after the deadline for filing a responsive pleading to file a written consent to proceed with the Magistrate Judge. If any party fails to file a written consent within that deadline or

contacts the Clerk of Court before the expiration of that deadline to request reassignment to a District Judge, then this case will be randomly reassigned to a District Judge.

**5. Procedures for Reassignment**. If the case is randomly reassigned to a District Judge, you will not have the opportunity to learn which District Judge your case will be assigned to prior to the reassignment. If the case is reassigned to a District Judge and the parties later decide to unanimously consent to proceed before a Magistrate Judge, they must obtain leave of court to do so. Such leave may or may not be granted at the sole discretion of the District Judge assigned to the parties' case. If leave is granted, the case will be randomly reassigned to a Magistrate Judge, meaning it may or may not be reassigned to the same Magistrate Judge.

**6. Duty to Provide Notice**. The plaintiff (or if the case is removed to federal court, the removing party) must serve a copy of this notice and attachments immediately upon all other parties that have been served with the summons and complaint, pursuant to Federal Rules of Civil Procedure 4 and 5.

PAUL DE YOUNG, Clerk of Court
United States District Court
Northern District of Iowa

By: /s/RJS
Deputy Clerk