# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Iowa

Case Number: 1:24-CV-37-MAR

Plaintiff:
**JO NIE**

vs.

Defendant:
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

For:
Neifert, Byrne & Ozga, P.C.
1441 29th Street
Suite 111
West Des Moines, IA 50266

Received by Burris Process Serving, LLC on the 19th day of April, 2024 at 9:20 am to be served on **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON C/O CT CORPORATION SYSTEM, 400 E COURT AVE, DES MOINES, IA 50309**.

I, Alese Burris, being duly sworn, depose and say that on the **19th day of April, 2024** at **12:16 pm, I:**

Served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MELISSA MILLANG** as **Registered Agent** at the address of: **400 E COURT AVE, DES MOINES, IA 50309** on behalf of **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of april, 2024

Leah Burris
NOTARY PUBLIC

LEAH BURRIS
Commission Number 824421
My Commission Expires
March 23, 2026

Alese Burris
**Alese Burris**
Process Server

**Burris Process Serving, LLC**
**699 Walnut Street**
**Suite 400**
**Des Moines, IA 50309**
**(515) 978-8558**

Our Job Serial Number: BPL-2024000355

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a