**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JO NIE,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | **Case No. 1:24-CV-00037**<br><br>APPEARANCE |

COMES NOW Brenda K. Wallrichs of the law firm of Lederer West Craig, PLC and hereby enters her Appearance on behalf of Defendant, Lincoln Life Assurance Company of Boston, in the above-referenced matter.


**LEDERER WESTON CRAIG PLC**

By: _/s/ Brenda K. Wallrichs_
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184 ext. 2101
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 23, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using this court's ECF system and will also serve to counsel listed below via email:

Jason D. Neifert
NEIFERT, BYRNE & OZGA, P.C.
E-mail: JNeifert@nbolawfirm.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Brenda K. Wallrichs*
Brenda K. Wallrichs