**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JO NIE,<br><br>Plaintiff(s),<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 1:24-cv-00037<br><br>**MOTION FOR ADMISSION PRO HAC VICE - IWANA RADEMAEKERS** |

Iwana Rademaekers, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant, Lincoln Life Assurance Company of Boston, and states as follows:

1. Iwana Rademaekers states that she is a member in good standing of the bar of the United States District Court for the Eastern, Northern, Western, and Southern Districts of Texas; Eastern and Western Districts of Arkansas; District of Colorado; Northern District of Illinois; Eastern and Western Districts of Michigan; Eastern District of Missouri; District of New Mexico; District of North Dakota; Eastern and Western District of Oklahoma; Eastern and Western District of Tennessee; Eastern and Western District of Wisconsin; the U.S. Courts of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Circuits; that she is admitted to practice before all Texas state trial courts; and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

2. Iwana Rademaekers further states she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Brenda Wallrichs of Lederer Weston

Craig, P.L.C. in Cedar Rapids, Iowa, an attorney who has been admitted to the bar of this district under LR 83(b) and (c), and has entered an appearance in this case on behalf of Defendant, Lincoln Life Assurance Company of Boston.

3. Iwana Rademaekers states she can be contacted at the following location:

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

4. The certificate of good standing required by Administrative Order No. 19-AO-0004-P is attached.

WHEREFORE, the undersigned counsel, on behalf of Defendant, Lincoln Life Assurance Company of Boston, requests that the court enter an order allowing Iwana Rademaekers admission *pro hac vice* to appear on behalf of and represent Defendant, Lincoln Life Assurance Company of Boston, in the above-captioned matter.

Dated: May 23, 2024

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Esq.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff:**
Jason D. Neifert
Email: JNeifert@nbolawfirm.com

/s/ Iwana Rademaekers
Iwana Rademaekers