**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JO NIE,<br><br>Plaintiff(s),<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 1:24-cv-00037<br><br>**DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT** |

As required by LR 7.1 of the U.S. District Court for the Northern District of Iowa, Defendant, Lincoln Life Assurance Company of Boston, hereby provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:* Lincoln Life Assurance Company of Boston has merged with, and is now known as, The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:* None.

Dated: May 23, 2024

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
(Motion *Pro Hac Vice* Pending)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

AND

**LEDERER WESTON CRAIG PLC**

By: /s/ Brenda K. Wallrichs
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff:**
Jason D. Neifert
Email: JNeifert@nbolawfirm.com

/s/ Iwana Rademaekers
Iwana Rademaekers