IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JO NIE,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Law No. 24-cv-00037-MAR<br><br>**SCHEDULING ORDER** |

Counsel have conferred regarding the schedule in this matter and submit the following proposed dates for case management:

1. Deadline for exchange of administrative record: **August 9, 2024**
2. Deadline for filing the administrative record: **September 6, 2024**
3. Deadline for the filing of Plaintiff's opening brief: **October 18, 2024**
2. Deadline for the filing of Defendant's brief: **November 22, 2024**
3. Deadline for the filing of the Plaintiff's reply brief: **December 13, 2024**

Additionally, having considered the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form that the court provided in the new case packet, the parties:

1. unanimously consent to have a Untied States Magistrate Judge conduct all proceedings in this civil action and to order the entry of final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 73 by checking this box ☐; or

2. decline to consent to the exercise of jurisdiction in this civil action by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 73 by checking this box ☒.

*/s/ Jason D. Neifert*
Jason D. Neifert
NEIFERT, BYRNE & OZGA, P.C.
1441 – 29th Street, Suite 111
West Des Moines, IA 50266
Telephone: (515) 226-2117
Facsimile: (515) 226-2497
E-mail: JNeifert@nbolawfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Esq.
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
E-mail: iwana@rademaekers.law.com

**IT IS ORDERED** that the proposed dates are approved and adopted by the court [as modified].

DATED this ____________ day of ______________________________.

______________________________
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT