**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JO NIE,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 24-cv-37-LTS-MAR<br><br>**SCHEDULING ORDER** |

---

The parties submitted a Proposed Scheduling Order. (Doc. 10.) The Court will set the deadlines proposed by the parties. The following deadlines will govern this case:

1. Deadline for exchange of administrative record: August 9, 2024
2. Deadline for filing the administrative record: September 6, 2024
3. Deadline for filing of brief by Plaintiff: October 18, 2024
4. Deadline for filing of brief by Defendant: November 22, 2024
5. Deadline for filing of reply brief by Plaintiff: December 13, 2024

The parties need to comply with these deadlines. No extensions of time will be granted unless there is a showing of exceptional circumstances.

**IT IS SO ORDERED** this 12th day of July, 2024.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa