**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12118946 Claim Last Updated 07/14/2023 Printed On 5/13/2024

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JO E NIE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 7395.58 | Mode | M |
| | | Date of Hire | 11/03/2015 | | |
| | | Last Work Date | 09/27/2021 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CLINICAL DOCUMENTATION SPECIALIST

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 12/02/2021 |
| Disability Date | 09/28/2021 | Close Date | 09/28/2022 | Reopen Date | 09/25/2022 |
| Sick Days Left | 91 | Max Ben Date | 10/24/2031 | RTW FT / PT | |
| Ben Begin Date | 12/28/2021 | Apprv Thru Date | 09/27/2022 | Gross Ben $ | |

Diagnosis 1 Code/Desc H81.03 Menieres disease, bilateral

Diagnosis 2 Code/Desc F33.2 Major depressv disorder, recurrent severe w/o psych features

Policyholder Information

Customer ID 09 - LF0260 MERCY MEDICAL CENTER

Subsidiary 0MMC MERCY MEDICAL CENTER

Location 00000000 MERCY MEDICAL CENTER

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 02 ALL ACTIVE, FULL-TIME EMPLOYEES, .85 FTE MPS/MPA AND ABOVE, AND 0.9 FTE I

Waiting Period: New/Mode-Current/Mode 1 Year 1 Year Days in WRKWK

Elimination Period: Days/Type 90 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 12/01/2016 |
| GD | 01 | STD | 01 | 12/01/2015 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11975719 Claim Last Updated 12/02/2021 Printed On 5/13/2024

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JO E NIE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1706.67 | Mode | W |
| | | Date of Hire | 11/03/2015 | | |
| | | Last Work Date | 09/27/2021 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CLINICAL DOCUMENTATION SPECIALIST

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 10/21/2021 |
| Disability Date | 09/28/2021 | Close Date | 12/28/2021 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 12/27/2021 | RTW FT / PT | |
| Ben Begin Date | 10/05/2021 | Apprv Thru Date | 12/27/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc H54.7 Unspecified visual loss

Diagnosis 2 Code/Desc F32 Major depressive disorder, single episode

Policyholder Information

Customer ID 09 - LF0260 MERCY MEDICAL CENTER

Subsidiary 0MMC MERCY MEDICAL CENTER

Location 00000000 MERCY MEDICAL CENTER

Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2020

Class 01 ALL ACTIVE, FULL-TIME EMPLOYEES, .85 FTE OR MORE

Waiting Period: New/Mode-Current/Mode 0 | | 0 | Days in WRKWK 7

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 02 | 12/01/2016 |
| GD | 01 | STD | 01 | 12/01/2015 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

| Claim | | | | Primary Sort Order | Sec |
|---|---|---|---|---|---|
| * **Claim/Event/Leave Number** | 12118946 | **Accommodation Number** | | Note Type | ● |
| **Note type:** | | | | Note Number | |
| | | | | ● Note Date/Time | |
| | | | | Accm. No. | |

**05/13/2024 10:55 AM - CLAIM Note 105**
Claim/Event/Leave: 12118946
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/13/2024 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**11/17/2023 8:36 AM - CLAIM Note 104**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [11/17/2023 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #12118946. SUBMITTED TO THE CLAIMANT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED KANDREASEN@FIGHTINGFORFAIRNESS.COM

**11/17/2023 7:42 AM - CLAIM Note 103**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE REQUEST SENT
Text: [11/17/2023 - BOUCHER, ASHLEY]TO CLAIMSHOADMIN TODAY FOR 3/30/22 TO P. UPDATED AUTH ON FILE FROM ATTNY.

**11/16/2023 4:17 PM - PHONE Note 14**
Claim/Event/Leave: 12118946
NoteSubject : Other Called
Other Subject : ATTNY
Text: [11/16/2023 - BOUCHER, ASHLEY]REC'D VM FROM ATTNY OFFICE OF LAURA SCHULTES STATING THEY REQUESTED THE FILE AND HAVE IT FROM 2022 BUT NEED MORE. EMAILED ATTNY STATING WE NEED NEW AUTH AND REQUEST.

**07/14/2023 9:14 AM - CLAIM Note 102**
Claim/Event/Leave: 12118946
NoteSubject : Appeal
Other Subject : CRS DECISION REVIEW
Text: [07/14/2023 - BOYLE, SARAH]DOD 9/28/21, LTD BBD 12/28/21. CLMT IS 58YOF DOCUMENTATION SPECIALIST (SEDENTARY OCC) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. BASED ON PSYCH AND INT MED PEER REVIEWS, CLAIM WAS CLOSED EFF 09/28/2022 FOR NOT TD OWN OCC. CLMT'S ATTNY FILED APPEAL AND INCLUDED MEDICAL: OPINION LETTER FROM DR GISSELMAN, FAMILY MEDICINE, DATED 5/31/23, 3/1/23 TX NOTE FROM GISSELMAN, CLMT STATEMENT. ENT PEER REVIEW CONCLUDED CLMT SHOULD BE RESTRICTED FROM CLIMBING LADDERS OR ANY OBSTACLE >3FT IN HEIGHT, AND NO CLIMBING STAIRS WITHOUT A HANDRAIL. OTHERWISE SHE HAS NO OTHER R/L. DURING THE CONVERSATION WITH REVIEWER, DR GISSELMAN STATED CLMT WAS TD FROM ANY WORK DUE TO HER MENIERE'S SXS. DURING THE CONVERSATION WITH REVIEWER, DR GAILUSHAS STATED HE HAD NOT TX THE PATIENT SINCE 2020 AND HAD REFERRED HER TO ENT AND NEUROTOLOGY. HE AGREED W/ THE R/L OF NOT STAIRS, OR BEING IN A SITUATION WHERE SHE IS A FALL RISK. DR GAILUSHAS DID NOT FEEL THAT LIMITATIONS OF NOT WORKING ON A COMPUTER WERE WARRANTED. LETTERS SENT BY REVIEWER TO BOTH PROVIDERS ON 6/22/23,REQUESTED A RESPONSE W/I 5 DAYS. AS OF 7/14/23 NEITHER PROVIDER HAS RESPONDED. SENT PEER REVIEW TO CLMT'S ATTNY FOR RTR, DUE 7/13/23. ON 7/13/23 ATTNY PROVIDED LETTER FROM DR GAILUSHAS DATED 7/12/23 STATING SINCE 2022 CLMT HAS HAD WORSENING BALANCEAND VERTIGINOUS EVENTS RESULTING IN ADL DIFFICULTY AND HER INABILITY TO DO EVEN SEDENTARY WORK. BASED ON DR. GAILUSHAS' CONVERSATION WITH REVIEWER, HE HAS NOT TX CLMT SINCE 2022, AND NO MEDICAL RECORDS WERE PROVIDED W/ THE 7/12/23 LETTER TO ALTER THE CONCLUSION OF THE RECENT PEER REVIEW. BASED ON A REVIEW OF ALL INFORMATION SUBMITTED TO DATE, IMPAIRMENT IS NOT SUPPORTED AND CLAIM WILL REMAIN CLOSED.

**07/14/2023 8:35 AM - CLAIM Note 101**

Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject : LETTER: GAILUSHAS
Text: [07/14/2023 - BOYLE, SARAH]ATTNY FORWARDED 7/12/23 LETTER FROM DR GAILUSHAS ADVISING HER SXS ALL STEM FOR MENIERE'S DISEASE, AND DUE TO IT'S UNPREDICTABILITY AND THE SXS, CLMT IS UNABLE TO WORK.

**06/28/2023 11:43 AM - CLAIM Note 100**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/28/2023 - LAVOIE, DIANE]INVOICE RECEIVED ON 6/28/23 AND DATED 6/22/23 FROM MLS, INVOICE #156485-1 IN THE AMOUNT OF $660.00 FOR PEER REVIEW . INVOICE PAID IN FULL.

**06/23/2023 8:09 AM - CLAIM Note 99**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [06/23/2023 - BOYLE, SARAH]APPEAL RECEIVED 06/06/2023. EE IS ATTORNEY REPRESENTED. LM AND SENT EMAIL TO ATTNY TO CONFIRM IF APPEAL IS COMPLETE SINCE THE APPEAL LETTER CITES MISSING MEDICAL THAT WAS NOT PART OF THEREVIEW, RESPONSE DUE 6/13/23. AS OF6/14/23, NO RESPONSE FROM ATTNY. REFERRED FOR PMR PEER REVIEW (R). SENT TO ATTNY FOR RTR, DUE 7/13/23. NEW TENT DAY 45 = 8/11/23, 90 = 9/25/23

**06/23/2023 8:08 AM - CLAIM Note 98**
Claim/Event/Leave: 12118946
NoteSubject : LTR to EE
Other Subject : RTR
Text: [06/23/2023 - BOYLE, SARAH]SENT PEER TO ATTNY FOR RTR, DUE 7/13/23

**06/23/2023 7:54 AM - CLAIM Note 97**
Claim/Event/Leave: 12118946
NoteSubject : Peer Review
Other Subject : ENT
Text: [06/23/2023 - BOYLE, SARAH]THE CLAIMANT SHOULD BE RESTRICTED FROM ENTERING A SITUATION WHERE SHE IS A FALL RISK TO HERSELF OR OTHERS. THIS INCLUDES CLIMBING ANY LADDERS AND CLIMBING ANY OBSTACLE GREATER THAN 3 FEET IN HEIGHT. SHE IS RESTRICTED FROMWALKING UP AND DOWN STAIRS WITHOUT A HANDRAIL. OTHERWISE, SHE HAS NO OTHER RESTRICTIONS OR LIMITATIONS. THESE ARE SUPPORTED FROM 9/28/2022 TO ONGOING. REASSESSMENT IN 1 YEAR.

**06/15/2023 8:50 PM - CLAIM Note 96**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/15/2023 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**06/14/2023 12:09 PM - CLAIM Note 95**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : CRS REVIEW
Text: [06/14/2023 - BOYLE, SARAH]APPEAL RECEIVED 06/06/2023. EE IS ATTORNEY REPRESENTED. LM AND SENT EMAIL TO ATTNY TO CONFIRM IF APPEAL IS COMPLETE SINCE THE APPEAL LETTER CITES MISSING MEDICAL THAT WAS NOT PART OF THEREVIEW, RESPONSE DUE 6/13/23. AS OF6/14/23, NO RESPONSE FROM ATTNY. REFERRED FOR PMR PEER REVIEW. DAY 45 = 7/21/23, 90 = 9/4/23

**06/14/2023 12:08 PM - CLAIM Note 94**
Claim/Event/Leave: 12118946
NoteSubject : Peer Review
Other Subject : REFERRED
Text: [06/14/2023 - BOYLE, SARAH]REFERRED FOR ENT PEER REVIEW

**06/12/2023 9:03 AM - CLAIM Note 93**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : INITIAL CRS REVIEW
Text: [06/12/2023 - BOYLE, SARAH]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD, FI, ERISA. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OO - BENES PAID. DATE OF DENIAL WAS 10/08/2023. APPEAL TIMEFRAME IS 180 DAYS, APPEAL FILING DUE DATE 04/05/2024. LETTER OF APPEAL RECEIVED 06/06/2023. EE IS ATTORNEY REPRESENTED. 45TH DAY OF ACTIVE REVIEW : 07/21/2023. . . ACTION PLAN: LM AND SENT EMAIL TO ATTNY TO CONFIRM IF APPEAL IS COMPLETE SINCE THE APPEAL LETTER CITES MISSING MEDICAL THAT WAS NOT PART OF THEREVIEW. FURTHER ACTION UPON RECEIPT OF COMPLETE APPEAL.

**06/12/2023 8:57 AM - CLAIM Note 92**
Claim/Event/Leave: 12118946
NoteSubject : LTR to Atty
Other Subject : APPEAL COMPLETE?

Text: [06/12/2023 - BOYLE, SARAH]FROM: BOYLE, SARAH SENT: MONDAY, JUNE 12, 2023 8:57 AM TO: 'JNEIFERT@NBOLAWFIRM.COM' <JNEIFERT@NBOLAWFIRM.COM>; 'ASHIPMAN@NBOLAWFIRM.COM' <ASHIPMAN@NBOLAWFIRM.COM> SUBJECT: APPEAL FOR J NIE - APPEAL COMPLETE? IMPORTANCE: HIGH GOOD MORNING! I JUST LEFT A MESSAGE ON THE GENERAL VOICEMAIL BUT WANTED TO EMAIL YOU AS WELL. WE RECEIVED THE ENCLOSED APPEAL REQUEST. ON PAGE 3 OF YOUR LETTER, YOU EXPRESS CONCERNS ABOUT DR. LEFKOWITZ S REVIEW, CITING MISSING MEDICAL INFORMATION THAT WAS NOT PART OF THE REVIEW. THIS INFORMATION WAS NOT SUBMITTED WITH YOUR APPEAL REQUEST. DID YOU INTEND TO SUBMIT THIS INFORMATION? IF SO, PLEASE ADVISE AND WE CAN PAUSE OUR REVIEW AND ALLOW YOU 39 DAYS TO SUBMIT ANY ADDITIONALINFORMATION. IF YOUR APPEAL IS COMPLETE AT THIS TIME, WE WILL PROCEED WITH OUR REVIEW. IF WE DO NOT HEAR FROM YOU BY TOMORROW JUNE 13, 2023, WE WILL ASSUME THE APPEAL IS COMPLETE AND WE WILL PROCEED WITH THE REVIEW. THANK YOU!

**06/12/2023 8:53 AM - PHONE Note 13**
Claim/Event/Leave: 12118946
NoteSubject : Called Other
Other Subject : ATTNY
Text: [06/12/2023 - BOYLE, SARAH]CALLED ATTNY JASON NEIFERT 515-226-2117 @ 8:48 - LM THAT THE APPEAL LETTER ON PAGE 3 EXPRESSES CONCERNS WITH THE REVIEW THAT WAS DONE, CITING MULTIPLE PIECES OF MISSING MEDICAL INFORMATION. THIS INFORMATION WAS NOT SUBMITTED W/ THE APPEAL, WE ONLY RCD STATEMENTS, ONE MED STATEMENT 5/31/23, AND ONE OVN 3/1/23. IS THE APPEAL COMPLETE AT THIS TIME AND WE CAN PROCEED W/ THE REVIEW, OR DO THEY INTEND TO SUBMIT THIS MISSING INFO, AND WE SHOULD ALLOW 30 DAYS FOR THE INFO TOBE SUBMITTED? I WILL ALSO EMAIL TO MAKE SURE THEY RCD THIS REQUEST. IF WE DON'T HEAR BY TOMORROW, WE WILL ASSUME APPEAL IS COMPLETE AND WILL PROCEED W/ THE REVIEW.

**06/12/2023 8:15 AM - CLAIM Note 91**
Claim/Event/Leave: 12118946
NoteSubject : Appeal
Other Subject :
Text: [06/12/2023 - BOYLE, SARAH]RCD LETTER FROM ATTNY, MED OPINION DR GISSELMAN 5/31/23, OVN GISSELMAN 3/1/23, EMAIL STATEMENT FROM CLMT

**06/07/2023 1:40 PM - CLAIM Note 90**
Claim/Event/Leave: 12118946
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [06/07/2023 - AVERILL, REBECCA]ASSIGNED TO SARAH BOYLE, ASSIGNMENT W/O TOLLING LETTER SENT, NO TOLLING OR EXTENSION.

**04/11/2023 1:50 PM - CLAIM Note 89**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/11/2023 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED JNEIFERT@NBOLAWFIRM.COM & ASHIPMAN@NBOLAWFIRM.COM

**03/17/2023 2:38 PM - OVERPMT Note 15**
Claim/Event/Leave: 12118946
NoteSubject : OP/Ck Adj
Other Subject : ADJ - SOD
Text: [03/17/2023 - CARMICHAEL, CHERYL]THE OVERPAYMENT IN THE AMOUNT OF $8,321.40 WAS REMOVED AS REQUESTED ON 03/17/2023.

**03/17/2023 1:46 PM - OVERPMT Note 14**
Claim/Event/Leave: 12118946
NoteSubject : OP/Waiver-Pending Rec
Other Subject : APPROVED
Text: [03/17/2023 - MCGARY, KIRSTIE]THE OVERPAYMENT BALANCE OF $8321.40 HAS BEEN APPROVED FOR MODIFICATION DUE TO ADDITIONAL INFORMATION.

**03/17/2023 9:46 AM - OVERPMT Note 13**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : POF
Text: [03/17/2023 - WAHL, HENRY]RECEIVED PROOF OF FILING FOR SSDP. SAVED TO DOC LIST

**03/17/2023 9:40 AM - OVERPMT Note 12**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : OP REVIEW
Text: [03/17/2023 - WAHL, HENRY]THE OVERPAYMENT BALANCE OF $8321.40 NEEDS TO BE MODIFIED OR CHANGED DUE TO ADDITIONAL INFORMATION.

**03/16/2023 3:45 PM - OVERPMT Note 11**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : EMAIL TO EE

Other Subject : EMAIL TO EE
Text: [03/16/2023 - WAHL, HENRY]FROM: WAHL, HENRY SENT: THURSDAY, MARCH 16, 2023 3:44 PM TO: SUBJECT: (SECURE)LONG-TERM DISABILITY 12118946 GOOD AFTERNOON JO, I M FOLLOWING UP WITH YOU REGARDING THE PROOF OF FILING FOR THE DEPENDENT SOCIAL SECURITY BENEFITS. I HAVEN T RECEIVED THIS YET, CAN YOU PLEASE PROVIDE A COPY OF IT?

**03/16/2023 9:46 AM - CLAIM Note 88**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/16/2023 - KEEFER, DAWN]REQUEST TO RESEND HAS BEEN COMPLETED AND SENT TO THE EMAIL ADDRESS PROVIDED ASHIPMAN@NBOLAWFIRM.COM>; <JNEIFERT@NBOLAWFIRM.COM

**03/13/2023 11:58 AM - CLAIM Note 87**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/13/2023 - KEEFER, DAWN]REQUEST TO RESEND TO UPDATED EMAIL ADDRESSES HAS BEEN COMPLETED AND SENT TO THE EMAIL ADDRESS PROVIDED JNEIFERT@NBOLAWFIRM.COM AND ASHIPMAN@NBOLAWFIRM.COM

**03/13/2023 11:33 AM - CLAIM Note 86**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/13/2023 - KEEFER, DAWN]REQUEST TO RESEND TO UPDATED EMAIL ADDRESS HAS BEEN COMPLETED AND SENT TO THE EMAIL ADDRESS PROVIDED JNEIFERT@NBOLAWFIM.COM

**03/13/2023 8:47 AM - CLAIM Note 85**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/13/2023 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED JNIEFERT@NBOLAWFIM.COM

**03/10/2023 2:29 PM - CLAIM Note 84**
Claim/Event/Leave: 12118946
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE.
Text: [03/10/2023 - AVERILL, REBECCA]PRESCREEN COMPLETE. FI LTD ERISA CLAIM RECVD ON 10/21/2021 W/ STD 11975719. AUTH AND JD ON FILE. CLAIM CLOSED NOT TD OO . LETTER SENT 10/8/22. APPEAL TIMEFRAME 180 DAYS. APPEAL DEADLINE 4/5/23. ATTORNEY REP REQ FORTHE CLAIM FILE REQUESTING AN EXTENSION FOR 60 DAYS, UNTIL 6/6/23 TO SUBMIT THE APPEAL. THE APPEAL DEADLINE HAS BEEN EXTENDED TO 6/6/23 PER ATTORNEY'S REQUEST. WILL SEND THE INTENT TO APPEAL ACK AND THE CLAIM FILE TO THE ATTORNEY.

**03/07/2023 4:27 PM - OVERPMT Note 10**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [03/07/2023 - WAHL, HENRY]CALLED AND SPOKE WITH EE. ASKED IF SHE CAN SEND THE POF AS I UNDERSTAND SHE HAS A HEARING. EE STATED SHE WILL SEND THIS. I THANKED EE.

**03/07/2023 7:37 AM - CLAIM Note 83**
Claim/Event/Leave: 12118946
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [03/07/2023 - AVERILL, REBECCA]ASSIGNED TO BECKY AVERILL

**03/06/2023 8:50 PM - CLAIM Note 82**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 3/6/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**03/06/2023 12:07 PM - CLAIM Note 81**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [03/06/2023 - NICHOLS, KIMBERLY]CM TO REFER TO CRS FOR APPEAL REVIEW.

**03/06/2023 9:29 AM - CLAIM Note 80**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Appeals
Other Subject : MANAGER REFERRAL
Text: [03/06/2023 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (SEDENTARY PER OA) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS

CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSIONAT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. UPDATED PEERS DONE AUG 2022 FOR BOTH IM AND PSYCH. PSYCH IS NOT SUPPORTED, IM PEER STATED IF THERE ARE FURTHER THERAPY RECORDS TO OBTAIN, THOSE MIGHT HELP BUT AT THIS TIME NO RL'S SUPPORTED. REACHED OUT TO PT OFFICE BY PHONE BUT NOT WILLING TO PROVIDE THIS INFORMATION, LEFT VM AND ALSO SENT FAX FOR RECORDS ON 9/15/22 REQUESTING THESE BE REC'D BY 9/23/22. BASED ON NO PT RECORDS PROVIDED, PSYCH PEER NOT SUPPORTING ANY RL'S, AND IM PEER SUPPORTING SEDENTARY R&L'S, AND THE FACT THE OA CONFIRMED SEDENTARY CAPACITY, CLAIM WAS CLOSED EFFECTIVE 9/27/22 AND REC'D INTENT TO APPEAL LETTER FROM ATTORNEY. BASED ON THIS, RECOMMEND CLAIM BE REFERRED TO APPEALS.

**02/24/2023 2:13 PM - OVERPMT Note 9**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [02/24/2023 - WAHL, HENRY]RECD VM FROM EE REGARDING OP LETTER. ***CALLED EE AND ADVISED IT WAS FOR AN EST FOR SSDP. REQUESTED SHE CONTACT SS SPEC AND ASKED IF SHE RECEIVED THE LETTER DATED 1/13/23. SHE STATED SHE DIDN'T. ADVISED WILL FORWARD TO HER.EE THANKED. *****EMAILED LETTER.

**02/07/2023 10:05 AM - OVERPMT Note 8**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : OP CREATED
Text: [02/07/2023 - WAHL, HENRY]THE OVERPAYMENT DUE IS $8,321.40 FOR THE PERIOD OF 02/28/22 THRU 09/27/22. CLAIMANT WAS ORIGINALLY PAID $25,277.67. PAY WAS RECALCULATED DUE TO SS ESTIMATE AND CLAIMANT SHOULD HAVE BEEN PAID $590.06. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT.

**02/02/2023 8:23 AM - OVERPMT Note 7**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : REFERRAL
Text: [02/02/2023 - WAHL, HENRY]REFERRAL RECEIVED TO COMPLETE SSET CALC FOR DEP. F/U SET TO COMPLETE CALC

**02/01/2023 8:50 PM - CLAIM Note 79**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**02/01/2023 8:50 PM - CLAIM Note 78**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: DEPT NOA STILL PENDING; PLEASE CALC SSET OVP

**02/01/2023 12:57 PM - CLAIM Note 77**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : DEPT SSET
Text: [02/01/2023 - ETTLEMAN, JENNA]DUE TO NO RESPONSE TO REQUESTS TO PROVIDE DEPT NOA, ADDED SSET OFFSET FOR $1206.00 (HALF OF SSDB). OP REFERRAL TO FRS TO CALCULATE POTENTIAL OVERPAYMENT.

**01/26/2023 9:06 AM - OVERPMT Note 6**
Claim/Event/Leave: 12118946
NoteSubject : OP/Refund
Other Subject : EXCESS RECOVERY REFU
Text: [01/26/2023 - WAHL, HENRY]EXCESS REFUND CHECK 108587464 CASHED AND ADJUSTED IN S1. FILE CLOSED

**01/20/2023 3:25 PM - OVERPMT Note 5**
Claim/Event/Leave: 12118946
NoteSubject : OP/Refund
Other Subject : PHONE CALL
Text: [01/20/2023 - WAHL, HENRY]SPOKE WITH EE REGARDING EXCESS REFUND CHECK. SHE CONFIRMED IT HAS NOT BEEN CASHED YUET. I THANKED AND REQUESTED SHE CASH IT AS SOON AS SHE IS ABLE TO AS WE NEED TO ADJUST IT ON OUR END. SHE STATED SHE WILL AND THANKED. CALLENDED.

**01/12/2023 10:27 AM - CLAIM Note 76**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : DEPT POF/NOA
Text: [01/12/2023 - ETTLEMAN, JENNA]DEPT POF/NOA STILL PENDING; SENDING RQST FOR NOA

**12/29/2022 6:33 AM - OVERPMT Note 4**

Claim/Event/Leave: 12118946
NoteSubject : OP/Refund
Other Subject :
Text: [12/29/2022 - SMITH, TAMMY]ISSUED A REFUND OF $276.59 AS THE TAX AGED OVERPAYMENT AMOUNT WAS RECEIVED PRIOR TO 12/31/22.

**12/20/2022 12:14 PM - OVERPMT Note 3**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [12/20/2022 - WAHL, HENRY]RECD CALL FROM EE REGARDING OVERPAYMENT. SHE WANTED TO KNOW HOW IT WAS CALCULATED BECAUSE THEY ARE COMING UP WITH A LOWER AMOUNT. EXPLAINED THE DIFFERENCE IN PAY, LTD VS SSDI, OFFSET, MONTHLY PAY CYCLE, ETC. SHE ACK AND AGREED AS THEY WERE USING THE MONTHLY AMOUNT AS THE OP AMOUNT. THEY WILL MAIL THE PAYMENT. ADVISED TO INCLUDE THE CLM NUMBER ON THE CHECK.

**12/06/2022 10:19 AM - OVERPMT Note 2**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : OP CREATED
Text: [12/06/2022 - WAHL, HENRY]THE OVERPAYMENT DUE IS $16,642.80 FOR THE PERIOD OF 02/28/22 THRU 09/27/22. CLAIMANT WAS ORIGINALLY PAID $25,277.67. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $8,634.87. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT. ***SYSTEM CURRENTLY SHOWS BALANCE DUE OF $16,366.21. DUE TO YEAR END TAX AGING, IF PMT IS NOT RECEIVED BY 12/31/2022 THEN OP BALANCE WILL INCREASE TO $16,642.80.***

**12/05/2022 10:36 AM - OVERPMT Note 1**
Claim/Event/Leave: 12118946
NoteSubject : OP/SS
Other Subject : AWARD INFO
Text: [12/05/2022 - WAHL, HENRY]DATE OF ENTITLEMENT 3/22. BENEFIT AMOUNT IS $2412.00. OFFSET IN SYSTEM. RETRO PAID WAS $14,472.00 (3/22 - 8/22). NO ATTY FEES. 2 DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION. F/U SET TO COMPLETE CALC.

**12/02/2022 8:50 PM - CLAIM Note 75**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**12/02/2022 8:50 PM - CLAIM Note 74**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: PLEASE REVW FOR SS OVP

**12/02/2022 2:42 PM - CLAIM Note 73**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : NOA
Text: [12/02/2022 - ETTLEMAN, JENNA]SS VENDOR: NON-VENDOR DATE OF ENTITLEMENT 3/2022. BENEFIT AMOUNT IS $2412.00. OFFSET IN SYSTEM. YES DEPENDENTS. PLEASE REFER TO AWD OR DOC LIST FOR DETAILED AWARD INFORMATION. OP REFERRAL TO FRS TO CALCULATE POTENTIAL OVERPAYMENT. SENDING MATRIX LETTER AND WILL F/U FOR DEPT NOA'S.

**11/10/2022 5:14 PM - CLAIM Note 72**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : NOA PENDING
Text: [11/10/2022 - ETTLEMAN, JENNA]NOA STILL PENDING; SENDING RQST FOR NOA LTR

**10/04/2022 12:01 PM - CLAIM Note 71**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : SSDI
Text: [10/04/2022 - COONEY, ABIGAIL]UPON REVIEW OF CLAIM AND PHONE NOTE TWO EE WAS AWARDED SSDI. MAILED LETTER TO CLAIMANT REQUESTING A COPY OF FULL SS NOA. SET TASK TO RECEIVE.

**09/29/2022 7:33 PM - CLAIM Note 70**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : APD
Text: [09/29/2022 - NICHOLS, KIMBERLY]APD UPDATED PER FRS RECOMMENDATION

**09/27/2022 8:50 PM - CLAIM Note 69**

**09/27/2022 8:50 PM - CLAIM Note 69**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**09/27/2022 8:50 PM - CLAIM Note 68**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF OTHER.COMMENTS: OVERPAID 9/24 THRU 9/27. CLAIM CLOSURE 9/23 BUT CHECK PAID THROUGH 9/27.

**09/27/2022 3:44 PM - PHONE Note 12**
Claim/Event/Leave: 12118946
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [09/27/2022 - BOUCHER, ASHLEY]CALLED EE TO EXPLAIN THAT WE HAD 2 MEDICAL REVIEWS DONE WHICH DID NOT SUPPORT HER FOR ONGOING DISABILITY UNDER LTD. SHE SAID SHE WAS JUST AWARDED SSDI AND SHE WAS FOUND TO BE DISABLED AND DOESN'T U/S WHY WE WOULD CLOSE HER CLAIM IF THEY APPROVED HER. I EXPLAINED WE ARE COMPLETELY SEPARATE REVIEWS AND USE DIFFERENT MEDICAL RESOURCES THAN THEY DO. THEY MAY LOOK AT JOB, WE LOOK AT OCCUPATION, ETC. I EXPLAINED THE LETTER WILL HAVE DETAILED INFORMATION IN IT AND EXPLAINED APPEAL PROCESS AS WELL. SHE U/S THIS AND WILL REVIEW AND APPEAL.

**09/23/2022 6:43 PM - CLAIM Note 67**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [09/23/2022 - NICHOLS, KIMBERLY]AGREE WITH CLOSURE DUE TO EE NOT TDOO. DUAL PR COMPLETED WITH NO RSLS SUPPORTED FROM PSYCH REVIEW. PER REVIEW OF PHYSICAL CONDITIONS EE DOES REQUIRE WORK RESTRICTIONS DUE TO EES CONDITIONS HOWEVER RESTRICTIONS ARE CONSISTENT WITH THE FUNCTIONAL ABILITIES NEEDED FOR EE TO PERFORM OO. AS SUCH, EE DOES NOT MEET DEF OF DIS AND CLAIM TO BE CLOSED WITH NO FURTHER BENEFITS PAYABLE.

**09/23/2022 3:55 PM - CLAIM Note 66**
Claim/Event/Leave: 12118946
NoteSubject : Closed
Other Subject : RECOMMEND CLOSURE
Text: [09/23/2022 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (SEDENTARY PER OA) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSIONAT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. UPDATED PEERS DONE AUG 2022 FOR BOTH IM AND PSYCH. PSYCH IS NOT SUPPORTED, IM PEER STATED IF THERE ARE FURTHER THERAPY RECORDS TO OBTAIN, THOSE MIGHT HELP BUT AT THIS TIME NO RL'S SUPPORTED. REACHED OUT TO PT OFFICE BY PHONE BUT NOT WILLING TO PROVIDE THIS INFORMATION, LEFT VM AND ALSO SENT FAX FOR RECORDS ON 9/15/22 REQUESTING THESE BE REC'D BY 9/23/22. BASED ON NO PT RECORDS PROVIDED, PSYCH PEER NOT SUPPORTING ANY RL'S, AND IM PEER SUPPORTING SEDENTARY R&L'S, AND THE FACT THE OA CONFIRMED SEDENTARY CAPACITY, RECOMMEND CLAIM BE CLOSED FOR NO LONGER BEING CONSIDERED DISABLED. SENT TO M1 FOR REVIEW.

**09/16/2022 10:10 AM - PHONE Note 11**
Claim/Event/Leave: 12118946
NoteSubject : AP Called
Other Subject : MERCY
Text: [09/16/2022 - BOUCHER, ASHLEY]REC'D CALL FROM MELISSA AT MERCY MED RECORDS CONFIRMING SHE IS UNABLE TO PROVIDE INFORMATION TO ME OVER THE PHONE AND WOULD NEED A WRITTEN REQUEST. I CONFIRMED I SENT YESTERDAY AND FAX IS CORRECT. THANKED AND C/E.

**09/15/2022 3:33 PM - CLAIM Note 65**
Claim/Event/Leave: 12118946
NoteSubject : LTR to AP
Other Subject : MERCY PT
Text: [09/15/2022 - BOUCHER, ASHLEY]FAX SENT RQUESTING MEDS FROM 1/1/22 TO P

**09/15/2022 2:41 PM - CLAIM Note 64**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2022
Text: [09/15/2022 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (ASSUMED SEDENTARY, WFH) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. UPDATED PEERS DONE AUG 2022 FOR BOTH IM AND PSYCH. PSYCH IS NOT SUPPORTED, IM PEER STATED IF THERE ARE FURTHER THERAPY RECORDS TO OBTAIN, THOSE MIGHT HELP BUT AT THIS TIME NO RL'S SUPPORTED. REACHED OUT TO PT OFFICE BY PHONE BUT NOT WILLING TO PROVIDE THIS INFORMATION, LEFT VM AND ALSO SENT FAX FOR RECORDS. IF PT NOTES EXIST, WILL SEND FOR PEER ADDENDUM WITH

IM AND IF NOT, WILL CLOSE FOR NOT TDOO.

**09/15/2022 2:17 PM - PHONE Note 10**
Claim/Event/Leave: 12118946
NoteSubject : Called AP
Other Subject : MERCY HEALTH PLAZA
Text: [09/15/2022 - BOUCHER, ASHLEY]CALLED AP OFFICE TO CONFIRM WHEN THE LAST DATE THE CLMT WAS SEEN IN THEIR OFFICE WAS OR IF SHE IS ACTIVELY TREATING WITH THEM. SHE TRANSFERRED ME TO MEDICAL RECORDS AND STATED SHE COULD NOT PROVIDE THIS INFORMATION TO ME. LEFT VM WITH A STEPHANIE IN MEDICAL RECORDS WHEN PRESSED OPTION FOR OFFICE VISITS. LEFT VM REQUESTING C/B TO CONFIRM WHTHER CLMT ACTIVELY TREATING THERE OR NOT.

**09/08/2022 12:27 PM - CLAIM Note 63**
Claim/Event/Leave: 12118946
NoteSubject : LTR to ER
Other Subject : CLARIFICATION
Text: [09/08/2022 - BOUCHER, ASHLEY]EMAILED CP TO CLARIFY WHETHER 2 MINUTES PER HOUR FOR OCCASIONAL IS ACCURATE OR TYPO.

**09/08/2022 11:34 AM - CLAIM Note 62**
Claim/Event/Leave: 12118946
NoteSubject : Voc Rehab
Other Subject : OA REC'D
Text: [09/08/2022 - BOUCHER, ASHLEY]SEDENTARY: CONSTANT SITTING FREQUENT HANDLING AND FINGERING OCCASIONAL STANDING AND WALKING NO BENDING/STOOPING, TWISTING, KNEELING, CROUCHING/SQUATTING, CRAWLING, BALANCING, CLIMBING, OR REACHING (REACHING CAN BE REDUCED OR ELIMINATED BY MOVING OBJECTS WITHIN AN ERGONOMICALLY CORRECT DISTANCE FROM THE BODY)

**09/08/2022 9:01 AM - CLAIM Note 61**
Claim/Event/Leave: 12118946
NoteSubject : Voc Rehab
Other Subject : OA
Text: [09/08/2022 - ASHWORTH, LORI]WITH A REASONABLE DEGREE OF VOCATIONAL CERTAINTY, THE TYPICAL PHYSICAL DEMANDS OF THE INSURED S OCCUPATION OF NON-DIRECT PATIENT CARE NURSES ARE MOST OFTEN SEDENTARY AND LIGHT IN PHYSICAL DEMAND. POSITIONAL REQUIREMENTS ARE OUTLINED ABOVE. BASED ON THE STANDARD VOCATIONAL RESOURCES OUTLINED ABOVE, COUPLED WITH MY VOCATIONAL EXPERTISE, PART-TIME OPPORTUNITY DOES EXIST IN THIS OCCUPATION.

**09/07/2022 8:51 PM - CLAIM Note 60**
Claim/Event/Leave: 12118946
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 9/7/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**09/06/2022 8:50 PM - CLAIM Note 59**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 9/6/2022 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**09/06/2022 9:49 AM - CLAIM Note 58**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Voc Rehab
Other Subject : OA
Text: [09/06/2022 - BOUCHER, ASHLEY]REFERRED FOR OA TODAY.

**09/06/2022 9:44 AM - CLAIM Note 57**
Claim/Event/Leave: 12118946
NoteSubject : Peer Review
Other Subject : IM PEER
Text: [09/06/2022 - BOUCHER, ASHLEY]THE FOLLOWING RESTRICTIONS AND LIMITATIONS ARE MEDICALLY SUPPORTED FOR THE MENIERE S DISEASE. FROM 12/28/2021 THROUGH 02/09/2022: NO MORE THAN ADLS. THE FOLLOWING R&LS ARE SUPPORTED OVER THE TIMEFRAME 02/10/2022 THROUGH 12/28/2022 AND POSSIBLY BEYOND: CONSTANT SITTING OCCASIONAL WALKING AND STANDING (UP TO 2 MINUTES PER HOUR) LIFTING AND CARRYING UP TO 10 POUNDS OCCASIONALLY (UP TO 2 MINUTES PER HOUR) NO CROUCHING, STOOPING, BENDING AND TWISTING NOLIFTING FROM FLOOR LEVEL NO CLIMBING LADDERS NO WORKING FROM UNPROTECTED HEIGHTS NO OPERATING HEAVY MACHINERY UPDATED RECORDS FROM ENT AND VESTIBULAR THERAPY MAY BE USEFUL TO REVIEW IN DETERMINING SUPPORT FOR R&LS BEYOND THE SUPPORTED TIMEFRAME OUTLINED ABOVE

**08/23/2022 1:29 PM - CLAIM Note 56**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : OTO PEER
Text: [08/23/2022 - BOUCHER, ASHLEY]REFERRED FOR OTOLARYNGOLOGY PEER BASED ON MENIERES CONDITION.

**08/23/2022 1:19 PM - CLAIM Note 55**
Claim/Event/Leave: 12118946
NoteSubject : Peer Review
Other Subject : ADDENDUM REC'D
Text: [08/23/2022 - BOUCHER, ASHLEY]FOR THIS ADDENDUM MS. MULLEN PROVIDED A LETTER DATED 8/16/22 AND ADDITIONAL PROGRESS NOTES UP TO 6/28/22. THE RECORDS DOCUMENTED THE CLAIMANT HAS NOT MET WITH MS. MULLENS FOR APPROXIMATELY TWO MONTHS. MS. MULLEN S STATED IN HER LETTER THE CLAIMANT IS TRAUMATIZED BY HER EMPLOYER S REFUSAL TO PROVIDE HER APPROPRIATE ACCOMMODATIONS FOR HER MENIERE S DISEASE. SHE STATED THE CLAIMANT STRUGGLES TO PROVIDER HER LAWYER THE NEEDED PAPERWORK AND BECOMES EMOTIONAL WHEN THINKING ABOUT HER WORKPLACE. MS. MULLEN STATED THE CLAIMANT S MOOD WAS STABLE EXCEPT WHEN TRIGGERED BY WORK-RELATED ISSUES. IN SUMMARY THE RECORDS DO NOT DOCUMENT ONGOING MENTAL HEALTH SYMPTOMS OR INTENSIVE MENTAL HEALTH TREATMENT. THE CLAIMANT ISNOT WORKING WITH A PSYCHIATRIST AND IS ENGAGED IN LOW INTENSITY MENTAL HEALTH TREATMENT ONLY. THE RECORDS DOCUMENT THE CLAIMANT HAS NOT MET WITH HER THERAPIST SINCE JUNE. THE LACK OF SYMPTOMS AND LIMITED MENTAL HEALTH TREATMENT ARE INCONSISTENT WITH THE PRESENCE OF SEVERE AND IMPAIRING MENTAL ILLNESS. THE RECORDS ARE INADEQUATE TO SUPPORT IMPAIRMENT DUE TO DEPRESSION OR ANXIETY THAT WOULD NECESSITATE RESTRICTIONS AND LIMITATIONS.

**08/17/2022 1:52 PM - CLAIM Note 54**
Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject : AP RESPONSE TO PEER
Text: [08/17/2022 - BOUCHER, ASHLEY]REC'D AP LETTER RE: PSYCH CONDITION STATING HER REACTION WAS TO A TOXIC WORK ENVIRONMENT, STILL UNABLE TO GO INTO OFFICE AT HOME

**08/10/2022 1:58 PM - CLAIM Note 53**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : SSDI POF
Text: [08/10/2022 - ALIPOURSHEHNI, NINA]RECEIVED SSDI POF. EE APPLIED ON HER OWN AS OF 6/21/2022-ATTACHED IN THE DOC LIST.

**08/08/2022 9:13 AM - CLAIM Note 52**
Claim/Event/Leave: 12118946
NoteSubject : Peer Review
Other Subject : PSYCH PEER
Text: [08/08/2022 - BOUCHER, ASHLEY]DATE OF CALL 8/3/22, TIME: 1245 DATE OF CALL 8/5/22, TIME: 1400 DATE LETTER SENT TO AP: 8/5/22***THE RECORDS ARE INADEQUATE TO SUPPORT IMPAIRMENT DUE TO DEPRESSION, ANXIETY, OR OTHER MENTAL DISORDER THAT WOULD NECESSITATE RESTRICTIONS OR LIMITATIONS AT THIS TIME. THE RECORDS DOCUMENT THE CLAIMANT HAD A SUCCESSFUL TRIAL OF TMS AND R&LS WOULD NOT HAVE BEEN SUPPORT FROM 5/2/22 TO ONGOING

**08/01/2022 2:30 PM - CLAIM Note 51**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PSYCH PEER
Text: [08/01/2022 - BOUCHER, ASHLEY]REFERRED FOR PSYCH PEER REVIEW TODAY.

**07/18/2022 10:18 AM - CLAIM Note 50**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/18/2022 - NAI, TIMOTHY]INVOICE DATED 07/06/2022 FROM UNIV OF IOWA HOSPITAL . INV #69201 IN THE AMT OF $35.00 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**07/14/2022 9:11 PM - CLAIM Note 49**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : INVOICE
Text: [07/14/2022 - WACHOWIAK, FELICIA]RCV;D INVOICE FOR MR FROM UNI OF IOWA - INVOICE #69201 - REFERRED TO JAMES BEST TO PROCESS PMNT

**07/14/2022 9:09 PM - CLAIM Note 48**
Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject : UNIV OF IOWA
Text: [07/14/2022 - WACHOWIAK, FELICIA]OTO SPEECH & HEARING - OVN 5/12/2022 AUDIOGRAM - RECOMMENDED CONTINUE HYDROCHLOROTHIAZIDE AND SALT RESTRICTIONS AND RTC 6 MONTHS FOR SYMPTOMS AND REASSESSMENT AND AUDIOGRAM.

**07/05/2022 8:41 AM - CLAIM Note 47**
Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject :
Text: [07/05/2022 - BOUCHER, ASHLEY]REC'D FAX FROM MERCY FAMILY COUNSELING STATING CLMT HAS NOT BEEN SEEN

Text: [07/05/2022 - BOUCHER, ASHLEY]REC'D FAX FROM MERCY FAMILY COUNSELING STATING CLMT HAS NOT BEEN SEEN SINCE 2020. MEDS FROM COUNSELOR UP TO 6/14/22 STATES SHE IS CONTINUING TO EXHIBIT PTSD DUE TO DENIAL OF ACCOMMODATION AND MISTREATMENT IN HER WORK ENVIRONMENT.

**06/28/2022 10:56 AM - PHONE Note 9**
Claim/Event/Leave: 12118946
NoteSubject : Called EE
Other Subject :
Text: [06/28/2022 - ALIPOURSHEHNI, NINA]CALLED EE AND INQUIRED IF EE HAS APPLIED FOR SSDI AND EE LET ME KNOW SHE JUST APPLIED ON OWN AS OF 6/21/2022. ASKED THE EE IF SHE WOULD BE ABLE TO EMAIL ME SSDI POF AFTER LOGGING IN AND EE STATED YES. CONFIRMED EMAILADR ON FILE AND THAT WE WILL NEED A SCREEN SHOT OF WHEN SHE APPLIED FROM HER MY SS SSA PORTAL.

**06/24/2022 3:22 PM - CLAIM Note 46**
Claim/Event/Leave: 12118946
NoteSubject : LTR to AP
Other Subject : UNIV OF IOWA
Text: [06/24/2022 - BOUCHER, ASHLEY]FAX SENT REQUESTING MEDS FROM 1/1/22 TO P

**06/24/2022 3:08 PM - CLAIM Note 45**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : EE EMAIL
Text: [06/24/2022 - BOUCHER, ASHLEY]HI ASHLEY, SO SORRY I MISSED THAT EMAIL. THE DOCTOR S NAME IS MARLAN HANSEN. OTOLARYNGOLOGY UIHC, (319) 356-3574

**06/23/2022 3:11 PM - CLAIM Note 44**
Claim/Event/Leave: 12118946
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [06/23/2022 - BOUCHER, ASHLEY]MAILED FORMS TO CLMT TO COMPLETE AGAIN AND CONFIRMED THAT NEED THESE NO LATER THAN 8/1/22.

**06/23/2022 2:42 PM - CLAIM Note 43**
Claim/Event/Leave: 12118946
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [06/23/2022 - BOUCHER, ASHLEY] CONTACTED MERCY OUTPATIENT PSYCHIATRY, AND DR. DOWNS MULLEN FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**06/23/2022 2:40 PM - CLAIM Note 42**
Claim/Event/Leave: 12118946
NoteSubject : LTR to EE
Other Subject : EMAIL
Text: [06/23/2022 - BOUCHER, ASHLEY]EMAILED EE FOLLOWING UP ON 6/6 REQUEST FOR UNIV OF IOWA AP INFO.

**06/06/2022 1:21 PM - CLAIM Note 41**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : EE EMAIL UPDATE
Text: [06/06/2022 - BOUCHER, ASHLEY]HI ASHLEY, AS MUCH AS I DID NOT WANT TO GO ON LONG TERM DISABILITY, IT HAS BEEN A RELIEF TO BE ABLE TO TAKE CARE OF MYSELF. THE LONG HOURS I HAD TO WORK DUE TO MY CONSTANT INABILITY TO KEEP UP AT WORK BECAUSE OF MY MNI RE S SYMPTOMS WAS MAKING ME SICKER. SINCE BEING OFF, I FEEL LIKE I HAVE AT LEAST STABILIZED. I HAD MY APPOINTMENT AT THE UNIVERSITY OF IOWA. THEY TOLD ME THE SAME AS MY ENT SPECIALIST HERE IN CEDAR RAPIDS SO I AM GOING TO CONTINUE TO FOLLOW UPWITH MY DOCTORS HERE. THEY ADVISED ME TO CONTINUE THE SAME TREATMENT PLAN TO MANAGE MY SYMPTOMS AND TRIGGERS. I AM EXPERIENCING FEWER NIGHTMARES AND SUICIDAL THOUGHTS BUT REMAIN DEPRESSED AND ANXIOUS NOT KNOWING WHAT THE FUTURE HOLDS REGARDING LOSS OF FUNCTION AND FINANCES. I DISCUSSED MY SEVERE FATIGUE WITH THE DOCTORS AT UIHC. THEY SAID IT IS DUE TO HYPER VIGILANCE FROM IMBALANCE. ON NORMAL DAYS I AM NEEDING 10 HOURS OF SLEEP. I WAS NOT ABLE TO GET ANY WHERE NEAR THAT AMOUNT WHEN I WAS WORKING. I AM ALSO CONTINUING MY PT EXERCISES AND TRYING INCREASE MY ACTIVITY TOLERANCE BY DOING MORE AROUND THE HOUSE EACH DAY. BUT IF I DO TOO MUCH, I END UP NEEDING SO MUCH MORE SLEEP FOR SEVERAL DAYS AFTER. I STILL CAN ONLY MAKE SHORT TRIPS TO THE STORE WITHOUT BECOMING DIAPHORETIC AND NAUSEATED. MY NEXT MENTAL HEALTH APPOINTMENT IS NEXT WEEK AND MY NEXT MEDICAL APPOINTMENT IS IN AUGUST. THANKS FOR ALL YOUR HELP. TAKE CARE. JO

**06/02/2022 9:00 AM - CLAIM Note 40**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2022
Text: [06/02/2022 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (ASSUMED SEDENTARY, WFH) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. WILL PLAN TO OBTAIN 2018 WFH ACCOMMODATION MEDS DUE TO LACK OF MENIERES RECORDS, REQUESTED PCP RECORDS. BROUGHT CLAIM TO PSYCH CONSULT 12/15/21 ANDIS

SUPPORTED THAT CLMT IS UNABLE TO WORK DUE TO DEPRESSION SYMPTOMS UNTIL 2/9/22 TENTATIVELY. PLAN IS TO DISCUSS PSYCH TREATMENT WITH CLMT AS WELL AS ONGOING MENIERES TX TO STABILIZE CONDITION INCLUDING POTENTIAL REFERRAL TO SPECIALTY CLINIC FOR THIS CONDITION THAT COULD ALSO IN TURN HELP STABILIZE DEPRESSION/ANXIETY SO AS TO NOT SPIRAL OUT OF CONTROL. WILL ALSO PLAN TO OBTAIN MORE MENIERES RECORDS AND REVIEW WITH IM TO DETERMINE IF THIS IS IN FACT DISABLING CLMT. CLMT SET TO F/U WITH SPECIALIST AT U OF I AGAIN AND WILL CONFIRM WHEN THIS OCCURS AND DETERMINE IF PEER NEEDED.

**05/26/2022 10:41 AM - PHONE Note 8**
Claim/Event/Leave: 12118946
NoteSubject : Called EE
Other Subject : EMAIL UPDATE
Text: [05/26/2022 - BOUCHER, ASHLEY]HI JO, JUST CHECKING IN TO SEE IF YOU ENDED UP GETTING A DATE SET FOR UNIVERSITY OF IOWA VISIT AGAIN? ANY UPDATE ON YOUR CONDITION? CHANGES IN SYMPTOMS FOR THE WORSE OR BETTER? THANK YOU!

**05/20/2022 1:19 PM - CLAIM Note 39**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : 30 DAY LETTER
Text: [05/20/2022 - ALIPOURSHEHNI, NINA]NO RESPONSE FROM CLAIMANT MAILED 30-DAY LETTER TO OBTAIN STATUS OF SS APPLICATION. SET TASK TO RECEIVE DOCUMENTATION.

**05/20/2022 1:13 PM - CLAIM Note 38**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject :
Text: [05/20/2022 - ALIPOURSHEHNI, NINA]PER THE VENDOR BB PORTAL, THEY CLOSED THE CLAIM AS THEY WERE TOLD MY EE THAT THEY HAVE AN ATTY-CLAIM CLOSED W/VENDOR.

**04/20/2022 11:30 AM - CLAIM Note 37**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : ETA LETTER
Text: [04/20/2022 - ALIPOURSHEHNI, NINA]VENDOR B&B RESPONDED BACK THAT THEY WOULD ACCEPT THE CLAIM. PER TIFF B EMAIL, I HAVE SENT AN ETA LETTER W/ VENDOR INFO TO THE CLMT TO INITIATE SSDI. BB=T-2/MAY BE APPROVED - LIKELY THROUGH APPEAL PROCESS.

**04/19/2022 4:24 PM - CLAIM Note 36**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject : SSDI
Text: [04/19/2022 - BEARDSLEE, TIFFANY]SENT EMAIL TO VENDOR B&B TO REQUEST REVIEW FOR SSDI APP ASSISTANCE.

**04/01/2022 1:48 PM - PHONE Note 7**
Claim/Event/Leave: 12118946
NoteSubject : Called EE
Other Subject : STATE TAX
Text: [04/01/2022 - BOUCHER, ASHLEY]CALLED EE TO CLARIFY THE STATE TAX INFORMATION AND CONFIRMED THAT IT IS VERY CONFUSING BUT EACH STATE HAS A DESIGNATED % THEY WITHHOLD FOR INCOME TAX AND ON THE FORM SHE COMPLETED, IT DOESN'T MENTION THIS, BUT IF SHE HAD JUST SIGNED IT AND SENT IT IN, IT WOULD HAVE BEEN AROUND $180 OR SO WITHHELD. BUT BECAUSE SHE CHOSE 'ADDITIONAL AMOUNT' IT CAUSED THE SYSTEM TO ADD $220 MORE. SHE U/S THIS. I TOLD HER GOING FORWARD ITS ALL SET AND WILL JUST BE THE $220. SHE THANKEDME FOR CLARIFYING AND C/E.

**04/01/2022 1:33 PM - CLAIM Note 35**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : MESSAGE TO CS
Text: [04/01/2022 - GROCH, KALEIGH]SENT VIA TEAMS AT 1:33PM: HI, I JUST COMPLETED THE REFERRAL FOR LTD 12118946- STATE TAX WITHHOLDING. JUST A NOTE- THE REFERRAL WAS ACTUALLY COMPLETED CORRECTLY AS THE FORM IN THE DOCLIST STATES TO WITHHOLD THE STANDARD IOWA TAX- PLUS AN ADDITIONAL AMNT OF $220 PER MONTH. (SCREENSHOT INCLUDED). THIS FORM IS OFTEN CONFUSING FOR EMPLOYEES. WE SEE THIS HAPPEN QUITE OFTEN. WITH THAT SAID, I DID UPDATE IT TO A TO A TOTAL OF $220 MONTHLY PER THE INTENT OUTLINED IN THE EMAILIN THE DOCLIST.

**04/01/2022 1:27 PM - CLAIM Note 34**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [04/01/2022 - GROCH, KALEIGH]REFERRAL RCVD AND REVIEWED EMAIL REGARDING STATE TAX WITHHOLDING. UPDATED THE STATE TAX TO WITHHOLD A TOTAL OF $220- IN THE STATE TAX WITHHOLDING OVERRIDE BOX. PER EMAIL IN DOCLIST ON 3/30/2020- INTENT OF 220 TOTAL MONTHLY TO BE WITHHELD. TAX FORM IN DOCLIST FOR STATE OF IOWA, DOES INDICATE AN *ADDITIONAL AMNT OF $220* TO BE WITHHELD EACH MONTH BUT INTENT OUTLINED IN EMAIL TO WITHHOLD A *TOTAL* OF $220 MONTHLY.

**03/31/2022 8:51 PM - CLAIM Note 33**

**03/31/2022 8:51 PM - CLAIM Note 33**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO KALEIGH GROCH.

**03/31/2022 8:50 PM - CLAIM Note 32**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: PLEASE SEE IOWA STATE TAX FOR $220--CHECKS SHOW $400 WHICH IS INCORRECT, PLEASE UPDATE

**03/31/2022 10:23 AM - CLAIM Note 31**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : EE EMAIL
Text: [03/31/2022 - BOUCHER, ASHLEY]HI ASHLEY, STILL WAITING TO GET AN APPOINTMENT AT U OF I. MY DOCTOR SAID IT CAN TAKES MONTHS TO GET AN APPOINTMENT. WILL LET YOU KNOW AS I HAVE MORE INFORMATION ON THIS. COULD YOU CHECK ON THE STATE WITHHOLDING AGAIN.IT APPEARS THEY DOUBLED THE WITHHOLDING FOR MARCH 2022 PAYMENT. THEY WITHHELD $400.32. IN JANUARY THEY TOOK NOTHING AND THEN IN FEBRUARY DOUBLED IT TO MAKE UP FOR THE PRIOR MONTH. I THINK IT WAS FORGOTTEN TO PUT TO THE REQUESTED AMOUNT OF $220 THAT WAS ENTERED ON THE W4 WE SUBMITTED. THE $220 IS THE AMOUNT WE WANT WITHHELD FOR STATE EACH MONTH. THERE IS NO NEED TO CORRECT THE MARCH WITHHOLDING. JUST GOING FORWARD PLEASE ONLY TAKE $220 FOR STATE WITHHOLDING. CAN THIS BE CORRECTED FOR APRIL? THANK YOU! JODY

**03/14/2022 12:35 PM - CLAIM Note 30**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/14/2022 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED LSCHULTES@FIGHTINGFORFAIRNESS.COM

**03/14/2022 9:38 AM - CLAIM Note 29**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : ATTNY LETTER
Text: [03/14/2022 - BOUCHER, ASHLEY]REC'D REQUEST FOR CLAIM FILE. SENT TO CLAIMS HOA FOR THIS.

**02/15/2022 8:50 PM - CLAIM Note 28**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO NANCY O'CONNOR.

**02/15/2022 3:38 PM - CLAIM Note 27**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [02/15/2022 - O'CONNOR, NANCY]REFERRAL RECEIVED AND STATE TAX WITHHOLDING HAS BEEN SET UP PER EE SUBMISSION OF IA TAX FORM LOCATED IN THE DOC LIST ON 1/14/22.

**02/14/2022 8:51 PM - CLAIM Note 26**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: IOWA STATE TAX FORM IN DOC LIST WITH W4S

**02/14/2022 3:44 PM - PHONE Note 6**
Claim/Event/Leave: 12118946
NoteSubject : EE Called
Other Subject :
Text: [02/14/2022 - BOUCHER, ASHLEY]CLMT CALLED TO ASK ABOUT LTD FORMS AS WELL AS STATE TAX FORM SHE REQUESTED TO DEDUCT MORE MONEY FOR. I APOLOGIZED AND TOLD HER I WOULD RESEND TO PSU TO HAVE THEM DO DEDUCTION. SHE ASKED IF FORMS STILL NEED TO BE COMPLETED AND I CONFIRMED THEY DO. SEH SAID SHE SAW PCP GISSELMAN THIS MONTH AND WANTS TO REFER TO UNIV OF IOWA MENIERES SPECIALIST TO SEE WHAT OTHER OPTIONS SHE MIGHT HAVE TO IMPROVE HER FUNCTION AT HOME. CLMT CONFIRMD SHE IS BETTER BUT REALLY DOES NEED MORE HELP WITH HER MENIERE'S, NEEDS TO SIT DOWN FOR MOST OF ACTIVITIES, CANT SWEEP THE FLOOR AND LOOK DOWN, REFERRING TO UNIVERSITY OF IOWA FOR THE MENIERE'S CENTER. THE ENT HADN'T THOUGHT THERE WOULD BE ANYTHING ELSE SHE COULD DO, BUT PCP WANTS HER TOTRY AND SEE IF THERES ANYTHING ELSE THAT CAN BE DONE. SHE WILL COMPLETE THE LTD FORMS AND UPDATE ME ONCE SHE HAS DATE TO SEE UNIV OF IOWA MENIERES PHYSICIAN.

**02/09/2022 4:57 PM - PHONE Note 5**
Claim/Event/Leave: 12118946
NoteSubject : EE Called
Other Subject :
Text: [02/09/2022 - CARMAN, ANGELA]CLAIMANT CALLED TO SPEAK WITH ADCM. ADVISED THEY HAD ALREADY LEFT FOR THE DAY, OFFERED ASSISTANCE. CLAIMANT ADVISED SHE WOULD TRY TO CALL BACK EARLIER TOMORROW.

**01/14/2022 8:51 PM - CLAIM Note 25**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO JODI PATCH.

**01/14/2022 8:51 PM - CLAIM Note 24**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: W4S IN DOC LIST

**01/14/2022 3:13 PM - CLAIM Note 23**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [01/14/2022 - PATCH, JODI]REFERRAL RECEIVED AND FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $532.00 PER MONTH PER EE SUBMISSION OF W4S LOCATED IN THE DOC LIST AS CS REQUESTED

**01/13/2022 2:47 PM - CLAIM Note 22**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/13/2022 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 01/10/2022 AND DATED 12/24/2021 FROM MRO. INV # 52600212, IN THE AMOUNT OF $44.00 FOR MEDICAL RECORDS FROM MPS-MERCYCARE CLINIC. INVOICE PAID IN FULL.

**01/10/2022 8:50 PM - CLAIM Note 21**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO HEATHER HUDGENS.

**01/08/2022 10:38 AM - CLAIM Note 20**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [01/08/2022 - HUDGENS, HEATHER]SET UP SCHEDULED PAYMENT FROM 12/28/2021 THROUGH 12/27/2023 BASED ON ELIG APPROVED, EFF 1/3/21, $88746.94 / 12 = $7395.58 MONTHLY. THE BENEFIT IS 60% OR $4,437.35. MAX BEN DATE CALCULATE AT 10/24/2031 . NO KNOWN OFFSETSOR DEDUCTIONS.

**12/30/2021 3:32 PM - CLAIM Note 19**
Claim/Event/Leave: 12118946
NoteSubject : Social Security
Other Subject :
Text: [12/30/2021 - BEARDSLEE, TIFFANY]SENT LETTER TO EE, EXPLAINING DEFERRED SSDI APP REQUIREMENT. BB T5. WILL RE-EVAL IN 3 MOS

**12/21/2021 8:45 AM - CLAIM Note 18**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : EE EMAIL
Text: [12/21/2021 - BOUCHER, ASHLEY]HI ASHLEY, YES, I WENT TO MERCY OUTPATIENT PT AND OT IN NOVEMBER 2020. IT WAS BEFORE THE COVID VACCINE CAME OUT SO THEY GAVE ME RECOMMENDATIONS AND EXERCISES TO DO AT HOME WHICH I DID FOR MONTHS. I DIDN T SEE MUCH IMPROVEMENT WITH THE VESTIBULAR THERAPY EXERCISES. I DID FIND TAKING BREAKS DURING THE WORK DAY LIKE OT RECOMMENDED DID HELP SOME WITH THE DECREASED CONCENTRATION THAT HAPPENS WITH MENIERE S. SO THE MANAGEMENT PLAN I WAS FOLLOWING FOR MY MENIERE S ENDED UP BEING: CONTINUE MICROZIDE ORDERED BY DR. GISSELMAN, MY PRIMARY CARE PROVIDER. TAKE BREAKS DURING THE WORK DAY AFTER EACH SET OF FIVE CASES RECOMMENDED BY OT. MANAGE MY TRIGGERS AS DIRECTED BY DR. GAILUSHAS, MY OTOLARYNGOLOGIST/ENT SPECIALIST. GET A SECOND OPINION PSYCHIATRY OFFICE REGARDING ANY ADDITIONAL MEDICATIONS TO HELP MY DEPRESSION AND ANXIETY EXACERBATED BY MY MENIERE S DISEASE BECAUSE STRESS IS A MAJOR MENIERE S TRIGGER. I SAW MAUREEN MCDONAGH, AT MERCY FAMILY COUNSELING, 1340 BLAIRS FERRY RD, HIAWATHA, IA 52233, PHONE: 319-398-6575. SHE HAD ME TRIAL THE ADDITION OF ABILIFY DAILY AND ATARAX PRN. THE ATARAX WAS VERY EFFECTIVE. I CONTINUE TO USE THAT AS NEEDED. I DID NOT EXPERIENCE ANY IMPROVEMENT FROM ABILIFY.I STARTED HAVING SOME ABNORMAL MOVEMENTS OF MY MOUTH SO I DID NOT CONTINUE ABILIFY. CONTINUE TO FOLLOW WITH LESLIE DOWN-MULLEN FOR TALK THERAPY TO MANAGE MY DEPRESSION AND

ANXIETY DUE TO MY LOSS OF BEING ABLE TO MAINTAIN MY JOB AND PHYSICAL FUNCTIONS. CONTINUE TO SEEK FULL TIME WORK FROM HOME ACCOMMODATION INITIALLY REQUESTED IN JUNE 2019 FOR MENIERE S DISEASE. (SEE ATTACHED EMAIL) I BECAME SO ILL BY SEPTEMBER 2020 THAT I NEEDED TO TAKE A MEDICAL LEAVE OF ABSENCE. THE STD CLAIMS SPECIALIST FROM LINCOLN STARTED TO DISCUSS LTD WITH ME. I WAS NOT READY TO ACCEPT THAT AT THAT TIME BECAUSE I HAD NOT BEEN ALLOWED TO WORK FULL TIME FROM HOME YET. I FELT THAT MIGHT HELP ME MANAGE MY TRIGGERS ENOUGH TO KEEP UP WITH THE DEMANDS OF HAVING A JOB. I WAS FINALLY ALLOWED TO WORK FROM HOME FULL TIME IN MARCH 2021. I WORKED LONG DAYS 8 AM TO MIDNIGHT FIVE DAYS A WEEK AND SOME WORK ON THE WEEKENDS AS WELL. I AM STILL NOT ABLE TO MEET MY MANAGERS REQUIREMENTS DUE TO MY MENIERE S DISEASEAND THE RESIDUAL DEBRIS FROM THE VITREOUS TEAR OF MY LEFT EYE. NAUSEA, TINNITUS, IMPAIRED VISION IN MY LEFT EYE CAUSE ME TO BE MUCH SLOWER AT MY JOB. NOT BEING ABLE TO KEEP UP AND THE CONSTANT DISSATISFACTION EXPRESSED BY MY BOSS CAUSES THE VERY SEVERE EXACERBATION OF DEPRESSION AND ANXIETY. BEING ON MEDICAL LEAVE AWAY FROM WORK HAS STARTED TO HELP MY SYMPTOMS OF MENIERE S DISEASE AS WELL AS MY DEPRESSION AND ANXIETY. I AM HOPING TO AT LEAST BECOME MORE FUNCTIONAL IN MY ACTIVITIES OF DAILY LIVING, TAKING CARE OF MYSELF AND MY FAMILY. AS SUPPORTED BY THE ABOVE CLINICAL INFORMATION, THIS IS A MEDICALLY BASED CLAIM. AS YOU CAN SEE FROM THE ATTACHED EMAIL, MY INITIAL REQUEST FOR AN ACCOMMODATION AT WORK IS DUE TO MENIERE S DISEASE. MY DEPRESSION AND ANXIETY ARE RELATED TO THAT. DR. GISSELMAN LISTED MENIERE S DISEASE AS MY PRIMARY CONDITION WITH DEPRESSION AND ANXIETY AS ONLY SECONDARY TO THAT. SHE CONFIRMED TO ME THIS WAS MEDICAL AND SAID SHE WOULD MAKE THAT CLEAR ON THE SUBMITTED FORMS. MANAGING MY DEPRESSION/ANXIETY/STRESS IS JUST ONE OF THE INTERVENTIONS BEING TAKEN TO MANAGE MY MENIERE S. I HAVE FOLLOWED ALL RECOMMENDATIONS FROM THE MULTIPLE PROVIDERS I HAVE SEEN OVER THE PAST SEVERAL YEARS. I HOPE YOU CAN APPROVE MEUNTIL 2031 BASED ON THIS SUPPORT OF A MEDICALLY BASED CLAIM. THANKS FOR ALL YOUR HELP, JO

**12/16/2021 8:50 PM - CLAIM Note 17**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SHEILA CANNEY.

**12/16/2021 10:59 AM - CLAIM Note 16**
Claim/Event/Leave: 12118946
NoteSubject : LTR to EE
Other Subject :
Text: [12/16/2021 - BOUCHER, ASHLEY]HI JO, I RECEIVED A MEDICAL NOTE FROM THE ENT OFFICE DATED 12/9/20 STATING THAT THEY STRONGLY ENCOURAGED YOU TO DO VESTIBULAR THERAPY. I DON T REMEMBER IF YOU EVER TOLD ME THAT YOU DID COMPLETE THIS OR NOT? IF NOT, DO YOU PLAN TO MOVE FORWARD WITH VESTIBULAR THERAPY TO HELP YOUR SYMPTOMS? IF YOU DID DO THIS, CAN YOU PLEASE LET ME KNOW WHERE YOU DID TREAT FOR THIS? THANKS!

**12/16/2021 10:57 AM - CLAIM Note 15**
Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject : GISSELMAN/ENT
Text: [12/16/2021 - BOUCHER, ASHLEY]REC'D MEDS FROM AP GISSELMAN'S OFFICE INCLUDING ENT NOTES. THERE IS LETTER FROM ENT AP 12/9/20 STATING THE CLMT SHOULD JUST AVOID SITUATIONS THAT WOULD EXACERBATE HER SYMPTOMS. IT STATES SHE HAS GREAT SUCCESS WITH WFH AND AVOID INCITING EVENTS. THERE IS NO SPECIFIC INTERVENTION THAT WOULD IMPROVE IT OTHER THAN VESTIBULAR THERAPY, HE STRONGLY ENCOURAGES THIS. THERE IS 12/9/21 NOTE FROM GISSELMAN SEEN FOR DEPRESSION

**12/15/2021 8:52 PM - CLAIM Note 14**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE CALC

**12/15/2021 3:22 PM - PHONE Note 4**
Claim/Event/Leave: 12118946
NoteSubject : Called EE
Other Subject : APPROVAL
Text: [12/15/2021 - BOUCHER, ASHLEY]CALLED EE TO NOTIFY HER THAT WE HAVE APPROVED HER LTD CLAIM AND WHEN TO ANTICIPATE FIRST PAYMENT. I EXPLAINED THAT IT IS SUPPORTED FROM A PSYCH STANDPOINT RIGHT NOW BUT HAD A DISCUSSION WITH THE PSYCH CP AND ALTHOUGH WECANNOT TELL SOMEONE HOW TO TREAT, THE CP WAS WONDERING IF SHE WAS GOING TO POSSIBLY TREAT FOR FURTHER MENIERES SYMPTOMS OR NOT AND PSYCH AS WELL. SHE SAID SHE IS LIKELY NOT GOING TO SEE ANYMORE MENIERES SPECIALISTS BECAUSE SHE SAW ENT AT MERCY IN 2018 AND THEY TOLD HER TO JUST KEEP HER STRESS LOW. I TOLD HER THAT MAKES SENSE BUT PEOPLE DEAL WITH STRESS ON A DAILY BASIS SO I DO WONDER IF THERES TREATMENT SHE CAN RECEIVE THAT CAN HELP HER IN THE FUTURE IF SHE IS ABLE TO POSSIBLY RETURN TO WORK ATA LESS STRESSFUL JOB, SHE SAID SHE IS ON MEDICATION FOR IT BUT IS JUST GOING TO FOCUS ON KEEPING HER STRESS DOWN TO MANAGE HER SYMPTOMS. SHE CONFIRMED THE PSYCH SHE SAW WAS WITHIN THE LAST YEAR, BUT NOT SINCE SEPTEMBER, TRIED A MED BUT MADE HER LIPSQUIVER SO STOPPED IT. SHE IS ONLY GOING TO BE TREATING WITH HER THERAPIST AND PCP. I EXPLAINED THAT GOING FORWARD IT WILL BE DIFFICULT TO SUPPORT THE MENIERES WITHOUT MEDICAL TO SHOW IT IS ACTIVELY DISABLING HER SO BEYOND THE 2 YEAR MARK WE MAY NOT BE ABLE TO SUPPORT THAT IF SHE CONTINUES TO BE DISABLED DURING THAT TIME FROM M/N. SHE U/S THIS. THANKED ME AND C/E.

**12/15/2021 2:37 PM - CLAIM Note 13**

**12/15/2021 2:37 PM - CLAIM Note 13**
Claim/Event/Leave: 12118946
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [12/15/2021 - BOUCHER, ASHLEY]SENT TODAY

**12/15/2021 11:31 AM - CLAIM Note 12**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : RTW OO MAY 2022
Text: [12/15/2021 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (ASSUMED SEDENTARY, WFH) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. WILL PLAN TO OBTAIN 2018 WFH ACCOMMODATION MEDS DUE TO LACK OF MENIERES RECORDS, REQUESTED PCP RECORDS. BROUGHT CLAIM TO PSYCH CONSULT 12/15/21 ANDIS SUPPORTED THAT CLMT IS UNABLE TO WORK DUE TO DEPRESSION SYMPTOMS UNTIL 2/9/22 TENTATIVELY. PLAN IS TO DISCUSS PSYCH TREATMENT WITH CLMT AS WELL AS ONGOING MENIERES TX TO STABILIZE CONDITION INCLUDING POTENTIAL REFERRAL TO SPECIALTY CLINIC FOR THIS CONDITION THAT COULD ALSO IN TURN HELP STABILIZE DEPRESSION/ANXIETY SO AS TO NOT SPIRAL OUT OF CONTROL. WILL ALSO PLAN TO OBTAIN MORE MENIERES RECORDS AND REVIEW WITH IM TO DETERMINE IF THIS IS IN FACT DISABLING CLMT.

**12/15/2021 11:29 AM - CLAIM Note 11**
Claim/Event/Leave: 12118946
NoteSubject : Approved
Other Subject : MANAGER REFERRAL
Text: [12/15/2021 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (ASSUMED SEDENTARY, WFH) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. WILL PLAN TO OBTAIN 2018 WFH ACCOMMODATION MEDS DUE TO LACK OF MENIERES RECORDS, REQUESTED PCP RECORDS. BROUGHT CLAIM TO PSYCH CONSULT 12/15/21 ANDIS SUPPORTED THAT CLMT IS UNABLE TO WORK DUE TO DEPRESSION SYMPTOMS UNTIL 2/9/22 TENTATIVELY. DUE TO THIS, SENT TO M1 FOR APPROVAL.

**12/15/2021 10:54 AM - CLAIM Note 10**
Claim/Event/Leave: 12118946
NoteSubject : Other
Other Subject : PSYCH CCS
Text: [12/15/2021 - BOLING, ROBERT]CLAIM REVIEWED IN PSYCH CCS WITH DR. JASON PECK PRESENT. LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (ASSUMED SEDENTARY, WFH) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. MEDICAL RECORDS ON FILE FROM AP GISSELMAN AND AP MULLEN DATED THROUGH 12/2/2021 WERE REVIEWED. THE MEDICAL RECORDS ON FILE ARE SUPPORTIVE OF ONGOING PSYCH RL'S THROUGH THENOV IN FEBRUARY 2022 (AROUND 2/9/2022). RECOMMEND REQUESTING UPDATED PCP, PSYCH AND THERAPY NOTES AND RETURNING TO CCS FOR REVIEW.

**12/14/2021 2:53 PM - CLAIM Note 9**
Claim/Event/Leave: 12118946
NoteSubject : Ref to Other
Other Subject : CP CONSULT
Text: [12/14/2021 - BOUCHER, ASHLEY]REFERRED CLAIM FOR CP CONSULT 12/15/21 AT 10AM WITH CP PECK.

**12/14/2021 2:52 PM - PHONE Note 3**
Claim/Event/Leave: 12118946
NoteSubject : EE Called
Other Subject :
Text: [12/14/2021 - BOUCHER, ASHLEY]EE CALLED TO GET UPDATE ON STATUS OF WHAT WAS STILL NEEDED FOR THE CLAIM. I ADVISED HER I REC'D THERAPY RECORDS BUT STILL WAITING ON OV NOTES FROM GISSELMAN. SHE SAID THE AP SAID SHE SENT THAT IN TO ME LAST WEEK. I CONFIRMED I DID GET A FORM ONLY BUT NEED OV NOTES. I TOLD HER I WOULD GO AHEAD AND SEND UPDATED REQUEST TO AP TODAY TO REMIND THEM OF NEED FOR OV NOTES. CLMT WAS VERY ANTSY ON THE PHONE AND INTERRUPTED AND WAS SOUNDING TEARFUL ABOUT THE CLAIM. SHE SAID SHES BEEN PANICKING ALL DAY AND WORRIED THAT HER CLAIM IS GOING TO BE DENIED AND JUST TRYING TO GET REASSURANCE THAT IT WILL BE OKAY. I TOLD HER THAT WE DID DISCUSS THE MENIERES VS THE DEPRESSION/ANXIETY AND THE ONLY TIME IT WILL BE A HUGE IMPACT IF ITS JUST M/N IS AT THE 2 YEAR MARK SINCE SHE CAN ONLY BE DISABLED FROM THAT CONDITION FOR 2 YEAR MAX. SHE SAID ITS DEFINITELY FROM THE MENIERES PRIMARILY BUT WHEN SHES STRESSED OR UPSET IT TRIGGERS HER MENIERES AND SHE GOES INTO A TAIL SPIN. I TOLD HERI U/S BUT IT WONT IMPACT THE CLAIM IN ANY WAY UNTIL CLOSER TO THE 2 YEAR MARK. SHE U/S THIS. I TOLD HER BASED ON REVIEWING THE MEDS, I SEE THAT HER SYMPTOMS ARE SEVERE SO WE CAN REVIEW WITH CP TO DETERMINE IF IT'S SUPPORTED FROM AT LEAST THAT ASPECTWITHOUT THE OTHER RECORDS. SHE SAID SHES WORRIED BECAUSE HER FMLA RUNS OUT TOMORROW. I TOLD HER I WOULD REVIEW WITH CP AND LET HER KNOW. SHE THANKED ME AND C/E.

**12/13/2021 10:52 AM - CLAIM Note 8**
Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject : DOWNS MULLEN
Text: [12/13/2021 - BOUCHER, ASHLEY]REC'D MEDS FROM 1/9/21 WHICH STATES CLMT WAS IN A CRISIS AND HAD SUICIDAL

IDEATIONS, WAS IN EMOTIONAL DISTRESS, SENT EMAIL TO THERAPIST AND DID NOT WANT TO DISCUSS IN FRONT OF KEVIN. WAS IN DISTRESS DUE TO ER REFUSING TOALLOW HER TO WORK FROM HOME, HAS ATTORNEY FOR THIS. AS OF 12/2/21 CLMT SHOWING PTSD DUE TO PROLONGED DENIAL OF ACCOMMODATION REQUEST AND CONTINUED HARRASSMENT AND TARGETED PASSIVE AGGRESSIVE BEHAVIOR IN TOXIC WORK ENVIRONMENT AMPLIFIED BY WORSENED MENIERES DISEASE. SPOKE WITH ATTORNEY ABOUT FILING DISCRIMINATION COMPLAINT AND POTENTIAL LAW SUIT IN FUTURE. SHE DOESN'T WANT TO FILE THIS BUT SHE KNOWS SHE WAS TREATED WITH DISCRIMINATION AND HER FINANCIAL STABILITY FOR THE FUTURE WAS BEEN ALTERED.

**12/10/2021 11:28 AM - CLAIM Note 7**
Claim/Event/Leave: 12118946
NoteSubject : Med Records Rcvd
Other Subject : GISSELMAN
Text: [12/10/2021 - BOUCHER, ASHLEY]REC'D APS DATED 12/7 STATES PROGNOSIS IS POOR, SYMPTOMS ARE NOT WELL CONTROLLED WHICH CAUSES INCREASED DEPRESSION AND ANXIETY. DX WITH MENIERES DISEASE. MRI OF BRAIN

**12/02/2021 2:49 PM - CLAIM Note 6**
Claim/Event/Leave: 12118946
NoteSubject : Action Plan
Other Subject : PENDED
Text: [12/02/2021 - BOUCHER, ASHLEY]LTD BBD 12/28/21, LDW 9/27/21, DOD 9/28/21, CLMT IS 57YOF DOCUMENTATION SPECIALIST (ASSUMED SEDENTARY, WFH) DX IN 2018 WITH MENIERES DISEASE AND WENT OUT OF WORK DUE TO THIS CONDITION AND HAS BEEN DX WITH SUBSEQUENT DEPRESSION AT THIS POINT. CLMT SUFFERING FROM HOPELESSNESS, INABILITY TO COMPLETE ADL'S DUE TO CONDITIONS. WILL PLAN TO OBTAIN 2018 WFH ACCOMMODATION MEDS DUE TO LACK OF MENIERES RECORDS, REQUESTED PCP RECORDS AND THERAPY NOTES FROM 1/1/21 TO P TO REVIEWFOR MENIERES TX DUE TO MOST TX NOTES RELATING TO DEPRESSION ONLY. PLACED ON N&P DUE BY 1/14/22.

**12/02/2021 2:46 PM - CLAIM Note 5**
Claim/Event/Leave: 12118946
NoteSubject : LTR to AP
Other Subject : X2
Text: [12/02/2021 - BOUCHER, ASHLEY]FAX SENT TO PCP GISSELMAN FOR MEDS 1/1/21 TO P INCLUDING MENIERES DISEASE TX. ALSO FROM THERAPY 1/1/21 TO 8/31/21 THEN FROM 9/22 TO P

**12/02/2021 2:26 PM - CLAIM Note 4**
Claim/Event/Leave: 12118946
NoteSubject : Notice/Proof Review
Other Subject :
Text: [12/02/2021 - BOUCHER, ASHLEY]ACK LETTER WITH N&P LANGUAGE SENT TODAY NOTIFYING EE THAT INFO DUE NO LATER THAN 1/14/22 ALONG WITH LTD FORMS.

**12/02/2021 2:08 PM - CLAIM Note 3**
Claim/Event/Leave: 12118946
NoteSubject : LTR to EE
Other Subject :
Text: [12/02/2021 - BOUCHER, ASHLEY]HI JO, THANK YOU FOR SPEAKING WITH ME TODAY, IT WAS A PLEASURE! JUST A REMINDER OF THE FACTS OF THE LTD CLAIM IF AND WHEN IT IS APPROVED. THE LTD START DATE IS 12/28/21 AND IS PAID ON A MONTHLY BASIS. THE BENEFIT IS60%, SO BASED ON THE SALARY INFO WE HAVE NOW, THE ESTIMATED MONTHLY AMOUNT WOULD BE AROUND $4,437/MONTH. THE FIRST CHECK WOULD BE 12/28/21 THRU 1/27/22 BEING ISSUED AROUND 1/20/22 (AND AROUND THE 20TH OF EVERY MONTH THEREAFTER). WHEN APPROVED, YOU WILL HAVE THE OPTION TO DEDUCT FEDERAL TAXES IN THE AMOUNT YOU CHOOSE, THE MINIMUM BEING $88/MONTH. WE WILL SEND YOU A TAX FORM WHEN THE CLAIM BECOMES APPROVED. AGAIN, JUST A REMINDER OF THE MENTAL ILLNESS LIMITATION ON THE CLAIM IF WE ONLY HAVE DOCUMENTATION FROM THE DEPRESSION ASPECT WHICH IS 2 YEARS. IF WE HAVE MEDICAL RECORDS FOR THE MENIERES DISEASE BEING THE PRIMARY DISABLING CONDITION WITH A SIDE EFFECT OF DEPRESSION, THEN THE CLAIM COULD POTENTIALLY HAVE A MAXIMUM BENEFIT DATE OF 2031.I WILL BE MAILING YOU LTD FORMS TO COMPLETE, YOU CAN TAKE YOUR TIME WITH THOSE, THEY DO NOT DETERMINE THE DECISION WE MAKE ON YOUR CLAIM. AS WE DISCUSSED, IF YOU HAPPEN TO HAVE ANY DOCUMENTATION REGARDING THE WORK FROM HOME ACCOMMODATION SITUATION FROM 2018-2021, THAT MIGHT BE HELPFUL TO SUPPORT THE MENIERES CONDITION AS WELL. THANK YOU!

**12/02/2021 2:08 PM - PHONE Note 2**
Claim/Event/Leave: 12118946
NoteSubject : Initial EE Interview
Other Subject : ICP PART 2
Text: [12/02/2021 - BOUCHER, ASHLEY]** RTW PLAN? DOES ER ACCOMMODATE RESTRICTIONS? DISCUSSED RTW AND SHE IS NOT WHAT HER GOAL IS, HAS TRIED TO DISCUSS WITH LESLIE BUT THE STRESS IS JUST TOO MUCH FOR HER RIGHT NOW, HAS NOT MADE A RTW PLAN. SHE WAS TRYING SOHARD TO KEEP UP AND WAS WORSENING HER MINIERES. SHE IS JUST TOO STRESSED ABOUT RTW. **COMORBID CONDITIONS: MINIERES BUT IS PRIMARY DX, DEPRESSION **MEDICATION LIST: DIURETIC FOR MINIERES, **RECENT TESTS: NO FURTHER TESTING CAN BE DONE **RECENTHOSP HISTORY? SINCE THIS IS MOSTLY CAUSED BY MINIERES DISEASE, CANNOT BE HOSPITALIZED DUE TO DEPRESSION, FEELS HOPELESS MORESO DUE TO CONDITION AND NOT M/N. **HEIGHT/WEIGHT: **CLMT DATE OF BIRTH: **LEFT OR RIGHT HANDED: **ABLE TO PERFORM ADL S?HELP AT HOME? HUSBAND IS ABLE TO HELP HER **ABLE TO PURSUE HOBBIES? SOCIAL ACTIVITIES? NOT ABLE TO PURSUE ANY HOBBIES AT ALL , DOESN T GO TOO MANY PLACES, USUALLY GO OUT WITH HUSBAND, HOPING TO GO OUT ALONE BUT JUST VERY STRESSED AND SICK WHILE INTHE STORE. **MARRIED? MARRIED **DEPENDENTS? 21YO AND 14YO **SALARY? $88,746 **OTHER INCOME? NO OTHER INCOME **DISCUSS SSDI/PENSION/ETC: WE DISCUSSED

THIS MAY BE NEEDED, IT WOULD BE OFFSET FOR BOTH HER AND SSDP IF APPROVED. SHE U/S THIS. **STAT/WC? N/A **EXPECTATIONS/NEXT STEPS: WE DISCUSSED THE CLAIM AT LENGTH INCLUDING ESTIMATED MONTHLY AMOUNT, START DATE, TAX DEDUCTIONS, SSDI, FORMS NEEDED ETC. I EXPLAINED THE M/N LIMITATION AND THAT AS OF RIGHT NOW, WITH WHAT WE HAVE ON FILE, IT IS ALMOST LOOKING LIKE JUST A DEPRESSION CLAIM AND NOT FOR MENIERES. SHE SAID THAT SHE U/S THIS BUT THAT THIS IS ALL RELATED TO HER MENIERES DISEASE AND THE DEPRESSION IS A SIDE EFFECT OF IT. WE GAVE AN EXAMPLE OF SOMEONE WHO IS NOW BLIND, NO TX IS ABLETO FIX IT, AND THEN DEPRESSION SETS IN DUE TO THIS NEW LIFE AND THAT THE BLINDNESS WOULD BE THE DISABLING CONDITION WITH SIDE EFFECT OF DEPRESSION. I EXPLAINED IN DETAIL THAT WE WOULD NEED DOCUMENTATION FROM THE MENIERES PERSPECTIVE TO SUPPORT THAT BEING DISABLING AND PRIMARILY DISABLING IN ORDER FOR HER TO POTENTIALLY STAY ON THE CLAIM UNTIL 2031. SHE U/S THIS. I ASKED ABOUT THE WFH ACCOMMODATION BACK IN 2018 AND SHE SAID THERE SHOULD BE MEDICAL DOCUMENTATION TO SUPPORT WHY SHE NEEDED TO WFH (MENIERES) AND SHE SAID IT LITERALLY TOOK THEM FROM 2018 UNTIL MARCH 2021 TO FINALLY APPROVE HER, LEGAL HAD TO GET INVOLVED, AND THEY FINALLY JUST ALLOWED HER TO DO IT. SHE WILL SEE IF SHE HAS A FOLDER WITH THE DOCUMENTATION IN THERE TO SUPPORT THE MENIERES BEING THE REASON FOR WFH. SHE SAID IT GOT SO MUCH WORSE IN SEPTEMBER AND SHE JUST COULDN T KEEP UP WITH THE CASELOAD AND THEN THE DEPRESSION SET IN DUE TO THE MENIERES AND HER LIFE COMPLETELY CHANGING. I TOLD HER I WOULD NEED UPDATED RECORDS FOR THE MENIERES CONDITION AS WELL AND ONGOING LIKE FROM PCP TO CONFIRM THAT DX. SHE U/S THIS. SHE HAD NO OTHER QUESTIONS AND ASKED ME TO EMAIL HER WITH A REMINDER OF PAYMENT INFO, ETC WHICH I AGREED TO DO.

**12/02/2021 2:07 PM - PHONE Note 1**
Claim/Event/Leave: 12118946
NoteSubject : Initial EE Interview
Other Subject : ICP PART 1
Text: [12/02/2021 - BOUCHER, ASHLEY]**JOB TITLE: CLINICAL DOCUMENTATION SPECIALIST **DATE OF HIRE/ACQUIRED?: 2015 **WORK DUTIES: DOCUMENT MEDICAL RECORDS-WFH IN MARCH 2021, APPLIED FOR MEDICAL ACCOMMODATION DUE TO HER MENIERES DISEASE AND SHE STATES THEYHAD TO GET LEGAL INVOLVED SINCE THEY HAD BEEN TRYING SINCE 2018 TO GET THIS MEDICAL ACCOMMODATION APPROVED-WOULD STILL BE ALLOWED TO DO THIS. HAS LARGE CASELOAD OF WORK. **WORK SCHEDULE: M-F **JOB TO RETURN TO: YES **LAST DAY OF WORK (CONFIRM ATLEAST HALF OF THE DAY): 9/27/21 ** DOD (IF WEEKEND OR GAP CONFIRM DAY FIRST UNABLE TO GO TO WORK IF WAS SCHEDULED): 9/28/21 ** CLMT REPORTED DIAGNOSIS/PRIMARILY OOW DUE TO: INITIALLY WENT OUT DUE TO MENIERES SYMPTOMS BUT ALSO HAS BEEN DEALING WITH PTSD SYMPTOMS SINCE LAST YEAR, THOUGHT THAT IF SHE GOT WFH ACCOMMODATION IT WOULD WORK ENOUGH TO CONTINUE WORKING. NO TRIGGER PER SAY, HAS MENIERES, ROARING IN THE EARS AND VERTIGO, NAUSEA, SO DISTRACTING THAT SHE CANT MEET THE PRODUCTION DEMANDS. BEEN DEALING WITH MENIERES SINCE 2018, AT FIRST SHE WOULD LOSE BALANCE AND LOSE HEARING AND AS ITS GOTTEN WORSE, SHE IS IN THE FULL STAGES OF IT WHERE ANYTHING CAN TRIGGER IT, STRESS. CAUSES NAUSEA AND VERTIGO AND HONESTLY MADE HER FEEL CRAZY SOME DAYS, CANT DO HER JOB LIKE SHE USED TO. SHE SAID SHE WOULD SIT THERE FROM 8AM UNTIL MIDNIGHT AND COULDN T DO IT ANYMORE. THE WORST SYMPTOM IS THE NAUSEA. I ASKED ABOUT THE PTSD, SHE SAID THAT S FROM HER JOB, THEY HAVE NOT BEEN VERY HELPFUL WITH EVERYTHING AND TRAUMATIZED HER. BOSS WAS VERY HARD ON HER, WAS NOT SYMPATHETIC AND NO COMPASSION, WAS PUSHING HER REALLY HARD. THE DEPRESSION/ANXIETY/MENIERES IS ALL MAKING HER UNABLE TO WORK AT ALL. SHE CAN ONLY KEEP UP WITH A CERTAIN LOAD, OTHERS INTHE OFFICE CAN DO SO MANY MORE CASES THAN SHE CAN. SHE IS CURRENTLY SEEING A THERAPIST EVERY 1-2 WEEKS FOR SEVERAL YEARS NOW TRYING TO GET THROUGH THE MENIERES. SAW PSYCHIATRIST FOR MEDICATION CHANGES, ON A REALLY GOOD ONE THAT HELPS HER A LOT AND TRIED TO PUT ON ANOTHER ONE (FELT IT MIGHT HELP TO HAVE ADDITIONAL ONE, BUT NONE HELPED) BUT WASN T SEEING A BENEFIT WITH THE ADDITIONAL ONES DUE TO ODD SYMPTOMS. DISCUSSED FEELINGS OF HOPELESSNESS AND NOT BEING ABLE TO GET OUT OF BED AND SHE ATTRIBUTES THIS TO MENIERES. SHE DID SEE A ENT BACK IN 2018 WHEN ALL THESE MENIERES SYMPTOMS BEGAN, REFERRED HER FOR PT AND THEN SENT HER TO PCP TO PRESCRIBE A DIURETIC WHICH HAS HELPED BUT NOW SHE IS AT A BASELINE WITH THIS CONDITION AND DOESN T TECHNICALLY NEED TO F/U WITH ENT OR SPECIALIST. **CLMT FIRST RECEIVED TREATMENT FOR THIS CONDITION? GOT DX IN 2018, WENT IN DIURETIC AND CAN HAVE SOME FUNCTION IN DAILY LIFE, BUT PRIOR TO TAKING THAT, SHE WOULD BE LEANING DUE TO NO BALANCE, ABLE TO GET BACKSOME FUNCTION. STILL CANT WALK REAL FAR, NEEDS SCOOTER DUE TO THAT. **CLMT ADVISED TO CEASE WORK BY AP? ** AP NAMES/INFO, LOV/NOV: KRISTEN GIFFELMAN PCP-WAS SEEING HER OFTEN LAST YEAR-TREATS FOR MENIERES AND SOME DEPRESSION, BUT REFERRED TO PSYCHIATRIST FOR MED CHANGES; PSYCHIATRIST: MERCY OUTPATIENT PSYCHIATRY: TAKING A PRN MEDICATION, OPTIMIZED WITH THAT, NOW JUST SPEAKING WITH LESLIE FOR THERAPY; LESLIE: THERAPIST EVERY 1-2 WEEKS. **CLMT INDICATED SYMPTOMS OF: EXTREMELY STRESSED ABOUT RETURNING TO WORK DUE TO MENIERES DISEASE CAUSING ONGOING SYMPTOMS, UNABLE TO SLEEP, UNABLE TO DO ANYTHING AT ALL, VERTIGO, ROARING IN EARS. DEPRESSION SYMPTOMS TOO BUT THE MENIERES SHE FEELS SHE CANT EVEN FUNCTION. **CURRENT RESTRICTIONS AND LIMITATIONS INCLUDE: UNABLE TO WORK AT THIS TIME.

**12/02/2021 1:04 PM - CLAIM Note 2**
Claim/Event/Leave: 12118946
NoteSubject : STD Trans. LTD
Other Subject :
Text: [12/02/2021 - BOUCHER, ASHLEY]IN REVIEW OF STD CLAIM, CLMT WAS INITIALLY OUT OF WORK DUE TO PTSD AS WELL AS MENIERES DISEASE, SPOUSE OF CLMT WAS ALSO REACHING OUT TO THERAPIST CONCERNED WITH CLMT'S DECLINE IN HEALTH AND HOPELESSNESS, SYMPTOMS OFEXTREME PANIC, CRYING, ILLOGICAL SPEECH, SOBBING, DIFFICULTY BREATHING. RF FORM 11/9/21 STATES OOW AND NOV 2/10/22, 11/11 LETTER FROM THERAPIST TO PCP STATES EE HAS MADE LITTLE PROGRESS, UNABLE TO DO BASIC CHORES, SLEEPS DURING THE DAY, NIGHTMARES, EXTREMELY UPSET NAVIGATING LEAVE AND PLAN. MDS REVIEW 11/22/21 SUPPORTS NO WORK UNTIL 12/23/21 TO ALLOW FOR FURTHER TX.[12/02/2021 - BOUCHER, ASHLEY]ALSO REVIEWED PRIOR LTD CLAIM FOR POSSIBLE SUCCESSIVE, CLAIM WAS DENIED 12/31/20, CLMT WOULD HAVE NEEDED TO APPEAL BY JUNE 2021. NEW DOD WAS SEP 2021 THEREFORE NO SUCCESSIVE.

**12/02/2021 1:01 PM - CLAIM Note 1**
Claim/Event/Leave: 12118946

Claim/Event/Leave: [illegible]
NoteSubject : Other
Other Subject : ELIG NOTE
Text: [12/02/2021 - BOUCHER, ASHLEY]** CLASS DESCRIPTION: CLASS 2: ALL ACTIVE, FULL-TIME EMPLOYEES, .85 FTE MPS/MPA AND ABOVE, AND 0.9 FTE MMC; EXCLUDING EXECUTIVE AND PHYSICIANS ** ELIGIBILITY WAITING PERIOD: APPLICABLE TO CLASS 2 1. IF THE COVERED PERSON IS EMPLOYED BY THE SPONSOR ON THE POLICY EFFECTIVE DATE - 1 YEAR OF CONTINUOUS, ACTIVE EMPLOYMENT ** CONTRIBUTIONS REQUIRED?: NO ** EFFECTIVE DATE OF COVERAGE: DOH +WP= DOH 11/3/2015+WP=12/1/16 ** ELIMINATION PERIOD: THE GREATER OF: A. THE ENDOF THE COVERED PERSON'S SHORT TERM DISABILITY BENEFITS; OR B. 90 DAYS(STD MBD 12/27/21, LTD BBD 12/28/21) ** BENEFIT AMOUNT: 60.00% OF BASIC MONTHLY EARNINGS NOT TO EXCEED A MAXIMUM MONTHLY BENEFIT OF $7,500.00 LESS OTHER INCOME BENEFITS AND OTHER INCOME EARNINGS AS OUTLINED IN SECTION 4. ** OWN OCC DURATION: 24 MONTH OWN OCCUPATION **MBD: 10/24/2031 **LTD POLICY IN FILE: YES

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 11975719 **Accommodation Number**

**Note type:**

Primary Sort Order / Sec

Note Type ●

Note Number

● Note Date/Time

Accm. No.

**12/02/2021 1:06 PM - CLAIM Note 16**
Claim/Event/Leave: 11975719
NoteSubject : Closed
Other Subject : MAX DUR TO LTD
Text: [12/02/2021 - BOUCHER, ASHLEY]CLOSING FOR MAX DURATION TO LTD.

**12/01/2021 10:50 AM - CLAIM Note 15**
Claim/Event/Leave: 11975719
NoteSubject : Other
Other Subject : ESCALATION
Text: [12/01/2021 - MERRITT, SAMANTHA]AGREE WITH LTD ESCALATION. ASSIGNED TO LTD DCM A. BOUCHER

**11/30/2021 12:58 PM - CLAIM Note 14**
Claim/Event/Leave: 11975719
NoteSubject : Other
Other Subject : LTD INTERNAL EMAIL S
Text: [11/30/2021 - SMITH, SCOTT]SUBMITTED FOR ESCALATION TO LTD.

**11/30/2021 11:32 AM - CLAIM Note 13**
Claim/Event/Leave: 11975719
NoteSubject : Escalation
Other Subject : M1
Text: [11/30/2021 - CREPEAU, MEGAN]AGREE WITH DCM TO SEND TO LTD

**11/30/2021 11:07 AM - DOCUMENT Note 2**
Claim/Event/Leave: 11975719
NoteSubject : eSignature
Other Subject : Document Signed

**11/30/2021 8:41 AM - CLAIM Note 12**
Claim/Event/Leave: 11975719
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [11/30/2021 - GORTON, MEGANLYN]*** LDW: 09/27/2021, DOD: 09/28/2021. BBD: 10/05/2021. DX: PTSD, DEPRESSION, MENIERE S DISEASE. JOB. CLINICAL DOCUMENT SPECIALIST, SEDENTARY JOB. APPROVED THRU: 12/27/2021 MAX STD BENEFIT DATE: 12/27/2021, NO OUTLINED ERTW

**11/30/2021 8:40 AM - DOCUMENT Note 1**
Claim/Event/Leave: 11975719
NoteSubject : eSignature
Other Subject : Document Requested

**11/29/2021 4:35 PM - PHONE Note 7**
Claim/Event/Leave: 11975719
NoteSubject : EE Called
Other Subject :
Text: [11/29/2021 - RAHN, CODY]EE CALLED ASKED ABOUT PAYMENT ADVISED RAN THRU TODAY AND FOR DIRECT DEPOSIT TO WAIT 3 -5 DAYS EE THANKED AND CALLE DNDE

**11/23/2021 9:44 AM - PHONE Note 6**
Claim/Event/Leave: 11975719
NoteSubject : Called EE
Other Subiect : UPDATE

Other Subject : CPDATE
Text: [11/23/2021 - SMITH, SCOTT]CALLED EE AND LET THEM KNOW STATUS OF THE CLAIM. ADVISED THAT AS THE APPROVAL TIME ALMOST GOES TO THE FULL BENEFIT PERIOD LIKELY THIS WILL BE TRANSITIONED INTO A LTD CASE. LET EE KNOW THAT I WOULD WORK WITH LTD TO ENSURE ASMOOTHE TRANSITION IF THAT IS THE CASE. ADVISED EE IF SHE RTW PRIOR TO LET US KNOW AND WE CAN ADJUST DATES. EE WAS THANKFUL AND ASKED ABOUT PAYMENT. ADVISED WE WILL TRY TO GET IT OUT THIS WEEK, BUT DUE TO HOLIDAY AND PROCESSING TIMES IT MIGHT NOT BEUNTIL NEXT WEEK. ADVISED FIRST PAYMENT WOULD BE A 'CATCH UP' CHECK THAT WOULD BRING HER CURRENT AND THEN SHE WOULD SEE STANDARD WEEKLY BENEFIT GOING FORWARD.

**11/23/2021 8:08 AM - CLAIM Note 11**
Claim/Event/Leave: 11975719
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/23/2021 - JURGENSON, ABIGAIL]AGREE WITH APPROVAL.

**11/22/2021 6:28 PM - CLAIM Note 10**
Claim/Event/Leave: 11975719
NoteSubject : Status Report
Other Subject :
Text: APPROVED THRU 12/23/21 - ERTW TBD

**11/22/2021 6:26 PM - CLAIM Note 9**
Claim/Event/Leave: 11975719
NoteSubject : Action Plan
Other Subject :
Text: [11/22/2021 - SMITH, SCOTT]F/U W/ EE ON 12/20 TO CONFIRM ONGOING TX, SEE IF THERE IS A RTW SET, AND ESCALATE TO LTD.

**11/22/2021 6:26 PM - CLAIM Note 8**
Claim/Event/Leave: 11975719
NoteSubject : Approved
Other Subject :
Text: [11/22/2021 - SMITH, SCOTT]57 YOM/F - LDW 9/26/21 - DOD 9/27/21 - GAP - JOB: CLINICAL DOCUMENT SPECIALIST (SEDENTARY) - DX: PTSD, DEPRESSION, MENIERE'S DISEASE - TREATING PROVIDER: DR. MULLEN AND GIFFELMAN, FOV 9/27/21, LOV 11/9/21- DISABILITY TYPE:SICKNESS, 7 DAY EP - RECOMMEND APPROVAL THRU 12/27/21 BASED ON CONDITION & R&L'S CLINICAL ASSESSMENT - ACTION PLAN: F/U W/ EE ON 12/20 TO CONFIRM ONGOING TX, SEE IF THERE IS A RTW SET, AND ESCALATE TO LTD.

**11/22/2021 12:53 PM - MDS Note**
Claim/Leave: 11975719
Episode #: 2
Nurse Name: BERRY, EBONY
Service #: 17277066
Service Date: 11/22/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SCOTT, SMITH
Note Type: INFORMATION OBTAINED DESC
Text: SEE NURSE MEMORANDUM IN DOC LIST

**11/17/2021 1:38 PM - PHONE Note 5**
Claim/Event/Leave: 11975719
NoteSubject : Other Called
Other Subject : SPOUSE
Text: [11/17/2021 - DESROCHERS, BREANNA]EE CALLED ASKING FOR A CALL TO DISCUSS IF THE CLAIM IS APPROVED

**11/17/2021 10:35 AM - PHONE Note 4**
Claim/Event/Leave: 11975719
NoteSubject : Called EE
Other Subject : RTC
Text: [11/17/2021 - CREPEAU, MEGAN]RTC TO EE - LEFT VM ADVISING CLAIM WITH MDS AND MEDICAL REVIEW

**11/15/2021 2:31 PM - MDS Note**
Claim/Leave: 11975719
Episode #: 2
Nurse Name: KILCOLLUM, CASSANDRA
Service #: 17270972
Service Date: 11/15/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: ACTION PLAN DESCRIPTION
Text: 03

**11/15/2021 2:31 PM - MDS Note**
Claim/Leave: 11975719
Episode #: 2

Nurse Name: KILCOLLUM, CASSANDRA
Service #: 17270972
Service Date: 11/15/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: 03 QUEUE

**11/12/2021 10:13 AM - CLAIM Note 7**
Claim/Event/Leave: 11975719
NoteSubject : Other
Other Subject : REF FULL FILE REVIEW
Text: [11/12/2021 - SMITH, SCOTT]PER SUGGESTION FROM CONSULT REFERRING CASE FOR FFR. BEHAVIORAL HEALTH REVIEW NEEDED TO DETERMINE ELIGIBILITY AND DURATION OF SUPPORT FOR DISABILITY.

**11/12/2021 10:10 AM - MDS Note**
Claim/Leave: 11975719
Episode #: 1
Nurse Name: HOGGAN, CHRISTINA
Service #: 17269489
Service Date: 11/12/2021
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, SCOTT, SMITH
Note Type: INFORMATION OBTAINED DESC
Text: DISCUSSED FILE WITH CS IN BH OPEN CONSULT. RECOMMEND CS REFER FOR BH FULL FILE REVIEW TO DETERMINE R/LS. CONSULT COMPLETE.

**11/12/2021 9:46 AM - CLAIM Note 6**
Claim/Event/Leave: 11975719
NoteSubject : Med Records Rcvd
Other Subject : DR GIFFELMAN
Text: [11/12/2021 - SMITH, SCOTT]R&L RECEIVED - FOV YEARS AGO, LOV 10/4/21, NOV 2/10/22 - RESTRICTIONS SECTION AND DURATION LEFT BLANK - TREATMENT: COUNSELING AND MEDICATION - FINDING THAT SUPPORT RESTRICTIONS: FATIGUE AND AGITATION. - SIGNED AND DATED BYAP ON 11/9/21. OVN 10/4 DX DEPRESSION - EE PRESCRIBED ATARAX AND TO CONTINUE COUNSELING - FMLA FOR 12 WEEKS.

**11/04/2021 2:44 PM - CLAIM Note 5**
Claim/Event/Leave: 11975719
NoteSubject : LTR to AP
Other Subject : GISSELMAN & DOWNS-MU
Text: [11/04/2021 - SMITH, SCOTT]SENT ANOTHER REQUEST FOR FSE TO BEFILLED OUT BY DOWNS- MULLENS AND R&L FORM FROM GISSELMAN ALONG WITH OVNS FROM 9/1/21

**11/04/2021 2:25 PM - PHONE Note 3**
Claim/Event/Leave: 11975719
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [11/04/2021 - SMITH, SCOTT]SPOKE TO EE AND CONFIRMED LAST DAY OF WORK: 9/27/21 DATE OF DISABILITY: 9/28/21 GAP?: NONE PROVIDERS (SPECIALTY): DR. KRISTEN GISSELMAN TREATING MENIERE S DISEASE PHONE: 319-362-7329 FAX: 319-861-2953 FOV: 2018 WAS THE DIAGNOSIS LOV: 10/4/21 NOV: TBD AS THEY HAVE A CONSTANT COMMUNICATION VIA MYCHART PROVIDER: LESLIE DOWNS-MULLEN STRESS AND MENTAL HEALTH -PSYCHOLOGIST PHONE: 319-294-9206 FAX: 319-294-6107 FOV 2018 LOV: 10/28/21NOV: WEEKLY VISITS HOSPITALIZED? NOT YET DIAGNOSTIC TESTS/DATES/RESULTS: 2018 EE WAS DIAGNOSED MEDICATIONS: PRN MEDICATIONS COMORBIDITIES: HYPOTHYROIDISIM, ANXIETY AND DEPRESSION ESTIMATED RTW: UNKNOWN BUT ESTIMATED THROUGH 12/15.DIAGNOSIS/SYMPTOMS: MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE; MENIERE S DISEASE IS THERE A HISTORY OF PSYCHIATRIC TREATMENT? (NATURE OF CONDITION, FORM OF TREATMENT, RESPONSE TO TREATMENT); EE NEEDS TREATMENT AS SHE IS MANAGING HAS THE CONDITION REQUIRED LEAVING WORK IN THE PAST? EE HAD TO STEP AWAY BACK IN SEPTEMBER OF 2020 THROUGH DECEMBER 2020; EE WAS ACCOMMODATED IN MARCH OF 2021 OF WORKING FROM HOME. EE STILL HAVING ISSUES WITH PRODUCTIVITY AND RELATED STRESS. WHAT PROBLEM, SITUATION, OR SYMPTOM DO YOU FEEL MOST PREVENTS YOUR ABILITY TO WORK? EE FEELS DEMANDS OF THE JOB, CONCENTRATION REQUIREMENTS AND PRODUCTIVITY IS IMPACTED AND CAUSING ISSUES. THIS CAUSES STRESS AND IMPACTS THEMENIERS DEISEASE IS THETREATMENT HELPING? / HAS THE TREATMENT HELPED? EE FEELS LIKE TREATMENT IS HELPFUL BUT KEEPING STRESS IS KEY AS IT IS THE TRIGGER MECHANISM. IS THE PROBLEM RELATED TO WORK? YES WORK AND IT S DEMANDS ARE THE PRIME STRESSORS. HAS THE JOB SITUATION RECENTLY CHANGED IN ANY WAY? (IF YES, THEN ASK: WHAT ARE SOME OF THE CHANGES THAT HAVE OCCURRED? ) CASELOADS HAVE INCREASED DUE TO THE PANDEMIC AND AS THEY HAVE A SHORTAGE OF NURSES DEMANDS HAVE GONE UP. HAVE DEMANDS AT THE WORKPLACE BECOME EXCESSIVE? DEMANDS OF WORK HAVE INCREASED COVID FUELED THE CASELOADS IS YOUR SUPERVISOR SUPPORTIVE? NOT REALLY, THEY SEEM INDIFFERENT. STAT STATE? IA JOB TITLE/DUTIES/OCC: NURSE WORK SCHEDULE: FT WORK RELATED: NO OTHER INCOME/SECOND JOB: NONE ADVISED OF EP : 7 DAYS AUTHORIZATION-ADVISED OF E-SIGN: ADVISED OF MLP: Y TEXT NOTIFICATIONS?: SIGNED UP EE PERSONAL EMAIL?:

**10/28/2021 7:48 AM - CLAIM Note 4**
Claim/Event/Leave: 11975719
NoteSubject : LTR to AP
Other Subject : DOWNS MULLEN

Other Subject : DOWNS MULLEN
Text: [10/28/2021 - SMITH, SCOTT]FAXED REQUEST TO AP FOR MEDICAL RECORDS FROM 9/1/21-PRESENT ALONG WITH FSE & R&L FORMS.

**10/26/2021 2:42 PM - CLAIM Note 3**
Claim/Event/Leave: 11975719
NoteSubject : Notice/Proof Review
Other Subject :
Text: [10/26/2021 - KELLY, SHANNON]MR 9/1 - PRESENT DUE 12/8

**10/26/2021 2:41 PM - PHONE Note 2**
Claim/Event/Leave: 11975719
NoteSubject : Called AP
Other Subject :
Text: [10/26/2021 - KELLY, SHANNON]CX FAX FOR AP GIFFLEMAN - LVM FOR AP DOWN MULLEN FOR FAX

**10/26/2021 2:35 PM - PHONE Note 1**
Claim/Event/Leave: 11975719
NoteSubject : Initial EE Interview
Other Subject :
Text: [10/26/2021 - KELLY, SHANNON]*** LDW: 9/27 *** DOD: 9/28 *** JOB TITLE/DUTIES: CLINICAL DOCUMENTATION SPECIALIST ***WORK SCHEDULE: M-F *** DIAGNOSIS/SYMPTOMS: LOSS OF VISION IN L EYE MINERES DISEASE. EE TRIED WORKING FROM HOME BUT UNABLE TO KEEP UP WITH THE PACE OF JOB AND STRESS WORSENS SYMTPS *** DATE OF INJURY/ONSET OF SYMPTOMS: 9/27 SYMTS ESCALATED AND UNABLE TO WORK AFTER *** DO YOU HAVE ANY OTHER MEDICAL CONDITIONS (COMORBIDS)?: DEPRESSION, ANXIETY *** PROVIDERS (SPECIALTY)/PHONE: PCP DR GIFFELMAN - 319-362-7329 DR LESLIE DOWNS MULLEN - 319-573-5206 (COUNSELOR) PCP TOOK EE OOW *** LOV: 2 WEEKS AGO *** NOV/PROVIDER: NONE SCHEDULED EE TO CALL IN 1 WEEK *** ERTW: 12 WEEKS ERTW 12/15 *** ANY OTHERINCOME, STATUTORY BENEFITS? NO - EE AWARE N&P

**10/21/2021 4:16 PM - CLAIM Note 1**
Claim/Event/Leave: 11975719
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: MENIERE'S DISEASE, VITREOUS TEAR L EYE (WITH RESIDUAL LINE OF VISION LOSS), DEPRESSION, ANXIETY.

**10/21/2021 4:16 PM - CLAIM Note 2**
Claim/Event/Leave: 11975719
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: STRESS TRIGGERS MY MENIERE'S, CAUSING NAUSEA, DIAPHORESIS, TINNITUS, VERTIGO, AND HEARING LOSS. WORKING FROM HOME AND CHANGING MY WORK HOURS HAVE NOT STOPPED WORK STRESS FROM TRIGGERING MY MENIERE'S. MY DEPRESSION AND ANXIETY ARE UNCONTROLLED.

## RELEASE OF INFORMATION

TO: The Lincoln National Life Insurance Company

I, Jo Ellen Nie, authorize all representatives, agents, and employees of the above to release and give any and all information, reports, correspondence, memorandums, writings, or any other information including confidential information, whether oral or in writing, pertaining to me and in your custody or control, to:

**RSH Legal, P.C.**
Attorneys at Law
Plaza 425, Suite 1140
425 Second Street SE
Cedar Rapids Iowa 52401-1848
Telephone: (319) 365-9200

I understand that all or some of the information hereby authorized to be released may be protected by law, and I give my written consent to the release of all information and my signature shall constitute a waiver of any protection and rights afforded to me by federal and state laws. I understand that this release of information may be used in connection with a claim or claims asserted by me.

A photocopy, or exact reproduction of this authorization, as duly executed, shall have the same force and effect as this original. This Release of Information shall expire two (2) years from the date below unless otherwise revoked in writing.

Dated this 16 day of November, 20 23.

Signed: JoEllen Nie
DOB: ____
SS#: ____

# AUTHORIZATION TO RELEASE INFORMATION

Name of Patient: Jo Nie Date of birth: ____

**I. AUTHORIZATION FOR RELEASE OF INFORMATION AND FOR REDISCLOSURE**

I authorize The Lincoln National Life Insurance Company ____________________

whose address is P.O. Box 2578, Omaha, NE 68172-9688 ____________________ to disclose and deliver to **Riccolo, Semelroth & Henningsen**

whose address is **425 2nd St SE, Suite 1140, Cedar Rapids, IA 52401** the following information:

**Any and all medical and/or billing information requested**

**NOTE:** *If information includes mental health treatment, substance abuse treatment, HIV, or genetic – related information it will not be released unless you agree to the release on the reverse side of this form*.

I understand the information is being disclosed and may be used only for legal and/or litigation purposes relating to claims and/or suit against Mercy Hospital ____________________ and/or arising out of incident(s) on or about the________________ day of ______________________, ____. This authorization expires on ________________________________, (not to exceed one year); or, if no date is specified, on the termination of the litigation or other proceedings for which this authorization was provided.

I understand that I may refuse to sign this authorization or revoke this authorization at any time. I understand that my revocation or refusal to sign this authorization will not affect my ability to obtain health care services. I also understand that if I revoke, the revocation will take effect on the day it is received by the entity from whom disclosure is sought in writing.

I understand that if the person or entity that receives the information requested is not covered by the federal privacy regulations or is not an individual or entity who has signed an agreement with such a person or entity, the information described above may be redisclosed and will no longer be protected by the regulations.

Iowa and/or Federal law provides that I have a right to prohibit redisclosure of confidential medical information and further disclosure may not be had without my express written authorization, except as indicated below.

I further understand that the Recipient, WITHOUT FURTHER AUTHORIZATION, may redisclose said information to:

(A) Parties and their legal counsel, insurers, experts, potential experts, anyone against whom claim is or has been made, administrative agency and court officials hearing the claim, and any agents, employees, or representatives of any of said persons; OR INSTEAD

(B) CHECK ONLY IF APPLICABLE to the following:

____________________

____________________

JoEllen Nie 11/16/2023

Signature of Patient or patient's legal representative Date

____________________

Printed name and relationship of patient's legal representative

**II. AUTHORIZATION FOR CONSULTATION**

I understand that if the person or entity listed above is a physician, surgeon, physician's assistant, advanced registered nurse practitioner or mental health professional (provider) this authorization also permits RSH Legal to consult with that provider about my medical history and condition relating to my claims described above, and further permits that health professional to render opinions regarding the cause of my condition and the prognosis for that condition. I understand that if the lawyer seeking consultation represents a party adverse to me, that lawyer shall provide a written notice to my lawyer and other counsel consistent with the Iowa Rules of Civil Procedure for service of a notice of deposition at least ten (10) days prior to such consultation.

In order for the above consultation to be authorized, sign here and at the end of Section I:

Signature of Patient or patient's legal representative — Date: 11/16/2023

Printed name and relationship of patient's legal representative

**III. SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW CONCERNING MENTAL HEALTH, SUBSTANCE ABUSE TREATMENT OR AIDS-RELATED INFORMATION**

I acknowledge that information to be released may include material that is protected by Federal and/or State law applicable to substance abuse, mental health, AIDS-related information, developmental disabilities and/or genetic information. I SPECIFICALLY AUTHORIZE the release of confidential information relating to: Place "YES" or "NO" in ALL applicable boxes:

- Yes — Substance Abuse (Drug or Alcohol) Information
- Yes — Mental Health Information. NOTE:you have the right to inspect the disclosed mental health information at any time
- Yes — HIV/AIDS-related Information, Diagnosis, and test results
- Yes — Developmental disabilities-related information
- Yes — Genetic information including genetic test results

Signature of Patient or patient's legal representative — Date: 11/16/2023

Printed name and relationship of patient's legal representative

Furthermore, I SPECIFICALLY AUTHORIZE disclosure and redisclosure of this confidential information to all of the persons referred to in the Redisclosure Section I.

In order for the above information to be released, you must sign here AND at the end of Section I.

If mental health information is being disclosed, I acknowledge receipt of a copy of this Authorization.

Signature of Patient or patient's legal representative — Date: 11/16/2023

Printed name and relationship of patient's legal representative

Federal and/or State law specifically require that any disclosure or redisclosure of substance abuse, alcohol or drug, mental health, genetic, developmental, or AIDS-related information must be accompanied by the following written statement:

> This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

See also Chapter 228 and Chapter 141(A) of the Iowa Code and other applicable laws.

**NOTE: PHOTOCOPY OF THIS SIGNED AUTHORIZATION SHALL BE AS EFFECTIVE AS THE ORIGINAL**

**From:** Boucher, Ashley
**Sent:** Thu, 16 Nov 2023 21:16:40 +0000
**To:** 'lschultes@fightingforfairness.com'
**Subject:** Jo Nie LTD Claim

Good Evening Laura,

I received a call from one of your colleagues regarding wanting the files for the STD/LTD claims for Ms. Nie. We actually emailed you the file per your request on 3/14/22 via Onedrive. Did you receive this? There is also another attorney on the case at this time but unsure if this is for the same lawsuit. Since it's been over a year, if you are still representing her, can you please send a new auth and request over for what you need?

Thank you!


Ashley Boucher
Transitional Technical Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800-210-0268 ext. 16130 Phone
603-334-0401 Fax
Ashley.Boucher@lfg.com
LincolnFinancial.com

Follow us on:


This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 Ext. 16130 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:**Boyle, Sarah
**Sent:**Fri, 14 Jul 2023 14:27:50 +0000
**To:**'scollins@mercycare.org'
**Subject:**Jo Nie

Hello,

RE: Jo Nie
Employee id: 30062
Claim: 12118946

We have completed the appeal assessment of this claim and maintained the prior denial of LTD benefits beyond 09/27/2022. A letter has been sent today to notify them of our decision.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



**From:** DisabilityDocuments
**Sent:** Wednesday, July 12, 2023 2:23 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Appeal Letter for Joe Nie Claim No. 12118946

---

**From:** Jason Neifert <jneifert@nbolawfirm.com>
**Sent:** Wednesday, July 12, 2023 6:22:37 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Cc:** Anya Shipman <ashipman@nbolawfirm.com>
**Subject:** RE: Appeal Letter for Joe Nie Claim No. 12118946

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

July 12, 2023

Members of the Appeals Committee,

I have attached a letter of support authored by one of Ms. Nie's treating specialists, Dr. Shane Gailushas, on July 12, 2023. Please be sure that this letter is taken into consideration as a part of her appeal.

Thanks,

*Jason D. Neifert*

Neifert, Byrne & Ozga, P.C.

1441 29th Street, Suite 111

West Des Moines, IA 50266

PH: (515) 226-2117

FAX: (515) 226-2497

Email: Jneifert@nbolawfirm.com

**[Error : unloaded OLE object or mail attachment]**

MERCY®
EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8TH AVE. SE
CEDAR RAPIDS IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

July 12, 2023

Jo Ellen Nie

Lincoln Financial

To whom it may concern:

This letter is in response to the request for information sent to Lincoln Financial in regards to disability for patient Jo Ellen Nie, This is a patient that I have known since 2020. She has seen multiple ENT providers as well as myself in our office since 2018. She has a diagnosis of Ménière's disease which has been managed to some extent with intratympanic steroid injections as well as hydrochlorothiazide treatment. However in spite of these therapies she continues to have significant impact with balance and vertigo secondary to her Ménière's disease. She was assessed as well by the neuro otological center at the University of Iowa hospitals and clinics. They as well assessed her for her Ménière's disease and noted that she had been having worsening of symptoms in spite of therapy in 2022. Since that time she is having worsening balance and vertiginous events resulting in difficulty in daily living. This is made it difficult for her to maintain supportive work and also has also affected her ability to even do sedentary jobs due to the episodic and unpredictable nature of her Ménière's attacks. Most of this is documented by her primary care physician and she has a longstanding history of trying multiple available medical treatments to solve this issue with limited response. The condition she suffers from is a well-known documented medical condition which results in imbalance and unpredictable recurrent vestibular attacks. It can also lead to issues with fluctuating hearing loss that can be profound. Patients with this condition can suffer from mental health issues but it is secondary to the physical condition and the effects it has on daily living and is not a primary mental health diagnosis. It is my opinion that her present condition is secondary to her Ménière's diagnosis and her medical condition and not secondary to a mental health issue. She has been diligent in trying multiple therapies and medications. She has been responsible in taking those medications as prescribed. She has been seen by multiple providers including multiple otolaryngologists and neuro otologist's who confirmed the diagnosis. Given this is more likely than not that her Ménière's disease is causing her significant disability preventing her from doing meaningful work or maintaining a job and it has been resistant to resolution through standard therapies. She continues to work with neurotology at University of Iowa Hospital and clinic in search of a solution as well as vestibular therapy. It is possible at some point in the future she may encounter successful therapy that will restore her ability to return to successful work and life. Unfortunately at that result continues to be elusive. If you have any further questions or concerns please do not hesitate to contact me.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Shane A Gailushas, MD

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 23, 2023 |
| To: | JASON NIEFERT<br>NEIFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Sarah Boyle<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 9 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 23, 2023

Jason Niefert
Neifert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

Dear Jason Niefert:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Mercy Medical Center Group Disability Policy. We are writing regarding Ms. Nie's claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached Peer Review, which is new or additional evidence in connection with your appeal. You may review these and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or by July 13, 2023, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by July 13, 2023 (21 days from the date of this letter), we will render a determination based on the information contained in Ms. Nie's file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA

Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Nie's claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

Attachments: 12118946-MEDICAL-CP/PEER REVIEW-06.22.2023

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

6/22/2023

| | | |
|---|---|---|
| RE: Claimant Name | : | JO E. NIE |
| Client | : | Lincoln Life Assurance Company of Boston - 92 |
| Referred By | : | Boyle, Sarah |
| Type of Review | : | Disability |
| Type of Service | : | LTD |
| Claim Number: | : | 12118946 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| REFERRAL | Kimberly Nichols | 03/06/23 |
| CLAIM LOG | Case Notes | 12/02/21-06/14/23 |
| PROGRESS NOTES | David Barnes, MD | 04/06/18 |
| PROGRESS NOTES | Aaron Benson, MD | 04/12/18-06/13/18 |
| PROGRESS NOTES | David Kowalcyk, MD | 12/13/18 |
| PROGRESS NOTES | Samuel Sprehe, MD | 07/01/19 |
| PROGRESS NOTES | Megan Palmer, AuD | 12/09/20 |
| PROGRESS NOTES | Shane Gailushas, MD | 12/09/20 |
| PROGRESS NOTES | Lesile Mullen, LMFT | 01/06/21-08/16/22 |
| PROGRESS NOTES | Kristin Gisselman, DO | 02/08/21-03/01/23 |
| PROGRESS NOTES | Mercy Cedar Rapids | 08/17/21 |
| PROGRESS NOTES | University of Iowa Hospitals & Clinics | 05/12/22 |
| PROGRESS NOTES | Marlan Hensen, MD | 05/12/22 |
| PROGRESS NOTES | Refael Lefkowitz, MD | Undated |
| APPEAL DOCUMENTS | Ebony B, MSN,RN | 11/22/21 |
| APPEAL DOCUMENTS | Lancer Reger, MD | 08/05/22 |
| APPEAL DOCUMENTS | Rafael Lefkowitz, MD | 09/04/22 |
| PT | David Neira, PT | 01/15/19-01/18/19 |

| | | |
|---|---|---|
| PT | Kimberly Jaeger, PT | 11/23/20 |
| OT | Megan Hixson, OT | 11/23/20 |
| IME/IMO/FCE/PCE | Lancer Reger, MD | 08/05/22-08/23/22 |
| IME/IMO/FCE/PCE | Rafael Lefkowitz, MD | 09/04/22 |
| IME/IMO/FCE/PCE | Lori Ashworth, MEd | 09/08/22 |
| AUDIOGRAM | University of Iowa Hospitals & Clinics | 05/12/22 |
| FORMS | Other Forms Filled Out By Claimant | 08/31/22 |
| MISCELLANEOUS | N/A | 12/02/21-06/12/23 ; Undated |
| ROI | | |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:
1) AP NAME: Kristin Gisselman DO Fam Prac
2) DATE: 6/20/2023
3) TIME: 3:00 PM ET
4) PERSON SPOKEN WITH: Dr. Kristin Gisselman
5) POSITION OF PERSON SPOKEN WITH: Treating Provider

SUMMARY OF CONVERSATION: We discussed the case at length. She indicated that she felt that the claimant was completely disabled due to a variety of reasons, including psychiatric issues, as well as otologic issues. When I pressed her to not consider the psychiatric issues and just focus on the otologic issues, she still felt that the claimant was disabled due to her dizziness dysequilibrium, but could not elaborate any further.

TELECONFERENCE #2:
1) AP NAME: Shane Gailushas
2) DATE: 6/20/2023
3) TIME: 3:15 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: Left message regarding review.

TELECONFERENCE #3:
1) AP NAME: Shane Gailushas

2) DATE: 6/21/2023
3) TIME: 1:30 PM ET
4) PERSON SPOKEN WITH: Shane Gailushas
5) POSITION OF PERSON SPOKEN WITH: Treating Provider

SUMMARY OF CONVERSATION: We discussed the claimant. He indicated that he had not seen this claimant since 2020 and had referred her to ENT and then to Neurootology. He did indicate that when he saw her in 2020, she had not had any vertigo episodes since 2019. He felt that her story was very unusual for Ménière's disease. He indicated that she had dizziness when bending over. We discussed appropriate limitations and we agreed that she should be limited to not climbing stairs or being in a situation where she is a fall risk to herself or others. He did not feel that full limitations of not working on a computer were warranted. Therefore, there are no other restrictions other than the height limitations.

TELECONFERENCE #4:
1) AP NAME: Kim Jaeger
2) DATE: 6/20/2023
3) TIME: 3:30 PM ET
4) PERSON SPOKEN WITH: Unknown
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: The first call was made on 06/20/2023 at approximately 3:30 p.m. Eastern Standard Time. A second number, 319-398-6020, was given to me for another office.

TELECONFERENCE #5:
1) AP NAME: Kim Jaeger
2) DATE: 6/21/2023
3) TIME: 1:40 PM ET
4) PERSON SPOKEN WITH: Brian
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: A second number, 319-398-6020, was given to me for another office. That office was called on 06/21/2023 at 1:40 p.m. Eastern Standard Time. I talked to Brian, who indicated that Kim Yager was not present and that she only works part-time.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 57-year-old woman that was seen by neurootologist, Marlan Hansen, at the University of Iowa Hospitals and Clinics on 05/12/2022. Her complaint was dizziness since 2018 when she experienced a sudden hearing loss and was treated with intratympanic steroid injections to modest benefit at that time. She also began experiencing constant low level imbalance with occasional episodes of what she described as room spinning vertigo and aural fullness without hearing change within the episode. The duration was only several minutes at a

time. Over the course of years, the character of her episodes has changed. At the time of her office visit, she has monthly episodes of the same vertigo with aural fullness without any hearing change. She endorsed that her hearing was fluctuating. She managed the episodes with Meclizine and is currently on a salt restriction diet and taking hydrochlorothiazide. Physical examination, at that time, was normal. Audiologic evaluation was performed on that date, which showed a high frequency sensorineural hearing loss consistent with presbycusis, but otherwise, relatively normal hearing levels. She did not exhibit any telltale signs of Ménière's disease on her audiogram. Dr. Hansen indicated that her audiogram did not suggest Ménière's disease, however, objective history of fluctuating hearing loss with improvement on salt restriction and diet, does support a diagnosis of Ménière's disease. The plan was to continue Hydrochlorothiazide and salt restriction and return in six months to reassess symptoms.

**QUESTION**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Dizziness with giddiness, R42

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Depression and anxiety.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 09/28/2022 to ongoing, and comment on the expected duration.**

The claimant should be restricted from entering a situation where she is a fall risk to herself or others. This includes climbing any ladders and climbing any obstacle greater than 3 feet in height. She is restricted from walking up and down stairs without a handrail. Otherwise, she has no other restrictions or limitations.

These are supported from 9/28/2022 to ongoing. Reassessment in 1 year.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

I disagree with Dr. Kristen Gizzleman's recommendation for complete disability. I feel that the restrictions and limitations that were derived with Dr. Gailushas are more appropriate, as mentioned above.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The diagnosis of Ménière's disease is uncertain, as per Dr. Marlan Hansen. I think that the treatment by Dr. Hansen is perfectly reasonable.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None noted.

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Kristin Gisselman, DO, Fam Prac**
**Phone Number: 1 (319) 363 8148**
**Fax Number:**

**Name: Shane Gailushas, ENT**
**Phone Number: 1 (319) 398 6900**
**Fax Number:**

**Name: Kim Jaeger, DPT, Phys Thpy and Megan Hixson, occ Thpy**
**Phone Number: 1 (319) 398 6020**
**Fax Number:**

See call logs.

**8. Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

None documented

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

David Foyt, M.D.
Board Certified: American Board of Otolaryngology
Board Certified: American Board of Otolaryngology, Neurotology
Associate Professor Surgery(Otolaryngology / Neurosurgery), Albany Medical Center
Director Otology/Neurotology/ Lateral Skull Base Surgery, Albany Medical Center
American Neurotology Association
NY WCB# 189002-9

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

6/22/2023

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | JO E. NIE |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Boyle, Sarah |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 12118946 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| REFERRAL | Kimberly Nichols | 03/06/23 |
| CLAIM LOG | Case Notes | 12/02/21-06/14/23 |
| PROGRESS NOTES | David Barnes, MD | 04/06/18 |
| PROGRESS NOTES | Aaron Benson, MD | 04/12/18-06/13/18 |
| PROGRESS NOTES | David Kowalcyk, MD | 12/13/18 |
| PROGRESS NOTES | Samuel Sprehe, MD | 07/01/19 |
| PROGRESS NOTES | Megan Palmer, AuD | 12/09/20 |
| PROGRESS NOTES | Shane Gailushas, MD | 12/09/20 |
| PROGRESS NOTES | Lesile Mullen, LMFT | 01/06/21-08/16/22 |
| PROGRESS NOTES | Kristin Gisselman, DO | 02/08/21-03/01/23 |
| PROGRESS NOTES | Mercy Cedar Rapids | 08/17/21 |
| PROGRESS NOTES | University of Iowa Hospitals & Clinics | 05/12/22 |
| PROGRESS NOTES | Marlan Hensen, MD | 05/12/22 |
| PROGRESS NOTES | Refael Lefkowitz, MD | Undated |
| APPEAL DOCUMENTS | Ebony B, MSN,RN | 11/22/21 |
| APPEAL DOCUMENTS | Lancer Reger, MD | 08/05/22 |
| APPEAL DOCUMENTS | Rafael Lefkowitz, MD | 09/04/22 |
| PT | David Neira, PT | 01/15/19-01/18/19 |

| | | |
|---|---|---|
| PT | Kimberly Jaeger, PT | 11/23/20 |
| OT | Megan Hixson, OT | 11/23/20 |
| IME/IMO/FCE/PCE | Lancer Reger, MD | 08/05/22-08/23/22 |
| IME/IMO/FCE/PCE | Rafael Lefkowitz, MD | 09/04/22 |
| IME/IMO/FCE/PCE | Lori Ashworth, MEd | 09/08/22 |
| AUDIOGRAM | University of Iowa Hospitals & Clinics | 05/12/22 |
| FORMS | Other Forms Filled Out By Claimant | 08/31/22 |
| MISCELLANEOUS | N/A | 12/02/21-06/12/23 ; Undated |
| ROI | | |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Kristin Gisselman DO Fam Prac
2) DATE: 6/20/2023
3) TIME: 3:00 PM ET
4) PERSON SPOKEN WITH: Dr. Kristin Gisselman
5) POSITION OF PERSON SPOKEN WITH: Treating Provider

SUMMARY OF CONVERSATION: We discussed the case at length. She indicated that she felt that the claimant was completely disabled due to a variety of reasons, including psychiatric issues, as well as otologic issues. When I pressed her to not consider the psychiatric issues and just focus on the otologic issues, she still felt that the claimant was disabled due to her dizziness dysequilibrium, but could not elaborate any further.

TELECONFERENCE #2:

1) AP NAME: Shane Gailushas
2) DATE: 6/20/2023
3) TIME: 3:15 PM ET
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: Left message regarding review.

TELECONFERENCE #3:

1) AP NAME: Shane Gailushas

2) DATE: 6/21/2023
3) TIME: 1:30 PM ET
4) PERSON SPOKEN WITH: Shane Gailushas
5) POSITION OF PERSON SPOKEN WITH: Treating Provider

SUMMARY OF CONVERSATION: We discussed the claimant. He indicated that he had not seen this claimant since 2020 and had referred her to ENT and then to Neurootology. He did indicate that when he saw her in 2020, she had not had any vertigo episodes since 2019. He felt that her story was very unusual for Ménière's disease. He indicated that she had dizziness when bending over. We discussed appropriate limitations and we agreed that she should be limited to not climbing stairs or being in a situation where she is a fall risk to herself or others. He did not feel that full limitations of not working on a computer were warranted. Therefore, there are no other restrictions other than the height limitations.

TELECONFERENCE #4:
1) AP NAME: Kim Jaeger
2) DATE: 6/20/2023
3) TIME: 3:30 PM ET
4) PERSON SPOKEN WITH: Unknown
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: The first call was made on 06/20/2023 at approximately 3:30 p.m. Eastern Standard Time. A second number, 319-398-6020, was given to me for another office.

TELECONFERENCE #5:
1) AP NAME: Kim Jaeger
2) DATE: 6/21/2023
3) TIME: 1:40 PM ET
4) PERSON SPOKEN WITH: Brian
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: A second number, 319-398-6020, was given to me for another office. That office was called on 06/21/2023 at 1:40 p.m. Eastern Standard Time. I talked to Brian, who indicated that Kim Yager was not present and that she only works part-time.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 57-year-old woman that was seen by neurootologist, Marlan Hansen, at the University of Iowa Hospitals and Clinics on 05/12/2022. Her complaint was dizziness since 2018 when she experienced a sudden hearing loss and was treated with intratympanic steroid injections to modest benefit at that time. She also began experiencing constant low level imbalance with occasional episodes of what she described as room spinning vertigo and aural fullness without hearing change within the episode. The duration was only several minutes at a

time. Over the course of years, the character of her episodes has changed. At the time of her office visit, she has monthly episodes of the same vertigo with aural fullness without any hearing change. She endorsed that her hearing was fluctuating. She managed the episodes with Meclizine and is currently on a salt restriction diet and taking hydrochlorothiazide. Physical examination, at that time, was normal. Audiologic evaluation was performed on that date, which showed a high frequency sensorineural hearing loss consistent with presbycusis, but otherwise, relatively normal hearing levels. She did not exhibit any telltale signs of Ménière’s disease on her audiogram. Dr. Hansen indicated that her audiogram did not suggest Ménière’s disease, however, objective history of fluctuating hearing loss with improvement on salt restriction and diet, does support a diagnosis of Ménière’s disease. The plan was to continue Hydrochlorothiazide and salt restriction and return in six months to reassess symptoms.

**<u>QUESTION</u>**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Dizziness with giddiness, R42

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Depression and anxiety.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 09/28/2022 to ongoing, and comment on the expected duration.**

The claimant should be restricted from entering a situation where she is a fall risk to herself or others. This includes climbing any ladders and climbing any obstacle greater than 3 feet in height. She is restricted from walking up and down stairs without a handrail. Otherwise, she has no other restrictions or limitations.

These are supported from 9/28/2022 to ongoing. Reassessment in 1 year.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

I disagree with Dr. Kristen Gizzleman’s recommendation for complete disability. I feel that the restrictions and limitations that were derived with Dr. Gailushas are more appropriate, as mentioned above.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The diagnosis of Ménière's disease is uncertain, as per Dr. Marlan Hansen. I think that the treatment by Dr. Hansen is perfectly reasonable.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None noted.

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Kristin Gisselman, DO, Fam Prac**
**Phone Number: 1 (319) 363 8148**
**Fax Number:**

**Name: Shane Gailushas, ENT**
**Phone Number: 1 (319) 398 6900**
**Fax Number:**

**Name: Kim Jaeger, DPT, Phys Thpy and Megan Hixson, occ Thpy**
**Phone Number: 1 (319) 398 6020**
**Fax Number:**

See call logs.

**8. Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

None documented

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

David Foyt, M.D.
Board Certified: American Board of Otolaryngology
Board Certified: American Board of Otolaryngology, Neurotology
Associate Professor Surgery(Otolaryngology / Neurosurgery), Albany Medical Center
Director Otology/Neurotology/ Lateral Skull Base Surgery, Albany Medical Center
American Neurotology Association
NY WCB# 189002-9

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

Phone 800-657-4655 | Fax 248-356-6757 | www.mlsgroupllc.com

DATE: 6/22/2023

TO: Kristin Gisselman DO Fam Prac

RE: JO ENIE

Attached, please find a brief synopsis letter that details the conversation that took place.

Please review this letter, if you agree with the synopsis, please sign it at the bottom above your name and fax back to our office @ 248-356-6757.

PLEASE NOTE: If any of the conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly on the document, sign, and fax back to us. There is a 5-day timeframe placed on receipt of this letter. Please return as soon as possible.

If you have any questions, please do not hesitate to contact our office at 248-945-9001.

Thank you.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

6/22/2023

REGARDING: JO E NIE

Independent Peer Review on behalf of MLS Group of Companies, LLC

Dear Kristin Gisselman DO Fam Prac

As in our peer-to-peer discussion regarding the above claimant on behalf of your patient's disability carrier, I was requested to contact you to obtain additional information in regard to this claimant's medical status. For the sake of accuracy and to ensure correct interpretation and meaning of our discussion, I have enclosed the portion of the report that outlines our discussion and ask that you please review it.

We discussed the case at length. She indicated that she felt that the claimant was completely disabled due to a variety of reasons, including psychiatric issues, as well as otologic issues. When I pressed her to not consider the psychiatric issues and just focus on the otologic issues, she still felt that the claimant was disabled due to her dizziness dysequilibrium, but could not elaborate any further.

If any of the above conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly to the document, and fax back to 248-356-6757. If the above synopsis is an accurate reflection of our discussion, please sign and fax back to 248-356-6757.

Please return within 5 business days of receipt of this letter.

Respectfully submitted,

David Goff

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

David Foyt, M.D.
Board Certified: American Board of Otolaryngology
Board Certified: American Board of Otolaryngology, Neurotology
Associate Professor Surgery(Otolaryngology / Neurosurgery), Albany Medical Center
Director Otology/Neurotology/ Lateral Skull Base Surgery, Albany Medical Center
American Neurotology Association
NY WCB# 189002-9
Reviewing Physician

---

Kristin Gisselman DO Fam Prac
Attending Physician

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

DATE: 6/22/2023

TO: Shane Gailushas

RE: JO E. NIE

Attached, please find a brief synopsis letter that details the conversation that took place.

Please review this letter, if you agree with the synopsis, please sign it at the bottom above your name and fax back to our office @ 248-356-6757.

PLEASE NOTE: If any of the conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly on the document, sign, and fax back to us. There is a 5-day timeframe placed on receipt of this letter. Please return as soon as possible.

If you have any questions, please do not hesitate to contact our office at 248-945-9001.

Thank you.

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

6/22/2023

REGARDING: JO E. NIE

Independent Peer Review on behalf of MLS Group of Companies, LLC

Dear Shane Gailushas

As in our peer-to-peer discussion regarding the above claimant on behalf of your patient's disability carrier, I was requested to contact you to obtain additional information in regard to this claimant's medical status. For the sake of accuracy and to ensure correct interpretation and meaning of our discussion, I have enclosed the portion of the report that outlines our discussion and ask that you please review it.

We discussed the claimant. He indicated that he had not seen this claimant since 2020 and had referred her to ENT and then to Neurootology. He did indicate that when he saw her in 2020, she had not had any vertigo episodes since 2019. He felt that her story was very unusual for Ménière's disease. He indicated that she had dizziness when bending over. We discussed appropriate limitations and we agreed that she should be limited to not climbing stairs or being in a situation where she is a fall risk to herself or others. He did not feel that full limitations of not working on a computer were warranted. Therefore, there are no other restrictions other than the height limitations.

If any of the above conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly to the document, and fax back to 248-356-6757. If the above synopsis is an accurate reflection of our discussion, please sign and fax back to 248-356-6757.

Please return within 5 business days of receipt of this letter.

Respectfully submitted,

MLS Group of Companies, LLC

MLS National Medical Evaluation Services

David Foyt, M.D.
Board Certified: American Board of Otolaryngology
Board Certified: American Board of Otolaryngology, Neurotology
Associate Professor Surgery(Otolaryngology / Neurosurgery), Albany Medical Center
Director Otology/Neurotology/ Lateral Skull Base Surgery, Albany Medical Center
American Neurotology Association
NY WCB# 189002-9
Reviewing Physician

---

Shane Gailushas
Attending Physician

**From:**SWood@mlsgroupllc.com
**Sent:**Thu, 22 Jun 2023 14:23:11 -0400
**To:**VendorReferrals
**Subject:**MLS review notification for case - 12118946 ID: MLS# 156485
**Attachments:**Invoice_156485-1_v1.pdf, Kristin Gisselman Synopsis.doc, Report_MLS_D2__R01_156485-1_v1.doc, Shane Gailushas Synopsis.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

We weren't able to fax the 2 synopsis letters to the APs due to no fax number provided. We are happy to fax those letters to the APs if you would like to send a valid number. Thank you

This is to inform you that the review for your case #12118946 (MLS #156485, Initial, ) has been completed and is ready to be viewed on our website.

You can access the report via https://client.mlsgroupllc.com using your username and password.

Thank you for the referral,
MLS Group of Companies, LLC

Eliza Zepeda
EZepeda@mlsgroupllc.com

Sharee Wood
SWood@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **156485-1**

**Date of Invoice** 6/22/2023

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Sarah Boyle

| | |
|---|---|
| **Case ID:** | 12118946 |
| **Referral ID:** | 156485 |
| **Name:** | JO E. NIE |
| **Employer:** | |
| **Physician:** | David Foyt |
| **Specialty:** | Otolaryngology |
| **Svc Date:** | 6/22/2023 |

| Item | Rate |
|---|---|
| Peer Review | $660.00 |

| | |
|---|---|
| **Invoice Total** | $660.00 |
| **Tax Total** | $0 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $$660.00 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By: Valencia Mccrae
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(678) 295-3083 x16065
Fax: (603) 334-0401

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | MERCY MEDICAL CENTER | Date Sent: | 6/15/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | JO E NIE | Claim #: | 12118946 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 9/28/2021 |
| Zip: | | Primary Diagnosis: | Menieres disease, bilateral |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Otolaryngology | Physician: Phone/Fax | comtact info in questions |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: JO E NIE

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 09/28/2022 to - ongoing, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Kristin Gisselman, DO, Fam Prac
Phone Number: 1 (319) 363 8148 ex -----
Fax Number:
Name: Shane Gailushas, ENT
Phone Number: 1 (319) 398 6900 ex -----
Fax Number:
Name: Kim Jaeger, DPT, Phys Thpy and Megan Hixson, occ Thpy
Phone Number: 1 (319) 398 6020 ex -----
Fax Number:
Additional Questions
Other - Does the medical evidence support any side effects from the prescribed medications for the time frames noted above? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.
Other - File cannot be reviewed by Lance Reger, M.D. or by Rafael Y. Lefkowitz, MD MPH FACOEM

Instructions For Vendor:

Claimant Name: JO E NIE

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to: Sarah.Boyle@lfg.com
Medical / Surgical Condition: Meniere's disease

Attorney Information (if applicable):

Claimant Name: JO E NIE

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 14, 2023 |
| To: | NEIFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Sarah Boyle<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 14, 2023

Neifert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Mercy Medical Center Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on June 6, 2023. Your appeal consisted of the following:

- Appeal letter from Mr. Niefert
- Dr. Gisselman disability statement 5/31/23, office visit note 3/1/23
- Statement from Ms. Nie

Your appeal letter indicated Dr. Lefkowtiz's review was missing vestibular therapy notes beyond November 23, 2020, ENT notes beyond December 9, 2020, and treatment notes from Dr. Gisselman beyond December 9, 2021. Your appeal did not include these treatment records. On June 12, 2023, we contact you and left a voice mail and faxed a letter asking if your appeal was complete, or if you intended to submit this information for inclusion in the appeal review. We requested a response by June 13, 2023. As of the date of this letter, we have not received a response to indicate you will be submitting this information.

We understand this is all the information you intend to submit for our consideration of your LTD appeal. Consequently, your file has been forwarded to Lincoln's Claims Resolution Services for a full, and fair review.

I will be your dedicated Claims Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16117. You may also contact me via fax as listed below or via email to DisabilityDocuments@lfg.com.

To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment. We anticipate a response from the review in approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sarah Boyle
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16117
Secure Fax No.: (603) 334-0401

**From:**Boyle, Sarah
**Sent:**Mon, 12 Jun 2023 12:58:30 +0000
**To:**'scollins@mercycare.org'
**Subject:**Jo Nie

Hello,

RE: Jo Nie
Employee id: 30062
Claim: 12118946

We have an appeal request for this claim. A letter has been sent today to acknowledge the receipt of their request. We will update you once the appeal decision is finalized.

Please let me know if you have any questions or concerns.

Thank you!

Sarah Boyle
Claims Resolution Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

888-437-7611 Office
X16117
Fax: 603-334-0401

LincolnFinancial.com

Follow us on:



Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 8, 2023 |
| To: | NEIFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 8, 2023

Neifert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to Ms. Jo Nie's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Ms. Nie's LTD claim on June 6, 2023.

We understand that you do not intend to send further information to be reviewed as part of rhw appeal.

Consequently, the file is being forwarded to Lincoln’s Claim Resolution Unit for a full, and fair review. The claim will be assigned to an Appeal Specialist who will contact you when they have completed their review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Claim Resolution Services at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received. We will contact you if there are special circumstances requiring a delay in Lincoln’s response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Tuesday, June 6, 2023 5:23 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Appeal Letter for Joe Nie Claim No. 12118946

---

**From:** Jason Neifert <jneifert@nbolawfirm.com>
**Sent:** Tuesday, June 6, 2023 9:22:58 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Cc:** Anya Shipman <ashipman@nbolawfirm.com>
**Subject:** Appeal Letter for Joe Nie Claim No. 12118946

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

June 6, 2023

Members of the Appeals Committee,

Please find attached my letter to finalize the appeal of the decision to deny Ms. Nie further long term disability benefits.

*Jason D. Neifert*

Neifert, Byrne & Ozga, P.C.

1441 29th Street, Suite 111

West Des Moines, IA 50266

PH: (515) 226-2117

FAX: (515) 226-2497

Email: Jneifert@nbolawfirm.com

**[Error : unloaded OLE object or mail attachment]**

**NEIFERT, BYRNE & OZGA, P.C.**
ATTORNEYS AT LAW

JASON D. NEIFERT
JAMES ("JAMIE") BYRNE*°
MARTIN OZGA (OF COUNSEL)

1441 29TH STREET, SUITE 111
WEST DES MOINES, IA 50266

PHONE: (515) 226-2117
TOLL FREE: (888) 926-2117
FAX: (515) 226-2497

WWW.NBOLAWFIRM.COM

* ABOGADO BILINGÜE (ESPAÑOL/INGLÉS)
° ALSO LICENSED IN TEXAS

EMAIL: JNEIFERT@NBOLAWFIRM.COM
ASHIPMAN@NBOLAWFIRM.COM

June 6, 2023

Ms. Becky Averill
The Lincoln National Life Ins. Co.
Disability & Life Claims
P.O. Box 2578
Omaha, NE 68172-96888

*Via email: DisabilityDocuments@LFG.com*

In re: My Client: Jo Nie
Your Insured: Mercy Medical Center
Claim No.: 12118946

Dear Ms. Averill,

I am writing to finalize the appeal that I had previously submitted on behalf of Ms. Nie. As further support for that appeal, I have attached the following documents:

1. Medical opinion letter signed by Dr. Gisselman on May 31, 2023.

2. Updated treatment record generated by Ms. Nie's primary care provider, Kristin Gisselman, D.O., March 1, 2023.

3. Email description of her condition generated by Ms. Nie on June 2, 2023.

Ms. Nie's primary disabling condition is Meniere's Disease. This condition produces a constant ringing sensation in Ms. Nie's right ear, severe fatigue, balance difficulties and vertigo. These difficulties forced Ms. Nie out of the workplace for the final time on September 28, 2021. Your company recognized the severity of her condition and approved Ms. Nie for benefits during the first nine months of the "own occupation" portion of her disability. Your company then abruptly terminated benefits in September of 2022 without any indication from her treating physicians that she had regained a portion of her ability to work.

Your company's decision that Ms. Nie met the "own occupation" definition of disability for a full year after she stopped working placed your company in a different position when it ultimately determined that she no longer met the "own occupation" definition of disability. The 8th Circuit has issued a few decisions which illustrate how a claim is to be reviewed when a

company decides that a plan beneficiary does not meet the plan definition of disability after having initially reached the opposite conclusion.

In McOsker v. Paul Revere Life Ins. Co., 279 F.3d 586, 590 (8th Cir. 2001), the Court made the following observations:

> We have recently had occasion to remark that in determining whether an insurer has properly terminated benefits that it initially undertook to pay out, it is important to focus on the events that occurred between the conclusion that benefits were owing and the decision to terminate them.

A similar sentiment can be found in Norris v. Citibank, N.A. Disability Plan, (501), 308 F.3d 880 (8th Cir. 2002). In Norris, the Court overturned a plan administrator's decision to terminate benefits after nearly two years of payments. The Court's decision was based, in large part, on the administrator's failure to explain the change in position that took place between a determination in November of 1995 that the beneficiary could not perform sedentary work, and a decision in February of 1996 that the beneficiary could perform sedentary work.

And, in Morgan v. UNUM Life Ins. Co., 346 F.3d 1173 (8th Cir. 2003), the Court overturned a decision to terminate benefits based on the same logic. The beneficiary in Morgan had been granted benefits due to a combination of fibromyalgia and insomnia. Those benefits were discontinued the following year after UNUM had surveillance performed on the beneficiary and then obtained a physician statement indicating that the activities observed on the surveillance video were not consistent with disability. The Court held that this evidence did not create a "reasonable basis" for the decision to terminate benefits because it did not demonstrate any change in the beneficiary's condition from the date UNUM had initially determined that benefits were appropriate.

The lesson to be learned from these cases is that, if the plan administrator has decided that the plan definition of disability has been met, then there needs to be a change in the beneficiary's condition before those benefits can be taken away. Simply obtaining new opinions from different doctors is not enough. Unless the administrator can show that the beneficiary's condition has improved since the determination was made that the beneficiary met the plan definition of disability, then there is no basis for changing that determination. See also, Walke v. Group Long Term Disability Insurance, 256 F.3d 835, 840 (8th Cir. 2001)("Nothing in the claims record justified Reliance's decision that a change of circumstances warranted termination of the benefits it initially granted.")

I did not see any evidence in the medical records that would demonstrate an improvement in her condition that would allow her to work. And the attached opinion letter from Ms. Nie's primary care provider, Dr. Kristin Gisselman, confirms that Ms. Nie remains unable to work, This confirmation is key as your company previously relied upon the opinions of Dr. Gisselman to find that Ms. Nie met the "own occupation" definition of disability.

Over the years, Ms. Nie has been to multiple medical providers looking for ways to try and manage her Meniere's Disease and increase her ability to function. She has now settled in to a

regimen of activity modifications, office visits, and medication management that only involves Dr. Gisselman. As she has explained in the attached email, Ms. Nie has been at her "current baseline for the past year or so." At this level, she is "able to do short periods of activity around the house (i.e., dishes for 20 minutes sitting on a chair) followed by 30 minute breaks lying down. Any more than this results in extreme fatigue as [she has] to concentrate so much on balance."

Ms. Nie's description of her level of function is consistent with the attached opinions from Dr. Gisselman. In addition to her specific indication that Ms. Nie would not be able to work, Dr. Gisselman has indicated that, if Ms. Nie were to attempt to return to work, she would require frequent breaks throughout the day and could be expected to miss days from work on a weekly basis. I am confident that if you review these limitations with your chosen vocational specialist, you will find that they would preclude Ms. Nie from performing her "own occupation" as well as any other occupation on a full-time basis.

In your denial letter, you have placed primary reliance on the peer review report generated by Dr. Rafael Lefkowitz. I believe that any reviewing court would find that reliance misplaced for several reasons. First, Dr. Lefkowitz indicated that he was missing many medical records that he believed would be necessary for a full understanding of Ms. Nie's situation. He did not have any vestibular therapy notes beyond November 23, 2020; he had only one ENT note subsequent to December 9, 2020; and he did not have any treatment notes from Dr. Gisselman beyond December 9, 2021. And he made it a point in his report to indicate that "such information may be useful to further delineating functional level and support for specific ongoing R&L's."

Second, Dr. Lefkowitz has never had the opportunity to examine Ms. Nie or even speak with her. This would not allow him to have nearly as complete of an understanding of Ms. Nie's situation as those such as Dr. Gisselman who have longitudinal, personal experience with Ms. Nie.

Third, to the extent that Dr. Lefkowitz has expressed the opinion that Ms. Nie would be capable of sustainable, full-time work, his opinions are at odds with the remainder of the medical evidence. While the 8th Circuit has recognized that it is permissible to rely on opinions provided by peer review physicians, it is unreasonable to do so when those are opinions are contrary to the opinions of the beneficiary's treating physicians. See, e.g., Wilcox v. Liberty Life Assur. Co. of Boston, 552 F3d 693, 701 (8th Cir. 2008).

Please take this opportunity to review the information I have attached and reconsider the decision to terminate Ms. Nie's long term disability benefits.

Very truly yours,

Jason D. Neifert

# NEIFERT, BYRNE & OZGA, P.C.

ATTORNEYS AT LAW


Jason D. Neifert
James ("Jamie") Byrne+*
Martin Ozga (Of Counsel)

1441 29th Street, Suite 111
West Des Moines, IA 50266

www.nbolawfirm.com

Phone: (515) 226-2117
Toll Free: (888) 926-2117
Fax: (515) 226-2497

+ Abogado Bilingüe (Español/Inglés)
* Also licensed in Texas

Email: JNEIFERT@NBOLAWFIRM.COM
ASHIFMAN@NBOLAWFIRM.COM


May 30, 2023

Kristin Gisselman, D.O.
Mercy Care Vernon Village
3933 Mt. Vernon Road SE
Cedar Rapids, IA 52403

*Facsimile No.: (319) 861-2953*

In re: Jo Nie
DOB:

Dear Dr. Gisselman,

I represent your patient, Jo Nie, on her long term disability claim against Lincoln Financial Group. It is my understanding that you continue to act as Ms. Nie's primary care provider. In that capacity, your input would be very helpful in allowing Lincoln to understand the impact of Ms. Nie's disabling conditions on her ability to function.

I would appreciate it if you would write in your answers to the following questions, sign at the end, and fax this letter back to me at your first opportunity:

1. You completed the attached Attending Physician's Statement on December 7, 2021 indicating that Ms. Nie was unable to work. Does it remain your opinion that she would be unable to work?

   Yes X No ____

2. If she were to attempt to work, do you believe that Ms. Nie would need to take unscheduled breaks during an eight-hour work day?

   Yes X No ____

3. If your answer to the previous question is "yes," please indicate how many breaks you believe your patient would require and how long those breaks would last:

   Patient would require at least 2-3 breaks daily these breaks might last 30 minutes for vertigo to resolve.

Satellite offices: 109 S. Main Street, Denison, IA 51442 & 908 Flindt Drive, Storm Lake, IA 50588
*(please mail documents to our West Des Moines address)*

May 30, 2023
Page 2

4. If she were to attempt to return to work, do you believe that there would be days were Ms. Nie would be absent from work as a result of her symptoms?

Yes X No ____

5. If your answer to the previous question is yes, please estimate how often you believe these absences would occur:

Weekly

I hereby affirm the above opinions:

Dr. Kristin Gisselman 5/31/23 Date

I am in the process of completing an appeal letter, and I would like to receive a response from you before that letter is submitted. We are currently working with June 6, 2023 as the deadline for submitting that letter. If that deadline presents a problem, please let me know as I can request an extension of that deadline if necessary.

Thank you very much for your time and attention to this matter.

Very truly yours,

Jason D. Neifert

Back Past Visit Close

After Visit Summary® | Notes

## Progress Notes

Kristin L Gisselman at 3/1/2023 8:00 AM

**Subjective:**

Subjective

**Patient ID:** Jo Ellen Nie is a 58 y.o. female.

Patient presents today for Annual Exam and Depression.

HPI

Well Woman

- 
- 
- Subjective
- Jo Ellen Nie is a 58 y.o. female who presents for an annual exam.
- The patient has the following concerns today: will need a letter from me this month in support of her Lincoln long term disability. She got social security approved but Lincoln has now declined her. She is in the process of appealing this
- Trying to work on walking
- Interested in getting scooter so when she goes to mall, Adventureland with her children she cannot keep up due to Menieres. Trying to keep her strength up by walking in stores several times per week. Tries to stay active around her house
- The patient is sexually active.
- GYN screening history: last pap: was normal and last mammogram: was normal.
- The patient is not taking hormone replacement therapy.
- Patient denies post-menopausal vaginal bleeding..
- Colon screen: UTD due 2026
- Jo does not follow with Dermatology routinely.
- Jo does wear a seatbelts and
- she does participate in regular exercise, swimming in the summer
- Jo has not had a transfusion and
- has not had a tattoo.
- Jo reports there is not domestic violence in her life.

Is not fasting today due to nausea; had toast and fruit. Is due for cbc, cmp, lipids and tsh.

Any tobacco use? No
Amount per day? NA
Age started smoking? NA

Any alcohol use? Yes
Frequency? 1-2 times per year
Amount? 1 beer

**Health Maintenance**

| Topic | Date Due |
|---|---|
| • HEPATITIS B VACCINES (1 of 3 - 3-dose series) | Never done |
| • ZOSTER VACCINES (2 of 2) | 03/31/2023 |
| • DTAP/TDAP/TD VACCINES (2 - Td or Tdap) | 03/06/2024 |
| • MAMMOGRAM | 06/22/2024 |
| • COLONOSCOPY | 04/02/2026 |
| • COVID VACCINES | Completed |
| • MMR VACCINES | Completed |
| • INFLUENZA VACCINE | Completed |
| • PNEUMOCOCCAL VACCINE | Aged Out |
| • POLIO VACCINES | Aged Out |
| • HEPATITIS A VACCINES | Aged Out |
| • MENINGOCOCCAL VACCINE | Aged Out |

Back Past Visit Close

**Health Maintenance**

| Topic | Date Due |
|---|---|
| • HEPATITIS B VACCINES (1 of 3 - 3-dose series) | Never done |
| • ZOSTER VACCINES (2 of 2) | 03/31/2023 |
| • DTAP/TDAP/TD VACCINES (2 - Td or Tdap) | 03/06/2024 |
| • MAMMOGRAM | 06/22/2024 |
| • COLONOSCOPY | 04/02/2026 |
| • COVID VACCINES | Completed |
| • MMR VACCINES | Completed |
| • INFLUENZA VACCINE | Completed |
| • PNEUMOCOCCAL VACCINE | Aged Out |
| • POLIO VACCINES | Aged Out |
| • HEPATITIS A VACCINES | Aged Out |
| • MENINGOCOCCAL VACCINE | Aged Out |
| • HPV VACCINES | Aged Out |

**Health Maintenance Review**

Pap test questions: does not have menstrual periods
no unusual pelvic pain
no unusual vaginal discharge
has a history of previous abnormal Pap test
no family or personal history of cervical cancer
mammography questions: no new or changing breast lumps
no unusual breast pains
no discharge from the nipples
has history of previous abnormal mammogram at age 40, have been ok since
no personal or family history of breast cancer

**Depression**

- Jo presents for a follow up for depression.
- Previous treatment includes individual therapy and medication. Still see's therapist every 2 weeks.
- She complains of the following side effects from the treatment: none.
- Her previous symptoms included suicidal thoughts, depressed mood, stress.
- Onset was approximately several years ago.
- Symptoms have been gradually improving since last visit.
- She denies current suicidal and homicidal plan or intent.
- A PHQ 9 questionnaire was not done.
- Has a little bit of stress, but overall doing well.
- Sleeping good for the most part.

The following portions of the patient's history were reviewed by a provider in this encounter and updated as appropriate:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG EC tablet | Take 1 tablet (81 mg total) by mouth daily. | | |
| • betamethasone valerate (VALISONE) 0.1 % lotion | Apply topically 2 (two) times daily. | 60 mL | 1 |
| • hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule | TAKE 1 CAPSULE BY MOUTH DAILY | 90 capsule | 3 |
| • hydrOXYzine (ATARAX) 10 MG tablet | Take one to two tablets twice daily for acute anxiety/panic attacks only if needed | 90 tablet | 1 |
| • ibuprofen (ADVIL,MOTRIN) 400 MG tablet | Take 1 tablet (400 mg total) by mouth | | |

| | | | |
|---|---|---|---|
| • ibuprofen (ADVIL,MOTRIN) 400 MG tablet | Take 1 tablet (400 mg total) by mouth every 6 (six) hours as needed for Pain. Indications: pain | | |
| • levothyroxine 137 MCG tablet | TAKE ONE TABLET BY MOUTH EVERY MORNING BEFORE BREAKFAST | 180 tablet | 0 |
| • venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule | TAKE 2 CAPSULES (300 MG TOTAL) BY MOUTH DAILY. | 180 capsule | 3 |

No current facility-administered medications for this visit.

Review of Systems
Constitutional: Positive for fatigue.
HENT: Negative for rhinorrhea, sore throat and trouble swallowing.
Eyes: Negative for pain and redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain and nausea.
Genitourinary: Negative for frequency and menstrual problem.
Musculoskeletal: Negative for arthralgias.
Skin: Negative for color change and rash.
Neurological: Positive for dizziness and weakness. Negative for headaches.
Psychiatric/Behavioral: The patient is not nervous/anxious.

**Objective:**

Objective
**Vitals:**

| | 03/01/23 0811 | 03/01/23 0847 |
|---|---|---|
| BP: | (!) 160/100 | (!) 148/92 |
| Pulse: | 91 | |
| Temp: | 98.5 °F (36.9 °C) | |
| TempSrc: | Tympanic | |
| Height: | 5' 6" (1.676 m) | |
| Weight: | (!) 260 lb (117.9 kg) | |
| Resp: | 16 | |
| SpO2: | 97% | |

Body mass index is 41.97 kg/m².

Physical Exam
Vitals and nursing note reviewed.
Constitutional:
Appearance: Normal appearance. She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Left Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Nose: Nose normal. No nasal deformity, mucosal edema or rhinorrhea.
Mouth/Throat:
Lips: Pink.
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. Uvula midline. No oropharyngeal exudate.
Tonsils: No tonsillar exudate or tonsillar abscesses.
Eyes:
General: Lids are normal. No scleral icterus.

Eyes:
General: Lids are normal. No scleral icterus.
Right eye: No discharge.
Left eye: No discharge.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.

Neck:
Thyroid: No thyromegaly.
Trachea: Trachea normal.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.

Chest:

Breasts:
Right: Normal.
Left: Normal.

Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.

Genitourinary:
Exam position: Supine.

Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Findings: No rash.

Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Deep Tendon Reflexes: Reflexes are normal and symmetric.

Psychiatric:
Mood and Affect: Mood normal.
Speech: Speech normal.
Behavior: Behavior normal. Behavior is cooperative.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Assessment/Plan:**

Assessment
Jo was seen today for annual exam and depression.

Diagnoses and all orders for this visit:

**Annual physical exam**

**Morbid obesity with BMI of 40.0-44.9, adult (HCC)**

Assessment & Plan:
Obesity is stable.
Discussed the patient's BMI. The BMI today is 42.
General weight loss/lifestyle modification strategies discussed (elicit support from others; identify saboteurs; non-food rewards, etc).

Back | Past Visit | Close

**Morbid obesity with BMI of 40.0-44.9, adult (HCC)**

Assessment & Plan:

Obesity is stable.
Discussed the patient's BMI. The BMI today is 42.
General weight loss/lifestyle modification strategies discussed (elicit support from others; identify saboteurs; non-food rewards, etc).
Recommended to get plenty of fresh fruits, veggies and lean proteins. Consider looking into Mediterranean diet.
Goal is to drink at least half your body weight in ounces of water each day.
Goal is to get at least 150 minutes of cardiovascular exercise weekly.

**Current moderate episode of major depressive disorder without prior episode (HCC)**

Assessment & Plan:

Psychological condition is stable.
Continue current treatment regimen. venlafaxine 150 mg (2 tablets) daily.
Psychological condition will be reassessed in 6 months.

**Multiple-type hyperlipidemia**

Assessment & Plan:

Lipid abnormalities are pending lab results. Will follow up with results and recommendations.
Encouraged regular exercise.
Lipids will be reassessed in 1 year.

Orders:

- Cbc With Differential; Future
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Postablative hypothyroidism**

Assessment & Plan:

Will check thyroid labs and will follow up with results.
Continue levothyroxine 137 mcg daily unless labs indicate otherwise.

Orders:

- TSH; Future

**Physical deconditioning**

Assessment & Plan:

Continue to go out to the stores as you can to stay active.
Check with JW Mobility to check what kind of scooters are available and they can work with you on what your insurance may or may not cover.
Consider getting a wheeled walker with a seat too.

**Meniere's disease of right ear**

Assessment & Plan:

Continue current treatment as recommended.

**Elevated blood pressure reading without diagnosis of hypertension**

Assessment & Plan:

Noted to be elevated in the office today.
Recommended to check your blood pressure a couple times per week at home. If >140/90 routinely let us know.

**Encounter for screening mammogram for malignant neoplasm of breast**

Comments:

Mammogram ordered to be done after 6/22/2023 at Mercy Women's Center

Orders:

- MAMMO SCREENING BILATERAL W CAD (77067,77063); Future

Back Past Visit Close

**Encounter for screening mammogram for malignant neoplasm of breast**

Comments:

Mammogram ordered to be done after 6/22/2023 at Mercy Women's Center

Orders:

- MAMMO SCREENING BILATERAL W CAD (77067,77063); Future

Diet, exercise and weight control are recommended.
In summary, a diet should consist primarily of "colorful plant foods" (particularly green leafy vegetables), whole grain cereals and breads, and small portions of lean meats (particularly fish and skinless poultry). You should avoid or minimize any foods that lack nutritional value (particularly sugary foods and fatty foods). Eliminate sweet or sugary drinks (we encourage water out of a faucet).

Regular exercise to elevate the heart rate for at least 150 minutes/week is strongly recommended (30+ minutes, 5 times per week for example). In addition, strength training at least 2 times/week is beneficial.

Good dental care, including brushing and flossing, is encouraged.

Aggressive skin protection from the sun is recommended by sun avoidance and use of sunscreen with UVA and UVB protection.

Living will/durable power of attorney form strongly recommended as well for any adult. If modifications to the standard form are needed, I would advise seeing your family lawyer.

Next visit: 6 months
For: depression

The following portions of the note: history of present illness, review of systems, and assessment and plan were scribed by Audra Kahle, BSN for Kristin L Gisselman, DO.

The scribed portions of the note have been reviewed and updated as necessary.
Kristin Gisselman, DO

## Patient Instructions

Audra K at 3/1/2023 8:00 AM

Jo was seen today for annual exam and depression.

Diagnoses and all orders for this visit:

**Annual physical exam**

**Morbid obesity with BMI of 40.0-44.9, adult (HCC)**

Assessment & Plan:

Obesity is stable.
Discussed the patient's BMI. The BMI today is 42.
General weight loss/lifestyle modification strategies discussed (elicit support from others; identify saboteurs; non-food rewards, etc).
Recommended to get plenty of fresh fruits, veggies and lean proteins. Consider looking into Mediterranean diet.
Goal is to drink at least half your body weight in ounces of water each day.
Goal is to get at least 150 minutes of cardiovascular exercise weekly.

**Current moderate episode of major depressive disorder without prior episode (HCC)**

Assessment & Plan:

Psychological condition is stable.
Continue current treatment regimen. venlafaxine 150 mg (2 tablets) daily.
Psychological condition will be reassessed in 6 months.

## Jason Neifert


**From:** Jo Nie <kjkjkj15@hotmail.com>
**Sent:** Friday, June 2, 2023 4:53 PM
**To:** Jason Neifert

**Subject:** Re: Your Appeal

I sent a copy of noes from my latest visit to Dr. Gisselman on 3/1/23. I am currently following with only Dr. Gisselman for medical management and Leslie Downs-Mullen for counseling as I have to really watch finances due to my decreased income. Dr. Gallushas only needs to see me if I get worse. Until then I am to see Dr. Gisselman because the only treatment that has been effective in managing my symptoms this well has been the medications she has prescribed for me. I only saw Dr. Hansen at UIHC for a second opinion. He confirmed I am doing all I can to manage my Meniere's.

I have been to two different physical therapists as well as an occupational therapist for their recommendations on vestibular therapy exercises which I continue to do but do not get any further improvement from.

I have been at my current baseline for about the past year or so. I am able to do short periods of activity around the house (i.e. dishes for 20 minutes sitting on a chair) followed by 30 minutes breaks lying down. Any more than this results in extreme fatigue as I have to concentrate so much on balance. I also experience severe tinnitus, decreases in hearing, and nausea. When I was working these were the symptoms that made it impossible to complete my work even though I was in a very sedentary job working from home. With multiple rest breaks throughout the day and 10-12 hours of sleep each night I am able to maintain at least a basic level of functioning. Also by not having to go to work and working with my counselor, my sleep has become more restful. Most of my severe vertigo happens when I push myself or can't control stress. I have very stressful dreams and wake up with severe vertigo. With these severe flairs of vertigo, I am completely incapacitated in bed. It took many months off work to see a decrease in these very severe vertigo episodes by diligently managing triggers. I was getting these severe flairs at least weekly and was missing a lot of work because I could not control this while I was working. Not being able to control this and complete my work is what led to the severe depression and suicidal thoughts. Now I can keep these to monthly.

I keep trying to make independent short trips to the store so I don't lose more function. As long as there is a cart I can make it through the store. For any longer visit I need to use an electric scooter. I am going to get one of my own if possible as I will not be able to travel with my family without one. I no longer go out with friends, attend family events, or volunteer as I use to so often do. I just don't know how I am going to feel and do not like to have to cancel.

I went on medical leave in 2020. I tried to go back to work because I did not want to lose my income. I didn't want to go on LTD until I had exhausted measures to keep working. I had to go on medical leave again in 2021 despite obtaining a work from home accommodation.

Sorry for the lengthy, choppy email and the time it took me to accomplish this but that is the reason I just can't meet the production requirements of a job anymore.

Let me know if you need further office notes from Dr. Gisselman from 2022.

Thank you,
Jo

Sent from my iPad

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | May 12, 2023 |
| To: | NEIFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 12, 2023

Neifert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to Ms. Jo Nie's claim for LTD benefits under the Policy.

The purpose of this letter is to follow up on our March 10, 2023 Intent to Appeal Acknowledgement Letter sent to you. We are reaching out to follow up regarding the Intent to Appeal Notice which was received on March 3, 2023.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains denied with no additional review completed. The claim will not be forwarded to Lincoln's Claims Resolution Unit at this time.

As set forth in the closure letter issued to Ms. Nie on October 8, 2022, Ms. Nie has a maximum of 180 days to submit a written request for review, which expired on April 5, 2023.

However, per your March 3, 2023 request to extend the appeal deadline for 60 days until June 6, 2023, Lincoln will allow the extension for you to submit the appeal in reference to Ms. Nie's LTD claim. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **June 6, 2023**.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claim Resolution Services

Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | April 11, 2023 |
| To: | NEIFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 11, 2023

Neifert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

Attached please find a copy of the response sent to your fax number of (515) 226-2497 on March 10, 2023 in response to your March 3, 2023 letter.

A copy of the complete claim file was emailed to JNeifert@nbolawfirm.com and AShipman@nbolawfirm.com on March 13, 2023.

Another copy of the complete claim file will be sent to your office. We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claim Resolution Services
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-96888

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator

Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

Attachments: 12118946-ACKNOWLEDGE-FREEFORM-03.10.2023

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 10, 2023 |
| To: | NIEFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 10, 2023

Niefert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to Ms. Jo Nie's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Ms. Jo Nie's intent to appeal the closure of her claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln's Claims Resolution Unit at this time

As set forth in the closure letter issued to Ms. Nie on October 8, 2022, Ms. Nie has a maximum of 180 days to submit a written request for review, which expires on April 5, 2023.

However, per your March 3, 2023 request to extend the appeal deadline for 60 days until June 6, 2023, Lincoln will allow the extension for you to submit the appeal in reference to Ms. Nie's LTD claim. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **June 6, 2023**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to **JNIEFERT@NBOLAWFIM.COM**:

- A complete copy of our claim file
- A copy of Mercy Medical Center's Group Disability Policy

We are required to password protect any claim files in an electronic format. You will be provided

with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

Your request for copies of other Plan documents, such as the SPD, this must be properly directed by you to the Plan Administrator, Mercy Medical Center.

Ms. Nie's full and complete claim file includes all information that was received and considered in our evaluation of her claim.

This includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln and any third party regarding the claimant; all emails discussing the claimant's claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Ms. Nie.

We have enclosed the Curriculum Vitae for each peer reviewer. We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln Life adheres to all ERISA regulations and procedural requirements. No claims handling manual(s); guidelines; policy and procedure manuals; administrative training documents, videos or tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

Going forward, all correspondence related to Ms. Nie's claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claim Resolution Services
Disability and Life Claims

PO Box 2578
Omaha, NE 68172-96888

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

# NEIFERT, BYRNE & OZGA, P.C.

ATTORNEYS AT LAW

JASON D. NEIFERT
JAMES ("JAMIE") BYRNE*°
MARTIN OZGA (OF COUNSEL)

1441 29TH STREET, SUITE 111
WEST DES MOINES, IA 50266

PHONE: (515) 226-2117
TOLL FREE: (888) 926-2117
FAX: (515) 226-2497

WWW.NBOLAWFIRM.COM

* ABOGADO BILINGÜE (ESPAÑOL/INGLÉS)
° ALSO LICENSED IN TEXAS

EMAIL: JNEIFERT@NBOLAWFIRM.COM
ASHIPMAN@NBOLAWFIRM.COM

April 7, 2023

Ashley Boucher
The Lincoln National Life Ins. Co.
Disability & Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

*Facsimile No.: (603) 334-0401*

In re: Jo Nie
Your Insured: Mercy Medical Center
Claim No.: 12118946

Dear Ms. Boucher:

I had previously sent a request for the file materials on Ms. Nie's claim. To date, I have not received a response. Please provide the requested information without any further delay.

The purpose of my letter today is to ensure that Ms. Nie is not running afoul of any potential deadlines. Today is the earliest possible date that it could be argued that Ms. Nie's appeal is due. This should not be an issue in light of the stay on deadlines that has occurred during the pandemic. And I had requested an extension on this deadline in my original letter. I have not, however, received a response to that request.

In an abundance of caution, I would ask that you please accept this letter as her formal request for an appeal of her denial of benefits. I would ask, however, that you hold off on conducting your appellate analysis until I have had the opportunity to receive and respond to the requested file information.

Very truly yours,

Jason D. Neifert

SOCIAL SECURITY
STE 100
3165 Williams Blvd SW
Cedar Rapids IA 52404 -1422
(866) 495-0088

Social Security Administration
Important Information

0024793 00024793 1 FP 0.546 0302M3ELS1PN T46 P1
JO ELLEN NIE C/O . T NIE
6644
US

Refer to: 23QP671E87521
Telephone Appointment Confirmation
Date: March 2, 2023
Phone: (800) 772-1213

Thank you for contacting us for a telephone appointment with our office. This is confirmation of the date and time of your telephone appointment. Please have this notice available when we call you for your appointment.

Type Of Claim: Child
Date Of Appointment: March 29, 2023
Time Of Appointment: 10:15 AM

Caller: JACE T NIE

**Your Telephone Appointment**

We will call you at the telephone number shown on our records,
If this number is incorrect or changes, or if your address as shown above changes, please let us know where we can reach you. We will make every effort to call you at your scheduled appointment time. However, if our call is delayed, we will keep any delay to a minimum.

**What We Need**

We need the proof listed below to complete your Social Security claim. Please have those items that you can get easily with you at the time of your appointment. We cannot accept a photocopy of most proofs unless the photocopy is certified by the office that issued the original. However, we can accept a photocopy of a form W-2, tax return or medical report if we request these items. We will return the items to you. Even if you don't have all the items that apply to you, you should keep your appointment. We will help you get the information you do not have.

Here is what we will need for you or the person for whom you are applying:

See Next Page

*0101R4W1X01621* 0024793 0000000000

Bank statement or checkbook for the account where you would like the payments deposited.

Please be available near your phone approximately five minutes before your scheduled appointment time. If you are unable to keep your appointment, please contact us at the above number to reschedule your appointment.

You should try to keep your appointment because our talk will help in filing the necessary application. We can't decide if you are eligible for benefits until you file an application. And, the date you file an application can make a difference in the amount we can pay you. We can use the date you contacted us as your filing date for Social Security benefits if you file an application within 6 months of the date of this letter.

When you file an application, we will review the case and make a decision. If you do not agree with what we decide, you can appeal the decision.

You can also save time by completing your application at www.socialsecurity.gov online. Applying online is secure and confidential. You can enter information at your own pace and convenience.

You can apply online for:

- Retirement benefits,
- Disability benefits and complete disability report forms,
- Medicare, and
- Extra Help with Medicare Prescription Drug Plan costs.

If you finish your application online, please cancel your appointment by calling 1-800-772-1213 (TTY 1-800-325-0778). We will contact you if we need more information.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

NIEFERT, BYRNE & OZGA, P.C.
1441 29TH STREET STE 111
WEST DES MIONES IA 50266

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 10, 2023

Niefert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to Jo Nie's claim for LTD benefits under the Policy.

Per Ms. Nie's March 3, 2023 request for relevant claim documentation, we have enclosed the following information:

- Mercy Medical Center's Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Ms. Nie has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

# CURRICULUM VITAE

Lance Reger, M.D.

---

**Work Experience:**

| | |
|---|---|
| **2003-Present** | Private Adult, Addiction and Forensic Psychiatric practice<br>Charlotte, NC |
| **2005-Present** | Consulting Physician<br>Liberty Life Assurance Company of Boston<br>Group Benefits, Disability<br>Charlotte, NC |
| **2010-2018** | Adjunct Instructor<br>Department of Psychiatry<br>UNC School of Medicine |
| **2004-2010** | Anuvia Prevention and Recovery Center<br>Medical Director<br>Charlotte, NC |
| **2003-2005** | Carolinas Department of Psychiatry<br>Staff Psychiatrist<br>Charlotte, NC |

**Education:**

| | |
|---|---|
| **July 1999-2003** | Residency-General Psychiatry<br>The University of North Carolina at Chapel Hill<br>Department of Psychiatry<br>Chapel Hill, NC |
| **July 1995-1999** | Doctor of Medicine<br>Medical University of South Carolina<br>Charleston, SC |
| **July 1991-1995** | Bachelor of Science |

James Madison University
Harrisonburg, VA

| | |
|---|---|
| **Certification:** | Diplomate, American Board of Psychiatry and Neurology<br>Diplomate, American Board of Addiction Medicine |
| **Awards:** | 2013 CMC-Brian Nagy Teaching Award<br>2018, 2010-2014 Charlotte Magazine peer selected "Top Doctor"<br>2003 William Hollister Community Service Award |
| **Medical Licensure:** | NC # 200000948 |
| **Professional Associations:** | American Psychiatric Association, Fellow<br>American Academy of Psychiatry and the Law |

**Major presentations/lectures:**

October 2016 Council for Children's Rights: Use of DSM diagnosis in forensic evaluations.

October 2014 Mecklenburg Psychological Association: Pharmacology update.

August 2014 Wells Fargo Partner Summit-Liberty Mutual Disability Presentation.

February 2013 UNCC Center for Applied Ethics: *"Neuroscience and the Law"*.

December 2010 Carolina Medical Center-Randolph Grand Rounds: *"Psychiatric Disability"*.

February 2010 Mecklenburg County Chapter AAFP Postgraduate Symposium: *"Diagnosis and Treatment of Bipolar Disorder"*.

September 2009 Anuvia Awards Luncheon training: *"Psychopharmacologic treatment for addictive disorders"* & *"Treatment of Professionals with Addictive Disorders"*.

February 2007 Mecklenburg County Chapter AAFP Postgraduate Symposium: *"Psychopharmacological treatments for alcohol dependence"*.

September 2006 Chemical Dependency Center Awards Luncheon training: *"Risk Assessment"*.

October 2005 NC Bar-Family Law Lunch Seminar: *"Psychology 101"*.

**Expert testimony and deposition Log:**

Schroeder v. Schroeder-Mecklenburg District Court 2018
Biffle v. Biffle & Lunders Mecklenburg Superior Court 2018
Harris v. Harris Cabarrus Country District Court 2018
Lueallen v. Lueallen Union County District Court 2018
Burke v. Burke Mecklenburg District Court 2017
Nguyen v. NC Dental Board 2017 Deposition
Denny v. Denny Mecklenburg County District Court 2015
Brock v. Brock Union County District Court 2014
Rhodes V. MES Federal District Court 2014-Deposition
Scott v. Scott Mecklenburg County Family Court 2014
Wylie V. Wylie Mecklenburg County Family Court 2014
Kampe v.  Melchiorre Mecklenburg County Family Court 2014
Fite v. Fite-Mecklenburg County Family Court 2014
Taylor v. Taylor-Gaston County Family Court 2013
Reed v. Reed-Mecklenburg County Family Court 2012
Johnson v. Johnson-Mecklenburg County Family Court 2012
Bagdan v. Bagdan-Mecklenburg County Family Court 2011
Bush v. Bush-Mecklenburg County Family Court 2011

**CURRICULUM VITAE**

**Name:** Rafael Y. Lefkowitz, M.D., M.P.H

**Position**: Physician, Occupational and Environmental Medicine.

**Education:**

M.P.H. Yale School of Public Health 2013
M.D. UCLA David Geffen School of Medicine 2008
B.S. University of Maryland-College Park (Biochemistry, cum laude) 2004

**Medical License:**

USA (Connecticut) # 1.049579

**Board Certification:**

American Board of Preventive Medicine (Occupational Medicine), 2014
American Board of Internal Medicine, 2011

**Professional Honors:**

Fellow, American College of Occupational and Environmental Medicine (ACOEM), inducted 2018.

**Career/Academic Appointments:**

07/2020- current: Physician Medical Provider, Occupational Health, and Yale Occupational and Environmental Medicine Program, Voluntary Faculty/Clinical Professor. Occupational medicine services provider, including fitness for duty examinations covering a broad spectrum of occupations and work conditions. Assessment of return to work after injuries and acute/chronic medical conditions including mental health. Provide surveillance examinations covering a wide range of physical and chemical hazards. Perform worksite visits, hazard evaluations, and guide risk reduction in cooperation with worksite safety managers. Education of clinical fellows, including promotion of research.

07/2016- 07/2020: Assistant Professor, Yale School of Medicine, Department of Internal Medicine, Yale Occupational and Environmental Medicine Program. Mentor fellows, residents, and students in public health and preventive medicine approach to exposures and health effects, disability and impairment determination, data analysis, compensation, and managing working/community populations with unique exposures in the Yale tertiary referral clinic. Teach public health to 1st-2nd year medical students in Yale School of Medicine, and lecture in the Yale School of Public Health. Conduct grant-funded research to identify and reduce risk factors for injuries and illness in seafarers, an essential, underserved and isolated international working population. Provided physician telemedicine advice to seafarers at sea.

As the senior attending physician, provide direct inpatient hospital care at Yale New Haven Hospital, mentor and supervise Yale internal medicine residents and students on internal medicine inpatient wards.

In serving as senior attending physician at Veteran's Affairs Hospital, Connecticut (Yale-affiliated veterans' hospital, through 08/2018) Occupational Health Unit, provided medical care to

military veterans and hospital employees with occupational, military exposure-related, or environmental illness. Performed surveillance, fitness for duty exams, and acute injury exams, as well as updated protocols for worker surveillance and emergency response. Mentor and supervise Yale internal medicine residents and students in providing these clinical services. Served 5 years on the Veteran's Affairs Hospital Accident Review Board to advise a systems-wide approach to employee injury and illness reduction.

| | |
|---|---|
| 07/2013-06/2016 | Instructor, Department of Internal Medicine, Yale Occupational and Environmental Medicine Program. Same roles as above. |
| 07/2011-06/2013 | Fellowship, Yale Occupational & Environmental Medicine Program. |
| 06/2008-06/2011 | Internship and Residency, Internal Medicine, Cedars-Sinai Internal Medicine. |

**Other Medical Work Experience:**

01/2017- current: Disability case review consultations. Review medical records pertinent to disability claims and describe medically-supported functional restrictions and limitations.

11/2011- 01/2017: Attending physician (per-diem), Masonicare Health Center. Wallingford, CT. Admitting, discharging, and providing acute care for facility residents. Served as sole medical physician staffing this center including a rehabilitation department, nursing home, acute inpatient hospital, inpatient psychiatric ward, and assisted living for the elderly.

06/2012 – 07/2014: Attending physician (per-diem), VA Hospital. West Haven, CT. Provided acute medical care for US veterans in the emergency room as the only medical physician on duty.

**Professional Honors & Recognition:**

**International/National/Regional**

2018: Yale Generalist Medicine Inpatient Service Resident Teaching Award
2018: Fellow, American College of Occupational and Environmental Medicine
2011: Occupational Physician Scholarship Fund (awarded, funds returned)
2005: UCLA Short-Term Training Program
2000: University of Maryland Honors Scholarship, University of Maryland Dean's Scholarship
2000: Maryland Distinguished Scholar

**Grant History:**

**Current Grants**

Agency: International Transport Workers' Federation (ITF) Seafarers' Trust
I.D. #: Seafarers' Trust Research Panel (Social Isolation, Depression, and Suicide- SIDS)
Title: "Risk Factors for Mental Illness in International Seafarers."
P.I. : Rafael Y. Lefkowitz, M.D. M.P.H.
Percent effort: 45%
Total costs for project period: $ 239,000
Project period: 07/01/18 – 06/30/2019

Agency: <u>Sailors' Society</u>
I.D.# Seafarers' Health Research Funding
Title: "Filipino Seafarers and their Impact on Family Wellness"

P.I.: Rafael Y. Lefkowitz, M.D., M.P.H.
Role on Project: P.I.
Percent effort: (in-kind)
Direct costs per year: $11,000
Total costs for project period: $18,370
Project period: 07/01/18 – 12/30/19

**Past Grants**

Agency: <u>CDC/NIOSH</u>
I.D.# K01 OH010681-01
Title: "Risk Factors for Injury and Illness in Seafarers"
P.I.: Rafael Y. Lefkowitz, M.D. M.P.H.
Percent Effort: 75%
Direct costs per year: $108,000
Total costs for project period: $324,000
Project period: 09/01/15 - 08/31/18

Agency: <u>Association of Occupational and Environmental Clinics (AOEC)</u>
I.D.#: Scholars Award for Additional Research Funding
Title: "Update to Educational Module: Occupational and Environmental Asthma Risks."
P.I.: Rafael Y. Lefkowitz, M.D. M.P.H.
Percent effort: 5%, subsumed by K01
Total costs for project period: $25,000
Project period: 05/01/2018-09/30/2018

Agency: <u>Sailors' Society</u>
I.D.# Seafarers' Health Research Funding
Title: "Seafarer Wellness in Collaboration with Sailor's Society"
P.I.: Martin D. Slade, M.P.H.
Role on Project: Co-investigator
Percent effort: 50% (subsumed by K01)
Direct costs per year: $67,370
Total costs for project period: $134,740
Project period: 07/01/15 – 06/30/17

Agency: <u>Association of Occupational and Environmental Clinics (AOEC)</u>
I.D.#: Scholars Award for Additional Research Funding
Title: "Development of Flood Health Hazard Educational Resources Addressing Needs of Gulf Coast Community."
P.I.: Rafael Y. Lefkowitz, M.D. M.P.H.
Percent effort: 10%, subsumed by K01
Total costs for project period: $25,000
Project period: 01/01/2017-09/30/2017

Agency: <u>Association of Occupational and Environmental Clinics (AOEC)</u>
I.D.#: Scholars Award for Additional Research Funding
Title: "Development of Flood Health Hazard Educational Resources Addressing Needs of Gulf Coast Clinicians."
P.I.: Rafael Y. Lefkowitz, M.D. M.P.H.
Percent effort: 10%, subsumed by K01

Total costs for project period: $25,000
Project period: 01/01/2017-09/30/2017

Agency: Association of Occupational and Environmental Clinics (AOEC)
I.D.#: Gulf Oil Spill Health Effects Grant
Title: "Development of Evidence-Based Educational Material on the Health Risks of Chemical Dispersants in the Gulf Coast Region."
P.I.: Rafael Y. Lefkowitz, M.D. M.P.H.
Percent effort: 10%
Total costs for project period: $25,000
Project period: 07/01/2013 - 06/30/2014

Agency: Association of Occupational and Environmental Clinics (AOEC)
ID#: Gulf Oil Spill Health Effects Grant
Title: "Development of Evidence-Based Educational Material on the Health Risks of Airborne Exposures in the Gulf Oil Spill."
PI: Carrie Redlich, M.D. M.P.H
Role on project: Co-investigator
Percent effort: 10%
Total costs for project period: $25,000
Project period: 07/01/2014 - 06/30/2015

Agency: David Geffen School of Medicine at UCLA, Dept. of Medicine and Pathology
I.D.#: Short-Term Training Program
Title: "Hepcidin in Myelodysplastic Syndrome"
P.I.: Rafael Y. Lefkowitz, M.D. M.P.H
Total costs for project period: $5,000
Project period: 07/01/2005 - 08/15/2005

**Invited Speaking Engagements, Presentations, Symposia & Workshops:**

**International/National**

05/2015: North American National Maritime Day Seminar, Washington, DC: "Seafarer health, productivity and wellness: a physician's perspective."

08/2016: North American Maritime Ministry Association Conference, Portsmouth, VA. "Medical effects of isolation at sea."

01/2017: Sailors' Society Wellness Conference, Singapore. "Understanding seafarer health and wellness."

04/2017: American Occupational Health Conference, Denver, CO. "Current issues affecting the health and safety of underserved occupational populations in the US and abroad: Seafarers' Health."

03/2017: Seamen's Church Institute, Paducah, KY. Workshop on Inland Mariners' Physical and Mental Health and Wellness.

06/2017: CDC/NIOSH Expanding Research Partnerships (presentation), Denver, CO. "Risk Factors for Injury and Illness in Seafarers."

12/2017: New England College of Occupational and Environmental Medicine (speaking), Boston, MA.

"Workers at sea: Innovations in Seafarer Medicine."

02/2018: Seamen's Church Institute, New York. Seafarers' Mental Health Roundtable Workshop.

03/2018: Sailors' Society Wellness Conference, London, United Kingdom. "Update on Seafarer Wellness and Mental Health."

04/2018: American Occupational Health Conference, New Orleans, Louisiana, USA. "Educating Underserved Communities on Environmental Health Risks."

06/2018: Crew Connect Digital Week. Digital presentation. "Improving Seafarer Wellness: Establishing Proven Wellness Strategies Through Academic and Shipping Industry Partnerships."

09/2018: United States Coast Guard Merchant Mariner Medical Advisory Committee, Dania Beach, Florida, USA. "Mental Health Research in Seafarers."

11/2018: Sailors' Society Wellness Conference, Hong Kong, China. "Researching Mental Health in Seafarers: Action and Reaction".

12/2018: CDC/NIOSH, National Occupational Research Agenda; Transportation, Warehousing, and Utilities Sector Council Meeting: "Conducting Mental Health Research in Seafarers."

**Regional**
2015: Grand Rounds, Greenwich Hospital, Greenwich, CT. "Disability and Impairment Evaluation."

**United States Government Service:**

**Department of Homeland Security:**
04/2017-present: Member, United States Coast Guard Merchant Mariner Medical Advisory Committee. Letter of Commendation, 03/2018.

**National Institute of Occupational Safety and Health:**
01/2017-present: Water Transportation Workers Research Coordinator: Center for Maritime Safety and Health Research.

**National Institute of Occupational Safety and Health:**
01/2017-present: Council Member: National Occupational Research Agenda, Transportation, Warehousing, and Utilities Sector.

**Professional Service:**

**Journal Service:** I have reviewed manuscripts for: Occupational and Environmental Medicine (BMJ), BMC Public Health, Archives of Industrial Medicine and Toxicology, Journal of the São Paulo Institute of Tropical Medicine, Journal of Travel Medicine, Integrated Pharmacy Research and Practice

**Professional Service for Professional Organizations:**

***American College of Occupational and Environmental Medicine (ACOEM)***
2018: ACOEM Fellow.
2017-present: Member, Underserved Workers Interest Group

***International Maritime Health Association***
2015-present: Member, Research Group Council

**Yale University Service:**

***University Committees***
2013- 2018: Member, Committee on Resources for Students and Employees with Disabilities

**Publications:**

**Peer-Reviewed Original Research**

1. **Lefkowitz RY,** Slade MD, Redlich CA. Rates and occupational characteristics of international seafarers with mental illness. Occupational medicine. 2019 May 16 (online).
2. **Lefkowitz RY**, Slade MD, Redlich CA. Injury, illness, and disability risk in American seafarers. American journal of industrial medicine. 2018 Feb 1;61(2):120-9.
3. Pensa MA, Galusha DH, Stowe MH, **Lefkowitz RY**, Redlich CA. Patterns of Energy Drink Use and Associated Symptoms Among a Population of Connecticut Factory Workers. Journal of Occupational and Environmental Medicine. 2016 May 1;58(5):e188-90.
4. **Lefkowitz RY**, Slade MD, Redlich CA. Injury, Illness, and Work Restriction in Merchant Seafarers. American Journal of Industrial Medicine. 2015;58:688-696.
5. **Lefkowitz, RY**, Slade MD, Redlich CA. Risk factors for merchant seafarer repatriation due to injury or illness at sea. International Maritime Health 2015; 66.2: 61-66.
6. Winder A, **Lefkowitz RY**, Ghoti H, Leiba M, Ganz T, Nemeth E, and Rachmilewitz EA. Urinary hepcidin excretion in patients with myelodysplastic syndrome and myelofibrosis. British journal of haematology. 2008:142(4), pp.669-671.
7. Townsend S, Jung AS, Hoe YS, **Lefkowitz RY**, Khan SA, Lemmon CA, Harrison, RW, Lee K, Barouch LA, Cotecchia S, Shoukas AA, Nyhan D, Hare JM, Berkowitz DE. Critical role for the alpha-1b adrenergic receptor at the sympathetic neuroeffector junction. Hypertension. 2004:44:776-782.

**Chapters, Books, and Reviews**

8. Borak J, **Lefkowitz RY,** Linde B. Bronchial Hyperresponsiveness: Technical Update. (Lond) Occupational Medicine, Sept. 2018.
9. Borak J, and **Lefkowitz RY**. Bronchial hyperresponsiveness. Occupational Medicine (Lond) 2016;66:95-105.
10. Rabinowitz PM, **Lefkowitz RY**, Conti LA, Redlich CA, Weigler BJ. Occupational health of laboratory animal workers (chapter in Laboratory Animal Medicine), Aug, 2015 ISBN13-9780124095274
11. **Lefkowitz RY**, Conti LA, Rabinowitz PM. Pets and zoonotic infections: Understanding the risks. Maryland Family Doctor. 2012:Spring. NIHMSID: NIHMS320861

**Peer-Reviewed Educational Materials**

12. Linde B, **Lefkowitz RY**. Health Risks of Flooding in the Gulf Coast Region - A Training Module for Community Members. 2017. Available at http://www.gulfcoastenvironmentalhealth.com/flood-comm
13. Pensa MA, **Lefkowitz RY**. Health Risks of Flooding in the Gulf Coast Region. 2017. Available at http://www.gulfcoastenvironmentalhealth.com/CME-credits-flood
14. **Lefkowitz, RY**. Dispersant Exposures and Health Effects of the BP Oil Spill. 2016. Available at http://www.gulfcoastenvironmentalhealth.com/cme-credits-dispersant-exposures
15. Guzek, G, **Lefkowitz, RY**. Occupational and Environmental Medicine in the Primary Care Setting. Yale Office-based Medicine Curriculum, Ninth Edition, Volume 2, 2016.
16. **Lefkowitz, RY**. Airborne Exposures and Health Effects of the BP Oil Spill. 2014. Available at

http://www.gulfcoastenvironmentalhealth.com/cme-credits-airborne

**Invited Editorials and Commentaries**

17. **Lefkowitz, RY**. International Seafarers and Transnationalism in the Twenty-First Century. (Book Review) Journal of Occupational and Environmental Medicine. 2015: 57(1), e1-e2.

**Case Reports**

18. **Lefkowitz RY**, Mitma AA, Altassan K, Redlich CA. The Limits of Pattern Recognition: Nodular Lung Disease in a Syrian Refugee. Annals of the American Thoracic Society. 2017 Oct;14(10):1591-4.
19. **Lefkowitz RY**, Ridge GE. Paederus dermatitis in a seafarer diagnosed via telemedicine collaboration. Journal of travel medicine. 2016 Mar 1;23(3).
20. **Lefkowitz RY**, Taylor J, Balfe D. Reality bites: A case of severe rattlesnake envenomation. Journal of Intensive Care Medicine. 2013;28.5: 314-319.

**Research in Progress:**

1. Risk Factors for Injury and Illness in Seafarers. K01-CDC/NIOSH, and Sailors' Society funding.
2. Mental Health Risks in International Seafarers. ITF/Seafarers' Trust.
3. Filipino Seafarers and their Work's Impact on Family Wellness.
4. Mental Health Risks in Inland Mariners (collaboration with Seamen's Church Institute and Southern Illinois University).
5. Occupational Health of United Nations organizations workers, (IAEA, IOM, World Bank).

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | March 10, 2023 |
| To: | NIEFERT, BYRNE & OZGA, P.C.<br>1441 29TH STREET STE 111<br>WEST DES MIONES IA 50266 |
| Attn: | |
| Fax: | (515) 226-2497 |
| From: | Becky Averill<br>Claim Resolution Coordinator<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 10, 2023

Niefert, Byrne & Ozga, P.C.
1441 29TH STREET STE 111
WEST DES MIONES, IA 50266

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to Ms. Jo Nie's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Ms. Jo Nie's intent to appeal the closure of her claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln’s Claims Resolution Unit at this time

As set forth in the closure letter issued to Ms. Nie on October 8, 2022, Ms. Nie has a maximum of 180 days to submit a written request for review, which expires on April 5, 2023.

However, per your March 3, 2023 request to extend the appeal deadline for 60 days until June 6, 2023, Lincoln will allow the extension for you to submit the appeal in reference to Ms. Nie's LTD claim. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than **June 6, 2023**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to **JNIEFERT@NBOLAWFIM.COM**:

- A complete copy of our claim file
- A copy of Mercy Medical Center's Group Disability Policy

We are required to password protect any claim files in an electronic format. You will be provided

with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

Your request for copies of other Plan documents, such as the SPD, this must be properly directed by you to the Plan Administrator, Mercy Medical Center.

Ms. Nie's full and complete claim file includes all information that was received and considered in our evaluation of her claim.

This includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln and any third party regarding the claimant; all emails discussing the claimant's claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant's occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln to any doctors that reviewed the claimant's medical records; medical reports and/or record reviews completed by or at the request of Lincoln; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant's claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Ms. Nie.

We have enclosed the Curriculum Vitae for each peer reviewer. We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln Life adheres to all ERISA regulations and procedural requirements. No claims handling manual(s); guidelines; policy and procedure manuals; administrative training documents, videos or tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

Going forward, all correspondence related to Ms. Nie's claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

The Lincoln National Life Insurance Company
Attn: Claim Resolution Services
Disability and Life Claims

PO Box 2578
Omaha, NE 68172-96888

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Claim Resolution Coordinator
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 334-0401

# Lincoln Financial Group Appeal Referral

**Appeal Referral Fro** **DOVER**

| | | | | | |
|---|---|---|---|---|---|
| )ffice: | 096 | Manager: | NICHOLS, KIMBERLY | Case Mgr: | BOUCHER, ASHLEY |

| | | | |
|---|---|---|---|
| Claimant Nam | JO E NIE | Claim #: | 12118946 |
| Occupation (Job Titl | CLINICAL DOCUMENTATION | Date Sent: | 3/6/2023 |
| Diagnosis: | H81.03 Menieres disease, bilateral, F33.2 Major depressv disorder, recurrent severe w/o psych features | | |
| Date of Disabili | 9/28/2021 | Date Benefits Began: | 12/28/2021 |
| Maximum Duratio | 10/24/2031 | Paid Through: | 9/27/2022 |
| Date of Denial or (DB45 | 9/15/2022 | Date Appeal Received: | 3/3/2023 |

**This is the date that the full appeal was received by the Field Claim Offic*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | MERCY MEDICAL CENTER | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locati

- [x] Paperless
- [ ] Bilingual - translation
- [ ] Paper F
- [ ] Surveillance disk

**Please be sure to send all claim paper files & all surveillance disks to the AR*

ER Contacts/CC (if applicable

ER Contact Addresses (including email address)

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

# NEIFERT, BYRNE & OZGA, P.C.

ATTORNEYS AT LAW

JASON D. NEIFERT
JAMES ("JAMIE") BYRNE*°
MARTIN OZGA (OF COUNSEL)

1441 29TH STREET, SUITE 111
WEST DES MOINES, IA 50266

WWW.NBOLAWFIRM.COM

PHONE: (515) 226-2117
TOLL FREE: (888) 926-2117
FAX: (515) 226-2497

* ABOGADO BILINGÜE (ESPAÑOL/INGLÉS)
° ALSO LICENSED IN TEXAS

EMAIL: JNEIFERT@NBOLAWFIRM.COM
ASHIPMAN@NBOLAWFIRM.COM


## FAX MESSAGE

**To:** Lincoln National Life Ins. Co.
ATTN: Ashley Boucher

**Fax No.:** (603) 334-0401

**From:** Anya C. Shipman
Legal Assistant

**Date**: March 3, 2023

**Subject**: Jo Nie, claim # 12118946

**Pages**
(including cover): 3

IF YOU HAVE NOT PROPERLY RECEIVED THIS FAX MESSAGE
PLEASE CALL US AT (515) 226-2117
OUR FAX NUMBER IS (515) 226-2497

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.

Satellite offices: 109 S. Main Street, Denison, IA 51442 & 908 Flindt Drive, Storm Lake, IA 50588
*(please mail documents to our West Des Moines address)*

**NEIFERT, BYRNE & OZGA, P.C.**

ATTORNEYS AT LAW

JASON D. NEIFERT
JAMES ("JAMIE") BYRNE*°
MARTIN OZGA (OF COUNSEL)

1441 29TH STREET, SUITE 111
WEST DES MOINES, IA 50266

PHONE: (515) 226-2117
TOLL FREE: (888) 926-2117
FAX: (515) 226-2497

WWW.NBOLAWFIRM.COM

* ABOGADO BILINGÜE (ESPAÑOL/INGLÉS)
° ALSO LICENSED IN TEXAS

EMAIL: JNEIFERT@NBOLAWFIRM.COM
ASHIPMAN@NBOLAWFIRM.COM

March 3, 2023

Ashley Boucher
The Lincoln National Life Ins. Co.
Disability & Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

In re: Jo Nie
Your Insured: Mercy Medical Center
Claim No.: 12118946

Dear Ms. Boucher:

Please be advised that Jo Nie has asked me to represent her interests on her claim for long term disability benefits. Please be sure that all future correspondence on this file is sent to my attention.

In order to properly evaluation Ms. Nie's claim, I would ask that you forward the following information to my office within the next 30 days:

1. Any and all medical information that you have gathered regarding Ms. Nie to date.

2. A copy of the applicable disability Plan.

3. A copy of the Summary Plan Description.

4. A copy of any additional information generated or obtained by your company from the date this claim was initiated to the present.

5. A complete description of each and every individual, company or other entity involved in the decision to deny benefits.

Your denial letter dated October 8, 2022 indicates that Ms. Nie has 180 days to pursue an appeal. This would mean that her appeal deadline is set to run on April 7, 2023. Understanding that all deadlines on these claims have been extended indefinitely as a result of the pandemic, I think it is still good for both parties to work with a deadline. I will, however, need some additional time beyond April 7, 2023 as I have not yet received the file materials. I would, therefore, ask that you provide a 60 day extension of this deadline, which would move it to June 6, 2023.

I look forward to hearing from you soon and working with your company towards a mutually beneficial resolution of this matter.

Very Truly Yours,

Jason D. Neifert

JN/as

**From:** DisabilityDocuments
**Sent:** Thursday, March 2, 2023 5:33 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: [Send Secure]Mercy Medical Center Claim No. 12118946 Jo Nie

---

**From:** Jo Nie <
**Sent:** Thursday, March 2, 2023 10:32:49 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Fwd: [Send Secure]Mercy Medical Center Claim No. 12118946 Jo Nie

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Attention Jenna Ettleman:

Hi Jenna,

I spoke with Henry Wahl on the phone regarding a possible overpayment to me from Lincoln. We determined that I had not applied for SSDI. I thought I had but that turned out to be SSI.

I called and made an appointment to apply for SSDI which will be March 29 at 10:15 AM.

I will let you know what I find out from that appointment. My phone number is if you have any questions prior to then.

Thank you,
Jo Nie

Sent from my iPad

Begin forwarded message:

**From:** LFGNotifications@lfg.com
**Date:** February 24, 2023 at 4:10:15 PM CST
**To:**
**Subject: [Send Secure]Mercy Medical Center Claim No. 12118946 Jo Nie**

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by Zix®.

**[Error : unloaded OLE object or mail attachment]**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 24, 2023

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

As discussed, enclosed is a copy of the January 13, 2023, letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Henry Wahl
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16525
Secure Fax No.: (603) 334-0401

Attachments: 12118946-ACKNOWLEDGE-FREEFORM-01.12.2023

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 13, 2023

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been awarded Social Security Disability Benefits. In a letter dated December 2, 2022 we asked you to provide our office with proof of your Dependent Social Security Disability Income (SSDI) Award Letter, (Notice of Decision Letter) and to-date we have not received it.

Please provide our office with a complete copy of the SSDI Award Letter from the Social Security Administration (SSA). If you do not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to submit to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. If you are awarded retroactive benefits from the Social Security Administration, it is likely your LTD claim has been overpaid. Please do not spend the retroactive benefits as they are due to Lincoln in the event of an overpayment.

Once we receive the award letter, we will determine the overpayment amount. You will be informed of this amount in writing from a specialist on the Financial Recovery team. This individual will be in contact with you to assist us with the recovery of the overpayment.
Please submit to our office by January 27, 2023.

If we do not receive the SSDI award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Jenna Ettleman
Sr. Social Security Specialist
Phone No.: (888) 437-7611 Ext. 7542
Secure Fax No.: (603) 334-0401

From: LFGNotifications@LFG.com
Sent: Friday, February 24, 2023 5:10:05 PM
To:
CC:
BCC:
Subject: [Send Secure]Mercy Medical Center Claim No. 12118946 Jo Nie
Attachments: mhj2vuqfdmeui21pqlij_14683462.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 24, 2023

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

As discussed, enclosed is a copy of the January 13, 2023, letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Henry Wahl
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16525
Secure Fax No.: (603) 334-0401

Attachments: 12118946-ACKNOWLEDGE-FREEFORM-01.12.2023

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 13, 2023

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been awarded Social Security Disability Benefits. In a letter dated December 2, 2022 we asked you to provide our office with proof of your Dependent Social Security Disability Income (SSDI) Award Letter, (Notice of Decision Letter) and to-date we have not received it.

Please provide our office with a complete copy of the SSDI Award Letter from the Social Security Administration (SSA). If you do not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to submit to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. If you are awarded retroactive benefits from the Social Security Administration, it is likely your LTD claim has been overpaid. Please do not spend the retroactive benefits as they are due to Lincoln in the event of an overpayment.

Once we receive the award letter, we will determine the overpayment amount. You will be informed of this amount in writing from a specialist on the Financial Recovery team. This individual will be in contact with you to assist us with the recovery of the overpayment.
Please submit to our office by January 27, 2023.

If we do not receive the SSDI award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Jenna Ettleman
Sr. Social Security Specialist
Phone No.: (888) 437-7611 Ext. 7542
Secure Fax No.: (603) 334-0401

| Claim Number(s):12118946 | | | | |
|---|---|---|---|---|
| **New Monthly Benefit** | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *2/28/2022* | *through* | *9/27/2022* | $25,277.67 |
| Less: Should have Paid | *2/28/2022* | *through* | *9/27/2022* | $590.06 |
| Overpayment Due | | | | $24,687.61 |
| Less: Recovery of Prior Overpayment | | | | $16,366.21 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$8,321.40** |

# Calculation Worksheet

**Claimant Name:** JO NIE

**Customer:** MERCY MEDICAL CENTER

**Claim Number (s):** 12118946

| | | | |
|---|---|---|---|
| Originally Paid | | Should have Paid | |
| From Date | 2/28/2022 | From Date | 2/28/2022 |
| Thru Date | 9/27/2022 | Thru Date | 9/27/2022 |
| Total | $25,277.67 | Total | $590.06 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $16,366.21 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $16,366.21 |

| | |
|---|---|
| Overpayment Amount: | $ 8,321.40 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| Tax Aging: | $276.59 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12118946 | 106384783 | 0 | 2/28/2022 | 3/27/2022 | 3/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 1,271.78 | $ 3,165.57 |
| 12118946 | 106623708 | 0 | 3/28/2022 | 4/27/2022 | 4/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 106859775 | 0 | 4/28/2022 | 5/27/2022 | 5/23/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107082594 | 0 | 5/28/2022 | 6/27/2022 | 6/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107315128 | 0 | 6/28/2022 | 7/27/2022 | 7/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107553281 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107792764 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $31,061.45 | $0.00 | $31,061.45 | $5,783.78 | $25,277.67 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Estimate | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12118946 | 106384783 | 0 | 2/28/2022 | 3/27/2022 | 3/21/2022 | $ 4,437.35 | $2,170.80 | $1,085.40 | $0.00 | $ 1,181.15 | $ 995.19 | $ 185.96 | $ 1,085.40 |
| 12118946 | 106623708 | 0 | 3/28/2022 | 4/27/2022 | 4/21/2022 | $ 4,437.35 | $2,412.00 | $1,206.00 | $0.00 | $ 819.35 | $ 752.00 | $ 67.35 | $ 1,206.00 |
| 12118946 | 106859775 | 0 | 4/28/2022 | 5/27/2022 | 5/23/2022 | $ 4,437.35 | $2,412.00 | $1,206.00 | $0.00 | $ 819.35 | $ 752.00 | $ 67.35 | $ 1,206.00 |
| 12118946 | 107082594 | 0 | 5/28/2022 | 6/27/2022 | 6/21/2022 | $ 4,437.35 | $2,412.00 | $1,206.00 | $0.00 | $ 819.35 | $ 752.00 | $ 67.35 | $ 1,206.00 |
| 12118946 | 107315128 | 0 | 6/28/2022 | 7/27/2022 | 7/21/2022 | $ 4,437.35 | $2,412.00 | $1,206.00 | $0.00 | $ 819.35 | $ 752.00 | $ 67.35 | $ 1,206.00 |
| 12118946 | 107553281 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 4,437.35 | $2,412.00 | $1,206.00 | $0.00 | $ 819.35 | $ 752.00 | $ 67.35 | $ 1,206.00 |
| 12118946 | 107792764 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 4,437.35 | $2,412.00 | $1,206.00 | $0.00 | $ 819.35 | $ 752.00 | $ 67.35 | $ 1,206.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $31,061.45 | $16,642.80 | $8,321.40 | $0.00 | $6,097.25 | $5,507.19 | $590.06 | $8,321.40 |

* (-) indicates an underpayment

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 8, 2023

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

Your file has been referred to Financial Review Services for an overpayment calculation because we have not received proof of your application for Social Security Dependent benefits as requested (or a copy of your Notice of Award if already awarded).

As we have not received a copy of the application or award notice, this calculation is an estimate beginning March 1, 2022 based on your last day worked of September 27, 2021. This letter and the attached estimated overpayment summary outline the impact of Social Security on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of February 28, 2022 through September 27, 2022, with no reduction for Social Security. You have now been overpaid under the terms of your Policy. The overpayment calculation was prorated beginning March 1, 2022.

**Total Overpayment Amount:** **$8,321.40**
**Payment Due Date:** **February 28, 2023**

The attached exhibit explains the calculation of your $**8,321.40** overpayment balance, which you are required to repay The Lincoln National Life Insurance Company and we ask that this matter receive your immediate attention.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**

**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If this information is incorrect, please provide a copy of your application for Social Security benefits or Notice of Award letter so that we can determine if a recalculation is necessary on your claim. If we do not receive the information requested by **February 28, 2023,** the overpayment amount stated in this letter will be due and payable to The Lincoln National Life Insurance Company.

Should you have any questions regarding the Social Security estimate applied to your claim or questions regarding the contract provision regarding Social Security, please contact your claims specialist, Jenna Ettleman.

If you have any questions regarding this matter, please contact me.

Sincerely,

Henry Wahl
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16525
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
12118946-RECOVERY/REPAYMENT-CORRESPONDENCE-02.07.2023

| Claim Number(s):12118946 | | | | |
|---|---|---|---|---|
| **New Monthly Benefit** | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *2/28/2022* | *through* | *9/27/2022* | $25,277.67 |
| Less: Should have Paid | *2/28/2022* | *through* | *9/27/2022* | $590.06 |
| Overpayment Due | | | | $24,687.61 |
| Less: Recovery of Prior Overpayment | | | | $16,366.21 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$8,321.40** |

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 12118946

I ____________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on or after ____________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________

Financial Institution Address ____________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE ________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 13, 2023

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been awarded Social Security Disability Benefits. In a letter dated December 2, 2022 we asked you to provide our office with proof of your Dependent Social Security Disability Income (SSDI) Award Letter, (Notice of Decision Letter) and to-date we have not received it.

Please provide our office with a complete copy of the SSDI Award Letter from the Social Security Administration (SSA). If you do not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to submit to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. If you are awarded retroactive benefits from the Social Security Administration, it is likely your LTD claim has been overpaid. Please do not spend the retroactive benefits as they are due to Lincoln in the event of an overpayment.

Once we receive the award letter, we will determine the overpayment amount. You will be informed of this amount in writing from a specialist on the Financial Recovery team. This individual will be in contact with you to assist us with the recovery of the overpayment.
Please submit to our office by January 27, 2023.

If we do not receive the SSDI award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number:  603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Jenna Ettleman
Sr. Social Security Specialist
Phone No.: (888) 437-7611 Ext. 7542
Secure Fax No.: (603) 334-0401

GROUPBENEFITS - CLAIMS
PO BOX 8200
DOVER, NH 03821-0000
1-(800) 210-0268

Lincoln Financial Group®
Lincoln National Life Insurance Company

Claim: 12118946
Claim Type: LTD
Payee Type: OTH
Payee: JO NIE

Customer: MERCY MEDICAL CENTER
Subsidiary: MERCY MEDICAL CENTER
Employee: JO E NIE

Policy Number: GF3-890-LF0260-01
Pmt Period: 09/28/22 - 09/28/22
Pmt Date: 12/29/22
Check #: 27884583

0000

## Explanation of Benefit

| Gross Ben | Provision | (Offsets) | Adj Gross | (FICA Tax) | (FED. Tax) | (State Tax) | (Deductions) | Net Pmt |
|---|---|---|---|---|---|---|---|---|
| $ 276.59 | $ 0.00 | $ 0.00 | $ 276.59 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 276.59 |

### Provision Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Provision $ 0.00

### Offset Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Offset $ 0.00

### Deduction Details

| Description | From | Thru | Amount | Description | From | Thru | Amount |
|---|---|---|---|---|---|---|---|

Subtotal Deduction $ 0.00

Total Provisions $ 0.00 Total Offsets $ 0.00 Total Deductions $ 0.00

MEMO:REFUND FOR EXCESS OVERPAYMENT RECOVERY DUE TO YEAR END TAX AGING

## Tax Information For This Payment Only

| | | | |
|---|---|---|---|
| Adjusted Gross Benefit: $ 276.59 | Benefit Tax %: 0.0 | Federal Excludable Wages: $ | 276.59 |
| OASDI Taxable Wages: $ 0.00 | | OASDI Withholding: $ | 0.00 |
| Medicare Taxable Wages: $ 0.00 | | Medicare Withholding: $ | 0.00 |
| Federal Taxable Wages: $ 0.00 | | Federal Withholding: $ | 0.00 |
| State Taxable Wages: $ 0.00 | Employee State: IA | State Withholding: $ | 0.00 |

Please Note: The tax information described above is provided to the customer for their reporting only. It is not designed to complete individual tax returns and should not be used for that purpose.

| Claim Number (s): 12118946 | | | | |
|---|---|---|---|---|
| **Overpayment Calculation** | | | | |
| Originally Paid | *2/28/2022* | *through* | *9/27/2022* | $25,277.67 |
| Less: Should have Paid | *2/28/2022* | *through* | *9/27/2022* | $8,634.87 |
| Overpayment Due | | | | $16,642.80 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$16,642.80** |

** Once a decision has been made on your Social Security Dependent Award, I will need to calculate the additional overpayment for your dependent child. Please notify me immediately once you have received the Social Security Dependent Award information or the retroactive payment for your dependent.*

# Calculation Worksheet

**Claimant Name:** JO NIE **Customer:** MERCY MEDICAL CENTER

**Claim Number (s):** 12118946

| | | | |
|---|---|---|---|
| Originally Paid | | Should have Paid | |
| From Date | 2/28/2022 | From Date | 2/28/2022 |
| Thru Date | 9/27/2022 | Thru Date | 9/27/2022 |
| Total | $25,277.67 | Total | $8,634.87 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

| | |
|---|---|
| Overpayment Amount: | $ 16,642.80 |
| Underpayment Amount: | $0.00 |

| | |
|---|---|
| Tax Aging: | $0.00 |

*if not recovered by year end amt will be added to balance

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12118946 | 106384783 | 0 | 2/28/2022 | 3/27/2022 | 3/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 1,271.78 | $ 3,165.57 |
| 12118946 | 106623708 | 0 | 3/28/2022 | 4/27/2022 | 4/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 106859775 | 0 | 4/28/2022 | 5/27/2022 | 5/23/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107082594 | 0 | 5/28/2022 | 6/27/2022 | 6/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107315128 | 0 | 6/28/2022 | 7/27/2022 | 7/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107553281 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107792764 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $31,061.45 | $0.00 | $31,061.45 | $5,783.78 | $25,277.67 |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12118946 | 106384783 | 0 | 2/28/2022 | 3/27/2022 | 3/21/2022 | $ 4,437.35 | $2,170.80 | | $0.00 | $ 2,266.55 | $ 1,271.78 | $ 994.77 | $ 2,170.80 |
| 12118946 | 106623708 | 0 | 3/28/2022 | 4/27/2022 | 4/21/2022 | $ 4,437.35 | $2,412.00 | | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 106859775 | 0 | 4/28/2022 | 5/27/2022 | 5/23/2022 | $ 4,437.35 | $2,412.00 | | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107082594 | 0 | 5/28/2022 | 6/27/2022 | 6/21/2022 | $ 4,437.35 | $2,412.00 | | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107315128 | 0 | 6/28/2022 | 7/27/2022 | 7/21/2022 | $ 4,437.35 | $2,412.00 | | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107553281 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 4,437.35 | $2,412.00 | | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107792764 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 4,437.35 | $2,412.00 | | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | | | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | Totals: | $31,061.45 | $16,642.80 | $0.00 | $0.00 | $14,418.65 | $5,783.78 | $8,634.87 | $16,642.80 |

* (-) indicates an underpayment

# ***Aged Calculation Worksheet***

**Claimant Name:** JO NIE

**Customer: MERCY MEDICAL CENTER**

**Claim Number (s): 12118946**

| | | | |
|---|---|---|---|
| **Originally Paid** | | **Should have Paid** | |
| **From Date** | 2/28/2022 | **From Date** | 2/28/2022 |
| **Thru Date** | 9/27/2022 | **Thru Date** | 9/27/2022 |
| **Total** | $25,277.67 | **Total** | $8,634.87 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $0.00 |
| **Excess Fees** | $0.00 |
| **Total:** | $0.00 |

| | |
|---|---|
| **Overpayment Amount:** | $ 16,642.80 |
| **Underpayment Amount:** | $0.00 |

## ORIGINALLY PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12118946 | 106384783 | 0 | 2/28/2022 | 3/27/2022 | 3/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 1,271.78 | $ 3,165.57 |
| 12118946 | 106623708 | 0 | 3/28/2022 | 4/27/2022 | 4/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 106859775 | 0 | 4/28/2022 | 5/27/2022 | 5/23/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107082594 | 0 | 5/28/2022 | 6/27/2022 | 6/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107315128 | 0 | 6/28/2022 | 7/27/2022 | 7/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107553281 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| 12118946 | 107792764 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 4,437.35 | $ - | $ 4,437.35 | $ 752.00 | $ 3,685.35 |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | **Totals:** | **$31,061.45** | **$5,783.78** | **$25,277.67** |

## SHOULD HAVE PAID

| Claim # | Check # | CDS Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12118946 | 106384783 | 0 | 2/28/2022 | 3/27/2022 | 3/21/2022 | $ 4,437.35 | $2,170.80 | $0.00 | $0.00 | $ 2,266.55 | $ 1,271.78 | $ 994.77 | $ 2,170.80 |
| 12118946 | 106623708 | 0 | 3/28/2022 | 4/27/2022 | 4/21/2022 | $ 4,437.35 | $2,412.00 | $0.00 | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 106859775 | 0 | 4/28/2022 | 5/27/2022 | 5/23/2022 | $ 4,437.35 | $2,412.00 | $0.00 | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107082594 | 0 | 5/28/2022 | 6/27/2022 | 6/21/2022 | $ 4,437.35 | $2,412.00 | $0.00 | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107315128 | 0 | 6/28/2022 | 7/27/2022 | 7/21/2022 | $ 4,437.35 | $2,412.00 | $0.00 | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107553281 | 0 | 7/28/2022 | 8/27/2022 | 8/22/2022 | $ 4,437.35 | $2,412.00 | $0.00 | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| 12118946 | 107792764 | 0 | 8/28/2022 | 9/27/2022 | 9/21/2022 | $ 4,437.35 | $2,412.00 | $0.00 | $0.00 | $ 2,025.35 | $ 752.00 | $ 1,273.35 | $ 2,412.00 |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | | $ - | $0.00 | $0.00 | $0.00 | $ - | $ - | $ - | $ - |
| | | | | | **Totals:** | **$31,061.45** | **$16,642.80** | **$0.00** | **$0.00** | **$14,418.65** | **$5,783.78** | **$8,634.87** | **$16,642.80** |

* (-) indicates an underpayment

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 7, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security benefits with an effective date of March 1, 2022. This letter and the attached overpayment summary outlines the impact of that award on your benefits from The Lincoln National Life Insurance Company.

Since The Lincoln National Life Insurance Company paid you disability benefits for the period of February 28, 2022 through September 27, 2022, with no reduction for Social Security benefits, you are now overpaid under the terms of your Policy. The overpayment calculation was prorated beginning March 1, 2022.

**Total Overpayment Amount: $16,642.80**
**Payment Due Date: December 27, 2022**

The attached exhibit explains the calculation of your **$16,642.80** balance, which is due to The Lincoln National Life Insurance Company upon receipt of this letter.

Please send a check or money order payable to The Lincoln National Life Insurance Company to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

The Lincoln National Life Insurance Company can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-334-0401 or the form can be emailed to me at DisabilityDocuments@lfg.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**The Lincoln National Life Insurance Company**
**PO Box 2578**
**Omaha, NE 68172-9688**

If you are unable to remit payment in full, please contact our office by **December 27, 2022** to make appropriate arrangements to refund this amount.

If we do not receive payment by **December 27, 2022**, under the terms of your Policy The Lincoln National Life Insurance Company reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Henry Wahl
Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16525
Secure Fax No.: (603) 334-0401

Attachments: One Time Debit Payment Auth
12118946-RECOVERY/REPAYMENT-CORRESPONDENCE-12.06.2022

| Claim Number (s): 12118946 | | | | |
| --- | --- | --- | --- | --- |
| **Overpayment Calculation** | | | | |
| Originally Paid | *2/28/2022* | *through* | *9/27/2022* | $25,277.67 |
| Less: Should have Paid | *2/28/2022* | *through* | *9/27/2022* | $8,634.87 |
| Overpayment Due | | | | $16,642.80 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$16,642.80** |

**** Once a decision has been made on your Social Security Dependent Award, I will need to calculate the additional overpayment for your dependent child. Please notify me immediately once you have received the Social Security Dependent Award information or the retroactive payment for your dependent.***

**The Lincoln National Life Insurance Company**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize The Lincoln National Life Insurance Company to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 12118946

I ______________________________ authorize The Lincoln National Life Insurance Company to debit my
(full name)

account at the financial institution listed below for _________ on or after ____________.
(amount) (date)

This authority will remain in effect until The Lincoln National Life Insurance Company is notified by me (us) in writing to cancel it in such time to afford The Lincoln National Life Insurance Company and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________

Financial Institution Address ____________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE ________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 3, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long Term Disability (LTD) Policy issued to your employer.

We have been informed that you and/or your dependents were awarded Social Security benefits.

To assist with the proper administration of your LTD claim, please:

- Notify me immediately when you and/or your dependents receive your first Social Security benefit check, which may include a large retroactive payment.
- If you have not already done so, please provide a complete copy of your and/or your dependents' award notice(s) by January 6, 2023. ***Failure to remit this award letter may result in the use of the estimated offset and overpayment calculation on your claim.***

As we have discussed, Mercy Medical Center's disability Policy requires us to reduce your disability benefits by the amount of income received by you and/or your dependents from other sources, including Social Security.

Specifically, the Policy states:

*Other Income Benefits means:*

> *4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:*
>
> > *a. the Covered Person receives or is eligible to receive; and*
> > *b. his spouse, child or children receives or are eligible to receive because of his Disability; or*
> > *c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.*

As you know, during the time it took the Social Security Administration (SSA) to make its decision, Lincoln paid you unreduced disability benefits. *In effect, we advanced you the money we expected Social Security would ultimately pay, and you signed an agreement to repay the advance upon receiving Social Security benefits.*

Your SSA award notice indicates both the monthly Social Security disability benefit you will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing the monthly LTD benefit we pay you to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Lincoln. Please set aside your retroactive payment from Social Security to repay this obligation.
- Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you have any questions regarding the financial reconciliation of your claim.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security Dependent benefits under the terms of Mercy Medical Center's LTD Policy and it is important that you begin this process immediately. Therefore, please initiate the dependent application and provide proof of application within 30 days from the date of this letter.

If you are approved for Social Security Dependent Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive dependent benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jenna Ettleman
Sr. Social Security Specialist
Phone No.: (888) 437-7611 Ext. 7542
Secure Fax No.: (603) 334-0401

**From:** DisabilityDocuments
**Sent:** Tuesday, November 29, 2022 12:55 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Claim # 12118946

---

**From:** Jo Nie <
**Sent:** Tuesday, November 29, 2022 5:54:37 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Claim # 12118946

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Jenna Ettleman,

Attached is the Social Security Letter Jo E Nie received in September 2022 that you requested be forwarded to you to determine the overpayment amount.

We apologize for any delay in sending this information. Jo has not been able to do even these small tasks due to her disability and she finally asked me (Kevin/spouse) to assist in providing you this information. She has been unable to gather the information for an appeal to Lincoln for discontinuing her Long Term Disability benefit. We will working on this soon as we were told we have 180 days to submit an appeal.

Could you let us know what date we would need to have our appeal submitted. We were counting on the Lincoln benefit once the Social Security Benefit started to pay so we have been under a great deal of stress over these circumstances.

Let us know if you need any additional information regarding the Social Security Benefit.

Thank you!

Kevin Nie (sent on behalf of Jo E Nie)
**[Error : unloaded OLE object or mail attachment]**

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Mid-America Program Service Center
601 East Twelfth Street
Kansas City, Missouri 64106-2817
Date: September 19, 2022
BNC#: 22MS106B73250-HA

0000233 00024298 2 MB 0.515 0915M3MCS6PJ T163 P16
JO E NIE

6644

0000233 0000000100
*0281096C00095*

You are entitled to monthly disability benefits beginning March 2022.

## The Date You Became Disabled

We found that you became disabled under our rules on September 27, 2021.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is March 2022.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $14,472.00 around September 20, 2022.
- This is the money you are due for March 2022 through August 2022.
- Your next payment of $2,412.00, which is for September 2022, will be received on or about the fourth Wednesday of October 2022.
- After that you will receive $2,412.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

## Others Who May Be Eligible For Benefits

Your children may now be eligible for benefits on your record. You named the following children when you applied for benefits:

Enclosure(s):
Pub 05-10153

C

See Next Page

*0202096C000953* 000233

- K N
- J N

If you have not filed an application for benefits for the children, please contact us.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits please contact us. You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-866-495-0088.

SOCIAL SECURITY
3165 WILLIAMS BLVD SW,
CEDAR RAPIDS IA 52404

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Administración del Seguro Social*

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 11, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been awarded Social Security Disability Benefits. In a letter dated October 4, 2022 we asked you to provide our office with proof of your Social Security Disability Income (SSDI) Award Letter, (Notice of Decision Letter) and to-date we have not received it.

Please provide our office with a complete copy of the SSDI Award Letter from the Social Security Administration (SSA). If you do not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to submit to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. If you are awarded retroactive benefits from the Social Security Administration, it is likely your LTD claim has been overpaid. Please do not spend the retroactive benefits as they are due to Lincoln in the event of an overpayment.

Once we receive the award letter, we will determine the overpayment amount. You will be informed of this amount in writing from a specialist on the Financial Recovery team. This individual will be in contact with you to assist us with the recovery of the overpayment.
Please submit to our office by November 29, 2022.

If we do not receive the SSDI award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Jenna Ettleman
Sr. Social Security Specialist
Phone No.: (888) 437-7611 Ext. 7542
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 5, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

We have been made aware that you have been awarded Social Security Disability Benefits.

Please provide our office with a complete copy of the SSDI Award Letter from the Social Security Administration (SSA). If you do not have your most recent copy available, your local SSA office or attorney will be able to provide you with a copy to submit to our office. You may also be able to obtain a status update from your Social Security account at www.SSA.gov.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. If you are awarded retroactive benefits from the Social Security Administration, it is likely your LTD claim has been overpaid. Please do not spend the retroactive benefits as they are due to Lincoln in the event of an overpayment.

Once we receive the award letter, we will determine the overpayment amount. You will be informed of this amount in writing from a specialist on the Financial Recovery team. This individual will be in contact with you to assist us with the recovery of the overpayment.
Please submit to our office by **October 18, 2022.**

If we do not receive the SSDI award letter, an estimate may be used to calculate the overpayment amount due back to Lincoln.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Abigail Cooney
Social Security Specialist I
Phone No.: (888) 437-7611 Ext. 69187
Secure Fax No.: (603) 334-0401

**From:** DoNotReply@lfg.com
**Sent:** Mon, 26 Sep 2022 14:47:25 +0000
**To:** mhetrick@mercycare.org;njaeger@mercycare.org;scollins@mercycare.org
**Subject:** Claim #12118946, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/27/2023. As of 12/28/2023 this claim is closed. The case manager for this claim is Ashley Boucher. The claim number is 12118946.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Mon, 26 Sep 2022 14:47:25 +0000
**To:** mhetrick@mercycare.org;njaeger@mercycare.org;scollins@mercycare.org
**Subject:** Claim #12118946, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/27/2023. As of 12/28/2023 this claim is closed. The case manager for this claim is Ashley Boucher. The claim number is 12118946.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Mon, 26 Sep 2022 14:47:25 +0000
**To:** mhetrick@mercycare.org;njaeger@mercycare.org;scollins@mercycare.org
**Subject:** Claim #12118946, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/27/2023. As of 12/28/2023 this claim is closed. The case manager for this claim is Ashley Boucher. The claim number is 12118946.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | September 15, 2022 |
| To: | MERCY HEALTH PLAZA<br>5264 COUNCIL ST NE<br>CEDAR RAPIDS IA 52402 |
| Attn: | Medical records***URGENT** |
| Fax: | (319) 398-6091 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

September 15, 2022

Mercy Health Plaza
5264 COUNCIL ST NE
CEDAR RAPIDS, IA 52402

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2022 through the present

We ask that you provide this information by September 20, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: 12118946-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.06.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

00000198 LFPQ8PD1 00002949

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative Jo Ellen Nie Date: 8/31/2022

Date of Birth: ___ ___ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 8, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond September 15, 2022. Mercy Medical Center's LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"Disability" or "Disabled", with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*Applicable to Class 1, 3:*

*a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 2:*

*b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"Own Occupation", with respect to Long Term Disability, means the Covered Person's*

*occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since December 28, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Menieres Disease and depression and your claim file contains the following medical documentation:

- Medical records from Resilience Family Counseling dated September 1, 2021 to October 28, 2021
- Medical records from Dr. Gisselman dated October 4, 2021 to December 7, 2021
- Medical records from Leslie Downs-Mullen dated November 11, 2021 to June 14, 2022
- Medical records from Mercy Medical dated January 1, 2018 to January 1, 2020
- Medical records from Mercy ENT dated December 9, 2020 to December 9, 2021
- Medical records from Dr. Benzing dated May 12, 2022

In order to ensure your ongoing eligibility under the LTD policy, your claim was referred to two consulting physicians who are Board Certified in Internal Medicine as well as Psychiatry. The psychiatry physician attempted to speak with Dr. Lichtman on August 3, 2022 as well as August 5, 2022 with a letter sent this date as well as to Leslie Downs-Mullen. She sent a return letter indicating that your symptoms were directly related to your toxic work environment and their alleged unwillingness to accommodate your Meniere's disease. After reviewing the records on file, the consulting physician determined that the records do not document ongoing mental health symptoms or intensive mental health treatment. You are not working with a psychiatrist and are only engaged in low intensity mental health treatment. They also indicate you have not seen your therapist since June at the time of this report. The lack of symptoms and limited mental health treatment are inconsistent with the presence of severe and impairing mental illness. Due to this, the records are inadequate to support impairment due to depression or anxiety.

In review of the medical review completed by the Internal Medicine physician, they attempted to speak with Dr. Hansen on both September 1, 2022 and September 2, 2022. A letter was faxed on September 4, 2022 and requested response no later than September 9, 2022. To date, no response has been received. The physician determined that in regards to your Meniere's disease diagnosis, you would have the following restrictions:

From 12/28/2021 through 2/9/22: no more than activities of daily living

From 2/10/2022 through 12/28/22 and ongoing:

- Constant sitting

- Occasional walking and standing
- Lifting and carrying up to 10 pounds occasionally
- No crouching, stooping, bending and twisting
- No lifting from floor level
- No climbing ladders
- No working from unprotected heights
- No operating heavy machinery

The physician indicated that records from ENT and vestibular therapy may be useful to review in determining medical support for further restrictions and limitations. A call was placed to Mercy Health Plaza to confirm the date you were last treated there or if you are actively treating there now. They refused to provide information over the phone so a fax was sent to their office on September 15, 2022 requesting records from January 1, 2022 through the present due no later than September 23, 2022. To date, we still have not received this requested information.

In addition to the medical review, a vocational review was completed to determine how your occupation is performed in the national job market. This review determined that it is performed on a sedentary level which means you are required to do the following:

"-Sedentary Work **-** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

You are also required to: constantly sit, occasionally stand and walk, and frequently handle and finger.

In conclusion, based on the above medical review confirming that you would have the ability to perform a sedentary occupation due to your Meniere's disease, and the fact that your occupation is considered sedentary in the national job market, you would not be considered disabled from this under the LTD policy. Your claim is approved through September 23, 2022 and closed beyond this date.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No

internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any and all medical records, treatment notes, test results, operative reports, therapy records, admit/discharge summaries from May 13, 2022 through the date of your full appeal from any and all physicians.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bą́ą́h ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong

mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II
Group Protection

# Occupational Analysis

**Date: 9/8/2022**
**Name: Jo Nie**
**Claim Number: 12118946**
**Policy Holder: Mercy Medical Center**

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

The insured is a 57-year-old Clinical Document Specialist (job title) employed by Mercy Medical Center since 11/3/2015. The insured discontinued work on due to bilateral Meniere's disease. In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of the insured's job were obtained from their job description that was found in their claim file. In this job, the insured' job description reads:

- Reviews medical records to identify documentation opportunities.
- Communicates with physicians regarding documentation issues to ensure immediate resolution.
- Educates physicians and caregivers on the importance of complete and accurate clinical documentation as it is related to patient acuity, severity of illness, physician profiling and core measures.
- Assesses improvement in the quality of clinical documentation for area of responsibility.
- Adheres to all federal, state and Mercy Medical Center policies relating to medical records.
- Participates in meetings with physicians and other providers to discuss patient care documentation trends and improvement opportunities.
- Applies Medical Necessity criteria to determine payment eligibility.
- Gathers pertinent information regarding the claim/service that is being denied so that an appeal may be formulated and filed.
- Works closely with the out-patient areas of Mercy Medical Center and is a resource for them regarding their documentation needs in relation to the services they provide.
- Participates in providing education to physicians and other clinical staff. Participates in education and training of new CDS staff.

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on the 2008 U.S. Department of Health and Human Services National Sample Survey of Registered Nurses, there were approximately 2.6 million Registered Nurses in the United States. The majority of nurses (approximately 88%) provide Direct Patient Care in a variety of settings such as Hospitals, Ambulatory Care Settings, and Nursing Homes. Approximately 12% of Registered Nurses are employed in non-clinical settings where direct patient care is not required. These settings would include Case Management, Utilization Review, Telephonic Nurse and Consulting Nurse. Therefore, there are two separate and distinct occupations that exist that fall under the nursing umbrella, each with their associated material and substantial functions. What follows, based on a review of the job information provided, is information regarding the Nurse in non-clinical settings where direct patient care is not

required. Non-Direct Patient Care Nurses work in a variety of settings including, but not limited to, medical centers, hospitals, nursing homes, educational training centers, government agencies, private consulting firms, insurance companies, and home health agencies. There is no one DOT or O*NET category that captures the main duties of Non-Direct Patient Care Nurses.

Alternate titles include: Nurse, Case Management Nurse (healthcare): alternate titles: Nurse Consultant, Nurse Case Manager

The occupation falls under the OOH description of Registered Nurses. The OOH adds the following:

> "Some nurses have jobs in which they do not work directly with patients, but they must still have an active registered nurse license. For example, they may work as nurse educators, healthcare consultants, public policy advisors, researchers, hospital administrators, salespeople for pharmaceutical and medical supply companies, or as medical writers and editors."

Internet research was conducted to define the tasks and physical demands of the occupation. Thirty online job postings were reviewed via indeed.com using the keywords: Telephonic Triage Nurse, Nurse Case Manager and Utilization Review. Typical job tasks gleaned from the internet research include:

- Development and assessment of continued care plans for patients
- Coordinating patient referrals and consultations
- Analyzing and evaluating patients' medical records to ensure admission criteria is met, as well as compliance with internal and external regulatory requirements
- Ensuring delivery of patient care is appropriate and timely
- Being a resource for insurance provider, contractors and subscribers to explain and interpret provisions of contractual agreements and health benefits
- Return to work coordination
- Educating patients and their families on health care issues
- Providing clinical information and education via inbound and outbound telephone calls
- Participating in research studies
- Providing customer service and post-discharge follow up calls to patients

Even though the postings listed did not include physical demands, all material and substantial functions involved desk/office-based tasks that do not require any direct patient care.

**PHYSICAL DEMANDS**

Based on the research noted above Non-Direct Patient Care Nurses work in a variety of settings; however, their work is primarily desk/office-based that do not require any direct patient care. Based on a combination of the research outlined above, the physical demands of the occupation span both the sedentary and light levels in physical demand with opportunity at both levels.
The Department of Labor defines sedentary work as,

> "**S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Positional requirements at the sedentary level include:

- **Constant** sitting
- **Frequent** handling and fingering
- **Occasional** standing and walking

- **No** bending/stooping, twisting, kneeling, crouching/squatting, crawling, balancing, climbing, or reaching (reaching can be reduced or eliminated by moving objects within an ergonomically correct distance from the body)

The Department of Labor defines light work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements at the light level include:

- **Frequent** *sitting, *standing, *walking, handling, and fingering
- **Occasional** reaching, bending/stooping, and twisting
- **Never and Occasional** kneeling, and crouching/squatting
- **No** balancing, climbing, or crawling

*Within the light environment, the level of sitting, standing, and walking will vary depending on the environment the Nurse is working in as well as the tasks they are performing; they may be required to meet with various companies for sales purposes, visit different medical sites to complete presentations or trainings, or work as a Nurse Educator or Consultant in diverse medical care settings.

Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

With a reasonable degree of vocational certainty, the typical physical demands of the insured's occupation of Non-Direct Patient Care Nurses are most often sedentary and light in physical demand. Positional requirements are outlined above. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

Electronically Signed

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Consultant II

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Guertin



EMPLOYEE/CLAIMANT NAME: Jo Nie

CLAIM NO: 12118946 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Mercy Medical Center

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

00000198 LFPQ8PD1 00002936

How long are you able to:

sit 2 hours stand 15-20 min walk 15-20 min

How many hours a day do you:

sit 5-6 stand 1-2 hrs (broken up) walk 1-2 hrs (broken up) laying down 5-6

Do you take a nap during the day? I don't usually sleep much during the day but rest laying down after short periods of work (20 min) I do this throughout the day.

Yes ______ No X

If Yes, for how long? N/A At what time of the day? ↑

How many hours a day do you spend in bed? 8-10 at night, try not too much during the day

Do you require any assistive devices such as a: I can walk about a block unassisted. I need a cart to lean on in a store or a motorized scooter.

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 hours

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: N/A

If Yes, how long are you able to drive a car? 2 hours

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you? I no longer maintain friendships. My older son and my sister visit me or we connect with phone, text, or face time. I do most shopping online. I don't go to church anymore. I do telehealth appointments when possible.

Do you have children?

Yes X No ______ If Yes, what are their dates of birth K J

Do you need help caring for your children? My husband does most when they need something. I mainly am the one they talk to for support and can drive my younger son where he needs to go.

Yes X No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 0-2

On the weekends? 0-1

How often do you run errands? 0-2 x per week mainly

Please describe what errands you most commonly run: to get groceries or doctor appointments. I make myself go out to maintain and increase endurance.

**Lincoln Financial Group®**



How often do you get outdoors? The only outside time I get is to my deck 3-4x/WK. My doctor explained my severe fatigue is due to balance hypervigilance. I do PT and OT exercises daily which have gotten me to this new balance baseline but it can't cure me or get me to normal balance like before. I have hypervigilance everytime I stand or walk.

| | | | | | |
|---|---|---|---|---|---|
| Are you left or right hand dominant? | Left | ______ | Right | X | |
| Are you able to work in your garden? | Yes | ______ | No | X | |
| Are you able to work on your house? | Yes | X | No | ______ | |
| Are you able to wash your car? | Yes | X | No | X | Auto wash but not manual |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. Safari, Edge

If yes, how often per day (hours) do you use the internet? ___ None ___ 0-1 hours ___ 2-3 hours ___ 3-4 hours _X_ 5+ hours

What do you use these internet sites for? diversion as am not able to do alot of things I use to do, relaxation/anti anxiety, inspiration, news, suicide prevention, shopping

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. YouTube and TikTok for learning/self help, and humor, occasionally Facebook and Pintrest

If yes, how often per day (hours) do you engage in activities? ___ None _X_ 0-1 hours ___ 2-3 hours ___ 3-4 hours ___ 5+ hours

What do you use these social media sites for? self help, learning, humor, news.

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. mainly iPad, phone rarely as too hard to see, rarely desk top

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | X (usually) | X (occasionally) | | | |
| If yes on a phone, how long (hours per day)? | X | X | | | |
| If yes on a IPad or Tablet (hours per day)? because I can use it laying down and make text bigger | | | | | X |
| If yes on a E-reader, (hours per day)? | X | | | | |

For what reasons, do you use these devices? computer: rare email to return, form to fill out, or letter to write, phone: necessary calls, texts, facetime, iPad: keeps me connected to outside world, online shopping for necessities, diversion.

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? none of the above but I do put puzzles together and play sorting games on iPad for anxiety control and to keep mind active.

| | None | 0-1 hours | 2-3 hours | 3-4 hours | 5+ hours |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | X | | | | |
| If yes, how many days per week do you play? N/A | X | | | | |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me and husband | sometimes |
| Carrying groceries into the house | husband | always |
| Cooking meals | me and husband | always |
| Cleaning after meals | me and husband | sometimes |
| Cleaning bathrooms | me and husband | always |
| Vacuuming | husband | always |
| Doing the laundry | me and husband | always |
| Opening and responding to mail | me and husband | always |

00000198 LFPQ8PD1 00002938

| | | |
|---|---|---|
| Managing your finances | me and husband | always |
| Balancing your checkbook | me and husband | sometimes |
| Bathing yourself | me | rarely |
| Styling your own hair | me | rarely |
| Getting dressed | me | rarely |
| Going up and down stairs | me | sometimes |

Have you been confined to a hospital within the last 12 months? Yes ______ No X

If Yes, please provide reason and hospital contact Information: N/A

How often do you travel or take vacation? 1-2 x per year

Where do you go? How do you get there (transportation method)? Mainly RV so it is easier and I can rest more, haven't taken a plan since 2019

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe I love to clean house but can only do the minimum, I don't do any sports anymore, I rarely go out with friends and family

Do you participate in an exercise program? Yes X No ______

If Yes, please describe I have exercises I do prescribed by PT and OT

Do you do any Volunteer work? I used to do a lot but don't feel I can be counted on anymore. Yes ______ No X

If Yes:

how many hours per day? N/A

how many hours per week? N/A

for whom? N/A

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name N/A

**Describe in your own words, what prevents you from engaging in any gainful employment.** I have severe fatigue from balance hypervigilance

I need too many rest periods. The way I feel is too unpredictable I have to put so much energy into balance control to be able to concentrate on work requirements. I can't keep up with production demands. For two years I tried because I didn't want to lose my job and good income but both years I became so physically sick from the number of hours it took to meet just the minimum I became suicidal.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

I brush my teeth and hair then do no-active things like meal planning or watch the news. I don't shower in the morning as this is the worst time of the day for triggers. Activity or stress triggers severe nausea, retching, diaphoresis, and increased balance problems. My husband fixes breakfast for our son. After an hour or so I can make my own breakfast. I spend the day doing needed tasks for 15-20 min. followed by rest. I try to get 10 hrs. of sleep to minimize fatigue

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

my husband Kevin Nie

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Jo Ellen Nie Date: 8/31/2022

Signature: Jo Ellen Nie

00000198 LFPQ8PD1 00002939

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Guertin

**EMPLOYEE/CLAIMANT NAME:** Jo Nie
**CLAIM NO:** 12118946
**EMPLOYER/SPONSOR:** Mercy Medical Center **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

00000198 LFPQ8PD1 00002941

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Kristin Gisselman, DO
Specialty: General Practice
Address: 3933 Mt Vernon Rd SE Cedar Rapids, Iowa
Telephone No.: (319) 363-8148 Fax No.: (319) 363-9118

Mercy Health Plaza
Name: Kim Jaeger, DPT
Specialty: Physical Therapy
Address: 5264 Council St. NE Cedar Rapids, Iowa 52402
Telephone No.: (319) 398-6020 Fax No.: (319) 398-6091

Name: Shane Gailushas, MD
Specialty: ENT
Address: 901 8th Ave SE Cedar Rapids, Iowa
Telephone No.: (319) 398-6900 Fax No.: ( )

Mercy Health Plaza
Name: Megan Hixson
Specialty: Occupational Therapy
Address: 5264 Council St. NE Cedar Rapids, Iowa 52402
Telephone No.: (319) 398-6020 Fax No.: (319) 398-6091

**MEDICAL INSURANCE CARRIER(S):**

Name: Leslie Downs Mullen, MS LMFT
Specialty: Family Counseling
Address: 1450 Boyson Rd Hiawatha, Iowa ~~5223~~ 52233
Telephone No.: (319) 294-9206 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Marlan Hansen, MD
Specialty: Otolaryngologist/UIHC
Address: 200 Hawkins Dr Iowa City, Iowa 52242
Telephone No.: (319) 353-7151 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Jo Ellen Nie DATE: 8/31/2022

00000198 LFPQ8PD1 00002942

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Ashley Boucher

**EMPLOYEE/CLAIMANT NAME:** Jo Nie **CLAIM #:** 12118946

**EMPLOYER:** Mercy Medical Center **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Nie Jo E. | | |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Kevin T. Nie | 2 (K , J ) | K J |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Kevin Thomas Nie Relationship to you? husband Tel #:

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? yes Registered Nurse / Iowa

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. Used to work as a nurse.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. yes, feel Mercy Hospital discriminated against me. See attached.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. Mercy Hospital Disability discrimination.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Jo Ellen Nie

**DATE:** 8/31/2022 **EMPLOYEE'S SIGNATURE:** Jo Ellen Nie

DP 409

00000198 LFPQ8PD1 00002943

Attorney:
Laura Schultes
RSH Legal
425 2nd St. SE #1140
Cedar Rapids, Iowa 52401
Ph. (319) 774-1072

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ______

**CHECK ONE:** ☐ New ☐ Cha----
**YOUR TELEPHONE NUMBER:** ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ Checking ☐ Savings
**BANK NAME:** Veridian Credit Union

**9 DIGIT ABA ROUTING NUMBER:** ______
**BANK ADDRESS:** 5805 Rockwell Dr. NE

**YOUR ACCOUNT NUMBER:** ______
**CITY:** Cedar Rapids **STATE:** IA **ZIP:** 52402

**BANK PHONE:** (800) 235-3228

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Jo Ella Nie Date: 8/31/2022

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10



00000198 LFPQ8PD1 00002944

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

00000198 LFPQ8PD1 00002945

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account. Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

00000198 LFPQ8PD1 00002946

# Family Information Questionnaire

Lincoln Financial Group®


The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401


**Return to:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Kevin T. Nie DOB: ______

Do you have children or dependents*? Yes X No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| K. Jo N | | N/A | no | — |
| J T , N | | N/A | yes | May 2026 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | N/A | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Jo Ellen Nie Date: 8/31/2022

00000198 LFPQ8PD1 00002947

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: RN Diploma Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: 3 year nursing school Certificate Program completed:

Associates Degree: N/A College: number of years: multiple classes completed in RN TO BSN college courses.

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: N/A

Professional Training, License, Certificates(s): RN Nursing license - Iowa

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: N/A

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English Other language(s) spoken fluently: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☒ N From: N/A To: N/A

Branch of Service: N/A Specialty: N/A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ~~Allen Hospital~~ Mercy Hospital Department: HIM From: 11/2015 To: 2/2022

   Job Title(s): Clinical Documentation Specialist / RN

   Supervisory Experience ☐ Y ☒ N

   Tasks/Duties/Physical Requirements (please be specific): use of high level of concentration and clinical knowledge in a very busy hospital environment reviewing physician documentation for accuracy and completeness, writing queries to physician to assist in optimal documentation, high production requirements

2. Company: St. Pius School Department: Child Care From: 8/2013 To: 10/2015

   Job Title(s): Day Care Provider

   Supervisory Experience ☐ Y ☒ N

   Tasks/Duties (please be specific): While going back to school in an RN-BSN program, I worked in the after school daycare 3pm- 6pm supervizing K-5th Grade, helping with homework and play activities.

3. Company: Principle Financial Group Medical Insurance Department: Quality Review From: 11/2003 To: 3/2012

Job Title(s): Quality Review Nurse

Supervisory Experience ☐ Y ☒ N

Tasks/Duties (please be specific): Reviewed work of other RN's, subject matter expert in criteria (clinical) application and training

4. ~~Company:~~ Department: From: To:

Job Title(s):

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific):

5. Company: Department: From: To:

Job Title(s):

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific):

**Computer Utilization:**

Computer Training/Courses, Certifications: N/A

| | Home | Work | | | Home | Work | |
|---|---|---|---|---|---|---|---|
| Email | ☒ | ☒ | Know how to use | Graphics Software | ☐ | ☐ | None |
| Internet | ☒ | ☒ | | Installation/Repair Hardware | ☐ | ☐ | None |
| Word Processing (MS Word) | ☒ | ☒ | Know general info | Installation/Repair Programming | ☐ | ☐ | None |
| Spread Sheet (MS Excel) | ☒ | ☒ | | Project Management | ☐ | ☐ | None |
| Database | ☐ | ☐ | None | Other: | | | |
| Photo Software | ☐ | ☐ | None | | | | |

How much time is spent daily on your work computer? ☒ None non ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours When I worked: 9-14 hrs

How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours RARE ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) ? unknown, I'm not fast.

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Work: N/A

SIGNATURE: [signature] PHONE NO:





00000198 LFPQ8PD1 00002948

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

**Claimant:** Jo Nie **Date of Birth:**

**Employer:** Mercy Medical Center **Policy/Plan Sponsor No.:** 09-LF0260

00000198 LFPQ8PD1 00002950

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if: I have applied for Social Security benefits. It is still under review.

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** Jo Ellen Nie **DATE:** 8/31/2022

**EMPLOYEE'S PRINTED NAME:** Jo Nie

***Please retain a copy for your records or one can be provided upon request.***

00000198 LFPQ8PD1 00002951

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401
www.LincolnFinancial.com

Lincoln Financial Group®

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0260 Claim No. 12118946

Disability Date: September 28, 2021

Issued To: Mercy Medical Center

Address: ______

Claimant: Jo Nie

Address: ______

00000198 LFPQ8PD1 00002952 E

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☒ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

Jo Ellen Nie
(Insured)

______
(Witness)

______

______
(Address)

8/31/2022
(Date)

______
(Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

00000198 LFPQ8PD1 00002940

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I **understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I **understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative Jo Ellen Nie Date: 8/31/2022

Date of Birth: ______ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

00000198 LFPQ8PD1 00002949

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative Jo Ellen Nie Date: 8/31/2022

Date of Birth: ____________ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original**

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| MERCY MEDICAL CENTER | JO NIE | 12118946 |

| | | | |
|---|---|---|---|
| Report Date: | 09/04/2022 | | |
| Referred By: | Ashley Boucher | Claimant DOB: | |
| Referral Date: | 08/23/2022 | Job Title: | CLINICAL DOCUMENTATION SPECIALIST |
| Due Date: | 09/07/2022 | Medical/ Surgical Condition: | Meniere's disease |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 09/27/2021 |
| | | DOD: | 09/28/2021 |
| Physical Demands: | | BBD: | 12/28/2021 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

This review is from a non-mental health perspective.

Referral Questions

Question 1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

Response 1.

- Meniere's disease

Question 2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

Response 2.

- Obesity (E66)
- Vitreous tear

Assessment of visual impairment is outside the scope of this review. Disability case manager may consider ophthalmology specialist review if ophthalmology notes/visual testing reports become available.

Question 3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/28/2021 to present, and comment on the expected duration.

Response 3.

The case has been reviewed by a mental health specialist who concluded that the high level of depressive symptoms would have limited the claimant, from the date of disability to the spring of 2022, from performing greater than activities of daily living (Dr. Reger, clinical review, Analysis section, 08/05/2022). This analysis focuses on specific R&Ls supported for non-mental health conditions.

The following restrictions and limitations are medically supported for the Meniere's disease.

From 12/28/2021 through 02/09/2022: No more than ADLs.

The following R&Ls are supported over the timeframe 02/10/2022 through 12/28/2022 and possibly beyond:

- Constant sitting
- Occasional walking and standing (up to 2 minutes per hour)
- Lifting and carrying up to 10 pounds occasionally (up to 2 minutes per hour)
- No crouching, stooping, bending and twisting
- No lifting from floor level
- No climbing ladders
- No working from unprotected heights
- No operating heavy machinery

Updated records from ENT and vestibular therapy may be useful to review in determining support for R&Ls beyond the supported timeframe outlined above.

Question 4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

Response 4. The R&L form by Dr. Gisselman (11/09/2021) did not document specific R&Ls, and noted fatigue and agitation as impairing symptoms. The later attending physician statement (Dr. Gisselman, 12/07/2021) outlined R&Ls of frequent sitting, lifting/carrying up to 50 pounds, occasional stooping and kneeling, occasional reaching overhead/at desk level/below waist, and never standing/walking or fingering. The recommended R&Ls were further qualified: when having vertigo symptoms, cannot complete these activities. Documented treatments included hydrochlorothiazide medication and continued follow-up with ENT and PT. The provider further noted that the symptoms were not well-controlled, which causes increased depression and anxiety, which decreased the claimant's capacity to

perform effectively. Assessment of impairment related to mental health symptoms is outside the scope of this review.

Overall, several of the Meniere's-related R&Ls recommended by the treating provider are medically reasonable. However, it is unclear why the claimant would never (0% of the time) be able to walk or stand, as such a severe level of incapacity was not documented by treating providers; occasional walking and standing would be more reasonably supported by the claimant's condition. On the other hand, it would be reasonable to support more strict lifting restrictions, to occasionally lifting up to 10 pounds (reduced from the recommended 50 pounds), as a safety precaution given her vestibular symptoms. As the overall clinical picture presented poor symptoms control as of 12/09/2021 with planned primary care follow-up 2 months later (no primary care follow-up notes available fore review), R&Ls are supported as per Response 3.

Question 5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

Response 5. Yes.

Question 6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

Response 6. Attorney communication available for review indicated legal issues may be ongoing.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

Name: University of Iowa Oto (Dr. Hansen) Phone Number: 1 (319) 356 3574 ex ----- Fax Number: (319) 356-3079

Date of call 09/01/2022, Time 09:35. Left a message with office manager regarding the nature of my call and requesting a callback.
Date of call 09/02/2022, Time 08:21. Left a message with voicemail regarding the nature of my call and requesting a callback.

Date letter sent to AP: 09/04/2022

Additional Questions

Please note that this claim is also currently being reviewed by the following specialty or specialties: psychiatric

Other Do you believe the claimant has reliable, sustainable, full time capacity?

Response: It is noted that the claim is also being reviewed by psychiatry, and the reports have been reviewed; please see Response 3. Assessment of potential impairment related to mental health conditions is outside the scope of this review.

Vertiginous symptoms of Meniere's disease were documented to occur on an approximately monthly basis, with no details regarding duration of symptoms per episode (Dr. Hansen, 05/12/2022). At this described level of symptoms frequency, interruption of usual activity would not be a frequent enough occurrence such as to preclude reliable and sustainable full-time activity beyond 02/09/2022 (see Response 3). Therefore, from a non-mental health perspective, records were insufficient to support an inability to perform reliable, sustainable, full-time capacity. Symptoms of imbalance were noted to be more constant, and worse with exertional activity, for which R&Ls are outlined in Response 3.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The claimant is a 58-year-old woman with a history of Meniere's disease (of note, the recent ENT provider documentation raised questions regarding the underlying diagnosis of Meniere's, but the overall clinical picture is surely consistent with a vertigo/imbalance syndrome). The most recent clinical documentation from ENT physicians (05/12/2022) noted the claimant to have approximately monthly episodes of vertigo and aural fullness, without any hearing change. Episodes were managed with meclizine; she also restricts salt intake, chocolate intake, and takes hydrochlorothiazide. Vestibular testing was summarized to demonstrate no vestibular hypofunction on caloric testing (Dr. Hansen, ENT, 05/12/2022). An ENT technician note further documented reported symptoms of a chronic sense of imbalance exacerbated with exertional activity such as housework (Patty Benzing, 05/12/2022), supporting certain activity restrictions walking, standing, and other activities as a safety precaution and to reduce exacerbation of symptoms (outlined in Response 3). The prior ENT notes available were from 04/2018 – 12/09/2020, so there were no ENT records in the 1-year period leading up to the benefits period in question. Family medicine provider Dr. Gisselman (12/09/2021) documented in her clinical note that the Meniere's disease was worsened by her work stress and mental health symptoms, while the attending physician statement by same provider indicated it was the Meniere's disease which exacerbated the mental health symptoms, which in turn led to impaired function (Dr. Gisselman, 12/07/2021). Past ENT treatment notes (from 2020) also indicated the Meniere's had caused depressive symptoms. Clinical follow-up with primary care for the Meniere's disease was expected at 2 months after the 12/09/2021 visit, but no subsequent notes from Dr. Gisselman were available, and as noted above, ENT notes from 05/2022

described symptoms with relatively improved severity and frequency. Therefore, R&Ls of no more than ADLs for poorly controlled symptoms are supported through 02/09/2022, at which point as less restrictive set of R&Ls would be supported (see Response 3). In terms of treatments, the last vestibular physical therapy note available was from 11/23/2020; as the current status of active rehab treatments for her condition remains unclear per available records, if updated ENT or vestibular physical therapy notes become available, or other PT/OT treatment records or communications, such information may be useful to further delineating functional level and support for specific ongoing R&Ls.

The claimant also has sensorineural hearing loss, right greater than left, more severe in the higher frequencies and not significantly affecting perception of frequencies important to usual everyday activities such as speech (per ENT notes and audiogram reports). Therefore, no specific level of restrictions and limitations in activities supported due to the sensorineural hearing loss.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Clinical review, Dr. Reger, 08/23/2022; Clinical summary letter, Leslie Mullen, MS, LMFT, 08/16/2022.

Electronically Signed:

Rafael Y. Lefkowitz, MD MPH FACOEM
Board Certified Internal Medicine, Occupational Medicine

Your fax has been successfully sent to Dr. Hansen at (319) 356-3079.

--------------------------------------------------------------

Matter: 12118946

--------------------------------------------------------------

10:03:55 AM 9/4/2022 Conversion Error Record [01056fb2]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (29ms)
Aspose #1: Success (5039ms)
Field Replacement #1: Success (277ms)
Word Automation #1: Microsoft Word is not installed on this server. (38ms)

10:04:04 AM 9/4/2022 Conversion Error Record Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (735ms)
Image Optimization #1: Success (274ms)
PCL6 #1: Success (661ms)

9/4/2022 10:04:19 AM Transmission Record
Sent to (319) 356-3079 with remote ID "3193563079"
Inbound user ID RABLE4, routing code 100
Result: (0) Success
Page record: 1 - 3
Elapsed time: 01:23 on channel 1

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

Date: 09/04/2022

Dr. Hansen
Fax: (319) 356-3079

Re: Disability Benefits
Claimant Name: Jo Nie
Claimant DOB:
Claim Number: 12118946

Dear Dr. Hansen,

Your patient's disability case manager requested a review of the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 09/01/2022 and 09/02/2022 but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations. I was asked to consider the period from 12/28/2021 to present, and comment on the expected duration. My review is from a non-mental health perspective.

In summary, the medical records indicate the primary impairing diagnosis is: Meniere's disease. The following restrictions and limitations are medically supported for Meniere's disease:

From 12/28/2021 through 02/09/2022: No more than ADLs.

The following restrictions and limitations are supported over the timeframe 02/10/2022 through 12/28/2022 and possibly beyond:

- Constant sitting
- Occasional walking and standing (up to 2 minutes per hour)
- Lifting and carrying up to 10 pounds occasionally (up to 2 minutes per hour)
- No crouching, stooping, bending and twisting
- No lifting from floor level
- No climbing ladders
- No working from unprotected heights
- No operating heavy machinery

Updated records from ENT and vestibular therapy may be useful to review in determining medical support for restrictions and limitations beyond the supported timeframe outlined above. The clinical information in the records does not preclude performing usual activities which are within the above restrictions and limitations, including activities related to employment.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.
Secure Fax provided by Lincoln Financial Group to facilitate information privacy

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Rafael Lefkowitz, M.D., M.P.H.
Board Certified, ABIM, ABPM

__ No changes/comments, OR
__ With changes/comments as noted above

_____________ ______
Dr. Hansen Date



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Clinical Review Memo-addendum

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| MERCY MEDICAL CENTER | JO NIE | 12118946 |

| | | | |
|---|---|---|---|
| Report Date: | 8/23/22 | | |
| Referred By: | Ashley Boucher | Claimant DOB: | |
| Referral Date: | 08/01/2022 | Job Title: | CLINICAL DOCUMENTATION SPECIALIST |
| Due Date: | 08/16/2022 | Medical/ Surgical Condition: | PTSD/depression |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 09/27/2021 |
| | | DOD: | 09/28/2021 |
| Physical Demands: | | BBD: | 12/28/2021 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

*1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.*

The records are adequate to support the primary diagnosis of generalized anxiety disorder F41.1.

*2. If applicable please identify clinical significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.*

The claimant is diagnosed with Meniere's disease H81.09. Assessment of possible restrictions and limitations secondary to this diagnosis is beyond the scope of this report and should be addressed by neurology.

*3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from the present to 12/27/2023, and comment on the expected duration.*

The records are inadequate to support impairment due to anxiety or other mental disorder that would necessitate restrictions or limitations.

*4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).*

The records do not document up to date out of work recommendations.

*5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).*

The records document the claimant is meeting twice monthly with a counselor Ms. Mullen. The records do not document the claimant is meeting with a psychiatrist. The records document a stable dose of the antidepressant medication Effexor from the claimant's primary care physician. This low intensity mental health treatment is not consistent with the presence of severe and impairing mental illness.

*6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?*

The claimant is unhappy with her workplace and believes she was mistreated. She is taking legal action against her employer for this perceived mistreatment.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The records document the claimant went out of work due to work unhappiness, anxiety, and symptoms of Meniere's disease. The claimant met with her primary care physician Dr. Gissleman MD in the fall of 2021. She meets regularly with a therapist Ms. Mullen LMFT.

The records document a high degree of workplace unhappiness. The claimant believes she was mistreated at her workplace and has taken legal action against her employer.

The primary mental health treatment is twice monthly visits with Ms. Mullen LMFT. The records do not document the claimant is treating with a psychiatrist or having her psychiatric medications from Dr. Gisselman actively adjusted. The most recent office notes in the file from Ms. Mullen are from June 2022. The June 6th office note stated she had more energy and time to dedicate to the children. It stated her anxiety and depression was doing better but she was still dealing with Meniere's disease symptoms. The June 14th office note stated the claimant was on disability due to Meniere's disease. It noted the claimant had PTSD from a toxic work environment. The June 21st note stated the claimant presented with clear thinking and was overwhelmed with the disability paperwork. The June 28th office note stated the claimant was unable to keep her son in Catholic School. All of the June office notes documented euthymic mood and normal mental status examination.

For this addendum Ms. Mullen provided a letter dated 8/16/22 and additional progress notes up to 6/28/22. The records documented the claimant has not met with Ms. Mullens for approximately two months. Ms. Mullen's stated in her letter the claimant is traumatized by her employer's refusal to provide her appropriate accommodations for her Meniere's Disease. She stated the claimant struggles to provider her lawyer the needed paperwork

and becomes emotional when thinking about her workplace.  Ms. Mullen stated the claimant's mood was stable except when triggered by work-related issues.

In summary the records do not document ongoing mental health symptoms or intensive mental health treatment.  The claimant is not working with a psychiatrist and is engaged in low intensity mental health treatment only.  The records document the claimant has not met with her therapist since June.  The lack of symptoms and limited mental health treatment are inconsistent with the presence of severe and impairing mental illness.  The records are inadequate to support impairment due to depression or anxiety that would necessitate restrictions and limitations.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: 8/16/22, 6/28/22, 6/6/22 Mullen LMFT, 10/4/21 Dr. Gissleman DO

*Electronically Signed:*

Lance Reger, M.D.

Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Addiction Medicine
Fellow, American Psychiatric Association

**Leslie Downs Mullen, MS, LMFT**
**Resilience Family Counseling, PLLC**
**1560 Boyson Rd. #2**
**Ph: 319-294-9206**
**Fax: 319-294-6107**

## CONFIDENTIAL

**The attached contains confidential protected health information. If received in error, please destroy any copies and alert the sender.**

**TO:** Lincoln Financial

**FAX:** 866 841 1415

# Dr. Lance Reger, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

Date: August 5, 2022

Leslie Mullen LMFT
Fax: 319-294-6107

Re: Disability Benefits
Claimant Name: Jo Nie
Claimant DOB
Claim Number: 12118946

Dear Ms. Mullen,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 8/3/22 and 8/5/22, but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

*The primary mental health treatment with twice monthly visits with Ms. Mullen LMFT. The records do not document the claimant is treating with a psychiatrist or having her psychiatric medications from Dr. Gisselman actively adjusted. The most recent office notes in the file from Ms. Mullen are June 6th and 14th. The June 6th office note stated she had more energy and time to dedicate to the children. It stated her anxiety and depression was doing better but she was still dealing with Meniere's disease symptoms. The June 14th office note stated the claimant was on disability due to Meniere's disease. It noted the claimant had PTSD from a toxic work environment. No supporting symptoms of PTSD were documented.*

*In summary the records do not document ongoing mental health symptoms or intensive mental health treatment. The claimant is not working with a psychiatrist and is engaged in low intensity mental health treatment only. The assessment of possible restrictions and limitations from Meniere's disease are beyond the scope this report. The records are inadequate to support impairment due to depression or anxiety that would necessitate restrictions and limitations.*

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Dr. Lance Reger, M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
__ With changes/comments ~~as noted above~~ attached
Leslie Ann Mullen, MS, LMFT 8/10/22
Ms. Mullen LMFT Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Resilience Family Counseling, PLLC**
1560 Boyson Rd #2
Hiawatha, IA 52233
Ph: 319-294-9206 Fax: 319-294-6107
www.resiliencefamilycounseling.com

---

August 16, 2022

Re: Jo Nie DOB:

To: Lincoln Financial Disability,

I apologize for not being able to connect with Dr. Reger; I requested possible times to schedule a phone call and did not hear back from him. I was also in the midst of moving my office location, and only today received the attached fax. I am enclosing recent casenotes as the last requested were from June of this year. As a response to the letter from Dr. Reger, I only wanted to clarify a few points. Jodi's psychiatric symptoms were in my opinion a reaction to her toxic work environment when her employer was unwilling to make accommodations for her physical disability of Meniere's disease. Her Meniere's disease gradually worsened and became unmanageable. She then also struggled greatly with the idea of not being able to work and contribute. Currently, she is still unable to go into her office at home, as it is a trigger reminding her of work. She has had extreme difficulty in gathering information requested by her lawyer as going through emails or other work-related information causes extreme panic, crying spells, difficulty functioning. She does, still, on occasion, have nightmares regarding work and the people in her department. Overall, Jodi's mood is stable, except when triggered as noted above. If I can provide any further clarification, please don't hesitate to reach out. Again, my apologies for not connecting with Dr. Reger.

Sincerely,

Leslie Downs Mullen, MS, LMFT

Leslie Downs Mullen, MS, LMFT
Licensed Marital and Family Therapist
Iowa License #00190 (1999-current)

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 28, 2022 12:00PM - 12:45PM
Duration: 45 minutes
Service Code: 90834
Location: Telehealth
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi tearful. Had meeting at Xavier and they are not allowing Jace to return to the Catholic school. Meeting with principal- Jodi advocated for Jace but they are unwilling to take him back. He has been angry at home. Doesn't follow expectations, has been physically violent. Jodi doesn't feel there is room for her emotions at home- everyone regulates off of her, so she feels the pressure to always remain positive and calm. Doesn't know how to help him.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 28, 2022 12:00PM - 12:45PM
Duration: 45 minutes
Service Code: 90834
Location: Telehealth
Participants: Client only

## Objective Content

Listened. Validated. Offered support. Reviewed boundaries, expectations at home. Explored her capacity to manage Jace with her own health issues. Developed plan. Provided further referral options.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Teach self-compassion, acceptance of loss
   Progress: Progressing
2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

## Plan

Continue support. Continue to assist Jodi in navigating parenting a child with mental health issues while also managing her own physical issues.

Prescribed frequency of treatment: Every 3 Weeks
Recommendation: Continue current therapeutic focus

**Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on June 28, 2022 at 12:58PM.**



PAGE 5/7 * RCVD AT 8/16/2022 2:46:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:8668411415 * CSID:3192946107 * ANI:3192946107 * DURATION (mm-ss):03-11

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | July 21, 2022 11:00AM - 12:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Telehealth |
| | | Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Symptom Description and Subjective Report

Jodi presents with clear thinking. A little overwhelmed with disability paperwork and paperwork required by her lawyer. Struggling to go through all of her documentation- triggering to read, hear her supervisor's voice. Jace getting registered for public school and is excited. Jace also agreed to start a trial of Zoloft. Jodi feels that she and Kevin have made good progress in getting Jace supports as well as more energy to follow through with expectations/punishments.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: July 21, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Objective Content

Listened. Validated. Offered support. Assessed mood. Anxiety and depression appear managed. Meniere's symptoms continue to be a challenge. Cutting household chores into much smaller tasks and taking breaks throughout. Discussed ways to manage current expectations. Processed parenting challenges. Processed worries about her children and their future. Discussed larger societal issues that also impact functioning- limiting media consumption has helped.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach self-compassion, acceptance of loss
   Progress: Progressing

2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

## Plan

Continue support. Continue to focus on strengths, self-care, focusing on capabilities vs focusing on deficits

Prescribed frequency of treatment: Every 3 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on July 21, 2022 at 12:04PM.



PAGE 7/7 * RCVD AT 8/16/2022 2:46:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:8668411415 * CSID:3192946107 * ANI:3192946107 * DURATION (mm-ss):03-11

Overview, my Social Security

https://secure.ssa.gov/mySSA/start

Google | Mercy Medical Cen... | My Lincoln Portal®... | CNN - Breaking Ne... | Amazon.com: Amaz... | YouTube | Nike By You / Pegas... | I'm a 40-Year-Old... | Course Home - Cou... | Continuing Educati... | HP 564 Ink Cartridg... | Learn More About... | Other favorites

*my* Social Security

Jo E. Nie

## Individual Services

Messages | Preferences

### Overview

**Welcome, Jo!** You last signed in on June 28, 2022 at 11:05AM EDT.

Overview

Earnings Record

Replacement Documents

### Social Security Statement

A Message from Social Security:

Your Social Security Statement...

Estimated Benefits: Not available

Last Reported Earnings: **$58,128 in 2021** View Earnings Record

### Your Benefit Applications

Disability Benefits

Typically it takes **150** days for a decision.

**We have processed 4% of your application.**

A representative in KANSAS CITY MISSOURI started reviewing your application on **June 21, 2022**. For most people, this review takes **2 to 4 weeks**.

Show Disability Benefits application details

Get Help

### Benefit Verification Letter

Type here to search

76°F Sunny 10:33 AM 6/28/2022

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| UNIVERSITY OF CALIFORNIA | DEBORAH BALLANTINE | 11731171 |

| | | | |
|---|---|---|---|
| Report Date: | 8/5/22 | | |
| Referred By: | Danielle Buehler | Claimant DOB: | 09/08/1959 |
| Referral Date: | 07/28/2022 | Job Title: | 7646-1-ADMIN SPEC |
| Due Date: | 08/12/2022 | Medical/ Surgical Condition: | mdd and anxiety |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 07/20/2021 |
| | | DOD: | 03/12/2021 |
| Physical Demands: | | BBD: | 10/02/2021 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

*1. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from current to ongoing, and comment on the expected duration.*

The records are inadequate to support impairment due to depression, anxiety, or other mental disorder that would necessitate restrictions or limitations at this time. The records document the claimant had a successful trial of TMS and R&Ls would not have been support from 5/2/22 to ongoing.

*2. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).*

The records do not document current out of work recommendations from the claimant's providers.

*3. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).*

The records document the claimant has been treating with a psychiatrist Dr. Lichtman MD. The claimant underwent transcranial magnetic stimulation for depression which was

helpful.  This treatment is clinically reasonable and consistent with the apparent level of severity.

*4. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:  Name: Josh Lichtman   Phone Number: 1 (877) 847 3984   Fax Number: 3105642295*

Date of call 8/3/22, Time: 1245
Date of call 8/5/22, Time: 1400
Date letter sent to AP: 8/5/22

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The records document the claimant went out of work in March 2021 due to depression. The claimant has been under the care of a psychiatrist Dr. Lichtman MD during his out of work period.  AP contact was attempted with Dr. Lichtman but was not successful.

The records from Dr. Lichtman document a high level of depressive symptoms from the date of disability to the spring of 2022.  These symptoms are adequate to support impairment due to depression that would have limited the claimant from greater than activities of daily living during that time window.

The records document the claimant responded well to TMS treatment in April of 2022.  The records document the claimant reporting he was doing better and better.  By the claimant's 5/2/22 office visit the claimant was reporting he was doing well, felt reenergized, and in a much better mood.  The mental status examination conducted at that visit was normal with the claimant's mood noted to stable.  The subsequent visits available for review continued to document the claimant was doing well.  The last treatment note in the file is 5/12/22.

In summary the records document the claimant's depression had resolved by 5/2/22.  No ongoing mental health symptoms were documented beyond 5/2/22.  This is not consistent with the presence of severe or impairing depression.  The records are inadequate to support impairment due to depression or other mental disorder that would necessitate restrictions and limitations.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: 5/12/22 Lichtman MD, 5/16/22 Sarmiento.

*Electronically Signed:*

Lance Reger, M.D.

Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Addiction Medicine
Fellow, American Psychiatric Association

# Dr. Lance Reger, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

Date: August 5, 2022

Leslie Mullen LMFT
Fax: 319-294-6107

Re: Disability Benefits
Claimant Name: Jo Nie
Claimant DOB:
Claim Number: 12118946

Dear Ms. Mullen,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. Attempts were made to reach you by phone on 8/3/22 and 8/5/22, but we were not able to connect. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

*The primary mental health treatment with twice monthly visits with Ms. Mullen LMFT. The records do not document the claimant is treating with a psychiatrist or having her psychiatric medications from Dr. Gisselman actively adjusted. The most recent office notes in the file from Ms. Mullen are June 6th and 14th. The June 6th office note stated she had more energy and time to dedicate to the children. It stated her anxiety and depression was doing better but she was still dealing with Meniere's disease symptoms. The June 14th office note stated the claimant was on disability due to Meniere's disease. It noted the claimant had PTSD from a toxic work environment. No supporting symptoms of PTSD were documented.*

*In summary the records do not document ongoing mental health symptoms or intensive mental health treatment. The claimant is not working with a psychiatrist and is engaged in low intensity mental health treatment only. The assessment of possible restrictions and limitations from Meniere's disease are beyond the scope this report. The records are inadequate to support impairment due to depression or anxiety that would necessitate restrictions and limitations.*

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Dr. Lance Reger, M.D.
Board Certified, Psychiatry

__ No changes/comments, OR
__ With changes/comments as noted above

____________ ______
Ms. Mullen LMFT Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 15, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 1, 2022.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Felicia Wachowiak
Complex Disiability Case Mgr
On Behalf Of: Ashley Boucher
Phone No.: (800) 210-0268 Ext. 16130
Secure Fax No.: (603) 334-0401

Attachments: 12118946-REQUEST-CLAIMANT OTHER-06.23.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 24, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We still have not received the required LTD forms for your claim. Please complete as soon as possible and return to us no later than August 1, 2022 or else the claim will be impacted.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
Family Information Questionnaire
Training Education Experience
Authorization
Reimbursement Agreement Form
Disability Payment Option Form

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Guertin



EMPLOYEE/CLAIMANT NAME: Jo Nie

CLAIM NO: 12118946 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Mercy Medical Center

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes ________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes ________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®



How often do you get outdoors? ______________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left _______ | Right _______ |
| Are you able to work in your garden? | Yes _______ | No _______ |
| Are you able to work on your house? | Yes _______ | No _______ |
| Are you able to wash your car? | Yes _______ | No _______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

For what reasons, do you use these devices?

______________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | __________ | __________ |
| Carrying groceries into the house | __________ | __________ |
| Cooking meals | __________ | __________ |
| Cleaning after meals | __________ | __________ |
| Cleaning bathrooms | __________ | __________ |
| Vacuuming | __________ | __________ |
| Doing the laundry | __________ | __________ |
| Opening and responding to mail | __________ | __________ |

| | | |
|---|---|---|
| Managing your finances | ______________ | ______________ |
| Balancing your checkbook | ______________ | ______________ |
| Bathing yourself | ______________ | ______________ |
| Styling your own hair | ______________ | ______________ |
| Getting dressed | ______________ | ______________ |
| Going up and down stairs | ______________ | ______________ |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________________

How often do you travel or take vacation? ____________________________

Where do you go? How do you get there (transportation method)? ____________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

- how many hours per day? ________
- how many hours per week? ________
- for whom? ____________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________ Date: ______________________________

Signature: ____________________________

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ________________________________ Date: __________________

Date of Birth: __ _______ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Guertin

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ______________________________________ DATE: ____________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Ashley Boucher

**EMPLOYEE/CLAIMANT NAME:** Jo Nie **CLAIM #:** 12118946
**EMPLOYER:** Mercy Medical Center **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____

**DATE:** ____ **EMPLOYEE'S SIGNATURE:** ____

DP 409

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie

CLAIM NO: 12118946

EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ______________

**CHECK ONE:** ☐ **New** ☐ **Change**

**YOUR TELEPHONE NUMBER:** ( ) ______________

**ADDRESS:** ______________ **CITY:** ______________ **STATE:** _____ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______________

**9 DIGIT ABA ROUTING NUMBER:** ______________ **BANK ADDRESS:** ______________

**YOUR ACCOUNT NUMBER:** ______________ **CITY:** __________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________________ Date: ______________________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: _________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO: (     )** ______________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________ Date: ____________

Date of Birth: __ ________ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

**REIMBURSEMENT AGREEMENT**

**Claimant:** Jo Nie **Date of Birth:**

**Employer:** Mercy Medical Center **Policy/Plan Sponsor No.:** 09-LF0260

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**______________________________ **DATE:** ________________________

**EMPLOYEE'S PRINTED NAME:** Jo Nie

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0260 Claim No. 12118946

Disability Date: September 28, 2021

Issued To: Mercy Medical Center

Address: ______________________

Claimant: Jo Nie

Address: ______________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

______________________ (Insured)

______________________ (Witness)

______________________ (Address)

______________________ (Address)

______________________ (Date)

______________________ (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

***University of Iowa Hospitals & Clinics***

*Health Information Management Department*
*Release of Information*
*200 Hawkins Dr., HSSB STE 100*
*Iowa City, IA 52242*
*319-356-1719*
*319-356-3079 Fax*

July 5, 2022

RE: Ms. Jo E Nie
MRN: 83135098
BD:

In accordance with the signed authorization or a right of access request and in response to a recent request, please find enclosed copies of University of Iowa Hospitals and Clinics medical record on the above named patient.

The enclosed information has been disclosed to you from records whose confidentiality is protected by state law. State and/or Federal law prohibits you from making any further disclosure of the information without specific written consent of the patient to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

Please confidentially destroy the enclosed copies after the stated need has been fulfilled.

If you have any questions, please contact this office at the above address or by telephone at 319/356-1719.

Sincerely,
Karen R. Kelly, CHP
Assistant Director
Health Information Mgmt.

Enc.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210 0268
Secure Fax No.: (603) 334 0401

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | UNIVERSITY OF IOWA DEPT OF OTOLARYNGOLOG<br>200 HAWKINS DR<br>IOWA CITY IA 52242 |
| Attn: | Medical records |
| Fax: | (319) 356-3079 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172 9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334 0401

June 24, 2022

University of Iowa Dept of Otolaryngology
200 HAWKINS DR
IOWA CITY, IA 52242

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2022 through the present

We ask that you provide this information by July 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative DocuSigned by: Jo Nie Date: 11/30/2021

Date of Birth: ______ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

## Clinic Notes

**Clinic Note by Benzing, Patricia S** 5/12/2022 8:30 AM

Author: Benzing, Patricia S Service: OTO Speech & Hearing Author Type: (Other)
Filed: 5/12/2022 11:55 AM Encounter Date: 5/12/2022 Status: Signed
Editor: Benzing, Patricia S ((Other))

Jo Nie was seen in clinic today for VNG testing. Detailed test results are available in Epic under the media tab. Patient's ears were checked in audiology clinic prior to testing and were clear bilaterally with no perforations.

Patient denied taking any medications in the past 48 hours that would have an effect on today's test results.

In addition to spinning attacks, patient also reported problems with a constant sense of imbalance that fluctuates. She reported this is worse the more active she is. If she cleans house or has a busy day she needs to lay flat on the floor for relief. Sitting also provides some relief. She reports other triggers that cause a greater sense of disorientation or imbalance include grocery stores, long hallways and wide open spaces outdoors. She feels she is hypervigilant functioning in her surroundings and is often fatigued.

TESTS PERFORMED:

- Oculomotor: spontaneous, gaze, saccades, horizontal smooth pursuit, optokinetic, subjective visual vertical
- Rotary Chair: Sinusoidal Harmonic Acceleration at various frequencies (SHA tests), Step Test, Visual Suppression
- Positional: high frequency headshake, head right/left (supine roll test), Dix Hallpike.
- Calorics: Monothermal cold water calorics, consisting of an initial 10cc stimulus administered in each ear individually, followed by a 100cc stimulus in each ear. Irrigations were spaced 5 minutes apart.

SUMMARY OF RESULTS:
(Detailed test results are available in Epic under the media tab)
1. **Oculomotor Tests:** Low level spontaneous up beating nystagmus without fixation (<2 deg/sec, WNL). Some delays with rightward saccades.

2. **Rotary Chair Tests:** SHA tests: Increase in phase lead only at the lowest frequency (.01Hz). Normal gain and asymmetry. One short time constant with step test. Borderline poor rotary visual suppression.

3. **Positional Tests:** No significant nystagmus and no report of vertigo.

4. **Caloric Tests:** Good nystagmus response from both ears. Difficult to interpret symmetry between ears. Patient's nystagmus response for 10cc left irrigation was delayed. After 10cc left irrigation, patient had no significant horizontal nystagmus, but showed some up beating nystagmus. After normal recording time period, cover was removed from goggles and patient's head was turned back to the left to empty water from ear. Patient then started to notice spinning and had strong right beating nystagmus. This is recorded on a separate page and showed a peak around 27 deg/sec about 2 minutes after the irrigation was completed. Patient did not seem to have a similar delay in response with other irrigations. Patient's nystagmus response had an up beating component for all irrigations for all except the 10cc left irrigation. The up beating was especially strong for 100cc left irrigation (-20 deg/sec) which may have influenced measurements for horizontal nystagmus??.

RECOMMENDATIONS:

**Clinic Notes (continued)**

**Clinic Note by Benzing, Patricia S (continued)** 5/12/2022 8:30 AM

Report to Dr. Hansen for review and further recommendations.

Please feel free to call/email if there are questions about these results or if additional information is needed.

Patty Benzing
VNG Clinical/Technical Specialist
*patricia-benzing@uiowa.edu*
(319) 356-0511

Electronically signed by Benzing, Patricia S at 5/12/2022 11:55 AM

**Clinic Notes**

**Clinic Note by Dunn, Suzanne M** 5/12/2022 10:00 AM

Author: Dunn, Suzanne M | Service: OTO Speech & Hearing | Author Type: Audiologist
Filed: 5/12/2022 9:50 AM | Encounter Date: 5/12/2022 | Status: Signed
Editor: Dunn, Suzanne M (Audiologist)

Ms. Nie is to be seen for VNG, ear check, audio, and by Dr. Hansen's clinic today. Patient reports her R ear hears worse than her L ear.

No previous audio.

Hearing:
Right - mild sloping to severe sensorineural hearing loss
Left - normal/mild sloping to moderate sensorineural hearing loss

Discrimination: Good bilaterally

Ear check:
Patient denies h/o ear surgery and had ear infections as a child. Otoscopy was unremarkable.

Tympanometry: Normal volume and pressure, hypercompliant bilaterally

Ear clear bilaterally for VNG.

Sue Dunn, M.A., CCC-A
Audiologist II

Electronically signed by Dunn, Suzanne M at 5/12/2022 9:50 AM

## Clinic Notes

**Clinic Note by Hansen, Marlan R, MD** 5/12/2022 11:10 AM

Author: Hansen, Marlan R, MD Service: Otolaryngology Author Type: Physician-Staff
Filed: 5/12/2022 8:42 PM Encounter Date: 5/12/2022 Status: Signed
Editor: Hansen, Marlan R, MD (Physician-Staff)
Related Notes: Original Note by Walker, Austin J, MD (Physician-Resident) filed at 5/12/2022 2:23 PM
Procedure Orders
1. Otomicroscopy [440077089] ordered by Walker, Austin J, MD

**Otolaryngology Clinic Note**

**Encounter Date:** 5/12/22

**Subjective:**

Jo E Nie is a 57 y.o. female being seen today for dizziness, possible Ménière's disease. She reports that in 2018, she experienced a sudden hearing loss which was treated with intratympanic steroid injections to moderate benefit. At that time, she began to experience a constant low level of imbalance with occasional episodes of what she describes as room spinning vertigo and aural fullness without hearing change within the episode. Back then, these would last minutes. Over the course of the years, the character of her episodes has changed. Now, she has approximately monthly episodes of the same vertigo with aural fullness, again without any hearing change. She does not have any prior audiograms available today, but she does endorse that her hearing has fluctuated. She is currently on long-term disability for her symptoms. She is managing her episodes with meclizine. She is currently restricting her salt intake, chocolate intake, and is taking hydrochlorothiazide.

She had vestibular testing today which did not demonstrate any vestibular hypofunction on caloric testing.

PMH: Depression/anxiety, hypothyroidism, small vessel cerebral ischemic disease
Meds: Aspirin, levothyroxine, venlafaxine, hydrochlorothiazide
PSHx: No ear surgery
SocHx: tobacco, no alcohol
FmHx: no family history of Ménière's disease

There is no problem list on file for this patient.

No past medical history on file.
No past surgical history on file.
No family history on file.

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 mg enteric coated tablet | Take 81 mg by mouth daily. | | |
| • levothyroxine 137 mcg tablet | Take 1 tablet by mouth every morning before breakfast. | | |
| • venlafaxine 100 mg tablet | Take 100 mg by mouth daily. | | |

No current facility-administered medications for this visit.

**Clinic Notes (continued)**

**Clinic Note by Hansen, Marlan R, MD (continued)** 5/12/2022 11:10 AM

No Known Allergies

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | None |
| • Number of children: | None |
| • Years of education: | None |
| • Highest education level: | None |

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

**Review of Systems**

10 system review completed, all negative except as noted per HPI

**Objective:**

Blood pressure 138/80, pulse 95, temperature 35.9 °C (96.6 °F), height 167.6 cm (5' 6"), weight 116.7 kg (257 lb 4.4 oz).

**Appearance:** NAD, alert and oriented
**Communication:** normal, no dysarthria
**Head/Face:** no lesions, no masses
Facial nerve I/VI bilaterally
**Skin:** normal, no lesions, no visible rashes
**Ocular Motility:** EOMI intact, no nystagmus
**Ears:** AD TM intact with no erythema, mobile; auricle appears normal
AS TM intact with no erythema, mobile; auricle appears normal

**Nose:** external exam normal, no rhinorrhea
**Oral Cavity:** Good dentition, no mucosal lesions
**Oropharynx:** No drainage noted in OP
**Neck:** no masses; no tenderness to palpation
**Lymphatic:** no LAD
**Cardiovascular:** warm, pink, well-perfused extremities without swelling, tenderness, or edema
**Respiratory:** Normal excursion and effort
**Neuro/Psych.:** Alert and Oriented
Cranial nerves II-XII intact bilaterally

## Clinic Notes (continued)

Clinic Note by Hansen, Marlan R, MD (continued) 5/12/2022 11:10 AM

**Data Reviewed:** interpret audio/ABR
interpret vestibular tests




**Otomicroscopy**

The use of the operating otomicroscope was needed for complete, 3D views of the bilateral external auditory canals in this patient. Given the complexity of the otologic history and diagnostic concerns, detailed anatomic visualization with depth perception was required for thorough assessment and treatment planning in addition to any cleaning of cerumen and desquamated debris in the canal and on the tympanic membrane.

The Attending Provider listed below was present and available for the entire procedure.

**Assessment:**

Encounter Diagnoses

| | | ICD-10-CM |
|---|---|---|
| **1.** | **Meniere's disease of right ear** | **H81.01** |

**Clinic Notes (continued)**

**Clinic Note by Hansen, Marlan R, MD (continued)** 5/12/2022 11:10 AM

57 y.o. female with episodic dizziness, aural fullness, potentially fluctuating hearing loss, with symmetric hearing today, which represents a possible case of Ménière's disease in the right ear. Her symptomatology is somewhat consistent with Ménière's disease, but her audiogram today is not suggestive. However, an objective history of fluctuating hearing loss would confirm the diagnosis. Overall, she has had subjective improvement on salt restriction and diuretic, which supports a diagnosis of Ménière's disease
**Plan:**

-Continue hydrochlorothiazide and salt restriction
-RTC 6 months for symptom reassessment and audiogram

**Staff Physician Comments**
**Staff Comments**

**Staff Involved**
Staff and Resident/Fellow

Austin Walker, MD

I have interviewed and examined the patient and verified the documentation.

Marlan R Hansen, MD

Electronically signed by Hansen, Marlan R, MD at 5/12/2022 8:42 PM

**Scanned Information**

Scan on 3/31/2022 11:51 AM by Benzing, Patricia S: Oto-Balance Questionnaire (below)

## Scanned Information (continued)

Patient: Jo Nie Age: 57 MRN: 83135098

Referred by: PCP @ Mercy Dr. Gisselman City: C.R. Date of contact: 3/30/22

Referred for (R) Meniere's

**Balance Questionnaire**

**History and description of dizziness (onset, duration, frequency, triggers):**
Some minor episodes started in 2017 (lasting minutes)
April 2017 woke up w/ no hearing on (R) (no vertigo)
ENT did burst steroids & she regained some hearing
2018 had first vertigo episode w/ days of spinning
5 months after this → bad balance drunk walk
Tried P.T. - felt this made her more dizzy
Started diuretic Feb ? 2019 which helped w/ drunk walk
Two more vertigo spells lasting hours w/ fullness on (R) & decreased hearing on (R)

**Pertinent Medical History or diagnosis:**
Quick turns trigger loss of balance

**Other symptoms (onset, frequency, correlation with dizziness?):** certain triggers stress & movement

Tinnitus: (Yes) / No (R) and gets worse w/ certain triggers stress & movement

Hearing Loss: (Yes) / No (R)

Aural Fullness: (Yes) / No (R) fluctuates + increases w/ dizzy spells

Ear Pain: Yes / No

Nausea: Yes / No Vomiting: Yes / No

Headache/Migraine: Yes / No

**Previous tests/therapies/consults:**
ENT - Dr. Aaron Benson — Mercy ENT saw 2x - gave shot - she said IT of "gentamicin"?? she's not sure - I asked & she then wasn't sure & said maybe it was steroids.

PT - yes

MRI/CT MRI - normal

VNG - NO

Neurology

Cardiology

Related medications:

## Scanned Information

## Scanned Information (continued)

Scan on 5/12/2022 9:47 AM by Dunn, Suzanne M: OTO (below)

### F-6a Audiogram

* ANSI - American National Standards Institute

Page 1 of 1

• This completed form must be scanned in Epic •

DATE 5/12/2022
HOSP. #
NAME Nie, Jo
BIRTH DATE 83-135 09-8
IF NOT IMPRINTED, PLEASE PRINT DATE, HOSP. #, AND NAME

**SPEECH AUDIOMETRY**

| | SPEECH RECEPTION THRESHOLD | SPEECH DETECTION THRESHOLD | MASK | WORD RECOGNITION % | HL | MASK | % | HL | MASK |
|---|---|---|---|---|---|---|---|---|---|
| R | 30 | | | 96 % | 65 | X | % | | |
| L | 25 | | | 100 % | 60 | X | % | | |

PURE TONE AVG 3 FREQ

| RIGHT | LEFT |
|---|---|
| | |

**WORD LISTS**

Speech Reception Threshold Spondees — Live Voice ☒ Recorded ☐
Recognition W22 — Live Voice ☐ Recorded ☒
Speech Detection Threshold ____

**LEGEND**

| | Right (red) | Left (blue) |
|---|---|---|
| AIR UNMASKED | O | X |
| AIR MASKED | Δ | □ |
| BONE UNMASKED | < | > |
| BONE MASKED | [ | ] |
| SOUND FIELD | ∾ | ∾ |
| AIDED | A | A |

| TEST ROOM | EARPHONES |
|---|---|
| B2 | ☒ Insert ☐ Circumaural ☐ Supra-aural |




HEARING AID:

Hanson + ear ✓ + VNG

**ACOUSTIC REFLEX THRESHOLDS** (in dB HL) (re: ANSI S 3.39-1987)

| stimulus | | 250 | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|---|---|
| Probe R | ipsilateral | | | | | |
| | contralateral | | | | | |
| Probe L | ipsilateral | | | | | |
| | contralateral | | | | | |

**ACOUSTIC REFLEX DECAY (seconds to 50%)**

| | | | | | |
|---|---|---|---|---|---|
| Earphone L (probe R) | | | | | |
| Earphone R (probe L) | | | | | |

REMARKS: Pt reports (R) hears worse than (L) No previous audios

Hearing: R- mild sloping to severe SNHL - Ears clear for
L- normal/mild sloping to moderate SNHL VNG bilat.

Discrim: Good bilat

Tymps: Normal vol + pressure, hypercompliant bilat

Signature: [signature] Date: 5/12/2022 Time: 9:45am

W44816/1-21/922321/2 UNIVERSITY OF IOWA HOSPITALS & CLINICS 200 Hawkins Dr., Iowa City, IA 52242 PART 1 – MEDICAL RECORD COPY

## Scanned Information (continued)

## Scanned Information

Document on 5/12/2022 11:35 AM by Benzing, Patricia S: Oto-VNG test results (below)

**F-6e VESTIBULAR / BALANCE TESTING**

**Department of Otolaryngology—Head and Neck Surgery**

DATE 5/12/22
HOSP. # 83135098
NAME Nie, Jo
BIRTH DATE
ADDRESS

● File most recent sheet of this number ON BOTTOM ●

IF NOT IMPRINTED, PLEASE PRINT DATE, HOSP. #, NAME AND LOCATION

TEST PERFORMED:

- [x] ENG
- [x] Rotary Chair
- [ ] Vorteq
- [ ] Posturography
- [ ] Fistula
- [ ] Spontaneous Nystagmus

Patient also describes symptoms that correlate w/ (PPPD). Some constant imbalance that fluctuates and is worse w/ activity. Long hallways, grocery store, bigger spaces, visual motion, are triggers.

COMMENTS/OBSERVATIONS:

- Oculomotor - Low level spontaneous up beating nystagmus w/o fixation (< 2°/sec, not 'abnormal'). Some delays w/ rightward saccades.
- Rotary - Increase in phase lead only at lowest (.01 Hz) frequency. Normal gain & asymmetry. One short time constant w/ step Test. Borderline poor rotary visual suppression.
- Positionals - No significant nystagmus & no report of vertigo.
- Calorics - Good response from both ears. Difficult to interpret symmetry. Strong up beating component w/ irrigations, esp w/ 100cc left (-20°/sec UBN) which may have influenced measurements for horizontal nystagmus.

Technician Signature Patty Benzing Date 5/12/22

Patient's nystagmus response for 11cc (L) irrigation was delayed (see notes on 10cc (L) tracings page).

F 6e G THERAPY H PATHOLOGY I PT. QUES.

67199/1-07 UNIVERSITY OF IOWA HOSPITALS AND CLINICS

## Scanned Information (continued)

3

Print Date: Thursday, May 12, 2022

# balanceback™ Intuitive VNG

University of Iowa Hospitals and Clinics
21021 PFP
200 Hawkins Drive
Iowa City, IA 52242
319-356-7365

**Patient Information**

Patient ID: 83135098
First Name: Jo
MI:
Last Name: Nie
Address 1:
Address 2:
City:
State:
Zip Code:
Home Phone:
Work Phone:
Birth Date:
Sex: Female

Report Created on balanceback™ iVNG 1-877-63-DIZZY (633-4999)
VNG Client ID: mvng0000290, Patient GUID: fad77775-c6d0-406a-828f-3dc9081cf206

NOTE: To comply with HIPAA regulations, do not transmit this file without patient authorization

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Horizontal High Frequency Headshake | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |




| | |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID: mvng0000290

## Scanned Information (continued)



PT. NAME: Nie, Jo E Sex: F
MRN: 83135098, DOB:
Visit date: 5/12/2022

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

**Name:** Nie, Jo **DOB:** / **Test Date:** 5/12/2022
**Exam Name:** U of I Test **Test Name:** Hallpike - Head Left **Recording:** Binocular

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

Rotary Nystagmus Observed
Yes No
Transient Vertigo Reported
Yes No
Persistent Vertigo Reported
Yes No




| | |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID mvng0000290

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | 1 | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Hallpike - Head Right | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

Rotary Nystagmus Observed
Yes No

Transient Vertigo Reported
Yes No

Persistent Vertigo Reported
Yes No




| | |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID: mvng0000290

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

**Name:** Nie.Jo **DOB:**

## Positionals – Vision Denied Test Summary (page 1 of 2)






University of Iowa Health Care
200 HAWKINS DRIVE, IOWA CITY, Iowa 52242-1009

## Scanned Information (continued)

**Name:** Nie,Jo **DOB:** 10/25/1964

### Positionals – Vision Denied Test Summary (page 2 of 2)



PT. NAME: Nie, Jo E
MRN: 83135098, DOB: 10/25/1964, Sex: F
Visit date: 5/12/2022

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

## Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Supine Positional VD | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |




| | |
|---|---|
| Avg SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID mvng0000290

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

## Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Head Left Positional VD | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

Transient Vertigo Reported
Yes No

Persistent Vertigo Reported
Yes No




| | |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID: mvng0000290

PT. NAME: Nie, Jo E
MRN: 83135098, DOB: , Sex: F
Visit date: 5/12/2022

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Head Right Positional VD | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

Transient Vertigo Reported
Yes No

Persistent Vertigo Reported
Yes No




| | |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID mvng0000290

## Scanned Information (continued)



## Scanned Information (continued)

VNG Client ID: mvng0000290

**Name:** Nie, Jo
**DOB:** 10/25/1964
**Test Date:** 5/12/2022
**Exam Name:** U of I Test
**Test Name:** Spontaneous Pre-Irrigation
**Recording:** Right Eye

**Test Notes:**



UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

## Scanned Information (continued)



## Scanned Information (continued)



PT. NAME: Nie, Jo E
MRN: 83135098, DOB: , Sex: F
Visit date: 5/12/2022

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | | **Recording:** | Right Eye |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = -12.51 °/sec<br>Max SPV of RBN = -27.38 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0.85<br>Beats = 47 | Beats/sec = 0<br>Beats = 0 |

Rotary Nystagmus Observed
Yes No

Transient Vertigo Reported
Yes No

Persistent Vertigo Reported
Yes No




| | |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID mvng0000290



University of Iowa Health Care
200 HAWKINS DRIVE, IOWA CITY, Iowa 52242-1009

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

## Scanned Information (continued)

**Name:** Nie, Jo **DOB:** **Test Date:** 5/12/2022
**Exam Name:** U of I Test **Test Name:** Caloric - Right ~~Cool~~ 100cc **Recording:** Right Eye

**Test Notes:**




| | Horiz. avg. SPV [°/s] | Fixation Index |
|---|---|---|
| Pre-Irrigation | 0.00 | |
| Right Warm | 13.07* | 0.00 |
| Left Warm | 9.06 | Note 1 |
| Right Cool | 23.46 | 0.22 |
| Left Cool | -11.81 | 0.87 |
| Total | -1.17 | |

Note 1: invalid fixation index

| | |
|---|---|
| Unilateral Weakness | -51.29% |
| Right Ear | 36.68% |
| Left Ear | 11.81% |
| Directional Preponderance | 7.41% |
| Right Beating | 24.83% |
| Left Beating | 73.66% |

* Nystagmus inversion




VNG Client ID: mvng0000290

## Scanned Information (continued)



UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Sit Up from Left Side Down | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

Rotary Nystagmus Observed
Yes No
Transient Vertigo Reported
Yes No
Persistent Vertigo Reported
Yes No




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID mvng0000290

PT. NAME: Nie, Jo E
MRN: 83135098, DOB: [illegible], Sex: F
Visit date: 5/12/2022

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

## Scanned Information (continued)

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Nie, Jo | **DOB:** | | **Test Date:** | 5/12/2022 |
| **Exam Name:** | U of I Test | **Test Name:** | Sit Up From Right Side Down | **Recording:** | Binocular |

**Test Notes:**




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of RBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

Rotary Nystagmus Observed
Yes No

Transient Vertigo Reported
Yes No

Persistent Vertigo Reported
Yes No




| Right Eye | Left Eye |
|---|---|
| Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec | Avg. SPV = 0 °/sec<br>Max SPV of UBN = 0 °/sec |
| Beats/sec = 0<br>Beats = 0 | Beats/sec = 0<br>Beats = 0 |

VNG Client ID: mvng0000290

## Scanned Information (continued)

Name: Nie, Jo DOB: Print Date: May 12, 2022

### Examination Summary

**Oculomotor Tests** — **Test Not Performed**

| Saccades | | Smooth Pursuit | Optokinetics |
|---|---|---|---|
| RE | .2 Hz | | |
| | | | Right 20° |
| | | | Left 20° |
| | | | Right 40° |
| LE | .4 Hz | | Left 40° |

**Gaze Tests** — **Test Not Performed**

- Vision Denied
  - Center
  - Right
  - Left
  - Up
- Vision Enabled
  - Center
  - Right
  - Left
  - Up

**Horizontal High Frequency Headshake Test** — **No Nystagmus Detected**

**Vertical High Frequency Headshake Test** — **Test Not Performed**

**Hallpike Tests** — **No Nystagmus Detected**

- Right
- Left

**Positional Tests** — **No Nystagmus Detected**

- Vision Denied
  - Supine
  - Head Right
  - Head Left
  - Body Right
  - Body Left
  - Right Lateral HFHS
  - Left Lateral HFHS
- Vision Enabled
  - Supine
  - Head Right
  - Head Left
  - Body Right
  - Body Left

**Caloric** — **51.29% Left Unilateral Weakness** — **2.41% Right Directional Preponderance**

| | |
|---|---|
| Pre-Irrigation | LBN 0.0°/sec |
| Right ~~Warm~~ 10cc | 13.02°/sec* |
| Left ~~Warm~~ 10cc | 0.0°/sec → ? 27°/sec recorded 2min after irrigation |
| Right ~~Cool~~ 100 cc | LBN: 23.66°/sec |
| Left ~~Cool~~ 100cc | RBN: 11.81°/sec |
| Unilateral Weakness | Left 51.29% |
| Directional Preponderance | Right 2.41% |
| | * Nystagmus inversion |

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

Scanned Information (continued)

# VEST™ Test Battery Report

University of Iowa
Otolaryngology
200 Hawkins Dr.
Iowa City, IA 52242

Neurolign

**Patient** : Jo Nie
**Date of Birth** :
**Gender** : Female
**Acquisition** : VOG Binocular
**Pre-Test Comments** :

**Test Date** : 05/12/2022 08:34 AM - 9:13 AM
**Referral Source** : Hansen
**Tested By** : Administrator Default
**Analyzed By** : Administrator Default

| Test | Calibration Gain | Eye Analyzed | Within Norms |
|---|---|---|---|
| Spontaneous Nystagmus | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Gaze Horizontal | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Gaze Vertical | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Saccade Description: Horizontal Random time and displacement | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Both | No |
| Smooth Pursuit Horizontal 0.30 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | No |
| Smooth Pursuit Horizontal 0.50 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| OKN Trapezoidal 20 deg/sec | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| OKN Trapezoidal 40 deg/sec | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Chair Rotation Sinusoidal 0.01 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | No |
| Chair Rotation Sinusoidal 0.04 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Chair Rotation Sinusoidal 0.08 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Chair Rotation Sinusoidal 0.32 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Chair Rotation Sinusoidal 0.64 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Chair Rotation Sinusoidal 0.02 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | Yes |
| Step Test 100.0 deg/sec (Chair Trapezoidal) | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | No |
| Visual Suppression 0.08 Hz | LH: 1.04; RH: 1.09; LV: 1.21; RV: 1.27 | Combined | ~~N/A~~ No |
| Subjective Visual Vertical | N/A | N/A | Yes |

**Post-Test Comments**:

**Signature**:

## Scanned Information (continued)



## Scanned Information (continued)



## Scanned Information (continued)



## Scanned Information (continued)



UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

## Scanned Information (continued)



## Scanned Information (continued)



## Scanned Information (continued)

Neurolign

Patient ID: 83135098
DOB

Subjective Visual Vertical / Horizontal

05/12/2022 08:34 AM - 9:13 AM
University of Iowa

### Subjective Visual Vertical



| Step | Error (deg) |
|---|---|
| 24 | 3.20 |
| 25 | 1.34 |
| 26 | 1.16 |
| 27 | 1.22 |
| 28 | 0.76 |
| 29 | 1.00 |

| | |
|---|---|
| Mean | 1.447 |
| Std. Dev. | 0.882 |
| Asymmetry | 0.560 |

### Subjective Visual Horizontal

NO DATA

| Step | Error (deg) |
|---|---|

| | |
|---|---|
| Mean | |
| Std. Dev. | |
| Asymmetry | |

— Error — Mean Error

VEST™ 2019 Page 8 of 8 http://www.neurolign.com

**END OF REPORT**

LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2578
OMAHA, NE 68172

UNIVERSITY OF IOWA HOSPITALS & CLINICS
University of Iowa Health Care

***University of Iowa Hospitals and Clinics***

*Health Information Management Department*
*Release of Information*
*200 Hawkins Dr., HSSB STE 100*
*Iowa City, IA 52242*
*319-356-1719*
*319-356-3079 Fax*

July 06, 2022

LINCOLN NATIONAL LIFE INSURANCE
COMPANY
PO BOX 2578
OMAHA, NE 68172

Amount of Payment $___________

RE: Ms. Jo E Nie
MRN: 83135098
BD:
INV#: 69201

---

**STATEMENT OF ACCOUNT**

Charges for a minimum of pages of copies of the medical record -
PAY THIS AMOUNT: $35.00
Additional Amount: _________

PAYMENT INSTRUCTIONS -

- UIHC TAX ID 42 600 4813
- Checks and Money Orders should be made payable to:
  **UNIVERSITY OF IOWA HOSPITALS AND CLINICS**
- Please detach the top portion of the statement and mail with your remittance to the address above.
- If your address is incorrect on the statement, please note the correction on the portion of the statement returned with your remittance.
- If you have any questions regarding this charge for your medical record copies, please contact the Release of Information office at the address or phone number listed above.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 23, 2022 |
| To: | LESLIE DOWNS MULLEN<br>RESILIENCE FAMILY COUNSELING<br>1450 BOYSON RD<br>HIAWATHA IA 52233 |
| Attn: | Medical records |
| Fax: | (319) 294-6107 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 18, 2022 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client, Kevin consult

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi tearful. She and Kevin have been fighting. He is feeling overwhelmed, pressure of being the sole supporter of the household. He catastrophizes, convinced they are going to lose everything they have. Jodi internalizing that since she is unable to work, she is not "worth anything" as she feared. Jodi now living in fear that in two years when her disability insurance runs out, she will have no income, as she received a letter from them stating they didn't think she would qualify for SSI?

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 18, 2022 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client, Kevin consult

## Objective Content

Listened. Validated emotion while challenging behavior. How can the two of them work together to face financial concern? Recommended meeting with a financial advisor to plan how to navigate this "new normal" of Jodi not financially contributing as she had been. Explored how to speak with the boys about things may look different, and they may not be able to purchase the things they could in the past. Processed self-worth challenges as both tie their esteem to what they are financially contributing, both feeling as if it's "not enough". Both tearful at times, Kevin verbalized anger. Jodi apologized for having Meinere's and shared she wants nothing more than to be able to work and contribute. Discussed parenting challenges- Jace having friends over too often and Kyle wanting to move out. Jodi shared with Kevin that she doesn't feel like she can turn to him for support, and that the situation with Mercy has only driven a huge wedge between them instead of bringing them together to solve a problem. Kevin's anger at the situation has made him quite reactive. Therapist asked if he would be willing to see his own therapist, and Kevin responded that he can't afford to. Offered to help locate options, possibly with a sliding scale? Focused on here and now, and encouraged Jodi to set aside "two years from now" until we can get more information?

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing
2. Teach emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Therapist will reach out to Psychologist in town who assists with SSI to obtain information.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on January 18, 2022 at 3:59PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 2, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 2, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi shared that Kevin has settled down a little. Jodi trying to look at the finances to see how they can make it work and keep Jace in his school. Kevin's history growing up was in a negative environment. Constantly worries and focuses on the worst case scenario, and "dumps" that worry on Jodi and the kids. Jodi sees herself as resilient, the positive one, and her role has been to "keep everyone calm" and since she isn't functioning at full capacity, can't take on that role. Learning more about her Meniere's- the movement of unloading the dishwasher is so triggering. Figured out how to unload in stacks so she can turn less often. Trying to do one small thing each day-trying to keep kitchen cleaned up. Shopping online to get the best prices to save financially. Trying to contribute, even in small ways. Trying to find some family outlets for the summer that they can afford. Apologized for crying every time we talk, and indicated that she feels that I am the only person in her life who really "gets it".

## Objective Content

Listened. Validated. Offered support. Processed Jodi's belief "If you don't use it you lose it" and her trying to find ways to use her body without triggering Meniere's symptoms. Processed insurance options-concerned that Kevin's option through work is so expensive. Processed the abuse she suffered at Mercy. Jodi feels that they have destroyed her life. She was an excellent employee who had a health condition and needed a simple accommodation to do her job, which she could have done at 100% with the accommodation. Two years of fighting for the accommodation, denials, actual mistreatment and punishment for needing help, discriminated against openly in front of other co-workers, demeaned, created such a decline in her physical and subsequently emotional health. Takes Jodi so long to "fight back" because that is not in her nature. Instead, all the effort she made to try to make it work and get them off her back coupled with the sudden increase in caseload expectation depleted her. She feels completely set up the entire time and they made it impossible for her to do her job. The sense of loss and dehumanization, the loss of finances, the loss of her capacity to function. Processed "invisible disability" and how people can't comprehend what it is like, and if they did, they would support one another and she wouldn't need to be on disability.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 2, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing
2. Teach emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

### Plan

Continue support. Encouraged continued slowly increasing activity as tolerated. This will help her feel worthwhile. Looking into a CBT application- setting goals, challenging thinking, recognizing that she needs to learn strategies to pull out of this.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on February 2, 2022 at 12:07PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | February 17, 2022 11:00AM - 12:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Telehealth |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 17, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi starting to notice that she is able to be a little more present in the evening with the boys. Still trying to do small tasks- washing the dishes (still needs to sit down on a stool), light cooking, helping Jace with homework. Saw her physician who wants her to go to the University of Iowa for a second opinion on her Meniere's disease. Jodi worried about navigating getting down there, the cost, unknown coverage with new insurance. Lost her income due to Meniere's disease, and disability is approved for mental health, which only came secondary when she was not given the accommodation for the physical disability. This has increased anxiety as now she is worried that she is going to have to fight for long term disability in two years to have it accurately reflecting the physical disability and not a mental health issue.

## Objective Content

Listened. Validated. Offered support. Jodi used metaphor of just feeling like she has gotten to shore and another wave takes her back out to where she is going under. Reviewed history. Reminder her that prior to the Meniere's, she didn't have any mental health concerns. The stress of not getting the necessary physical accommodation couple with the abusive environment created such intense anxiety, which triggered and worsened her Meniere's symptoms. Focused on strengths- she has coped with and managed stress well her entire life. This is not a "her" issue, as anyone in her situation would have responded in the same manner. It was an unmanageable uncontrollable situation that was causing her damage and she had no choice but to file for disability. Processed her goal of the lawsuit- she wants to ensure that employers have to treat their employees with dignity and respect, support employees in order for them to do the best job they can. She wants employees to have safe avenues to resolve issues. She wants employees to not be "owned" by work and have no options but to put up with abusive behavior in order to make a paycheck. Knows that it will be hard, stressful, but she feels it is the right thing to do to stand up and advocate for employee rights. Reviewed Jodi's attempts to resolve issues directly with Carol, go to her about her concerns, and the response was only an increase in discriminatory actions. When she finally went to HR, the same pattern happened. She started getting written up, her job was threatened and made more difficult, and Jodi still struggles with the idea that people treat others in inhumane ways. Once you are treated that way, and they have made you "less then", you can't ever not see the world that way. Jodi compared it to learning that Santa Claus isn't real. Educated regarding feeling disillusioned, encouraged surrounding herself with people and environments who don't participate in the world that way, but in a loving caring way.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 17, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing
2. Teach emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Continue to process loss associated with Meniere's, toxic work environment, subsequent mental health issues.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on February 17, 2022 at 12:00PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie, DOB**

| | |
|---|---|
| Date and Time: | March 2, 2022 11:00AM - 12:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Telehealth |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi bright, open. Feeling like she is starting to heal and can function a little more as a parent, a wife, a homeowner. Still has to do things in small bursts. Tries to keep her symptoms "hidden" from the boys, as she knows how deeply they have been effected. Tearful. Feels like she wasn't able to be the parent Jace needed and he has not gotten the attention and help he needs to be successful because all of her energy was going into making it through the day at work.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: March 2, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Objective Content

Listened. Validated. Offered support. Discussed parenting concerns. "You can only do what you can do". Strength-based approach, instead of looking at what he wasn't getting, focusing on what he did get, what he can have going forward as she heals. Focused on her advocating for Jace at school while also holding him accountable. Processed concerns she has for both her children in the midst of all the challenges the world is facing and presenting. Discussed getting Jace on the waiting list for therapy as she none of the referrals I gave her are accepting new clients.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Improved

2. Teach emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Improved

## Plan

Continue support. Continue to utilize strength-based approach to gradually regain control of her life in small ways- celebrate successes as she discovers a "new normal"

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on March 2, 2022 at 12:22PM.

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: March 14, 2022 1:32PM

## Diagnosis

F43.11 Post-Traumatic Stress Disorder, Acute
F32.1 Major Depressive Disorder, Single episode, Moderate
F41.1 Generalized Anxiety Disorder

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Presenting Problem

Jodi is on disability due to her Meniere's disease. Focusing on healing. Coping with significant loss of income and impact on her family. Continues to exhibit symptoms of PTSD due to denial of accommodation and mistreatment in her work environment.

## Treatment Goals

Increase coping; identify current capacity in functioning and navigate loss

**Estimated Completion:** 6 Months

## Objective #1

Teach self-compassion, acceptance of loss

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Internal Family Systems, Interpersonal Resolutions, Mindfulness Training, Structured Problem Solving, Supportive Reflection, Symptom Management
Estimated Completion: 6 Months

## Objective #2

Heal from traumatic work environment, utilize strengths to identify future direction

Treatment Strategy / Interventions: Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Internal Family Systems, Mindfulness Training, Somatic Resilience, Supportive Reflection, Symptom Management
Estimated Completion: 6 Months

## Prescribed Frequency of Treatment

Every 2 Weeks

I declare that these services are medically necessary and appropriate to the recipient's diagnosis and needs.

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on March 14, 2022 at 1:39PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | March 16, 2022 12:00PM - 1:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Telehealth |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: March 16, 2022 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi presented with brighter affect, lightness. She and Kevin and both boys are taking their first trip with the RV and it has been amazing. They are learning how to operate the RV, problem solve. Working together. Seeing amazing things. Have met kind people. Jodi indicated they all needed to be reminded how beautiful the world is and that there are good people in it. Feels this is the best way to travel with her Meniere's, as she can go lay down or they can pull over. She has actually been able to drive it as well, which settles her symptoms a little. Struggling with Kevin's reactivity/negativity at times, but recognizes that he has been under tremendous pressure throughout all of this with her. Jodi shared that she is pursuing a lawsuit, and her end goal is that Mercy make changes so that HR will take complaints seriously, that employees have someone to advocate and help navigate when they experience a problem, and that people are not mistreated or made worse by their employer.

## Objective Content

Listened. Celebrated positive interactions. Utilized a strength-based approach to hold space and allow positives into her life. As Jodi is mindfully taking in the beauty of their travels, discussed how this grounds and calms our system. Processed ways to tolerate reactivity/negativity- can she simply remove herself from it? Discussed family of origin, how our brains become "wired", and Kevin grew up with an extremely negative problem-focused parent, and it may be his tendency to respond in that manner. What part could she play in bringing some positivity in, now that she is healing and may have a little more to give? Discussed Jodi's goal of social change within a large system like Mercy. Celebrated that she is not attached to an outcome for her, but an outcome to better the workplace for other people- noted that this is who she is at her core.

## Interventions Used

Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Mindfulness Training, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach self-compassion, acceptance of loss
   Progress: Progressing
2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

## Plan

Continue support. Jodi doing well emotionally, so will push appointment out to three weeks.

Prescribed frequency of treatment: Every 3 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on March 16, 2022 at 1:17PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 6, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Intact |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi tearful. Jace is out of school due to suspension, and the principal is recommending expulsion. The hearing is next Monday. Unsure how much more their family can take. Jace wants to finish the year at Regis. He only has 30 days left, and Jodi unsure even where they could open enroll him at this time of year. Kevin not coping well.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 6, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Objective Content

Listened. Validated. Offered support. Problem solved. Discussed role Grantwood AEA could play. Explored getting legal counsel. Offered to go to the meeting to discuss Jace's mental health issues and how school could be a safe supportive and helpful place instead of a punitive discriminatory experience. Processed how judging Jace by his behaviors instead of looking at what is undemeath possibly causing or contributing is problematic. Discussed resilience. Modeling support for Jace. Jace is on wait list to see a therapist upon my referral. Recommended having his medication looked at as well.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, and Supportive Reflection

## Treatment Plan Progress

### Objectives

1. Teach self-compassion, acceptance of loss
   Progress: Progressing
2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Not Addressed

## Plan

Continue support. Jodie will let me know if she would like me to attend the hearing.

Prescribed frequency of treatment: Every 3 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on April 11, 2022 at 8:33PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 18, 2022 2:00PM - 3:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi recieved packet requesting more information for civil rights complaint. Between the disability, Jace's school situation, and now the complaint process is overwhelming. Uncertain about how he is going to make it through 8th Grade. Worried about the level of aggression Jace is displaying. Does not understand the process of expulsion. Paperwork due on Friday.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 18, 2022 2:00PM - 3:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Objective Content

Listened. Validated. Processed impact Meniere's disease has had. Jodi feels it has completly robbed her. She is not able to continue to work, continue to maintain a home, continue to parent effectively. Processed loss. Processed taking one day at a time. Identified resources. Discussed utilizing Jennifer from Grantwood for Jace and Laura in terms of the civil rights complaint. Offered support. Discussed therapist providing a letter for Jace's appeal. Encourage self-care, noticing any positive exceptions to the daily challenges. Jodi owning areas she needs to improve upon, wanting help with working to reset the balance in the household.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Teach self-compassion, acceptance of loss
   Progress: Progressing

2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

## Plan

Continue support.

Prescribed frequency of treatment: Every 3 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on April 18, 2022 at 2:57PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | May 3, 2022 11:00AM - 12:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Telehealth |
| | | Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change. University of Iowa appointment scheduled this week in the Meniere's clinic

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: May 3, 2022 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi tearful. Sad that Jace has been treated the way he has, and now they have to scramble to try and get him through 8th Grade. Unsure if Xavier will take him. Secretly hopes they don't so he won't be in that system, but almost afraid of how he will react if he isn't accepted? Shared history of growing up, taught never to ask for anything or "whine", so has always done everything 100% herself. Knows now that she can't do everything by herself due to the Meniere's. Waking up nauseous. The idea of trying to navigate the University of Iowa is overwhelming. Kyle was able to move out into a house with his friends, and while she is happy for him, she already notices the void. Cannot physically go into her office- where she would work for Mercy- brings about instant panic. Needs to be able to, reclaim her office.

## Objective Content

Listened. Validated. Offered support. Processed history of never needing any help, and gently challenged. Jodi became upset with the idea of needing a wheelchair at the University- as a nurse, she is so use to helping others intuitively, that to be on the other side of it is a challenge. Her mother's voice of not relying on others is still loud in her head. Explored. Needing assistance is not "whining" and doesn't make her less of a person. Reframed that perhaps University has some options to manage symptoms she hasn't tried, despite her local physician's belief that she has done and is doing everything she can to manage her disease. Processed loss of function. Processed loss of faith. Discussed ways to reclaim her office- can her family members go in, pack up anything related to Mercy, move the furniture around, so she can start fresh?

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Internal Family Systems, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

***Please alert Leslie if you would prefer a statement sent via email to pay online***

Tear and Return for Credit Card Payment. Keep above statement for your records.

1. Teach self-compassion, acceptance of loss
   Progress: Progressing
2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

CC/Debit/HSA: MC Visa Am Exp Discover Other:_____________

## Plan

Name on card:

Continue support. Continue to help Jodi focus on what she does have control of, and increase her willingness to accept help.

Card number:

Prescribed frequency of treatment: Every 3 Weeks
Exp. Date:
Recommendation: Continue current therapeutic focus

CVV (# on back):

Amount Paid:

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on May 3, 2022 at 1:34PM.

Email receipt: Email Address:

Signature: Date:

This information will be destroyed after your card is billed. Thank you for your payment!

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | May 16, 2022 1:00PM - 2:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Telehealth |
| | | Participants: | Client only |

## Diagnosis

F43.11 Post-Traumatic Stress Disorder, Acute
F32.1 Major Depressive Disorder, Single episode, Moderate
F41.1 Generalized Anxiety Disorder

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

***Please alert Leslie if you would prefer a statement sent via email to pay online***

Tear and Return for Credit Card Payment. Keep above statement for your records.

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

## Medications

no change

**CC/Debit/HSA:** MC Visa Am Exp Discover Other:____________

**Name on card:**

**Card number:**

**Exp. Date:**

**CVV (# on back):**

**Amount Paid:**

**Email receipt:** EmailAddress:

**Signature:** Date:

This information will be destroyed after your card is billed. Thank you for your payment!

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: May 16, 2022 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi shared that she did go down to the University. She went through a series of tests, which made her physically depleted. No new information, just confirmed that she has Meniere's, and they did not have any new treatment recommendations. Lawyer indicated that Mercy's lawyer was inquiring about what she wants, and again, she wants systemic change for people with disabilities and isn't interested in any monetary settlement to "make her go away". Did get Jace enrolled in Harding, and he is going every day. Still wants to go to Xavier in the Fall, and she is worried about him in that setting.

## Objective Content

Listened. Processed frustration both with her health and work/school environments that have been discriminatory. Jodi still disillusioned: "Why wouldn't people just want to help others?" Feels she (and Jace now at school) are being punished for what they needed help with. Explored how "simple solutions" to both her work situation and Jace's school situation could have prevented so much pain, deterioration. Processed the challenge of the past three years. Jodi continues to suffer from nightmares, inability to go into her office at home, feeling panic and becoming tearful when discussing Mercy. "I never use to be like this. I was strong, upbeat, just wanted to earn my pay and do a good job. I feel like a shell of who I use to be." Offered support for loss.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach self-compassion, acceptance of loss
   Progress: Progressing

***Please alert Leslie if you would prefer a statement sent via email to pay online***

2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

Tear and Return for Credit Card Payment. Keep above statement for your records.

---

## Plan

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

Continue support. Continue to focus on strengths, recovering, and small future goals.
Prescribed frequency of treatment: Every 3 Weeks
Recommendation: Continue current therapeutic focus

**CC/Debit/HSA:** MC Visa Am Exp Discover **Other:**____________

**Name on card:**

**Card number:**

**Exp. Date:**

**CVV (# on back):**

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on May 16, 2022 at 4:48PM.

**Amount Paid:**

**Email receipt:** EmailAddress:

**Signature:** Date:

This information will be destroyed after your card is billed. Thank you for your payment!

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 6, 2022 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

***Please alert Leslie if you would prefer a statement sent via email to pay online***

Tear and Return for Credit Card Payment. Keep above statement for your records.

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

**CC/Debit/HSA:** MC Visa Am Exp Discover Other:____________

**Name on card:**

**Card number:**

**Exp. Date:**

**CVV (# on back):**

**Amount Paid:**

**Email receipt:** EmailAddress:

**Signature:** Date:

This information will be destroyed after your card is billed. Thank you for your payment!

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 6, 2022 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi shared that she is working hard to connect with Jace. He is still planning to go to Xavier, and she is supporting him despite huge concern for how he was treated at Regis. Knows that as a teenager he struggles to hear other's ideas, opinions. She tries to continue to have open conversations about his mood, his response to authority. Has reached out to the therapist he was on a wait list for and hasn't heard back. Worries about both her boys in this world. Kyle is so kind, loving, tends to get taken advantage of, while Jace "doesn't put up with anything" and will lash out. Continues to role model being assertive, fighting for what is right in appropriate ways, accepting that there are things we have control of and things we do not.

## Objective Content

Listened. Validated. Processed how as she is healing, she has more energy and time to dedicate back to her children. Processed guilt she holds for being "absent" while working so hard to maintain her job. Reframed- what lessons has her own story taught her boys? Assessed mood, functioning. Jodi still struggling with Meniere's symptoms, but anxiety and depression are improving now that the job stress has been removed. Normal anxiety over financial concerns, future of her children, weight of responsibility on Kevin. Jodi learning what she can and cannot do, and has accepted that she is limited due to disease. Doesn't "like it", but accepted that she physically cannot do what she use to be able to. Processed how her self-worth was significantly tied to her contributions both at work and at home, and now she is needing to navigate that piece as well. Limited social or extended family support- working so many hours limited her capacity to connect with others. Trust is also now a concern. Normalized and offered support.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

**Objectives**

***Please alert Leslie if you would prefer a statement sent via email to pay online***

Tear and Return for Credit Card Payment. Keep above statement for your records.

1. Teach self-compassion, acceptance of loss
   Progress: Progressing
2. Heal from traumatic work environment, utilize strengths to identify future direction
   Progress: Progressing

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

**CC/Debit/HSA:** **MC** **Visa** **Am Exp** **Discover** **Other:**______________

**Plan**

**Name on card:**

Continue support. Offered to involve Kevin in a session to explore the impact all the stress of the past two years is impacting him and their marriage.

**Card number:**

**Exp. Date:**

Prescribed frequency of treatment: Every 3 Weeks

Recommendation: Continue current therapeutic focus

**CVV (# on back):**

**Amount Paid:**

**Email receipt:** EmailAddress:

**Signature:** Date:

This information will be destroyed after your card is billed. Thank you for your payment!

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 6, 2022 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on June 6, 2022 at 4:35PM.

***Please alert Leslie if you would prefer a statement sent via email to pay online***

Tear and Return for Credit Card Payment. Keep above statement for your records.

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

**CC/Debit/HSA:** **MC** **Visa** **Am Exp** **Discover** **Other:**____________

**Name on card:**

**Card number:**

**Exp. Date:**

**CVV (# on back):**

**Amount Paid:**

**Email receipt:** EmailAddress:

**Signature:** Date:

This information will be destroyed after your card is billed. Thank you for your payment!

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC | Date and Time: June 14, 2022 8:42PM
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

## Diagnosis

F43.11 Post-Traumatic Stress Disorder, Acute
F32.1 Major Depressive Disorder, Single episode, Moderate
F41.1 Generalized Anxiety Disorder

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Presenting Problem

Jodi is on disability due to her Meniere's disease. Focusing on healing. Coping with significant loss of income and impact on her family. Continues to exhibit symptoms of PTSD due to denial of accommodation and mistreatment in her work environment.

## Treatment Goals

Increase coping; identify current capacity in functioning and navigate loss

**Estimated Completion:** 3 Months

## Objective #1

Teach self-compassion, acceptance of loss

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Internal Family Systems, Interpersonal Resolutions, Mindfulness Training, Structured Problem Solving, Supportive Reflection, Symptom Management
Estimated Completion: 3 Months

## Objective #2

Heal from traumatic work environment; utilize strengths to identify future direction

***Please alert Leslie if you would prefer a statement sent via email to pay online**

Treatment Strategy / Interventions: Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Internal Family Systems, Mindfulness Training, Somatic Resilience, Supportive Reflection, Symptom Management

Tear and Return for Credit Card Payment. Keep above statement for your records.

Estimated Completion: 3 Months

Payment to: Resilience Family Counseling, PLLC / Leslie Downs Mullen, MS, LMFT

## Prescribed Frequency of Treatment

Every 3 Weeks

**CC/Debit/HSA:** MC Visa Am Exp Discover Other:______________

**Name on card:**

I declare that these services are medically necessary and appropriate to the recipient's diagnosis and needs.

**Card number:**

**Exp. Date:**

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on June 14, 2022 at 8:42PM.

**CVV (# on back):**

**Amount Paid:**

**Email receipt:** EmailAddress:

**Signature:** Date:

This information will be destroyed after your card is billed. Thank you for your payment!

MERCY®
FAMILY COUNSELING

# FAX COVER SHEET

| TO: | FROM: |
|---|---|
| Ashley B – Claims Examiner | Mercy Outpatient Psychiatry / Sue |
| COMPANY: | DATE: |
| Lincoln Financial | 6-30-2022 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 603-334-0401 | 5 |
| PHONE NUMBER: | SENDER'S PHONE NUMBER: |
| | (319) 369-4777 |
| RE: | SENDER'S FAX NUMBER: |
| Jo Nie Claim # 12118946 | (319) 369-4694 |

**Comments / Notes :**

Jo Nie was only seen one time in our office (12-15-20) so we do not have any records from 12-3-21 to the present.

Confidentiality Notice: The information contained in this fax message is intended only for the personal and confidential use of the designated recipients named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and return the original message to us by mail

Mercy Outpatient Psychiatry
701 10th ST SE Cedar Rapids, Iowa 52403
319-369-4777

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 23, 2022 |
| To: | MERCY OUTPATIENT PSYCHIATRY<br>701 10TH ST SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 369-4694 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br>[illegible] |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 23, 2022

Mercy Outpatient Psychiatry
701 10TH ST SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 12/3/2021 through the present

We ask that you provide this information by June 30, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative [signature: Jo Nie] Date: 11/30/2021

Date of Birth: ________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 24, 2022 |
| To: | UNIVERSITY OF IOWA DEPT OF OTOLARYNGOLOG<br>200 HAWKINS DR<br>IOWA CITY IA 52242 |
| Attn: | Medical records |
| Fax: | (319) 356-3079 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 24, 2022

University of Iowa Dept of Otolaryngology
200 HAWKINS DR
IOWA CITY, IA 52242

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2022 through the present

We ask that you provide this information by July 9, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

DocuSigned by: Jo Nie 5ED4D8025522423...

Signature of claimant or legal representative ______ Date: 11/30/2021

Date of Birth: __ ______ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 23, 2022 |
| To: | MERCY OUTPATIENT PSYCHIATRY<br>701 10TH ST SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 369-4694 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 23, 2022

Mercy Outpatient Psychiatry
701 10TH ST SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 12/3/2021 through the present

We ask that you provide this information by June 30, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

DocuSigned by: Jo Nie 5ED4D8025522423...
Signature of claimant or legal representative ______ Date: 11/30/2021

Date of Birth: __ ________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | June 23, 2022 |
| To: | LESLIE DOWNS MULLEN<br>RESILIENCE FAMILY COUNSELING<br>1450 BOYSON RD<br>HIAWATHA IA 52233 |
| Attn: | Medical records |
| Fax: | (319) 294-6107 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 23, 2022

Leslie Downs Mullen
1450 BOYSON RD
HIAWATHA, IA 52233

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 12/3/2021 through the present

We ask that you provide this information by June 30, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative DocuSigned by: Jo Nie 5ED4D8025522423... Date: 11/30/2021

Date of Birth: __ ________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

June 24, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We still have not received the required LTD forms for your claim. Please complete as soon as possible and return to us no later than August 1, 2022 or else the claim will be impacted.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
Family Information Questionnaire
Training Education Experience
Authorization
Reimbursement Agreement Form
Disability Payment Option Form

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Guertin ____________________



EMPLOYEE/CLAIMANT NAME: Jo Nie ____________________

CLAIM NO: 12118946 ____________ DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Mercy Medical Center ____________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes ____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes ____________ No ____________

If No, please explain: ____________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________

Do you have children?

Yes ________ No ________ If Yes, what are their dates of birth ____________________

____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________

How often do you get outdoors? ______________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ______ | Right ______ |
| Are you able to work in your garden? | Yes ______ | No ______ |
| Are you able to work on your house? | Yes ______ | No ______ |
| Are you able to wash your car? | Yes ______ | No ______ |

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. ______________________________

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these internet sites for? ______________________________

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. ______________________________

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____3-4 hours ____5+ hours

What do you use these social media sites for? ______________________________

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes on a computer, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a phone, how long (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a IPad or Tablet (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes on a E-reader, (hours per day)? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

For what reasons, do you use these devices?

______________________________________________________________

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? ______________________________

| | | | | | |
|---|---|---|---|---|---|
| If yes, how many hours per day do you play video games? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |
| If yes, how many days per week do you play? | ____ None | ____ 0-1 hours | ____ 2-3 hours | ____3-4 hours | ____5+ hours |

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________ | ____________ |
| Carrying groceries into the house | ____________ | ____________ |
| Cooking meals | ____________ | ____________ |
| Cleaning after meals | ____________ | ____________ |
| Cleaning bathrooms | ____________ | ____________ |
| Vacuuming | ____________ | ____________ |
| Doing the laundry | ____________ | ____________ |
| Opening and responding to mail | ____________ | ____________ |

Managing your finances ____________ ____________
Balancing your checkbook ____________ ____________
Bathing yourself ____________ ____________
Styling your own hair ____________ ____________
Getting dressed ____________ ____________
Going up and down stairs ____________ ____________

Have you been confined to a hospital within the last 12 months? Yes _______ No _______
If Yes, please provide reason and hospital contact Information: ____________

How often do you travel or take vacation? ____________
Where do you go? How do you get there (transportation method)? ____________

Are you able to pursue your hobbies? Yes _______ No _______
If Yes, please describe ____________

Do you participate in an exercise program? Yes _______ No _______
If Yes, please describe ____________

Do you do any Volunteer work? Yes _______ No _______
If Yes:
- how many hours per day? ________
- how many hours per week? ________
- for whom? ____________

Are you working for wages? Yes _______ No _______
If Yes, please provide employer's name ____________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

---

Name: ______________________________   Date: ______________________________

Signature: ____________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Guertin

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2022 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ______________________________________ DATE: ___________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Ashley Boucher

**EMPLOYEE/CLAIMANT NAME:** Jo Nie **CLAIM #:** 12118946

**EMPLOYER:** Mercy Medical Center **DATE OF BIRTH:**_________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# DIRECT DEPOSIT APPLICATION

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ____________**
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** _____ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE: ( )** ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________ Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return to:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________ Work: ________

**SIGNATURE:** ______________ **PHONE NO: (    )** ______________



**Lincoln/Nie 413**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# REIMBURSEMENT AGREEMENT

**Claimant:** Jo Nie **Date of Birth:** ________

**Employer:** Mercy Medical Center **Policy/Plan Sponsor No.:** 09-LF0260

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**_________________________ **DATE:** _________________________

**EMPLOYEE'S PRINTED NAME:** Jo Nie

***Please retain a copy for your records or one can be provided upon request.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401
www.LincolnFinancial.com

Lincoln Financial Group®

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 09-LF0260 Claim No. 12118946

Disability Date: September 28, 2021

Issued To: Mercy Medical Center

Address: ______

Claimant: Jo Nie

Address: ______

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

______ (Insured) ______ (Witness)

______ (Address) ______ (Address)

______ (Date) ______ (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:**Jo Nie <
**Sent:**Fri, 3 Jun 2022 15:46:31 -0500
**To:**Boucher, Ashley
**Subject:**Re: Jo Nie LTD Claim Update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ashley,

As much as I did not want to go on long term disability, it has been a relief to be able to take care of myself. The long hours I had to work due to my constant inability to keep up at work because of my Ménière’s symptoms was making me sicker. Since being off, I feel like I have at least stabilized.

I had my appointment at the University of Iowa. They told me the same as my ENT specialist here in Cedar Rapids so I am going to continue to follow up with my doctors here. They advised me to continue the same treatment plan to manage my symptoms and triggers.

I am experiencing fewer nightmares and suicidal thoughts but remain depressed and anxious not knowing what the future holds regarding loss of function and finances.

I discussed my severe fatigue with the doctors at UIHC. They said it is due to hyper vigilance from imbalance. On normal days I am needing 10 hours of sleep. I was not able to get any where near that amount when I was working. I am also continuing my PT exercises and trying increase my activity tolerance by doing more around the house each day. But if I do too much, I end up needing so much more sleep for several days after. I still can only make short trips to the store without becoming diaphoretic and nauseated.

My next mental health appointment is next week and my next medical appointment is in August.

Thanks for all your help. Take care.

Jo

Sent from my iPad

> On May 26, 2022, at 9:40 AM, Boucher, Ashley <Ashley.Boucher@lfg.com> wrote:
>
> Hi Jo,

Just checking in to see if you ended up getting a date set for University of Iowa visit again? Any update on your condition? Changes in symptoms for the worse or better?

Thank you!

Ashley Boucher
LTD Technical Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800-210-0268 ext. 16130 Phone
603-334-0401 Fax
Ashley.Boucher@lfg.com
LincolnFinancial.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 Ext. 16130 and permanently delete the original and any copy of any e-mail and any printout thereof.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***







https://www.mylincolnportal.com/customer/public/login?utm_source=SignatureBanner&utm_medium=Banner&utm_campaign=MLP_DigitalAdoption

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged,
confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 21, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

**To date we have not received a response to our request. Please provide us proof of your application**. If you have not already done so, you can initiate your application by either calling the

Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

**If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.**

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: 1-603-334-0401 or
- Email: disabilitydocuments@lfg.com

If you do not complete that application and provide proof of the application by **June 21, 2022**, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nina Alipourshehni
Claim Examiner II, Social Security Specialist
Phone No.: (800) 210-0268 Ext. 89091
Secure Fax No.: (603) 334-0401

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

# Facsimile Transmittal Sheet

**TO:**
Lincoln Financial Group

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| **NH** | **603-334-0401** |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |
| CPS | 603-334-0366 |

**DATE:**
5/5/2022

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**
2

**RE:**
Jo Nie
(12118946)

**DIRECT FAX NUMBER:**
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Should you require anything further, please contact us at (866) 692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group at 1-877-261-1947 immediately and destroy all copies of this facsimile transaction. Thank you.

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

Brown & Brown Absence Services Group, LLC
300 N Beach Street
Daytona Beach, FL 32114
P: (877) 261-1947 | F: (877) 899-1329
bbabsence.com

May 5, 2022

Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Jo Nie**
**LTD: 12118946**

Dear :

Thank you for referring the above-captioned claim to Brown & Brown Absence Services Group for assistance.

Please be advised that we have closed this file in our office as Own Attorney.

Should you have any questions, please feel free to contact us at 866-692-9031 or via email at status@bbabsence.com. Thank you.

Sincerely,

Customer Resource Center
Brown & Brown Absence Services Group

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 21, 2022

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We are writing about your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are several advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of **Brown and Brown** a Social Security claimant representative. **Brown and Brown** specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.

This will be explained to you in greater detail upon accepting representation by **Brown and Brown**. However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of **Mercy Medical Center's** LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application by **May 23, 2022.**

If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nina Alipourshehni
Claim Examiner II, Social Security Specialist
Phone No.: (800) 210-0268 Ext. 89091
Secure Fax No.: (603) 334-0401

**From:**Jo Nie <
**Sent:**Wed, 30 Mar 2022 18:08:43 +0000
**To:**Boucher, Ashley
**Subject:**RE: Jo Nie LTD Claim-update

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ashley,

Still waiting to get an appointment at U of I. My doctor said it can takes months to get an appointment. Will let you know as I have more information on this.

Could you check on the state withholding again. It appears they doubled the withholding for March 2022 payment. They withheld $400.32.
In January they took nothing and then in February doubled it to make up for the prior month. I think it was forgotten to put to the requested amount of $220 that was entered on the W4 we submitted. The $220 is the amount we want withheld for state each month. There is no need to correct the March withholding. Just going forward please only take $220 for state withholding. Can this be corrected for April?

Thank you! Jody

**From:** Boucher, Ashley
**Sent:** Friday, March 25, 2022 9:02 AM
**To:** Jo Nie
**Subject:** Jo Nie LTD Claim-update

Hi Jo,

I am just checking in to see how the visit to Univ of Iowa went and any updates for me regarding treatment going forward?

Thank you!

Ashley Boucher
LTD Technical Specialist
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800-210-0268 ext. 16130 Phone
603-334-0401 Fax
Ashley.Boucher@lfg.com
LincolnFinancial.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 Ext. 16130 and permanently delete the original and any copy of any e-mail and any printout thereof.

***Please visit our COVID-19 Guidance Hub by clicking on the link below:***







https://www.mylincolnportal.com/customer/public/login?utm_source=SignatureBanner&utm_medium=Banner&utm_campaign=MLP_DigitalAdoption

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# AUTHORIZATION TO RELEASE INFORMATION

Name of Patient: Jo Ellen Nie ____________________ Date of birth:__ ____

**I. AUTHORIZATION FOR RELEASE OF INFORMATION AND FOR REDISCLOSURE**

I authorize The Lincoln National Life Insurance Company ____________________

whose address is ____________________ to disclose and deliver to

**Riccolo, Semelroth & Henningsen**

whose address is **425 2nd St SE, Suite 1140, Cedar Rapids, IA 52401** the following information:

**Any and all medical and/or billing information requested**

**NOTE:** *If information includes mental health treatment, substance abuse treatment, HIV, or genetic – related information it will not be released unless you agree to the release on the reverse side of this form.*

I understand the information is being disclosed and may be used only for legal and/or litigation purposes relating to claims and/or suit against _____Social Security ____________________ and/or arising out of incident(s) on or about the__________ day of ______________, ____. This authorization expires on ____________________, (not to exceed one year); or, if no date is specified, on the termination of the litigation or other proceedings for which this authorization was provided.

I understand that I may refuse to sign this authorization or revoke this authorization at any time. I understand that my revocation or refusal to sign this authorization will not affect my ability to obtain health care services. I also understand that if I revoke, the revocation will take effect on the day it is received by the entity from whom disclosure is sought in writing.

I understand that if the person or entity that receives the information requested is not covered by the federal privacy regulations or is not an individual or entity who has signed an agreement with such a person or entity, the information described above may be redisclosed and will no longer be protected by the regulations.

Iowa and/or Federal law provides that I have a right to prohibit redisclosure of confidential medical information and further disclosure may not be had without my express written authorization, except as indicated below.

I further understand that the Recipient, WITHOUT FURTHER AUTHORIZATION, may redisclose said information to:

(A) Parties and their legal counsel, insurers, experts, potential experts, anyone against whom claim is or has been made, administrative agency and court officials hearing the claim, and any agents, employees, or representatives of any of said persons; OR INSTEAD

(B) CHECK ONLY IF APPLICABLE to the following:

____________________ 03/07/2022

Signature of Patient or patient's legal representative Date

____________________

Printed name and relationship of patient's legal representative

**II. AUTHORIZATION FOR CONSULTATION**

I understand that if the person or entity listed above is a physician, surgeon, physician's assistant, advanced registered nurse practitioner or mental health professional (provider) this authorization also permits RSH Legal ______________________________ to consult with that provider about my medical history and condition relating to my claims described above, and further permits that health professional to render opinions regarding the cause of my condition and the prognosis for that condition. I understand that if the lawyer seeking consultation represents a party adverse to me, that lawyer shall provide a written notice to my lawyer and other counsel consistent with the Iowa Rules of Civil Procedure for service of a notice of deposition at least ten (10) days prior to such consultation.

In order for the above consultation to be authorized, sign here and at the end of Section I:

[signature] 03/07/2022

Signature of Patient or patient's legal representative Date

Printed name and relationship of patient's legal representative

**III. SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW CONCERNING MENTAL HEALTH, SUBSTANCE ABUSE TREATMENT OR AIDS-RELATED INFORMATION**

I acknowledge that information to be released may include material that is protected by Federal and/or State law applicable to substance abuse, mental health, AIDS-related information, developmental disabilities and/or genetic information. I SPECIFICALLY AUTHORIZE the release of confidential information relating to: Place "YES" or "NO" in ALL applicable boxes:

- Yes Substance Abuse (Drug or Alcohol) Information
- Yes Mental Health Information. NOTE:you have the right to inspect the disclosed mental health information at any time
- Yes HIV/AIDS-related Information, Diagnosis, and test results
- Yes Developmental disabilities-related information
- Yes Genetic information including genetic test results

[signature] 03/07/2022

Signature of Patient or patient's legal representative Date

Printed name and relationship of patient's legal representative

Furthermore, I SPECIFICALLY AUTHORIZE disclosure and redisclosure of this confidential information to all of the persons referred to in the Redisclosure Section I.

In order for the above information to be released, you must sign here AND at the end of Section I.

If mental health information is being disclosed, I acknowledge receipt of a copy of this Authorization.

[signature] 03/07/2022

Signature of Patient or patient's legal representative Date

Printed name and relationship of patient's legal representative

Federal and/or State law specifically require that any disclosure or redisclosure of substance abuse, alcohol or drug, mental health, genetic, developmental, or AIDS-related information must be accompanied by the following written statement:

> This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

See also Chapter 228 and Chapter 141(A) of the Iowa Code and other applicable laws.

**NOTE: PHOTOCOPY OF THIS SIGNED AUTHORIZATION SHALL BE AS EFFECTIVE AS THE ORIGINAL**

RSH LEGAL Fighting for Fairness

425 SECOND STREET SE, SUITE 1140, CEDAR RAPIDS, IOWA 52401
PH: 319-365-9200 TF: 800-67-FAIRNESS FX: 319-365-1114

March 7, 2022

Nina Alipourshehni
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: Jo E. Nie – Long Term Disability Benefits File

Dear Ms. Alipourshehni:

I am currently representing Ms. Nie in an employment law case. Could you please send me her complete Long-Term Disability claim file? Enclosed you will find a signed authorization to release information.

If you have any further questions, please feel free to contact me at (319)365-9200.

Sincerely,

Laura Schultes
Attorney
lschultes@fightingforfairness.com

LS/vr

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date: 1/21/2022
Request Number: 52600212
Page Count: 58

**Your requested medical records are attached.**

Patient Name: JO ELLEN NIE
Medical Facility: MPS - MercyCare Clinic
Requester: Ashley Boucher
Organization: Lincoln Financial Group/PORTAL

Your reference number: 12118946

Thank you,

*MRO*
*MROcorp.com*

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 15, 2021 |
| To: | SHANE GAILUSHAS<br>MERCY ENT CLINIC<br>901 8TH AVE SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 398-6901 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 15, 2021

Shane Gailushas
Mercy Ent Clinic
901 8TH AVE SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Shane Gailushas:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2018 through the present

We ask that you provide this information by December 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative DocuSigned by: Jo Nie 5E04D8025922423 Date: 11/30/2021

Date of Birth: ____ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

## 04/06/2018 - Office Visit in Mercy Ear Nose & Throat Clinic

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| David R Barnes, MD | David R Barnes, MD | Kristin L Gisselman, DO |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Ear Nose & Throat Clinic | 901 8th Ave. SE<br>Cedar Rapids IA 52401-2121 | 319-398-6900 | 319-398-6901 |

#### Follow-up and Dispositions

- Return in about 1 week (around 4/13/2018) for Follow Up Visit with Audio Dr Benson ASHL s/p MRI and Medrol.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,EST,LEVL IV** |

### Clinical Notes

#### Progress Notes

**David R Barnes, MD at 4/6/2018 1100**

Author: David R Barnes, MD Service: Otolaryngology Author Type: Physician
Filed: 4/9/2018 8:45 AM Encounter Date: 4/6/2018 Status: Signed
Editor: David R Barnes, MD (Physician)

MERCY® EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8th Ave. Se
Cedar Rapids IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Nie, at our ENT clinic on 4/6/2018. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

David R Barnes, MD

## Consult Note

HPI:
The patient is a 53 y.o. female with a complaint of right ear sudden hearing loss with (R) tinnitus initially had imbalance. The hearing loss is sudden and started 4/4/16. She visited her PCP on 4/5/18 and an MRI was ordered at that time and audiogram was completed in our office today. The patient has experienced this in January 2-3 times or so. She no longer has imbalance.

Medications::
- betamethasone valerate (VALISONE) 0.1 % lotion
- ibuprofen (ADVIL,MOTRIN) 400 MG tablet
- levothyroxine (SYNTHROID, LEVOTHROID) 137 MCG

**Clinical Notes (continued)**

Risks factors for hearing loss include:none. They are having the following symptoms of possible hearing loss: this was sudden. She has not had a recent URI and there is no family hx of HL.

Previous ear surgeries included: none

Associated symptoms include:
Tinnitus: constant high pitch non-pulsatile that has significantly increased in the last few days.

Work up for the patient has included:MRI pending and Audiogram
Attempted treatment has included:none

## ASSESSMENT / PLAN:

Jo was seen today for hearing loss.

Diagnoses and all orders for this visit:

**Asymmetrical hearing loss of right ear**

Assessment & Plan:

The patient reports (R) hearing loss since 4/4/18, she denies any otalgia, otorrhea, or injury to the ear. She denies any URI infection. Her examination today shows some scar tissue on the (R) TM. The patients ears are healthy today on examination. The patient is expressing asymmetric sensorineural hearing loss. I did explain that asymmetric hearing loss is associated with intracranial pathology such as an acoustic neuroma approximately 1-2% of the time. Also there may be some inflammation around the nerve and will begin a medrol dosage pack. The obtaining of an MRI was discussed with the patient as well. She would like to obtain an MRI. We will contact her with the results. I would like her to see Dr. Benson next week.

Orders:

- methylPREDNISolone (MEDROL, PAK,) 4 mg tablet; follow package directions

**Tinnitus of right ear**

Assessment & Plan:

This is a symptom of hearing loss.

**Imbalance**

Assessment & Plan:

This is related to the vestibular issues she is experiencing.

**DNS (deviated nasal septum)**

Assessment & Plan:

The septum is deviated to the Right causing a 15% obstruction.This is an incidental finding on today's exam.

tablet
• PREMARIN 0.3 mg tablet
• venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule
• methylPREDNISolone (MEDROL, PAK,) 4 mg tablet

Patient has no known allergies.

**Past Medical History:**
- Depression
- Disease of thyroid gland
- Glaucoma
- H/O iritis
- Osteoarthritis
- Sleep apnea

**Past Surgical History:**
- ADENOIDECTOMY
- BACK SURGERY
- CERVICAL POLYPECTOMY
- CESAREAN SECTION
- CYSTOSCOPY
- DA VINCI SALPINGECTOMY
- ENDOMETRIAL FULGURATION
- LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
- LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI
- LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
- TONSILLECTOMY

## ROS:

Review of Systems

Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Positive for **hearing loss (**
**(R))** and **tinnitus (**
**(R)**

**)**. Negative for congestion, drooling, ear pain, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain, discharge and visual disturbance.
Respiratory: Negative for apnea, cough, choking, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, frequency and urgency.
Musculoskeletal: Negative for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and dysphoric mood.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Sister | |
| • No Known Problems | Daughter | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Other | |
| • Breast cancer | Neg Hx | |
| • Ovarian cancer | Neg Hx | |
| • BRCA 1/2 | Neg Hx | |

Jo reports that she does not drink alcohol. She reports that she has never smoked. She has never used smokeless tobacco. She reports that she does not use drugs.

**EXAM:**
BP 129/85 | Pulse 93 | Wt 213 lb (96.6 kg) | LMP 03/04/2014 | BMI 34.38 kg/m²

**Constitutional:**
She is **oriented to person, place, and time**. **Vital signs are normal**. She appears **well-developed** and **well-nourished**. Non-toxic appearance. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without abrasion and without laceration. Normal facial anatomy.
**Ears:**

Right Ear: **Tympanic membrane** and **ear canal** normal. External ear canal shows **scar**. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. **Decreased hearing** is noted.

Left Ear: **Tympanic membrane** and **ear canal** normal. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. **Decreased hearing** is noted.

**Nose:**
Normal **external nose**, **nose normal**, **septum** and **sinuses**.

Septum **deviated to the right**. nares is **15**% blocked.

**DNS (R)**

**Mouth/Throat:**
Normal **lips**, **gums**, **teeth**, **tongue**, **mucous membranes**, **oropharynx** and **oropharynx clear and moist**. Uvula is **midline**. She does not have dentures. No dental caries or oral lesions. No trismus in the jaw.

Tonsils are **1+** on the right. Tonsils are **1+** on the left.

Movement of the tongue is **equal**.

Salivary glands **normal to palpation**. Mucous membranes are not pale and not dry. No oropharyngeal exudate.

**Larynx:**
Normal **nasopharynx**, **oropharynx**, **supraglottis** and **glottis**.

**Tongue base is symmetric**.

**Eyes:**
**Conjunctivae** and **EOM** are normal. **Pupils are equal, round, and reactive to light**.
**She wears glasses**

**Neck:**
Normal **neck**, **trachea** and **thyroid**. No edema, no erythema and no lesions present. **Neck supple**. **Normal range of motion**. No thyroid mass and no thyromegaly. No tracheal deviation. **Phonation normal**. No stridor or tracheal tenderness.

**Cardiovascular:**
**Normal rate**, **regular rhythm** and **normal heart sounds**.

**Pulmonary/Chest:**
**Effort normal** and **breath sounds normal**. No stridor. No respiratory distress.

**Lymphatic:**

She has no cervical adenopathy.
Right cervical: No superficial cervical and no deep cervical adenopathy present.
Left cervical: No superficial cervical and no deep cervical adenopathy present.
Head (right side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.
Head (left side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.

**Neurological:**
She is **alert** and **oriented to person, place, and time**. **Cranial nerves II through XII intact** and **cranial nerves intact with exceptions**. **Vestibulocochlear nerve abnormal**.

**Skin:**
Skin is **warm** and **dry**.

**Psychiatric:**
She has a **normal mood and affect**. Her **speech is normal** and **behavior is normal**. **Judgment** and **thought content** normal.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**
None

**Pertinent Imaging:**
MRI incomplete
**Procedures:**
**none**
**Audiology:**
4/6/18 Results
Audiometric test results indicate hearing is borderline normal sloping to a moderate sensorineural hearing loss in the left ear. The right ear has a moderately-severe sensorineural hearing loss hearing loss.
Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 96% in the left ear and poor at 56% in the right ear. These scores are significantly different between ears.
The following sections: Physical Exam, Assessment and Plan scribed by Karla Fischer RN.

The scribed portions of this encounter were reviewed and updated, by me, as necessary.

David R Barnes, MD

Electronically signed by David R Barnes, MD at 4/9/2018 8:45 AM

## 04/12/2018 - Office Visit in Mercy Ear Nose & Throat Clinic

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Aaron G Benson, MD | Aaron G Benson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Ear Nose & Throat Clinic | 901 8th Ave. SE<br>Cedar Rapids IA 52401-2121 | 319-398-6900 | 319-398-6901 |

#### Follow-up and Dispositions

- Return if symptoms worsen or fail to improve.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,NEW,LEVL V** |

### Clinical Notes

#### Progress Notes

**Aaron G Benson, MD at 4/12/2018 1300**

Author: Aaron G Benson, MD Service: Otolaryngology Author Type: Physician
Filed: 4/12/2018 2:11 PM Encounter Date: 4/12/2018 Status: Signed
Editor: Aaron G Benson, MD (Physician)

MERCY® EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8th Ave. Se
Cedar Rapids IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Nie, for follow-up at our ENT clinic on 4/12/2018. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

Aaron G Benson, MD

## Follow-Up Note

**SUBJECTIVE:**
The patient is a 53 year old female who presents today for further evaluation of sudden right sided hearing loss and imbalance.

Jo was seen in our clinic on 4/6/18 by Dr David Barnes with the complaint of sudden right sudden hearing loss which started on 4/4/18. An

Medications::
- betamethasone valerate (VALISONE) 0.1 % lotion
- ibuprofen (ADVIL,MOTRIN) 400 MG tablet
- levothyroxine

audiogram was done in our office which showed asymmetrical right SNHL. An MRI was ordered and she was prescribed a Medrol Dose Pak. The MRI is pending insurance at this time.

Today the patient reports the following: She had some episodes of imbalance in which she would be walking and tip to the right started in January. These episodes would last less than a minute. She was always walking when this would occur.

ON 4/4/18 she lost the hearing in her right ear. The next morning she tried to get out of bed and had an episode of imbalance which was more severe than ever before. The imbalance went away later that day. She does continue to have brief episodes of imbalance. She feels she has gotten much of the hearing back as well.

Jo denies any family history of hearing loss. She has no history of loud noise exposure.

A repeat audiogram was done in our office today.

Jo is not a smoker. Jo works at Mercy in the HIM Department.

## ASSESSMENT / PLAN:

Jo was seen today for ear problem.

Diagnoses and all orders for this visit:

**Asymmetrical hearing loss of right ear**

Assessment & Plan:

The patient had sudden asymmetrical hearing loss of the right ear. She saw Dr Barnes in our clinic on 4/6/18 and was given a Medrol Dose Pak. We saw her today and administered a steroid injection to the right ear. An MRI has been ordered. We will call her with those results

Orders:

- dexamethasone (DECADRON) injection 10 mg; 1 mL (10 mg total) by Other route once.

**Sensorineural hearing loss (SNHL) of both ears**

Assessment & Plan:

The patient had an audiogram today in our office which showed asymmetrical SNHL, Right greater than Left. I discussed with the patient that if the MRI is normal she may wish to consider hearing aids

**Sudden right hearing loss**

Assessment & Plan:

The patient was seen today for sudden right sided hearing loss which occurred on 4/4/18. She saw Dr Barnes in our office on 4/6/18 and was given a Medrol Dose Pak and an MRI was ordered which is pending insurance approval. Today she reports that she seems to have some of her hearing back but she is still unable to fully hear out of the right ear. A repeat audiogram was done today which showed an asymmetrical SNHL, Right greater than left. We administered a steroid injection to the right ear

(SYNTHROID, LEVOTHROID) 137 MCG tablet
• methylPREDNISolone (MEDROL, PAK,) 4 mg tablet
• PREMARIN 0.3 mg tablet
• venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule

No current facility-administered medications for this visit.

Patient has no known allergies.

**Past Medical History:**

- Depression
- Disease of thyroid gland
- Glaucoma
- H/O iritis
- Osteoarthritis
- Sleep apnea

**Past Surgical History:**

- ADENOIDECTOMY
- BACK SURGERY
- CERVICAL POLYPECTOMY
- CESAREAN SECTION
- CYSTOSCOPY
- DA VINCI SALPINGECTOMY
- ENDOMETRIAL FULGURATION
- LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
- LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI
- LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
- TONSILLECTOMY

today. We will call her with the MRI results.

Orders:
- dexamethasone (DECADRON) injection 10 mg; 1 mL (10 mg total) by Other route once.

**Imbalance**

Assessment & Plan:

The patient has had episodes of imbalance lasting about 1 minute. An MRI was ordered when she saw Dr Barnes in our clinic on 4/6/18. We are awaiting insurance approval. We will call the patient with those results

**ROS:**

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Positive for **hearing loss (right side more than the left)**. Negative for congestion, drooling, ear pain, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain, discharge and visual disturbance.
Respiratory: Negative for apnea, cough, choking, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, frequency and urgency.
Musculoskeletal: Negative for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and dysphoric mood.

**EXAM:**

BP 119/78 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 89 | LMP 03/04/2014

**Constitutional:**

She is **oriented to person, place, and time**. **Vital signs are normal**. She appears **well-developed** and **well-nourished**. Non-toxic appearance. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without abrasion and without laceration. Normal facial anatomy.
**Wears glasses**
**Ears:**

Right Ear: **Tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. **Decreased hearing** is noted.

Left Ear: **Tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. **Decreased hearing** is noted.

**Nose:**
Normal **external nose**, **nose normal**, **septum** and **sinuses**.

**Mouth/Throat:**
Normal **lips**, **gums**, **teeth**, **tongue**, **mucous membranes**, **oropharynx** and **oropharynx clear and moist**. Uvula is **midline**. She does not have dentures. No dental caries or oral lesions. No trismus in the jaw.

Tonsils are **1+** on the right. Tonsils are **1+** on the left.

Movement of the tongue is **equal**.

Salivary glands **normal to palpation**. Mucous membranes are not pale and not dry. No oropharyngeal exudate.
**Tonsils surgically removed**

**Larynx:**
Normal **oropharynx**.

**Eyes:**
**Conjunctivae** and **EOM** are normal. **Pupils are equal, round, and reactive to light**.

**Neck:**
Normal **neck**, **trachea** and **thyroid**. No edema, no erythema and no lesions present. **Neck supple**. **Normal range of motion**. No thyroid mass and no thyromegaly. No tracheal deviation. **Phonation normal**. No stridor or tracheal tenderness.

**Cardiovascular:**
**Normal rate**, **regular rhythm** and **normal heart sounds**.

**Pulmonary/Chest:**
**Effort normal** and **breath sounds normal**. No stridor. No respiratory distress.

**Lymphatic:**

She has no cervical adenopathy.
Right cervical: No superficial cervical and no deep cervical adenopathy present.
Left cervical: No superficial cervical and no deep cervical adenopathy present.
Head (right side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.
Head (left side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.

**Neurological:**
She is **alert** and **oriented to person, place, and time**. **Cranial nerves intact with exceptions**. **Vestibulocochlear nerve abnormal**.

**Skin:**
Skin is **warm** and **dry**.

**Psychiatric:**
She has a **normal mood and affect**. Her **speech is normal** and **behavior is normal**. **Judgment** and **thought content** normal.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**
none

**Pertinent Imaging:**

none

**Procedures:**
**Otolaryngology Operative Report**

**4/12/2018**

**Surgeon:** Dr Aaron Benson

**Preoperative Diagnosis: Sudden Right Sided Hearing Loss,**
Asymmetrical hearing loss of right ear [H91.8X1]

**Postoperative Diagnosis:** Same

**Procedure:** right ear Chemical injection

1. Dexamethasone 10 mg/dl
2. Microscope

**Indication:** Sudden Hearing Loss, Right

**Procedure**:
The patient was consented for an injection. Risks of the procedure were discussed with the patient and included and were not limited to failure of the injection to provide benefit, dizziness, tinnitus or worsening of their current tinnitus, loss of hearing, unsteadiness, pain, infection, facial nerve weakness or paralysis, taste disruption, and perforation of the eardrum. I now confirmed with the patient that I was injecting the correct side. At this time the zeiss pico operating microscope was brought in to place. Topical phenol was placed on the posterior-inferior portion of the tympanic membrane. 2.5 cc of Dexamethasone was injected into the right ear. The patient was placed on their opposite side for 20 minutes and asked to avoid swallowing to allow maximum exposure to the medication. At this time the procedure was completed. The patient was assisted to an upright position to ensure their safety and allowed to go home

**Audiology:**
Results 4/12/18
Audiometric test results indicate hearing is within normal limits sloping to a moderate sensorineural hearing loss in the left ear and the right ear has a mild to severe sensorineural hearing loss.
NOTE: Hearing in the right ear is improved 15 dB at 4000 Hz, 20 dB at 250 & 2000 Hz, 40 dB at 500 Hz, and 45 dB at 1000 Hz and hearing in the left ear is not significantly changed from results obtained on 4/6/2018.
Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 96% in the left ear and 100% in the right ear. Right score is significantly improved from previous hearing test results.
I personally viewed this audiogram and findings include: asymmetric hearing loss right greater than left. This is a marked improvement from last apt but the results were said to be less reliable on that audio.

Results 4/6/18
Audiometric test results indicate hearing is borderline normal sloping to a moderate sensorineural hearing loss in the left ear. The right ear has a moderately-severe sensorineural hearing loss hearing loss.
Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 96% in the left ear and poor at 56% in the right ear. These scores are significantly different between ears.

The following sections: HPI, Physical Exam. Assessment and Plan were scribed by Kathie Grekoff, CMA I reviewed & updated scribed portions of this encounter as necessary, Aaron G. Benson, MD

Aaron G Benson, MD

Electronically signed by Aaron G Benson, MD at 4/12/2018 2:11 PM

## 06/13/2018 - Office Visit in Mercy Ear Nose & Throat Clinic

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Aaron G Benson, MD | Aaron G Benson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Ear Nose & Throat Clinic | 901 8th Ave. SE<br>Cedar Rapids IA 52401-2121 | 319-398-6900 | 319-398-6901 |

#### Follow-up and Dispositions

- Return in about 6 months (around 12/13/2018) for Recheck right hearing loss and imbalance with audio.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,EST,LEVL IV** |

### Clinical Notes

#### Progress Notes

**Aaron G Benson, MD at 6/13/2018 1115**

Author: Aaron G Benson, MD
Service: Otolaryngology
Author Type: Physician
Filed: 6/13/2018 11:21 AM
Encounter Date: 6/13/2018
Status: Signed
Editor: Aaron G Benson, MD (Physician)

MERCY® EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8th Ave. Se
Cedar Rapids IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Nie, for follow-up at our ENT clinic on 6/13/2018. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

Aaron G Benson, MD

## Follow-Up Note

**SUBJECTIVE:**
The patient is a 53 year old female who presents today for follow up of sudden right sided hearing loss.

January 2018 she had some right sided hearing loss with imbalance off and on. Jo was seen in our clinic on 4/6/18 by Dr David Barnes with the

Medications::
- aspirin 81 MG EC tablet
- betamethasone valerate (VALISONE) 0.1 % lotion
- levothyroxine (SYNTHROID, LEVOTHROID) 137 MCG

complaint of sudden right sudden hearing loss which started on 4/4/18 followed by some imbalance x 1 day. An audiogram was done in our office which showed asymmetrical right SNHL. An MRI was ordered and she was prescribed a Medrol Dose Pak. I saw her on 4/12/18 and administered a steroid shot into her right ear.

She returns today to discuss the MRI and to recheck her hearing. Today, she reports: she continues to have bouts of decreased hearing in the right ear which she describes as muffled hearing. Patient states this symptom is lasting 1-2 minutes at a time and happen randomly. She does feel a little off balance with this and will lean to the right during this when walking. Patient states there is no pattern to the frequency. She has never had a spinning sensation.

Jo is not a smoker. Jo works at Mercy in the HIM Department.

## ASSESSMENT / PLAN:

Jo was seen today for follow-up.

Diagnoses and all orders for this visit:

**Asymmetrical hearing loss of right ear**

Assessment & Plan:

She still has asymmetric hearing loss on the right side despite oral and intratympanic steroid injection. However, it is much improved after the oral steroids.

**Tinnitus of right ear**

Assessment & Plan:

This is a result of the hearing loss.

**Sudden right hearing loss**

Assessment & Plan:

This was treated with oral and intratympanic steroids. Her hearing is much improved. Her MRI was normal. I don't have enough evidence to label her as Meniere's at this time. I would recommend that she follow up in 6 months with repeat audio.

**Imbalance**

Assessment & Plan:

The cause of this is unknown at this time. Should she develop vertigo, then she should be seen sooner than 6 months as it may be a symptom of Meniere's and we would like to see her with an audio to try and confirm or deny that diagnosis.

**Postablative hypothyroidism**

Assessment & Plan:

This may have contributed to her sudden hearing loss. She will follow with her pcp for management of her thyroid levels and medication.

tablet
- venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule
- ibuprofen (ADVIL,MOTRIN) 400 MG tablet

Patient has no known allergies.

**Past Medical History:**
- Depression
- Disease of thyroid gland
- Glaucoma
- H/O iritis
- Osteoarthritis
- Sleep apnea

**Past Surgical History:**
- ADENOIDECTOMY
- BACK SURGERY
- CERVICAL POLYPECTOMY
- CESAREAN SECTION
- CYSTOSCOPY
- DA VINCI SALPINGECTOMY
- ENDOMETRIAL FULGURATION
- LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
- LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI
- LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
- TONSILLECTOMY

**ROS:**
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Positive for **hearing loss (right)**. Negative for congestion, drooling, ear pain, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain, discharge and visual disturbance.
Respiratory: Negative for apnea, cough, choking, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, frequency and urgency.
Musculoskeletal: Negative for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and dysphoric mood.

**EXAM:**
BP 126/86 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 88 | Ht 5' 6" (1.676 m) | Wt 213 lb (96.6 kg) | LMP 03/04/2014 | BMI 34.38 kg/m²

**Constitutional:**
She is **oriented to person, place, and time**. **Vital signs are normal**. She appears **well-developed** and **well-nourished**. Non-toxic appearance. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without abrasion and without laceration. Normal facial anatomy.
**Wears glasses**
**Ears:**

Right Ear: **Tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. **Decreased hearing** is

noted.

Left Ear: **Tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. **Decreased hearing** is noted.

**Nose:**
Normal **external nose**, **nose normal**, **septum** and **sinuses**.

**Mouth/Throat:**
Normal **lips**, **gums**, **teeth**, **tongue**, **mucous membranes**, **oropharynx** and **oropharynx clear and moist**. Uvula is **midline**. She does not have dentures. No dental caries or oral lesions. No trismus in the jaw.

Tonsils are **1+** on the right. Tonsils are **1+** on the left.

Movement of the tongue is **equal**.

Salivary glands **normal to palpation**. Mucous membranes are not pale and not dry. No oropharyngeal exudate.
**Tonsils surgically removed**

**Larynx:**
Normal **oropharynx**.

**Eyes:**
**Conjunctivae** and **EOM** are normal. **Pupils are equal, round, and reactive to light**.

**Neck:**
Normal **neck**, **trachea** and **thyroid**. No edema, no erythema and no lesions present. **Neck supple**. **Normal range of motion**. No thyroid mass and no thyromegaly. No tracheal deviation. **Phonation normal**. No stridor or tracheal tenderness.

**Cardiovascular:**
**Normal rate**, **regular rhythm** and **normal heart sounds**.

**Pulmonary/Chest:**
**Effort normal** and **breath sounds normal**. No stridor. No respiratory distress.

**Lymphatic:**

She has no cervical adenopathy.
Right cervical: No superficial cervical and no deep cervical adenopathy present.
Left cervical: No superficial cervical and no deep cervical adenopathy present.
Head (right side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.
Head (left side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.

**Neurological:**
She is **alert** and **oriented to person, place, and time**. **Cranial nerves intact with exceptions**. **Vestibulocochlear nerve abnormal**.

**Skin:**
Skin is **warm** and **dry**.

**Psychiatric:**
She has a **normal mood and affect**. Her **speech is normal** and **behavior is normal**. **Judgment** and **thought content** normal.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 0.01 (L) | 02/01/2018 |

**Pertinent Imaging:**

**Study Result**

EXAM: MR BRAIN W-WO CONT

CLINICIAN'S HISTORY: sudden hearing loss right ear
Sudden idiopathic hearing loss of right ear with unrestricted hearing of left ear

HISTORY REPORTED TO TECHNOLOGIST: sudden hearing loss and tinnitus
right ear, off balance, NKI

COMPARISON: None.

TECHNIQUE: Images were obtained through the brain and IAC regions prior to and following 20 mL Dotarem IV gadolinium.

FINDINGS:

The internal auditory canal and cerebellopontine angle regions have an unremarkable MRI appearance.

Nonspecific white matter changes are noted in each cerebral hemisphere, most likely due to small vessel ischemic disease. No intracranial mass-effect, mass lesion, acute infarct or extra-axial fluid collection is identified on this study. No MRI findings of intracranial hemorrhage identified on this exam. There is no cerebellar tonsillar ectopia. No abnormal intracranial enhancement is seen. Incidental partially empty sella turcica.

Impression:

1. Unremarkable MRI appearance of the internal auditory canal regions and cerebellopontine angle regions.

2. Nonspecific white matter changes are noted in each cerebral hemisphere, most likely due to small vessel ischemic disease. Otherwise unremarkable MRI appearance of the brain.

Electronically signed by: Glenn Hammer, MD - 4/30/2018 3:20 PM

I have personally reviewed the radiologists report of the MRI: head which is located within the hospital chart. My personal interpretation includes the following additional findings : iacs are clear

**Procedures:**
None

**Audiology:**
Results 6/13/18-
Audiometric test results indicate normal hearing sloping to a moderate sensorineural hearing loss in the left ear and a mild to moderately-severe sensorineural hearing loss in the right ear.
NOTE: Hearing test results have not significantly changed from 4/12/2018 at which time the hearing loss was established sensorineural.
I personally viewed this audiogram and findings include: asymmetric snhl which is largely unchanged from previous.

Results 4/12/18
Audiometric test results indicate hearing is within normal limits sloping to a moderate sensorineural hearing loss in the left ear and the right ear has a mild to severe sensorineural hearing loss.
NOTE: Hearing in the right ear is improved 15 dB at 4000

Hz, 20 dB at 250 & 2000 Hz, 40 dB at 500 Hz, and 45 dB at 1000 Hz and hearing in the left ear is not significantly changed from results obtained on 4/6/2018.
Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 96% in the left ear and 100% in the right ear. Right score is significantly improved from previous hearing test results.
I personally viewed this audiogram and findings include: asymmetric hearing loss right greater than left. This is a marked improvement from last apt but the results were said to be less reliable on that audio.

<u>Results 4/6/18</u>
Audiometric test results indicate hearing is borderline normal sloping to a moderate sensorineural hearing loss in the left ear. The right ear has a moderately-severe sensorineural hearing loss hearing loss.
Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 96% in the left ear and poor at 56% in the right ear. These scores are significantly different between ears.

The following sections: History of present illness, physical exam and assessment / plan were scribed by Connie A Steggall, RN. I reviewed & updated scribed portions of this encounter as necessary, Aaron G. Benson, MD

Aaron G Benson, MD

Electronically signed by Aaron G Benson, MD at 6/13/2018 11:21 AM

## 12/13/2018 - Office Visit in Mercy Ear Nose & Throat Clinic

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| David M Kowalczyk, MD | David M Kowalczyk, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Ear Nose & Throat Clinic | 901 8th Ave. SE<br>Cedar Rapids IA 52401-2121 | 319-398-6900 | 319-398-6901 |

**Follow-up and Dispositions**

- Return in about 1 year (around 12/13/2019) for Recheck hearing loss, right Meniere's with audio.

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,EST,LEVL IV** |

**Clinical Notes**

**Progress Notes**

**David M Kowalczyk, MD at 12/13/2018 1415**

Author: David M Kowalczyk, MD Service: Otolaryngology Author Type: Physician
Filed: 12/13/2018 4:28 PM Encounter Date: 12/13/2018 Status: Signed
Editor: David M Kowalczyk, MD (Physician)

MERCY® EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8th Ave. Se
Cedar Rapids IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Nie, at our ENT clinic on 12/13/2018. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

David M. Kowalczyk, MD

**Consult Note**

**HPI**: Jo Nie is a 54 y.o. female who presents today for right asymmetrical hearing loss. The patient was previously seen in our clinic by Dr Benson for sudden right sided hearing loss 6 months ago. She was treated with oral and intratympanic steroids on

Medications::
- aspirin 81 MG EC tablet

6/13/18. Her hearing was much improved. She complained of some intermittent balance as well. An MRI was ordered. Dr Benson did not have enough evidence to label her with Meniere's at that time. He recommended that she be seen in 6 months with a repeat audiogram.

Today, the patient reports that she has had 2 episodes of spinning sensation that lasts a few hours, twice in the past month with nausea followed by imbalance that lasts a few days. Her last episode of vertigo was on Monday, and she is still off balance. She does get right ear pressure during the vertigo episodes. The vertigo episodes usually start while she is still in bed. Her hearing is stable. She does have near constant tinnitus. No problems with ear infections.

She is a non-smoker. The patient's significant medical history includes OSA and psoriasis. She has had ENT-related surgeries. If so, these include: T&A She is on a blood-thinner medication such as ASA.

**ASSESSMENT / PLAN:**
Jo was seen today for follow-up, ear problem and dizziness.

Diagnoses and all orders for this visit:

**Meniere's disease of right ear**

Assessment & Plan:

She describes symptoms of vertigo with right ear pressure, fluctuating hearing loss, and chronic tinnitus that are consistent with Meniere's. I did explain the treatment and etiology of this condition. We discussed surgical and conservative options, including following a low sodium diet to try and help the symptoms. I did let her know that she may wish to talk to her PCP about considering a diuretic to help treat this as well. If she desires any surgical intervention, we'd refer her to UIHC. We will see her back in 1 year or sooner if needed.

Orders:
- Ambulatory referral to Physical Therapy; Future
- PT treat; Future

**Sensorineural hearing loss (SNHL) of both ears**

Assessment & Plan:

This is noted on today's audiogram. Due to her history of previous sudden hearing loss, I would recommend a follow up audiogram in 1 year or sooner as symptoms warrant.

**Sudden right hearing loss**

Assessment & Plan:

This was treated previously by Dr Benson and she was able to regain some of the hearing loss.

- betamethasone valerate (VALISONE) 0.1 % lotion
- ibuprofen (ADVIL,MOTRIN) 400 MG tablet
- levothyroxine (SYNTHROID, LEVOTHROID) 137 MCG tablet
- venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule

Patient has no known allergies.

**Past Medical History:**
- Depression
- Disease of thyroid gland
- Glaucoma
- H/O iritis
- Osteoarthritis
- Sleep apnea

**Past Surgical History:**
- ADENOIDECTOMY
- BACK SURGERY
- CERVICAL POLYPECTOMY
- CESAREAN SECTION
- CYSTOSCOPY
- DA VINCI SALPINGECTOMY
- ENDOMETRIAL FULGURATION
- LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
- LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI

•LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
•TONSILLECTOMY

**Vertigo**

Assessment & Plan:

This is a symptom of Meniere's. For acute episodes, she may use Meclizine or she may call our office and we could try doing an intratympanic steroid injection into the ear.

Orders:
- Ambulatory referral to Physical Therapy; Future
- PT treat; Future

**Tinnitus of right ear**

Assessment & Plan:

This is a symptom of the Meniere's and hearing loss.

**ROS:**

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue, fever and unexpected weight change.
HENT: Positive for **hearing loss** and **tinnitus**. Negative for congestion, dental problem, ear discharge, ear pain, facial swelling, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sneezing, sore throat, trouble swallowing and voice change.
Eyes: Negative for itching and visual disturbance.
Respiratory: Negative for apnea, cough, choking, shortness of breath and stridor.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Endocrine: Negative for cold intolerance and heat intolerance.
Musculoskeletal: Negative for myalgias, neck pain and neck stiffness.
Skin: Negative for color change and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Positive for **dizziness**. Negative for facial asymmetry, speech difficulty, weakness, light-headedness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for confusion, decreased concentration and sleep disturbance. The patient is not nervous/anxious.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Sister | |
| • No Known Problems | Daughter | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Aunt | |

| | |
|---|---|
| • No Known Problems | Other |
| • Breast cancer | Neg Hx |
| • Ovarian cancer | Neg Hx |
| • BRCA 1/2 | Neg Hx |

Jo reports that she does not drink alcohol. She reports that she has never smoked. She has never used smokeless tobacco. She reports that she does not use drugs.

**EXAM:**
BP 132/90 | Pulse 84 | Wt (!) 238 lb 11.2 oz (108.3 kg) | LMP 03/04/2014 | BMI 38.53 kg/m²

**Constitutional:**
She is **oriented to person, place, and time**. **Vital signs are normal**. She appears **well-developed** and **well-nourished**. She is **active** and **cooperative**. Non-toxic appearance. She does not have a sickly appearance. She does not appear ill. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without contusion and without laceration. Normal facial anatomy. Facial symmetry not within defined limits. Negative for facial lesions, laceration and mass.
**Ears:**

Right Ear: **External ear** and **ear canal** normal. No lacerations. External ear exhibits **skin lesions** (dermatitis). No tenderness. No mastoid tenderness. No drainage, swelling or laceration. No impacted cerumen. Ear canal is not visually occluded. No middle ear effusion. Tympanic membrane is **perforated** (very small (1%)). Tympanic membrane is not injected, not scarred and not retracted. **Decreased hearing** is noted.

Left Ear: **Tympanic membrane**, **external ear** and **ear canal** normal. No lacerations. External ear exhibits **skin lesions** (dermatitis). No tenderness. No mastoid tenderness. No drainage, swelling or laceration. No impacted cerumen. No middle ear effusion. Tympanic membrane is not injected, not scarred, not perforated and not retracted. **Decreased hearing** is noted. Ear canal is not visually occluded.




1: Small perforation likely from prior IT injection

**Nose:**

Normal **external nose**, **nose normal** and **septum**. No lesions. No nasal deformity. No dorsal deviation.

No caudal component or dorsal component. No obstruction. No caudal deviation and dorsal deviation. No obstruction. No perforation. No perforation.
No epistaxis, edema, erythema or polyps. **Clear** secretions present. No rhinorrhea or mucous strands. No inferior turbinate hypertrophy. No epistaxis, edema, erythema or polyps. **Clear** secretions present. No rhinorrhea or mucous strands. No inferior turbinate hypertrophy.

**Mouth/Throat:**

Normal **lips**, **gums**, **teeth**, **tongue**, **mucous membranes**, **oropharynx** and **oropharynx clear and moist**. Uvula is **midline**. Uvula is normal. Normal dentition. No oral lesions. No trismus in the jaw.

No lesion and erythema seen in oropharynx. Mallampati score was **II**. Tonsils are **0** on the right. Tonsils are **0** on the left.

**Lingual symmetry within defined limits**. Movement of the tongue is **equal**. No tongue lesions. The tongue is not large.

Salivary glands **normal to palpation**. Salivary glands are non-tender. No parotid mass and submandibular mass. Mucous membranes are not pale and not dry.

**Larynx:**

Normal **oropharynx**.

**Eyes:**
**Conjunctivae**, **EOM** and **lids** are normal. **Pupils are equal, round, and reactive to light**. Right eye exhibits no chemosis and no discharge. Left eye exhibits no chemosis and no discharge.

**Neck:**
Normal **neck** and **trachea**. No edema, no erythema, no muscular tenderness and no lesions present. **Neck supple**. No neck rigidity. **Normal range of motion**. **Full passive range of motion without pain**. Normal range of motion. No masses on inspection or on palpation. No tracheal deviation. **Phonation normal**. No stridor or tracheal tenderness.

**Cardiovascular:**
**Normal rate**.

**Pulmonary/Chest:**
**Effort normal**. No stridor. No respiratory distress. She has no wheezes.

**Lymphatic:**

She has no cervical adenopathy.
Right cervical: No superficial cervical and no deep cervical adenopathy present.
Left cervical: No superficial cervical and no deep cervical adenopathy present.

**Neurological:**
She is **alert** and **oriented to person, place, and time**. **Cranial nerves intact with exceptions**. House-Brackmann grade **1** on right, grade **1** on left. **Vestibulocochlear nerve abnormal**. Coordination and gait normal.

**Skin:**
Skin is **warm** and **dry**. No lesion and no rash noted. No erythema. No pallor. No palpable masses.

**Psychiatric:**
She has a **normal mood and affect**. Her **speech is normal** and **behavior is normal**. **Judgment** and **thought content** normal. **Cognition and memory** are normal.

**Musculoskeletal:**
**Normal range of motion**.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**
None

**Pertinent Imaging:**

EXAM: MR BRAIN W-WO CONT

CLINICIAN'S HISTORY: sudden hearing loss right ear
Sudden idiopathic hearing loss of right ear with unrestricted hearing of left ear

HISTORY REPORTED TO TECHNOLOGIST: sudden hearing loss and tinnitus
right ear, off balance, NKI

COMPARISON: None.

TECHNIQUE: Images were obtained through the brain and IAC regions
prior to and following 20 mL Dotarem IV gadolinium.

FINDINGS:

The internal auditory canal and cerebellopontine angle regions have an
unremarkable MRI appearance.

Nonspecific white matter changes are noted in each cerebral hemisphere, most likely due to small vessel ischemic disease. No intracranial mass-effect, mass lesion, acute infarct or extra-axial fluid collection is identified on this study. No MRI findings of intracranial hemorrhage identified on this exam. There is no cerebellar tonsillar ectopia. No abnormal intracranial enhancement is
seen. Incidental partially empty sella turcica.

Impression:

1. Unremarkable MRI appearance of the internal auditory canal regions
and cerebellopontine angle regions.

2. Nonspecific white matter changes are noted in each cerebral hemisphere, most likely due to small vessel ischemic disease. Otherwise unremarkable MRI appearance of the brain.

Electronically signed by: Glenn Hammer, MD - 4/30/2018 3:20 PM

**Procedures:**

**Clinical Notes (continued)**

None

**Audiology:** Results 12/13/18
Audiometric test results indicate hearing is within normal limits sloping to a moderate sensorineural hearing loss in the left ear and there is a mild to severe sensorineural hearing loss in the right ear. NOTE: Air conduction thresholds have not significantly changed from those obtained 4/12/2018, at which time the hearing loss was established sensorineural.

I personally reviewed this audiogram.

The following sections: History of present illness, physical exam and assessment / plan were scribed by Connie A Steggall, RN.

I have reviewed and updated the scribed portions of the note.

David M. Kowalczyk, MD

Electronically signed by David M Kowalczyk, MD at 12/13/2018 4:28 PM

## 01/08/2019 - Evaluation in Mercy Physical Therapy

**Visit Information**

**Provider Information**

| Encounter Provider | Referring Provider |
|---|---|
| David R Neira, PT | David M Kowalczyk, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Physical Therapy | 901 8th Avenue SE<br>Cedar Rapids IA 52403-2121 | 319-398-6900 | 319-398-6901 |

**Clinical Notes**

**Progress Notes**

**David R Neira, PT at 1/8/2019 1445**

Author: David R Neira, PT    Service: —    Author Type: Physical Therapist
Filed: 1/8/2019 4:11 PM    Encounter Date: 1/8/2019    Status: Signed
Editor: David R Neira, PT (Physical Therapist)

**Outpatient Physical Therapy Department**
**Physical Therapy Initial Assessment**

Date: 1/8/2019
Name: Jo Nie
DOB:
Referring Physician: Kowalczyk, David M, MD
Primary Care Physician: Kristin L Gisselman, DO

Diagnoses of Vertigo and Meniere's disease of right ear were pertinent to this visit.

| | 01/08/19 1450 |
|---|---|
| **General** | |
| Note Type | Initial |
| Visit Number | 1 |
| Referral Diagnosis | Imbalance, vertigo, new dx of Meneieres |
| Date of Onset | 01/08/18 |
| Subjective History | Pt notes a one year history of right hearing loss along with the sensation of tilting to the right. In April, she completely loss hearing in the right ear. She was given oral steriods and she had some recovery of hearing. She then had another more severe episode of dizziness. She now feels unsteady. She was diagnosed with Meniere's disease. TInnitus in the right ear. Moderated hearing loss in the right ear, minimal in the left. No recent colds or infection. No falls. She has progressive lense glasses. She drinks 40 oz of water per day. She has one pop a day. She has a history of 2 lumbar surgeries. No seasonal allergies. Her last vertigo attack She would like to improve her balance and steadiness with PT. |
| Fall History | None |
| Which is your dominant hand? | Right |
| Age/Gender | 54/Female |
| **Diagnostic Findings:** | |
| Audiogram | Audiometric test results indicate hearing is within normal limits sloping to a moderate sensorineural hearing loss in the left ear and there is a mild to severe |

**01/08/2019 - Evaluation in Mercy Physical Therapy (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | sensorineural hearing loss in the right ear. |
| **Vision Problems/Correction** | |
| Vision Problems/Correction | Progressive lense glasses. |
| **Physical** | |
| Looking up | 2 |
| Walking down the aisle | 4 |
| Performing ambitious activities | 4 |
| Quick movements of head | 4 |
| Turning over in bed | 2 |
| Walking down a sidewalk | 4 |
| Bending over | 4 |
| Score - Physical | 24 |
| **Emotional** | |
| Feel frustrated | 4 |
| Afraid to leave home | 2 |
| Embarrassed in front of others | 4 |
| Afraid others think intoxicated | 4 |
| Difficult to concentrate | 4 |
| Afraid to stay at home alone | 2 |
| Feel handicapped | 2 |
| Stress on your relationships | 2 |
| Depressed | 2 |
| Score - Emotional | 26 |
| **Functional** | |
| Restrict your travel | 2 |
| Difficulty getting into/out of bed | 2 |
| Restrict social activities | 2 |
| Difficulty | 4 |

**Clinical Notes (continued)**

| | |
|---|---|
| reading | |
| Avoid heights | 4 |
| Strenuous housework or yardwork | 4 |
| Difficulty walking alone | 2 |
| Difficult to walk in the dark | 4 |
| Interfere with job/responsibilities | 2 |
| Score Functional | 26 |
| **Dizziness Handicap Inventory: Total Score** | |
| Total Score | 76 |
| **Oculomotor and Vestibulo-Ocular Exam** | |
| Spontaneous Nystagmus | Abnormal (comments)<br>*(Left beating nystagmus under infrared.)* |
| Smooth Pursuit | WNL |
| Gaze - Evoked Nystagmus | Abnormal (comments)<br>*(Left beating nystagmus.)* |
| Saccades | WNL |
| Head-Shake Nystagmus | Abnormal (comments)<br>*(Left beating nystagmus under infrared.)* |
| Head Thrust - Right | WNL |
| Head Thrust - Left | WNL |
| Static Visual Acuity | LIne 7: 20/25 |
| Dynamic Visual Acuity | Line 2: 20/80 |
| **Physical Status:** | |
| Vertebral Artery Screen | WNL |
| **Positional Vertigo/Nystagmus:** | |
| Dix-Hallpike - Right | Positive<br>*(Left beating nystagmus.)* |
| Dix-Hallpike - Left | Negative |
| Roll Test - Right | Negative |
| Roll Test - Left | Negative |
| **Vertigo/Neuro/Balance Special Tests:** | |
| Sharpened Rhomberg - Eyes Open | 0 |
| Sharpened | 0 |

**01/08/2019 - Evaluation in Mercy Physical Therapy (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Rhomberg - Eyes Closed | |
| MCTSIB - Condition 1 | 30 |
| MCTSIB - Condition 2 | 5 |
| **Dynamic Gait Index** | |
| Gait level surface | 3 |
| Change in gait speed | 3 |
| Gait with horizontal head turns | 2 |
| Gait with vertical head turns | 2 |
| Gait and pivot turn | 3 |
| Step over obstacle | 3 |
| Step around obstacles | 3 |
| Steps | 2 |
| Total Score (out of 24) | 21 |
| **Short Term Goals** | |
| Pt Will Improve Balance Strategies to Normal Outcomes in All 4 in CTSIB Conditions | in 4 weeks;New goal |
| Pt Will Improve Dynamic Gait Index By | 1-4 points to decrease risk of falling;in 6 weeks;New goal |
| Pt Will Decrease Subjective Dizziness Handicap Inventory Score By | 21-30 points;in 3 weeks;New goal |
| **Long Term Goals** | |
| Pt Will Decrease Subjective Dizziness Handicap Inventory Score | 51-60 points;in 6 weeks;New goal |

**01/08/2019 - Evaluation in Mercy Physical Therapy (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| By | |
| Pt Will Have No Vertigo and Functional Mobility/ADLs | in 6 weeks;New goal |
| Pt Will Be Independent With Home Exercise Program to Involve Static, Dynamic and ADL Incorporated VOR/SER Challenges | in 6 weeks;New goal |
| **Plan** | |
| Plan | Plan of care initiated |
| Plan Comments | **Patient examination was consistent with the given diagnosis. She is good candidate for PT to improve balance and decrease motion sensitivity post Meniere's episode.** |
| Treatments | Habituation Ex for Motion Sensitivity;Vestibulo-Ocular Ex;Strengthening ROM Ex;Gait Training;Retraining of Balance Strategies;Home Exercise Program instruction |
| Frequency of Treatment | 1x/week |
| Duration of Treatment | for 6 weeks |
| Rehab Potential | Good - Reasonable expectation that all goals should be achieved |
| **Assessment** | |
| Prognosis | Good |
| Problem List | Impaired VOR;Impaired VSR;Impaired motion sensitivity |
| **PT Evaluation** | |
| $Initial PT Evaluation | Moderate Complexity |
| **Therapeutic Interventions** | |
| $Therapeutic Exercise | 8-22 mins |
| **Time Calculation** | |
| Start Time | 1450 |
| Stop Time | 1540 |
| Time Calculation (min) | 50 min |
| **Total Treatment Time** | |
| PT Total Treatment Time | 50 minutes |

Treatment: HEP established: VOR X1 sitting 30 seconds 3x/day, VSR exercise BID: WBOS, NS, semitandem, foam stance EO/EC 30 seconds. Education on Meniere's disease and strategies to maximize vestibular function.
P: VOR, VSR exercise, habituation and balance training.

Eval 35
Therex 15

David Neira PT
MERCY MEDICAL CENTER
MERCY PHYSICAL THERAPY
901 8th Avenue Se
Cedar Rapids IA 52403-2121
Dept: 319-398-6900
Loc: 319-398-6011

Electronically signed by David R Neira, PT at 1/8/2019 4:11 PM

# 01/15/2019 - Treatment in Mercy Physical Therapy

## Visit Information

### Provider Information

| Encounter Provider | Referring Provider |
|---|---|
| David R Neira, PT | David M Kowalczyk, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Physical Therapy | 901 8th Avenue SE<br>Cedar Rapids IA 52403-2121 | 319-398-6900 | 319-398-6901 |

## Clinical Notes

### Progress Notes

**David R Neira, PT at 1/15/2019 1445**

Author: David R Neira, PT
Service: —
Author Type: Physical Therapist
Filed: 1/15/2019 4:32 PM
Encounter Date: 1/15/2019
Status: Signed
Editor: David R Neira, PT (Physical Therapist)

| | 01/15/19 1445 |
|---|---|
| **General** | |
| Note Type | Daily |
| Visit Number | 2 |
| Referral Diagnosis | Imbalance, vertigo, new dx of Meneieres |
| Subjective History | Pt notes continues unstability with gait. She had increased symptoms for several days after PT evaluation. She had to take meclizine on Sat to go to a basketball game. Better this week. She is now able to complete her HEP with minimal dizziness. |
| Age/Gender | 54/Female |
| **Therapeutic Interventions** | |
| $Therapeutic Exercise | 23-37 mins |
| **Time Calculation** | |
| Start Time | 1445 |
| Stop Time | 1510 |
| Time Calculation (min) | 25 min |
| **Total Treatment Time** | |
| PT Total Treatment | 25 minutes |

**Clinical Notes (continued)**

| Time | |
|---|---|

Treatment: Static balance training: WBOS, NS, semitandem, foam NS/WBOS EO/EC 30 seconds. X1 VOR in standing 30 seconds (changed HEP to standing with changing targets). Dynamic balance: gait with speed changes and repeated turns.
P: Continue plan of care. Recheck in 2 weeks. Progress VOR/VSR exercises as tolerated.
Therex 2 25

Electronically signed by David R Neira, PT at 1/15/2019 4:32 PM

## 07/01/2019 - Office Visit in Mercy Ear Nose & Throat Clinic

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Samuel E Sprehe, MD | Samuel E Sprehe, MD | Kristin L Gisselman, DO |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Ear Nose & Throat Clinic | 901 8th Ave. SE<br>Cedar Rapids IA 52401-2121 | 319-398-6900 | 319-398-6901 |

#### Follow-up and Dispositions

- Return in about 3 months (around 10/1/2019) for Recheck.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,NEW,LEVL III** |

### Clinical Notes

#### Progress Notes

**Samuel E Sprehe, MD at 7/1/2019 0930**

Author: Samuel E Sprehe, MD | Service: Otolaryngology | Author Type: Physician
Filed: 7/24/2019 11:31 AM | Encounter Date: 7/1/2019 | Status: Addendum
Editor: Julie K Paullins, RN (CLINICAL SCRIBE)

MERCY® EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8TH AVE. SE
CEDAR RAPIDS IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Nie, at our ENT clinic on 7/1/2019. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

Samuel E. Sprehe, MD

## Consult Note

HPI:
Jo Nie54 y.o.female, an established patient, was re-referred to the clinic for a submandibular mass. She see her PCP 6/10/19 reporting 1 week history of swollen lymph nodes along her jaw line by her tonsils. She denied recent illness but reported increased fatigue. On exam she had submandibular adenopathy present bilaterally. A US thyroid was ordered and done 6/12/19 and based on results, a referral was placed. She has been previously see in the clinic for asymmetric hearing loss and

Medications::
- aspirin 81 MG EC tablet
- betamethasone valerate (VALISONE) 0.1 % lotion
- hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG tablet
- ibuprofen (ADVIL,MOTRIN) 400 MG

Meniere's disease. She was last seen 1/13/18 by Dr. Kowalczyk for this and was referred to physical therapy.

Today she presents with a mass located on the under the jaw line that has been present for approximately 3 weeks. The mass is size is stable. Nothing makes it better and nothing makes it worse.

Work up has included: US thyroid

Pertinent positive and negatives included but are not limited to:
Sun exposure no without the use of sunscreen.
Recent cat scratch no
Recent dental work no
Smoking History no; non-smoker.
Alcohol history: rare
Other history of head or neck masses: no
Trauma: no

Pertinent history: OSA, Meniere's disease, Graves disease with ablation, T&A

### ASSESSMENT / PLAN:
Jo was seen today for lumps in throat.

Diagnoses and all orders for this visit:

**Submandibular gland mass**

Comments:

Reassurance, will f/u for small adjacent nodes at right submax, but o/w NED

Orders:

- Ambulatory referral to ENT

**Lymphadenitis**

### ROS:
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Negative for congestion, drooling, ear pain, hearing loss, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain, discharge and visual disturbance.
Respiratory: Negative for apnea, cough, choking, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, frequency and urgency.
Musculoskeletal: Negative for arthralgias, back pain, neck pain and neck stiffness.

tablet
• levothyroxine (SYNTHROID) 125 MCG tablet
• venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule

Patient has no known allergies.

**Past Medical History:**
•Depression
•Disease of thyroid gland
•Glaucoma
•H/O iritis
•Meniere's disease
•Osteoarthritis
•Sleep apnea

**Past Surgical History:**
•ADENOIDECTOMY
•BACK SURGERY
•CERVICAL POLYPECTOMY
•CESAREAN SECTION
•CYSTOSCOPY
•DA VINCI SALPINGECTOMY
•ENDOMETRIAL FULGURATION
•LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
•LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI
•LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
•TONSILLECTOMY

Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and dysphoric mood.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Sister | |
| • No Known Problems | Daughter | |
| • No Known Problems | Maternal Grandmother | |
| • No Known Problems | Maternal Aunt | |
| • No Known Problems | Paternal Grandmother | |
| • No Known Problems | Paternal Aunt | |
| • No Known Problems | Other | |
| • Breast cancer | Neg Hx | |
| • Ovarian cancer | Neg Hx | |
| • BRCA 1/2 | Neg Hx | |

Jo reports that she does not drink alcohol. She reports that she has never smoked. She has never used smokeless tobacco. She reports that she does not use drugs.

**EXAM:**
BP 124/86 | Pulse 89 | Wt (!) 249 lb 3.2 oz (113 kg) | LMP 07/04/2017 | BMI 40.22 kg/m²

**Constitutional:**
She is **oriented to person, place, and time**. **Vital signs are normal**. She appears **well-developed** and **well-nourished**. Non-toxic appearance. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without abrasion and without laceration. Normal facial anatomy.
**Ears:**

Right Ear: **Hearing**, **tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. No decreased hearing is noted.

Left Ear: **Hearing**, **tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. No decreased hearing is noted.

**Nose:**
Normal **external nose**, **nose normal**, **septum** and **sinuses**.

**Mouth/Throat:**
Normal **lips**, **gums**, **teeth**, **tongue**, **mucous membranes**, **oropharynx** and **oropharynx clear and moist**. Uvula is **midline**. She does not have dentures. No dental caries or oral lesions. No trismus in the jaw.

Tonsils are **1+** on the right. Tonsils are **1+** on the left.

Movement of the tongue is **equal**.

Salivary glands **normal to palpation**. Mucous membranes are not pale and not dry. No oropharyngeal exudate.

**Larynx:**
Normal **oropharynx**.

**Eyes:**
**Conjunctivae** and **EOM** are normal. **Pupils are equal, round, and reactive to light**.

**Neck:**
Normal **neck**, **trachea** and **thyroid**. No edema, no erythema and no lesions present. **Neck supple**. **Normal range of motion**. No thyroid mass and no thyromegaly. No tracheal deviation. **Phonation normal**. No stridor or tracheal tenderness.

**Cardiovascular:**
**Normal rate**, **regular rhythm** and **normal heart sounds**.

**Pulmonary/Chest:**
**Effort normal** and **breath sounds normal**. No stridor. No respiratory distress.

**Lymphatic:**

She has no cervical adenopathy.

Right cervical: No superficial cervical and no deep cervical adenopathy present.
Left cervical: No superficial cervical and no deep cervical adenopathy present.
Head (right side): **Submental** (Both glands normal, adjacent soft nodes less than 1 cm right) adenopathy present. No submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.
Head (left side): No submental, no submandibular, no preauricular, no posterior auricular and no occipital adenopathy present.

**Neurological:**
She is **alert** and **oriented to person, place, and time**. **Cranial nerves II through XII intact**.

**Skin:**
Skin is **warm** and **dry**.

**Psychiatric:**
She has a **normal mood and affect**. Her **speech is normal** and **behavior is normal**. **Judgment** and **thought content** normal.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**
None

FINDINGS:

The submandibular glands appear mildly enlarged bilaterally, right submandibular gland measures 4.2 x 2.6 cm, left submandibular gland
measures 5.1 x 2.8 cm. Within both submandibular glands are 3-4 hypoechoic masses with internal color flow measuring up to 2.8 cm in
diameter. There are enlarged adjacent level 2 lymph nodes, on the right measuring 3.9 x 1.3 x 1.9 cm. On the left measuring 3.5 x 0.8 x 1.2 cm.

Impression:
Bilateral submandibular masses associated with enlarged adjacent lymph nodes, differential includes both benign and malignant

**Clinical Notes (continued)**

salivary gland masses, lymphoma, as well as sjogrens syndrome
and
Sarcoidosis

**Procedures:**
None

**Audiology:**
None

I Leah Sloan, RN scribed the following sections: History of present illness and review of systems..
I've reviewed and updated the scribed portions of the note. - Dr. Sprehe
Samuel E. Sprehe, MD

Electronically signed by Julie K Paullins, RN at 7/24/2019 11:31 AM

## 11/23/2020 - Evaluation in Mercy Physical Therapy - Plaza

### Visit Information

**Provider Information**

| Encounter Provider | Referring Provider |
|---|---|
| Kimberly A Jaeger, PT | Kristin L Gisselman, DO |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Physical Therapy - Plaza | 5264 Council St. NE Ste 300<br>Cedar Rapids IA 52402-2472 | 319-398-6020 | 319-398-6091 |

### Clinical Notes

**Therapy Initial Evaluations**

**Kimberly A Jaeger, PT at 11/23/2020 0700**

Author: Kimberly A Jaeger, PT Service: — Author Type: Physical Therapist
Filed: 11/24/2020 6:54 AM Encounter Date: 11/23/2020 Status: Signed
Editor: Kimberly A Jaeger, PT (Physical Therapist)

**Outpatient Physical Therapy Department**
**Physical Therapy Initial Assessment**

Date: 11/23/2020
Name: Jo Ellen Nie
DOB:
Referring Physician: Gisselman, Kristin L, DO
Primary Care Physician: Kristin L Gisselman, DO

| | 11/23/20 0700 |
|---|---|
| **General** | |
| Note Type | Initial |
| Visit Number | 1 |
| Referral Diagnosis | Menieres, vertigo |
| Date of Onset | 04/02/18 |
| Subjective History | Was diagnosed in April 2018 with menieres on the R side, is feeling best that she has since diagnosis but still having problems in the morning like taking a shower not sure if how she bends head. Feel really shaky for the next hr or 2. Throughout the day feel that she gets better, but with house work cant do sweeping, or get stuff out of washer, also getting low down stuff. Feel unsteady on feet, difficulty with stairs. |
| Fall History | couple of falls since diagnosis, broke ankle in 2019 |
| Treatment Variance | Not applicable |
| Response to Previous PT Treatment | Not applicable |
| Which is your dominant hand? | Right |
| Affected Side | Right |
| Mechanism of Injury | Insidious onset |

| | |
|---|---|
| Age/Gender | 56/F |
| Surgical Date/Illness Date | NA |
| Family/Caregiver Present | No |
| Patient Stated Goal | Pt reports goal for therapy is to get to baseline and minimalize things she cant do. |
| **History of Present Illness/Current Complains:** | |
| History of Present Illness/Current Complains | Have Menieres disease |
| **Activities of Daily Living Affecting Symptoms:** | |
| Vestibular | tinnitus;nausea;unsteadiness;blurry vision;headache |
| Visual | have glasses for distance |
| Somatosensory | no N/t or neuropathy in ankles/feet |
| **Falls** | |
| Falls | no recent falls |
| **Occupation/Level of Daily Activity** | |
| Occupation/Level of Daily Activity | work at a desk both in office/home/ havent done extra exercise, in the summer use the pool |
| **Vision Problems/Correction** | |
| Vision Problems/Correction | wear glasses for distance |
| **Hearing Problems** | |
| Hearing Problems | decreased hearing on R side |
| **Dizziness Handicap Inventory** | |
| Dizziness Handicap Inventory Assessed | Yes |
| **Quality of Symptoms/Spells** | |
| Quality of Symptoms/Spells | Predictable;Variable;Hours;Motion;Position;Visually Provoked |
| **Oculomotor and Vestibulo-Ocular Exam** | |
| Spontaneous Nystagmus | WNL<br>*(frenzels and room)* |
| Smooth Pursuit | WNL |
| Gaze - Evoked Nystagmus | WNL<br>*(frenzels and room)* |
| Saccades | WNL |
| Head Thrust - | WNL |

**Clinical Notes (continued)**

| | |
|---|---|
| Right | |
| Head Thrust - Left | WNL |
| Static Visual Acuity | 20/20 |
| Dynamic Visual Acuity | 20/25 |
| **Physical Status:** | |
| Range of Motion/Strength | WNL |
| Posture | WNL |
| Vertebral Artery Screen | WNL |
| **Positional Vertigo/Nystagmus:** | |
| Dix-Hallpike - Right | Negative |
| Dix-Hallpike - Left | Negative |
| Roll Test - Right | Negative |
| Roll Test - Left | Negative |
| **Vertigo/Neuro/Balance Special Tests:** | |
| MCTSIB - Condition 1 | x20 sec |
| MCTSIB - Condition 2 | x12 sec |
| **Vertigo Exercises** | |
| VOR x 1 Horizontal | gaze stability horizontal and vertical 10/1 ea |
| Gait/Balance Assessment and Activities | was given balance exercises starting at WBOS x30sec with horiz and vertical head turns x5 once able to perform then progressing to NBOS and repeating to semitandem and then tandem; pt got a lot of education on compensation techniques to help as well as importance of taking breaks from work and getting up moving, what she is looking for baseline |
| **Tolerance of Activity** | |
| Tolerance of Activity | Patient tolerated treatment well |
| **Recommendation** | |
| PT Recommendations | Outpatient PT |
| **Short Term Goals** | |
| Pt Will Improve Gaze Stabilization By Reducing Dynamic Visual Acuity Loss By | in 4 weeks |

**Clinical Notes (continued)**

| | |
|---|---|
| Pt Will Improve Balance Strategies to Normal Outcomes in All 4 in CTSIB Conditions | in 4 weeks |
| Pt Will Decrease Subjective Dizziness Handicap Inventory Score By | 1-10 points;in 4 weeks;in 6 weeks |
| Other | Pt reports goal for therapy is to get to baseline and minimalize things she cant do.in 4-6 wees |
| **Plan** | |
| Plan | Plan of care initiated |
| Plan Comments | Pt will continue x2 weeks then re-check for progression if able |
| Treatments | Habituation Ex for Motion Sensitivity;Vestibulo-Ocular Ex;Retraining of Balance Strategies;Home Exercise Program instruction |
| Frequency of Treatment | 1x/week |
| Duration of Treatment | for 4 weeks;for 6 weeks |
| Rehab Potential | Good - Reasonable expectation that all goals should be achieved;Fair - Patient may benefit from services. Will trial and reassess |
| **Assessment** | |
| Prognosis | Good |
| Problem List | Impaired VSR;Impaired motion sensitivity |
| Problem List Comments | Pt had negative oculmotor testing as well as positional testing, did well with visual acuity testing too feeling some affects after performing. Had some issues with balance being primary problem and discussed what causes her main issues at home and some other things to try with that including the shower and not closing eyes or tilting head. Will work on balance exercises x2 weeks then re-assess and progress if able. |
| **PT Evaluation** | |
| $Initial PT Evaluation | Low Complexity<br>*(25 min)* |
| **Therapeutic Interventions** | |
| $Neuromuscular Re-education | 23-37 mins<br>*(23 min)* |
| **Total Treatment Time** | |
| PT Total Treatment Time | 48 minutes |

Thank you for this referral,
Kimberly Jaeger, PT, ATC

**Mercy Rehabilitation Services**
**Physical Therapy Department**
Mercy Health Plaza
5264 Council Street NE
Cedar Rapids, Iowa 52402
Phone: (319) 398-6020
Fax: (319) 398-6091

Electronically signed by Kimberly A Jaeger, PT at 11/24/2020 6:54 AM

## 11/23/2020 - Evaluation in Mercy Occupational Therapy - Plaza

**Visit Information**

**Provider Information**

| Encounter Provider | Referring Provider |
|---|---|
| Megan S Hixson, OT | Kristin L Gisselman, DO |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Occupational Therapy - Plaza | 5264 Council St. NE Ste 300<br>Cedar Rapids IA 52402-2472 | 319-398-6020 | 319-398-6091 |

**Clinical Notes**

**Therapy Initial Evaluations**

**Megan S Hixson, OT at 11/23/2020 0815**

Author: Megan S Hixson, OT Service: — Author Type: Occupational Therapist
Filed: 11/23/2020 9:11 AM Encounter Date: 11/23/2020 Status: Signed
Editor: Megan S Hixson, OT (Occupational Therapist)

**Occupational Therapy Initial Assessment**
Mercy Health Plaza
5264 Council Street NE
Cedar Rapids, IA 52404
Phone (319) 398-6020
Fax (319) 398-6091

**Patient History**
Patient Name: Jo Ellen Nie
Date of Birth:
Referring practitioner: Gisselman, Kristin L, DO
Primary Care Providers: Kristin L Gisselman, DO
Date of Initial OT Evaluation: 11/23/2020

| | 11/23/20 0803 |
|---|---|
| **General** | |
| Visit Number | 1 |
| Diagnosis | Meniere's Disease; Vertigo |
| Secondary Diagnosis | Physical deconditioning |
| Onset Date | *(2017)* |
| Subjective Report | Onset of dizziness and diaphoretic symptoms come while looking down, closing eyes, and head position (flexion and extension). Pt reports having trouble completing any I/ADL that are below/above waist level. Gets sick while taking showers, typically more at start of day versus end of day. Pt is working from home part time and in office part time, uses laptop. Symptoms are exacerbated at work due to increased stimulus. Overall stamina has also diminished, unable to stand longer than ~30 minutes supported (shopping cart), <15 minutes unsupported. |
| Patient goals for therapy | Improve ADL/IADL performance |
| Dominant Hand | Right |
| **Prior Level of Function** | |
| Type of Home | House |
| Lives With | Spouse |

| | |
|---|---|
| Bathroom Shower/Tub | Walk-in shower |
| Bathroom Equipment | Hand-held shower hose |
| Occupation | Full time employment<br>*(Review charts-Computer work, reading)* |
| **Prior Function** | |
| Previously Used Device | Previously independent in ADL's and functional activities |
| ADL Assistance | Independent |
| **IADL History** | |
| IADL Comments | (I) with all IADLs. |
| **Pain Assessment** | |
| Pain Assessment | No/denies pain |
| **Mobility** | |
| Clinic Mobility | Independent |
| **Activity Tolerance** | |
| Static Standing Tolerance | <15 minutes, unsupported |
| Dynamic Standing Tolerance | 30 minutes, supported |
| **RUE Assessment** | |
| Additional Comments | ROM WFL. Tremoring noted on R > L UE with fatigue. |
| **LUE Assessment** | |
| Additional Comments | ROM WFL. |
| **RUE Strength** | |
| R Shoulder Flexion | 4/5 |
| R Shoulder ABduction | 4-/5 |
| R Elbow Flexion | 4+/5 |
| R Elbow Extension | 4+/5 |
| R Forearm Pronation | 5/5 |
| R Forearm Supination | 5/5 |
| R Wrist Flexion | 5/5 |
| R Wrist | 5/5 |

| | |
|---|---|
| Extension | |
| **LUE Strength** | |
| L Shoulder Flexion | 4/5 |
| L Shoulder ABduction | 4-/5 |
| L Elbow Flexion | 4+/5 |
| L Elbow Extension | 4+/5 |
| L Forearm Pronation | 5/5 |
| L Forearm Supination | 5/5 |
| L Wrist Flexion | 5/5 |
| L Wrist Extension | 5/5 |
| **Right Hand Strength - Grip (lbs)** | |
| Standard Grip (Setting 2) Trial 1 | 60 |
| Standard Grip (Setting 2) Trial 2 | 66 |
| Standard Grip (Setting 2) Trial 3 | 65 |
| Standard Grip (Setting 2) Average | 63.67 |
| Other Grip | *(norm:57.3)* |
| **Left Hand Strength - Grip (lbs)** | |
| Standard Grip (Setting 2) Trial 1 | 57 |
| Standard Grip (Setting 2) Trial 2 | 60 |
| Standard Grip (Setting 2) Trial 3 | 55 |
| Standard Grip (Setting 2) Average | 57.33 |
| Other Grip | *(norm: 47.3)* |
| **Shoulder/Scapular Exercises** | |
| Band | B; red tband; 1 x 10. |

**Clinical Notes (continued)**

| | |
|---|---|
| Horizontal Abduction Reps/Sets/Resistance | |
| Band Shoulder External Rotation Reps/Sets/Resistance | B; red tband; 1 x 10. |
| Band Scaption Reps/Sets/Resistance | B; red tband; 1 x 10. |
| Additional Comments | Added to HEP. Demonstrates (I). Discussed self progression of exercises (from 1 x 10 to 3 x 15, sitting to standing). |
| **Elbow Exercises** | |
| Band Elbow Flexion Reps/Sets/Resistance | B; red tband; 1 x 10. |
| Band Elbow Extension Reps/Sets/Resistance | B; red tband; 1 x 10. |
| Additional Comments | Added to HEP. Demonstrates (I). Discussed self progression of exercises (from 1 x 10 to 3 x 15, sitting to standing). |
| **IADL/ADL Therapy** | |
| Additional Comments | Extensive education provided regarding energy conservation techniques to improve pt's (I) with I/ADLs (dressing, bathing, grooming, cooking, cleaning, laundry, work) and prevent symptoms related to Meniere's Disease: avoiding bending over--using AE as needed such as reacher, long handled sponge; sit down to do work when possible--using DME such as an adjustable high/low chair and shower chair; pace self and take breaks; stay organized and place commonly use items at chest/waist height and seldom used items high/low; plan activities in advance. Provide with handout to take home and reference as needed. |
| **Assessment** | |
| Rehab Potential | Good |
| Signs/Symptoms Assessment | Decreased ADL status;Decreased UE strength;Decreased endurance;Decreased IADL |
| Functional limitations | Grooming;Bathing/showering;Dressing;Clothing care;Household cleaning;Meal preparation/clean up;Shopping;Household maintenance;Work or job performance |
| **Recommendations** | |
| OT Therapy Recommendation | Discharge from OT |
| **Plan** | |
| Treatment Interventions | Therapeutic exercise;Home exercise program;ADL training;Functional activity training;Adaptive equipment training |
| OT Duration | *(30-60 day hold)* |

| | |
|---|---|
| OT Frequency | Monitor status |
| **Arm Goals** | |
| Pt Will Perform Home Exercise Program | B UE;With good activity tolerance;To increase strength for ADLs;Met |
| **Other Goals** | |
| Long Term Goal | (2 months) Pt will complete all I/ADLs at MI level with use of compensatory strategies and/or AE/DME as needed.<br>*(MET)* |
| **Therapist Recommendations** | |
| Comments | **Pt referred to OP OT secondary to s/s of Meniere's Disease impacting pt's (I) with I/ADLs. Pt presents with decreased activity tolerance and strength at shoulder and elbow level. Dicussed compensatory strategies and helpful AE/DME available to maximize pt's (I) with I/ADLs. Also, developed HEP for B UEs to improve pt's overall strength and endurance. At this time, pt has no further questions/concerns. If pt does not follow up within 60 days, this note to act as discharge paperwork.** |
| **Total Treatment Time** | |
| OT Total Treatment Time | 40 minutes |
| **Amb OT Evaluation** | |
| $OT Evaluation | Low Complexity |
| **ADLs/IADLs** | |
| $Physical ADL Skills | 8-22 mins |
| **Therapeutic Interventions** | |
| $Therapeutic Exercise | 8-22 mins |

Megan Hixson, MS, OTR/L
Occupational Therapist

Mercy Health Plaza
5264 Council Street NE
Cedar Rapids, IA, 52402
Phone: 319-398-6020
Fax: 319-398-6091

Electronically signed by Megan S Hixson, OT at 11/23/2020 9:11 AM

## 12/09/2020 - Office Visit in Mercy Ear Nose & Throat Clinic

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Shane A Gailushas, MD | Shane A Gailushas, MD | Kristin L Gisselman, DO |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Mercy Ear Nose & Throat Clinic | 901 8th Ave. SE<br>Cedar Rapids IA 52401-2121 | 319-398-6900 | 319-398-6901 |

#### Follow-up and Dispositions

- Return if symptoms worsen or fail to improve.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |

### Clinical Notes

#### Progress Notes

**Shane A Gailushas, MD at 12/9/2020 1430**

Author: Shane A Gailushas, MD   Service: Otolaryngology   Author Type: Physician
Filed: 12/9/2020 3:56 PM   Encounter Date: 12/9/2020   Status: Addendum
Editor: Shane A Gailushas, MD (Physician)

MERCY® EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8TH AVE. SE
CEDAR RAPIDS IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Ellen Nie, for follow-up at our ENT clinic on 12/9/2020. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

Shane A Gailushas, MD

## Follow-Up Note

**SUBJECTIVE:**
Jo Ellen Nie 56 y.o. female is an established patient of the clinic who was re-referred to the clinic for Meniere's. She saw her PCP 11/16/20 for vertigo episodes that occur with bending over and moving head side to side and up and down. She reports the symptoms of vertigo are effecting her day to day living and work which is resulting in stress, anxiety and

Medications::
- aspirin 81 MG EC tablet
- betamethasone valerate (VALISONE) 0.1 % lotion
- busPIRone (BUSPAR) 7.5 MG tablet
- hydroCHLOROthiazide

depression. She was referred to PT/OT and to the clinic with audio.

Pertinent clinic history: She saw Dr. Barnes in April of 2018 for sudden right side hearing loss and imbalance. The audiogram done showed a bilateral SNHL, worse on the right and a course of prednisone and a MRI were ordered. She followed up with Dr. Benson after completing the oral steroid and the audiogram done showed some improvement in the right ear so he did a right intratympanic steroid injection. He followed up with her in June 2018 and there was not change in the audiogram. She had completed the MRI ordered which was normal and no further treatment was recommended. She saw Dr. Kowalczyk in December 2018 for room spinning vertigo. The audiogram done was stable and she was referred to PT. She has not been seen in the clinic since then.

Today she reports that she has not had a true vertigo episode since October of 2019. She is currently taking HCTZ daily which she feels has helped her a lot. She reports symptoms include feeling off balance and she is currently seeing PT for this. she has noticed problems with balance that are exacerbated by going up stairs, turning head and bending over. She reports the mornings are the worse with associated nausea, especially in the shower. There are not problems with ear blockage, discharge, pain and pressure. She reports always has some fullness and tinnitus. She has know SNHL. The symptoms are episodic and seem to be stable since starting the HCTZ. This is not a new problem and she has been seen for this in the past and diagnosed with Meniere's disease. She has had a MRI studies as part of the work up of this problem. An audiogram was performed today in our clinic or recently.

She has a history of a left eye vitreus tear 1.5 years ago and she was not sure if this was causing some issues with balance or nausea. She is currently being followed by cardiology for issues with SOB and diaphoresis with exertion. She is scheduled for a stress test next week.

Pertinent medical history: sleep apnea, hypothyroid, glaucoma. ENT-related issues/surgeries: T&A. Takes ASA 81 mg daily.

(MICROZIDE) 12.5 mg capsule
- levothyroxine 137 MCG tablet
- venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule
- ibuprofen (ADVIL,MOTRIN) 400 MG tablet

Patient has no known allergies.

**Past Medical History:**
- Depression
- Disease of thyroid gland
- Glaucoma
- H/O iritis
- Meniere's disease
- Osteoarthritis
- Sleep apnea

**Past Surgical History:**
- ADENOIDECTOMY
- BACK SURGERY
- CERVICAL POLYPECTOMY
- CESAREAN SECTION
- CYSTOSCOPY
- DA VINCI SALPINGECTOMY
- ENDOMETRIAL FULGURATION
- LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
- LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI
- LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
- TONSILLECTOMY

## ASSESSMENT / PLAN:

Jo was seen today for meniere's disease.

Diagnoses and all orders for this visit:

**Meniere's disease of right ear**

Assessment & Plan:

Jo Ellen has known Meniere's disease. She currently treats with hydrochlorothiazide and she reports she has not had a significant vertigo event since October 2019. She report some chronic ear fullness and tinnitus and her main issue is with balance and morning nausea. She feels as though her symptoms are baseline. The audiogram done today showed stable sensorineural hearing loss. The ear exam done today was normal.

I explained that she can have some subtle vestibular symptoms in the presence of stress, fatigue or other outside stressors. She has been off work for 12 weeks which she reports has helped with the morning nausea as she is not having the strenuous activity and as much movements. I think this is reasonably helping her situation. Her main Ménière's acute exacerbation

seem to be well controlled but her having baseline vestibular difficulty can occur in the setting Ménière's. It sounds like avoiding situations that would exacerbate those underlying symptoms is wise and she has had great success from being able to work at home and control her schedule such that she can avoid inciting events. This is made a huge difference to her success. I suspect that this baseline level of dysfunction will exist for some time and there is no specific intervention that would improve it other than vestibular therapy. Because of this I strongly encourage vestibular therapy. If possible her being able to continue working at home and manage her symptoms through her current avoidance techniques would provide the best improvement to her current situation and reduce the exacerbations that she is having.

Since she is having stable symptoms, I will follow-up with her as needed. She is advised to call with worsening symptoms.

**Sensorineural hearing loss (SNHL) of both ears**

Assessment & Plan:

Audiometric test results indicate normal hearing through 2000 Hz sloping to a moderately-severe sensorineural hearing loss in the left ear and a mild to severe sensorineural hearing loss in the right ear.

NOTE: Hearing is not significantly changed from results obtained 4/12/2018, at which time the hearing loss was established sensorineural.

**Imbalance**

Assessment & Plan:

Jo Ellen reports having issues with balance especially with bending over or with head turns. She is currently working with PT for this. I feel this is vestibular related due to the Meniere's and should continue with vestibular therapy.

**ROS:**

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Negative for congestion, drooling, ear pain, hearing loss, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain, discharge and visual disturbance.
Respiratory: Positive for **shortness of breath (with exertion)**. Negative for apnea, cough, choking and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, frequency and urgency.

Musculoskeletal: Positive for **gait problem (off balance)**. Negative for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and dysphoric mood.

**EXAM:**
BP (!) 127/91 | Pulse 92 | Temp 97.6 °F (36.4 °C) (Temporal) | LMP 07/04/2017

**Constitutional:**
She is **oriented to person, place, and time**. **Vital signs are normal**. She appears **well-developed** and **well-nourished**. Non-toxic appearance. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without abrasion and without laceration. Normal facial anatomy.
**Ears:**
Binocular operating **microscope** used during exam.
Right Ear: **Hearing**, **tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. No decreased hearing is noted.
Left Ear: **Hearing**, **tympanic membrane**, **external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. No decreased hearing is noted.
**Nose:**
Normal **external nose** and **nose normal**.

**Mouth/Throat:**
Normal **lips**.

**Eyes:**
**Conjunctivae** and **lids** are normal.
**Discoloration of the iris of the left eye. She has a history of left eye vitreus tear.**

**Neck:**
Normal **neck** and **trachea**. No edema, no erythema and no lesions present. **Normal range of motion**. **Phonation normal**. No

stridor.

**Cardiovascular:**
**Normal rate.**

**Pulmonary/Chest:**
**Effort normal.** No respiratory distress.

**Neurological:**
She is **alert** and **oriented to person, place, and time. Cranial nerves intact with exceptions. Vestibulocochlear nerve abnormal.**

**Skin:**
Skin is **warm** and **dry**.

**Psychiatric:**
She has a **normal mood and affect.** Her **speech is normal** and **behavior is normal. Judgment** and **thought content** normal.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**
None

**Pertinent Imaging:**
I have personally viewed the images and reviewed the radiologists report of the MRI: head which is located within the hospital chart. My personal interpretation includes the following additional findings : No evidence of vestibular pathology on either side.

**Procedures:**
PROCEDURE: USE OF ZEISS PICO OPERATING MICROSCOPE

INDICATION FOR PROCEDURE: Meniere's

The patient had a primary complaint of ear pathology and to adequately and thoroughly examine the area of the ear canal and tympanic membrane, binocular microscopic examination was necessary.

FINDINGS: Normal ear exam bilaterally.

INSTRUMENTATION USED: Ear speculum.

**Audiology:**
Results
Audiometric test results indicate normal hearing through 2000 Hz sloping to a moderately-severe sensorineural hearing loss in the left ear and a mild to severe sensorineural hearing loss in the right ear.
NOTE: Hearing is not significantly changed from results obtained 4/12/2018, at which time the hearing loss was established sensorineural. Speech reception thresholds are consistent with pure tone thresholds, bilaterally.

**Clinical Notes (continued)**

Word recognition scores are good at 100% in the left ear and 100% in the right ear.
Tympanometric test results are within normal limits, bilaterally.

I personally reviewed this audiogram and my interpretation is the following: Asymmetric sensorineural hearing loss moderate to severe on the left mild to severe on the right. This appears to be stable from her previous audiogram..

I Sarah Franck, RN scribed the following sections: History of present illness, Review of systems, physical exam, assessment and plan.

Shane A Gailushas, MD

Electronically signed by Shane A Gailushas, MD at 12/9/2020 3:56 PM

# END OF REPORT

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Jo E | Nie | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . Claim #. 12118946. . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . $ 532.00

Employee's signature ▶ Jo E. Nie Date ▶ 3/11/22

.................................Separate here and give the top part of this form to the payer. Keep the lower part for your records. ..........................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . | 1 | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | 4 | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . | 7 | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*



00002911 LFPG6MD1 00008336

Iowa Department of
**REVENUE**

**2021 IA W-4**
Employee Withholding Allowance Certificate
tax.iowa.gov

Each employee must file this Iowa W-4 with his/her employer. Do not claim more allowances than necessary or you will not have enough tax withheld. You may file a new W-4 at any time if the number of your allowances increases. You must file a new W-4 within 10 days if the number of allowances previously claimed by you decreases.

Penalties apply for willfully supplying false information or for willful failure to supply information, which would reduce the withholding allowances. If you file as exempt from withholding and you incur an income tax liability, you may be subject to a penalty for underpayment of estimated tax.

Marital Status: Single (or married but legally separated) ☐ Married ☒

Print your full name: Jo Ellen Nie Social Security Number: ____

Home address: ____

City: ____ State: ____ ZIP: ____

**Exemption from withholding**

If you do not expect to owe any Iowa income tax and have a right to a full refund of ALL income tax withheld, enter "EXEMPT" here ____ and the year effective here ____.

Nonresidents may not claim this exemption.

Check this box if you are claiming an exemption from Iowa income tax as a military spouse based on the Military Spouses Residency Relief Act of 2009 or the Veterans Benefits and Transition Act of 2018 ☐

If claiming the military spouse exemption, enter your state of domicile or residence here ____

**If you are not exempt, complete the following:**

1. Personal allowances. .... 1. ____
2. Allowances for dependents. You may claim 1 allowance for each dependent you claim on your Iowa income tax return. .... 2. ____
3. Allowances for itemized deductions. See instructions. .... 3. ____
4. Allowances for adjustments to income. Estimate allowable adjustments to income for payments such as an IRA, Keogh, or SEP; penalty on early withdrawal of savings; alimony paid; and student loan interest, which are reflected on the IA 1040. Divide this amount by $600, round to the nearest whole number, and enter on line 4. .... 4. ____
5. Allowances for child and dependent care credit. .... 5. ____
6. **Total allowances.** Add lines 1 through 5. .... 6. ____
7. Additional amount, if any, you want deducted each pay period. .... 7. #220 00

I, the undersigned, declare under penalties of perjury or false certificate, that I have examined this claim, and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee signature: Jo Ellen Nie Date: 1/11/22

**Employers:** The employer must maintain records of the W-4s. If the employee is claiming more than 22 withholding allowances or is claiming exemption from withholding when wages are expected to exceed $200 per week, complete the information below and within 90 days send a copy to: Compliance Services, Iowa Department of Revenue, PO Box 10456, Des Moines, Iowa 50306-0456.

Employer name: ____

Federal Employer Identification Number (FEIN): ____

Employer address: ____

City: ____ State: ____ ZIP: ____

**Questions about Iowa taxes:**
Call Taxpayer Services at 515-281-3114 or 800-367-3388 or email idr@iowa.gov.

44-019a (07/07/2020)

*PREPAYMENT REQUIRED*

**Invoice**
52600212
December 24, 2021

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

MRO

Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Ashley Boucher**
Lincoln Financial Group/PORTAL
P.O. Box 2578
Disability And Life Claims
Omaha, NE 68172

On 12/18/2021the following healthcare provider received your request for copies of medical records:

**MPS - MercyCare Clinic**
1100 Meadowview Drive
Marion, IA 52302

You requested records for: JO ELLEN NIE

This is your invoice for providing the copies of the medical records.

Your Reference ID:
12118946

MRO Request ID: 52600212

MRO Online Tracking Number: MMIABK4FPFLSE

**You can track and pay for your request online at:**

**www.roilog.com**

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

## Fees

| | |
|---|---|
| Search and Retrieval Fee: | $0.00 |
| Number of Pages: | 58 |
| Tier 1: | $20.00 |
| Tier 2: | $10.00 |
| Tier 3: | $14.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $44.00 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $44.00 |

## PAYMENT

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.
MRO is the medical copy request processor for:
MPS - MercyCare Clinic.**

## Initial Payment Set up Worksheet

**DOB** _______

**LTD Claim #** 12118946 **Work State:** IA

**Associated Claims** 11975719 Type STD ______ Type ______

**Benefit End date of associated claims** 12/27/2021 ______

**LTD Benefit begin date** 12/28/2021 **DOD** 9/28/2021 **AGE** 56

**Max Benefit date** 10/24/2031 > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision** No **Eligibility intended** Elig Appr

**Sources used to verify BME amount**

ELIG APPROVED, EFF 1/3/21, $88746.94 / 12 = $7395.58 MONTHLY

**BME amount** $7,395.58 **Benefit percentage** 60.00 %

**Gross modal benefit** $4,437.35

**Benefit Begin date** 12/28/2021

**Approved thru date** 12/27/2023 24 months own occupation

**Offset Entered**

| Type | Amount |
|---|---|
| N/A- NO FORMS IN DOC LIST | |
| | |
| | |

**Deductions entered** **Effective:** ______ **Through** ______

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by:** **HEATHER HUDGENS** **Approved by:** ______

12118946-PAYMENTS-BENEFIT CALCULATION-01.08.2022.xlsx

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

December 31, 2021

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

We have reviewed your eligibility for **Social Security Disability (SSDI) benefits** as it relates to your Long-Term Disability claim. At this time, we do not believe that you are a good candidate for **Social Security Disability Income (SSDI) benefits**. Our assessment indicates that you may be able to return to work in your own occupation or to work in a lessor occupation before you reach eligibility for SSDI benefits.

We will continue to review your claim periodically for any change in status that might make you eligible for SSDI benefit consideration.

If you file for SSDI benefits on your own, you are required to disclose this to Lincoln, and provide us with Proof of your application for those benefits or a SSDI Approval Letter (Notice of Decision letter) if approved for Social Security benefits.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tiffany Beardslee
Claims Examiner II, SS
On Behalf Of: Nina Alipourshehni
Phone No.: (800) 210-0268 Ext. 89091
Secure Fax No.: (603) 334-0401

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 15, 2021 |
| To: | MERCY OUTPATIENT PSYCHIATRY<br>701 10TH ST SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 369-4694 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

NOT OUR PATIENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 15, 2021

Mercy Outpatient Psychiatry
701 10TH ST SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2021 through the present

We ask that you provide this information by December 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: 11975719-EMPLOYEE/CLAIMANT-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative Jo Nie Date: 11/30/2021

Date of Birth: ______ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

**From:**Jo Nie <
**Sent:**Mon, 20 Dec 2021 19:03:56 +0000
**To:**Boucher, Ashley
**Subject:**RE: JO NIE LTD CLAIM
**Attachments:**ATT00001.txt

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Ashley,

Yes, I went to Mercy Outpatient PT and OT in November 2020. It was before the COVID vaccine came out so they gave me recommendations and exercises to do at home which I did for months. I didn't see much improvement with the vestibular therapy exercises. I did find taking breaks during the work day like OT recommended did help some with the decreased concentration that happens with Meniere's.

So the management plan I was following for my Meniere's ended up being:

- Continue Microzide ordered by Dr. Gisselman, my primary care provider.
- Take breaks during the work day after each set of five cases recommended by OT.
- Manage my triggers as directed by Dr. Gailushas, my otolaryngologist/ENT specialist.
- Get a second opinion psychiatry office regarding any additional medications to help my depression and anxiety exacerbated by my Meniere's disease because stress is a major Meniere's trigger. I saw Maureen McDonagh, at Mercy Family Counseling, 1340 Blairs Ferry Rd, Hiawatha, IA 52233, phone: 319-398-6575. She had me trial the addition of Abilify daily and Atarax prn. The Atarax was very effective. I continue to use that as needed. I did not experience any improvement from Abilify. I started having some abnormal movements of my mouth so I did not continue Abilify.
- Continue to follow with Leslie Down-Mullen for talk therapy to manage my depression and anxiety due to my loss of being able to maintain my job and physical functions.
- Continue to seek full time work from home accommodation initially requested in June 2019 for Meniere's Disease. (see attached email)

I became so ill by September 2020 that I needed to take a medical leave of absence. The STD Claims Specialist from Lincoln started to discuss LTD with me. I was not ready to accept that at that time because I had not been allowed to work full time from home yet. I felt that might help me manage my triggers enough to keep up with the demands of having a job. I was finally allowed to work from home full time in March 2021. I worked long days 8 am to Midnight five days a week and some work on the weekends as well. I am still not able to meet my managers requirements due to my Meniere's Disease and the residual debris from the vitreous tear of my left eye. Nausea, tinnitus, impaired vision in my left eye cause me to be much slower at my job. Not being able to keep up and the constant dissatisfaction expressed by my boss causes the very severe exacerbation of depression and anxiety. Being on medical leave away from work has started to help my symptoms of Meniere's Disease as well as my depression and anxiety. I am hoping to at least become more functional in my activities of daily living, taking care of myself and my family.

As supported by the above clinical information, this is a medically based claim. As you can see from the attached email, my initial request for an accommodation at work is due to Meniere's Disease. My depression and anxiety are related to that. Dr. Gisselman listed Meniere's Disease as my primary

condition with depression and anxiety as only secondary to that. She confirmed to me this was medical and said she would make that clear on the submitted forms. Managing my depression/anxiety/stress is just one of the interventions being taken to manage my Meniere's. I have followed all recommendations from the multiple providers I have seen over the past several years. I hope you can approve me until 2031 based on this support of a medically based claim.

Thanks for all your help,
Jo

Sent from Mail for Windows

---

**From:** Boucher, Ashley
**Sent:** Friday, December 17, 2021 6:48 PM
**To:**
**Subject:** JO NIE LTD CLAIM

HI Jo,

I received a medical note from the ENT office dated 12/9/20 stating that they strongly encouraged you to do vestibular therapy. I don't remember if you ever told me that you did complete this or not? If not, do you plan to move forward with vestibular therapy to help your symptoms? If you did do this, can you please let me know where you did treat for this?

Thanks!

Ashley Boucher
LTD Claims Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800-210-0268 ext. 16130 Phone
603-559-0359 Fax
Ashley.Boucher@lfg.com
LincolnFinancial.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 Ext. 16130 and permanently delete the original and any copy of any e-mail and any printout thereof.
***Please visit our COVID-19 Guidance Hub by clicking on the link below:***






https://www.mylincolnportal.com/customer/public/login?utm_source=SignatureBanner&utm_medium=Banner&utm_campaign=MLP_DigitalAdoption

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**FAX COVER SHEET**

MERCYCARE
VERNON VILLAGE

3933 Mt. Vernon Rd., Cedar Rapids, IA 52403
Phone: 319-363-8148 Fax: 319-363-9118

**Please notify us immediately if any pages are not received.**

TO: Ashley Boucher

FAX: 6035590359

DATE: 12-15-21

FROM: Dr. Kristin Gisselman

NUMBER OF PAGES FOLLOWING: 20

MESSAGE: Reg, Jo Ellen Nie

NOTE: To ensure the continuity of care for our MercyCare patient, we request that any hospital services be done at Mercy Medical Center.

The information contained in the fax message is intended only for the personal and confidential use of the designated recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received the communication in error, please notify us immediately by telephone and return the original to us by mail. Thank you.

# Nie, Jo Ellen

MRN: 318948

**Procedure visit** 12/9/2020
Mercy Ear Nose & Throat Clinic

Provider: Megan Palmer, AuD,CCC-A (Audiology)
Primary diagnosis: Meniere's disease, unspecified laterality
Reason for Visit: Referred by Kristin L Gisselman, DO

## Progress Notes

Megan Palmer, AuD,CCC-A (Audiologist) • Audiology

**Hearing Evaluation**

History
Jo Ellen Nie is being seen for a hearing evaluation due to a history of Meniere's Disease in her right ear. She does report one instance of feeling like her hearing had decreased in her right ear, but today, she feels her hearing is not changed. She denies otalgia or otorrhea, but she continues to have constant, right tinnitus. Jo has not had any episodes of vertigo since October 2019, but she does report imbalance on bending over or moving her head too quickly.

Results
Audiometric test results indicate normal hearing through 2000 Hz sloping to a moderately-severe sensorineural hearing loss in the left ear and a mild to severe sensorineural hearing loss in the right ear.

NOTE: Hearing is not significantly changed from results obtained 4/12/2018, at which time the hearing loss was established sensorineural.

Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 100% in the left ear and 100% in the right ear.
Tympanometric test results are within normal limits, bilaterally.

Recommendations
Results were discussed with the patient. Continue follow-up appointment with Dr. Gailushas as scheduled. Continue to monitor hearing loss regularly, as clinical course dictates.

Megan Palmer, AuD,CCC-A
Audiologist

## Additional Documentation

Vitals: LMP 07/04/2017

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Media

From this encounter

[Media Unavailable] Electronic signature on 12/9/2020 1:56 PM - E-signed

## Orders Placed

None

## Medication Changes

As of 12/9/2020 1:59 PM



PAGE 2/23 * RCVD AT 12/15/2021 11:32:53 AM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6035590359 * CSID:3193639118 * ANI:13193639118 * DURATION (mm-ss):06-06

None

## Medication List at End of Visit

As of 12/9/2020 1:59 PM

**aspirin 81 MG EC tablet**
Take 81 mg by mouth daily. - Oral
Patient-reported medication

**betamethasone valerate (VALISONE) 0.1 % lotion**
Refills: 2
Start Date: 2/1/2018
End Date: 8/31/2021
Apply topically 2 (two) times daily. - Topical

**busPIRone (BUSPAR) 7.5 MG tablet**
Refills: 3
Start Date: 11/16/2020
End Date: 2/8/2021
Take 1 tablet (7.5 mg total) by mouth 3 (three) times daily. - Oral
Notes to Pharmacy: Please DC Welbutrin 150 mg. This medication replaces it.

**hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule**
Refills: 3
Start Date: 5/15/2020
End Date: 6/21/2021
Take 1 capsule (12.5 mg total) by mouth daily. - Oral

**ibuprofen (ADVIL,MOTRIN) 400 MG tablet**
Take 400 mg by mouth every 6 (six) hours as needed for Pain. Indications: Pain - Oral
Patient-reported medication

**levothyroxine 137 MCG tablet**
Refills: 3
Start Date: 10/16/2020
End Date: 11/29/2021
Take 137 mcg by mouth every morning before breakfast. - Oral

**venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule**
Refills: 1
Start Date: 6/1/2020
End Date: 12/28/2020
TAKE 2 CAPSULES (300 MG TOTAL) BY MOUTH DAILY. - Oral

## Visit Diagnoses

Meniere's disease, unspecified laterality H81.09
Asymmetrical hearing loss of right ear H91.8X1

# Progress Notes

Jo Ellen Nie (MR# 318948)

## Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
| --- | --- | --- | --- |
| Shane A Gailushas, MD | Addendum | Shane A Gailushas, MD | 12/9/2020 3:56 PM |

## Progress Notes

MERCY EAR, NOSE & THROAT CLINIC

Mercy Ear Nose & Throat Clinic
901 8TH AVE. SE
CEDAR RAPIDS IA 52401-2121
Phone: 319-398-6900
Fax: 319-398-6901

Dear Kristin L Gisselman, DO,

We had the pleasure of seeing your patient, Jo Ellen Nie, for follow-up at our ENT clinic on 12/9/2020. The following is our findings and recommendations. Thank you for allowing us to assist in the care of your patient. Please let me know if you have any questions.

Shane A Gailushas, MD

**Follow-Up Note**

**SUBJECTIVE:**

Jo Ellen Nie 56 y.o. female is an established patient of the clinic who was re-referred to the clinic for Meniere's. She saw her PCP 11/16/20 for vertigo episodes that occur with bending over and moving head side to side and up and down. She reports the symptoms of vertigo are effecting her day to day living and work which is resulting in stress, anxiety and depression. She was referred to PT/OT and to the clinic with audio.

Pertinent clinic history: She saw Dr. Barnes in April of 2018 for sudden right side hearing loss and imbalance. The audiogram done showed a bilateral SNHL, worse on the right and a course of prednisone and a MRI were ordered. She followed up with Dr. Benson after completing the oral steroid and the audiogram done showed some improvement in the right ear so he did a right intratympanic steroid injection. He followed up with her in June 2018 and there was not change in the audiogram. She had completed the MRI ordered which was normal and no further treatment was recommended. She saw Dr. Kowalczyk in December 2018 for room spinning vertigo. The audiogram done was stable and she was referred to PT. She has not been seen in the clinic since then.

Today she reports that she has not had a true vertigo episode since October of 2019. She is currently taking HCTZ daily which she feels has helped her a lot. She reports symptoms include feeling off balance and she is currently seeing PT for this. she has noticed problems with

Medications::
- aspirin 81 MG EC tablet
- betamethasone valerate (VALISONE) 0.1 % lotion
- busPIRone (BUSPAR) 7.5 MG tablet
- hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule
- levothyroxine 137 MCG tablet
- venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule
- ibuprofen (ADVIL,MOTRIN) 400 MG tablet

Patient has no known allergies.

Past Medical History:
- Depression
- Disease of thyroid gland

balance that are exacerbated by going up stairs, turning head and bending over. She reports the mornings are the worse with associated nausea, especially in the shower. There are not problems with ear blockage, discharge, pain and pressure. She reports always has some fullness and tinnitus. She has know SNHL. The symptoms are episodic and seem to be stable since starting the HCTZ. This is not a new problem and she has been seen for this in the past and diagnosed with Meniere's disease. She has had a MRI studies as part of the work up of this problem. An audiogram was performed today in our clinic or recently.

She has a history of a left eye vitreus tear 1.5 years ago and she was not sure if this was causing some issues with balance or nausea. She is currently being followed by cardiology for issues with SOB and diaphoresis with exertion. She is scheduled for a stress test next week.

Pertinent medical history: sleep apnea, hypothyroid, glaucoma. ENT-related issues/surgeries: T&A. Takes ASA 81 mg daily.

**ASSESSMENT / PLAN:**
Jo was seen today for meniere's disease.

Diagnoses and all orders for this visit:

**Meniere's disease of right ear**
Assessment & Plan:
Jo Ellen has known Meniere's disease. She currently treats with hydrochlorothiazide and she reports she has not had a significant vertigo event since October 2019. She report some chronic ear fullness and tinnitus and her main issue is with balance and morning nausea. She feels as though her symptoms are baseline. The audiogram done today showed stable sensorineural hearing loss. The ear exam done today was normal.

I explained that she can have some subtle vestibular symptoms in the presence of stress, fatigue or other outside stressors. She has been off work for 12 weeks which she reports has helped with the morning nausea as she is not having the strenuous activity and as much movements. I think this is reasonably helping her situation. Her main Ménière's acute exacerbation seem to be well controlled but her having baseline vestibular difficulty can occur in the setting Ménière's. It sounds like avoiding situations that would exacerbate those underlying symptoms is wise and she has had great success from being able to work at home and control her schedule such that she can avoid inciting events. This is made a huge difference to her success. I suspect that this baseline level of dysfunction will exist for some time and there is no specific intervention that would improve it other than vestibular therapy. Because of this I strongly encourage vestibular therapy. If possible her being able to continue working at home and manage her symptoms through her current avoidance techniques would provide the best improvement to her current situation and reduce the exacerbations that she is having.

Since she is having stable symptoms, I will follow-up with her as needed. She is advised to call with worsening symptoms.

- Glaucoma
- H/O iritis
- Meniere's disease
- Osteoarthritis
- Sleep apnea

Past Surgical History:
- ADENOIDECTOMY
- BACK SURGERY
- CERVICAL POLYPECTOMY
- CESAREAN SECTION
- CYSTOSCOPY
- DA VINCI SALPINGECTOMY
- ENDOMETRIAL FULGURATION
- LAPAROSCOPIC LYSIS OF ADHESION - DA VINCI
- LAPAROSCOPIC TOTAL HYSTERECTOMY WITH DA VINCI
- LAPAROSCOPY OOPHERECTOMY WITH DA VINCI
- TONSILLECTOMY

**Sensorineural hearing loss (SNHL) of both ears**

Assessment & Plan:

Audiometric test results indicate normal hearing through 2000 Hz sloping to a moderately-severe sensorineural hearing loss in the left ear and a mild to severe sensorineural hearing loss in the right ear.

NOTE: Hearing is not significantly changed from results obtained 4/12/2018, at which time the hearing loss was established sensorineural.

**Imbalance**

Assessment & Plan:

Jo Ellen reports having issues with balance especially with bending over or with head turns. She is currently working with PT for this. I feel this is vestibular related due to the Meniere's and should continue with vestibular therapy.

**ROS:**

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Negative for congestion, drooling, ear pain, hearing loss, nosebleeds, postnasal drip, rhinorrhea, sinus pressure, sore throat, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain, discharge and visual disturbance.
Respiratory: Positive for **shortness of breath (with exertion)**. Negative for apnea, cough, choking and wheezing.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, frequency and urgency.
Musculoskeletal: Positive for **gait problem (off balance)**. Negative for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative for color change, rash and wound.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems, confusion, decreased concentration and dysphoric mood.

**EXAM:**

BP (l) 127/91 | Pulse 92 | Temp 97.6 °F (36.4 °C) (Temporal) | LMP 07/04/2017

**Constitutional:**

She is **oriented to person, place, and time. Vital signs are normal.** She appears **well-developed** and **well-nourished.** Non-toxic appearance. No distress.

**HENT:**

**Head:**
**Normocephalic** and **atraumatic**. Head is without abrasion and without laceration. Normal facial anatomy.
**Ears:**
Binocular operating **microscope** used during exam.
Right Ear: **Hearing, tympanic membrane, external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. No decreased hearing is noted.
Left Ear: **Hearing, tympanic membrane, external ear** and **ear canal** normal. No mastoid tenderness. No middle ear effusion. Tympanic membrane is not scarred, not perforated and not erythematous. Tympanic membrane mobility is normal. No decreased hearing is noted.
**Nose:**
Normal **external nose** and **nose normal.**

**Mouth/Throat:**
Normal **lips.**

**Eyes:**
**Conjunctivae** and **lids** are normal.
**Discoloration of the iris of the left eye. She has a history of left eye vitreus tear.**

**Neck:**
Normal **neck** and **trachea**. No edema, no erythema and no lesions present. **Normal range of motion. Phonation normal.** No stridor.

**Cardiovascular:**
**Normal rate.**

**Pulmonary/Chest:**
**Effort normal.** No respiratory distress.

**Neurological:**
She is **alert** and **oriented to person, place, and time. Cranial nerves intact with exceptions. Vestibulocochlear nerve abnormal.**

**Skin:**
Skin is **warm** and **dry**.

**Psychiatric:**

She has a **normal mood and affect**. Her **speech is normal** and **behavior is normal**. **Judgment** and **thought content** normal.

**Nursing note** and **vitals** reviewed.

**Pertinent Labs/Pathology:**
None

**Pertinent Imaging:**
I have personally viewed the images and reviewed the radiologists report of the MRI: head which is located within the hospital chart. My personal interpretation includes the following additional findings : No evidence of vestibular pathology on either side.

**Procedures:**
PROCEDURE: USE OF ZEISS PICO OPERATING MICROSCOPE

INDICATION FOR PROCEDURE: Meniere's

The patient had a primary complaint of ear pathology and to adequately and thoroughly examine the area of the ear canal and tympanic membrane, binocular microscopic examination was necessary.

FINDINGS: Normal ear exam bilaterally.

INSTRUMENTATION USED: Ear speculum.

**Audiology:**
Results
Audiometric test results indicate normal hearing through 2000 Hz sloping to a moderately-severe sensorineural hearing loss in the left ear and a mild to severe sensorineural hearing loss in the right ear.
NOTE: Hearing is not significantly changed from results obtained 4/12/2018, at which time the hearing loss was established sensorineural.
Speech reception thresholds are consistent with pure tone thresholds, bilaterally.
Word recognition scores are good at 100% in the left ear and 100% in the right ear.
Tympanometric test results are within normal limits, bilaterally.

I personally reviewed this audiogram and my interpretation is the following: Asymmetric sensorineural hearing loss moderate to severe on the left mild to severe on the right. This appears to be stable from her previous audiogram..

I Sarah Franck, RN scribed the following sections: History of present illness, Review of systems, physical exam, assessment and plan.

Shane A Gailushas, MD
Electronically signed by Shane A Gailushas, MD at 12/9/2020 3:14 PM
Electronically signed by Shane A Gailushas, MD at 12/9/2020 3:56 PM

**Links**

## Additional Documentation

Vitals: BP 127/91 ! (Abnormal) Pulse 92 Temp 97.6 °F (36.4 °C) (Temporal) LMP 07/04/2017
More Vitals

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Routing History

| Date/Time | From | To | Method |
|---|---|---|---|
| 12/9/2020 3:56 PM | Shane A Gailushas, MD | Kristin L Gisselman, DO | In Basket |

# Progress Notes

Jo Ellen Nie (MR# 318948)

## Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kristin L Gisselman, DO | Signed | Kristin L Gisselman, DO | 2/8/2021 9:28 AM |

## Progress Notes

**Subjective:**

**Subjective**

**Patient ID:** Jo Ellen Nie is a 56 y.o. female.

Patient presents today for evaluation of Annual Exam.

HPI

**Well Woman**

- 
- 
- **Subjective**
- Jo Ellen Nie is a 56 y.o. female who presents for an annual exam.
- The patient has the following concerns today: Meniere's
- Her work situation is still not well. Her meniere's is the worse in the morning and around 11 am she feels that she is able to concentrate and then she is able to work until around 4, she will then go home and then have about half of her work to do.
- She does continue to work with psychiatry weekly, she does also have this person reach out to her in between there meetings.
- The patient is sexually active.
- GYN screening history: last mammogram: approximate date 6/15/2020 and was normal. Hysterectomy in 2017.
- Last colon screen was 11/21/2014 and she has a 3 year recall
- The patient is not taking hormone replacement therapy.
- Patient denies post-menopausal vaginal bleeding..
- Jo does wear a seatbelts
- she does participate in regular exercise. She does like to swim and tries to do this when she can. She has been doing band exercises.
- Jo has not had a transfusion has not had a tattoo.
- Jo reports there is not domestic violence in her life.

- **Health Maintenance**

| Topic | Date Due |
|---|---|
| ZOSTER VACCINES (1 of 2) | 10/25/2014 |
| COLONOSCOPY | 11/18/2017 |
| MAMMOGRAM | 06/15/2022 |
| DTAP/TDAP/TD VACCINES (2 - Td) | 03/06/2024 |
| MMR VACCINES | Completed |
| INFLUENZA VACCINE | Completed |
| PNEUMOCOCCAL VACCINE | Aged Out |
| HEPATITIS B VACCINES | Aged Out |
| POLIO VACCINES | Aged Out |

- • • • HEPATITIS A VACCINES • Aged Out
- • • • MENINGOCOCCAL VACCINE • Aged Out
- • • • HPV VACCINES • Aged Out
- •

**Health Maintenance Review**
Pap test questions: does not have menstrual periods
no unusual pelvic pain
no unusual vaginal discharge
no previous abnormal Pap tests
no family or personal history of cervical cancer
mammography questions: no new or changing breast lumps
no unusual breast pains
no discharge from the nipples
no previous abnormal mammograms
has a positive family history of breast cancer in her paternal aunt

The following portions of the patient's history were reviewed by a provider in this encounter and updated as appropriate: allergies | current medications | past family history | past medical history | past surgical history | tobacco use | problem list |

Review of Systems
Constitutional: Negative for fatigue.
HENT: Negative for rhinorrhea, sore throat and trouble swallowing.
Eyes: Negative for pain and redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain and nausea.
Genitourinary: Negative for frequency and menstrual problem.
Musculoskeletal: Negative for arthralgias.
Skin: Negative for color change and rash.
Neurological: Negative for headaches.
Psychiatric/Behavioral: The patient is not nervous/anxious.

**Objective:**

**Objective**

Vitals:

| | |
|---|---|
| | 02/08/21 0809 |
| BP: | 118/80 |
| Pulse: | 88 |
| Temp: | 97 °F (36.1 °C) |
| TempSrc: | Temporal |
| Height: | 5' 6" (1.676 m) |
| Weight: | **(!) 257 lb 9.6 oz (116.8 kg)** |
| Resp: | 16 |
| SpO2: | 97% |

Body mass index is 41.58 kg/m².

Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed and well-nourished.
**Diaphoretic**
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Hearing, tympanic membrane, external ear and ear canal normal.
Left Ear: Hearing, tympanic membrane, external ear and ear canal normal.
Nose: Nose normal. No mucosal edema, rhinorrhea, sinus tenderness or nasal deformity.
Mouth/Throat: Uvula is midline, oropharynx is clear and moist and mucous membranes are normal. No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae, EOM and lids are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Trachea normal and normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. No breast swelling, tenderness, discharge or bleeding.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no abdominal tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
General: No edema.
Lymphadenopathy:
She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She has normal strength and normal reflexes.
Skin: Skin is warm, dry and intact. No rash noted.
Psychiatric: Her speech is normal and behavior is normal. Judgment and thought content normal. Her mood appears anxious. Cognition and memory are normal. She exhibits a depressed mood.
**Tearful**
Nursing note and vitals reviewed.

**Assessment/Plan:**

**Assessment**

Jo was seen today for annual exam.

Diagnoses and all orders for this visit:

**Well woman exam**
Assessment & Plan:
We will call you with the results of the fasting blood work
Vaccines reviewed and are up to date, she has received both of her COVID vaccines
Mammogram ordered
Colon screening ordered

Orders:
- Lipid Panel

**Encounter for screening mammogram for malignant neoplasm of breast**

Comments:

Mammogram ordred, you can get this done after 6/20/2021
You can walk in or they will call to schedule
We will call when the results are available

Orders:
- MAMMO SCREENING BILATERAL W CAD (77067); Future

**Mixed hyperlipidemia**
- Lipid Panel

**Postablative hypothyroidism**

Assessment & Plan:

Hypothyroidism is pending lab results
Continue on the levothyroxine 137 mcg daily

Orders:
- TSH

**Meniere's disease of right ear**

Assessment & Plan:

Following with ENT
Condition is not stable

**Vertigo**

**Screening for colon cancer**
- Ambulatory referral for Colonoscopy; Future

**Major depressive disorder, remission status unspecified, unspecified whether recurrent**

Comments:

Following with psychiatry once weekly
Continue with current medications

**Anxiety**

**Physical deconditioning**

Assessment & Plan:

Encourage you to continue with the band exercises
Walking as tolerated
Try to go swimming when you can

**Fatty liver**
- ALT
- AST

Diet, exercise and weight control are recommended.

In summary, a diet should consist primarily of "colorful plant foods" (particularly green leafy vegetables), whole grain cereals and breads, and small portions of lean meats (particularly fish and skinless poultry). You should avoid or minimize any foods that lack nutritional value (particularly sugary foods and fatty foods). Eliminate sweet or sugary drinks (we encourage water out of a faucet).

Regular exercise to elevate the heart rate for at least 150 minutes/week is strongly recommended (30+ minutes, 5 times per week for example). In addition, strength training at least 2 times/week is beneficial.

Good dental care, including brushing and flossing, is encouraged.

Aggressive skin protection from the sun is recommended by sun avoidance and use of sunscreen with UVA and UVB protection.

Living will/durable power of attorney form strongly recommended as well for any adult. If modifications to the standard form are needed, I would advise seeing your family lawyer.

Next visit: 1 year
For: annual physical and fasting blood work

The following sections: History of Present Illness, Review of Systems and Assessment and Plan were scribed by Jaclyn Kothenbeutel, RN for Kristin L Gisselman, DO.

The scribed portions of the note have been reviewed and updated as necessary.
Kristin Gisselman, DO

Electronically signed by Kristin L Gisselman, DO at 2/8/2021 9:28 AM

**Links**

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 118/80 Pulse 88 Temp 97 °F (36.1 °C) (Temporal) Resp 16 Ht 5' 6" (1.676 m) Wt 257 lb 9.6 oz (116.8 kg) ! (Abnormal) LMP 07/04/2017 SpO2 97% BMI 41.58 kg/m² BSA 2.33 m² More Vitals |
| Flowsheets: | Disease Surveillance, Flu vaccine questions, Summary of Care, Anthropometrics, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

# Progress Notes

Jo Ellen Nie (MR# 318948)

## Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kristin L Gisselman, DO | Signed | Kristin L Gisselman, DO | 10/5/2021 8:16 PM |

## Progress Notes

**Subjective:**

**Subjective**

**Patient ID:** Jo Ellen Nie is a 56 y.o. female.

Patient presents today for follow up of Depression.

HPI

**Depression**

- Jo presents for a follow up for depression.
- Previous treatment includes medication and individual terapy.
- She complains of the following side effects from the treatment: none.
- Her previous symptoms included depressed mood, difficulty concentrating and hopelessness.
- Onset was approximately a few years ago.
- Symptoms have been gradually worsening since last visit.
- She denies current suicidal and homicidal plan or intent.
- A PHQ 9 questionnaire was not done.

Has been having a worse time at work
Now working from home full time
Work load is much harder due to large amount of patients
Has been having severe anxiety due to possibilty of being fired
Menieres is worse
Having lots of vertigo and nausea
Following with counseling
Feels that medications are good

The following portions of the patient's history were reviewed by a provider in this encounter and updated as appropriate:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG EC tablet | Take 81 mg by mouth daily. | | |
| • betamethasone valerate (VALISONE) 0.1 % lotion | APPLY TOPICALLY 2 (TWO) TIMES DAILY. | 60 mL | 1 |
| • hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule | TAKE 1 CAPSULE (12.5 MG TOTAL) BY MOUTH DAILY. | 90 capsule | 3 |

| | | | |
|---|---|---|---|
| • hydrOXYzine (ATARAX) 10 MG tablet | Take one to two tablets twice daily for acute anxiety/panic attacks only if needed | 90 tablet | 1 |
| • ibuprofen (ADVIL,MOTRIN) 400 MG tablet | Take 400 mg by mouth every 6 (six) hours as needed for Pain. Indications: Pain | | |
| • levothyroxine 137 MCG tablet | Take 137 mcg by mouth every morning before breakfast. | 90 tablet | 3 |
| • venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule | TAKE 2 CAPSULES (300 MG TOTAL) BY MOUTH DAILY. | 180 capsule | 3 |

No current facility-administered medications for this visit.

Review of Systems
Constitutional: Negative for fatigue.
HENT: Negative for rhinorrhea, sore throat and trouble swallowing.
Eyes: Negative for pain and redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain and nausea.
Genitourinary: Negative for frequency and menstrual problem.
Musculoskeletal: Negative for arthralgias.
Skin: Negative for color change and rash.
Neurological: Negative for headaches.
Psychiatric/Behavioral: The patient is not nervous/anxious.

**Objective:**

**Objective**

**Vitals:**

| | |
|---|---|
| | 10/04/21 1539 |
| BP: | 132/70 |
| Pulse: | 93 |
| Temp: | 98.6 °F (37 °C) |
| TempSrc: | Tympanic |
| Height: | 5' 5" (1.651 m) |
| Weight: | **(!) 267 lb (121.1 kg)** |
| Resp: | 12 |
| SpO2: | 98% |

Body mass index is 44.43 kg/m².

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Left Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Nose: Nose normal. No nasal deformity, mucosal edema or rhinorrhea.
Mouth/Throat:
Pharynx: Uvula midline. No oropharyngeal exudate.
Eyes:
General: Lids are normal. No scleral icterus.
Right eye: No discharge.
Left eye: No discharge.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Thyroid: No thyromegaly.
Trachea: Trachea normal.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Findings: No rash.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Deep Tendon Reflexes: Reflexes are normal and symmetric.
Psychiatric:
Attention and Perception: Attention and perception normal.
Mood and Affect: Mood is anxious and depressed. Affect is tearful.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Cognition and Memory: Cognition and memory normal.
Judgment: Judgment normal.

**Labs:**

**Assessment/Plan:**

**Assessment**

Jo was seen today for depression.

Diagnoses and all orders for this visit:

**Anxiety**
- hydrOXYzine (ATARAX) 10 MG tablet; Take one to two tablets twice daily for acute anxiety/panic attacks only if needed

Will continue with counseling
Continue Effexor and hydroxyzine as needed
FMLA for 12 weeks
This week working on creating routine, get good sleep at night. Start each day with meditation and journaling
Update weekly with how doing

Electronically signed by Kristin L Gisselman, DO at 10/5/2021 8:16 PM

Links

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/70 Pulse 93 Temp 98.6 °F (37 °C) (Tympanic) Resp 12 Ht 5' 5" (1.651 m) Wt **267 lb (121.1 kg)** ! (Abnormal) LMP 07/04/2017 SpO2 98% BMI 44.43 kg/m² BSA 2.36 m² |
| Flowsheets: | Anthropometrics, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

# Progress Notes

Jo Ellen Nie (MR# 318948)

## Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Kristin L Gisselman, DO | Signed | Kristin L Gisselman, DO | 12/9/2021 8:38 AM |

## Progress Notes

**Subjective:**

**Subjective**

**Patient ID:** Jo Ellen Nie is a 57 y.o. female.

Patient presents today for follow up of Depression.

HPI

**Depression**

- Jo presents for a follow up for depression.
- Previous treatment includes individual therapy and medication.
- She complains of the following side effects from the treatment: none.
- Her previous symptoms included anxiety, difficulty concentrating, dizziness, feelings of losing control, feelings of worthlessness/guilt, hopelessness, insomnia, palpitations, racing thoughts and sweating.
- Jo has been sleeping much of the day due to mood.
- She has been having nightmares.
- These symptoms have brought on Meniere's Disease.
- She has had physical therapy in 2018 for vertigo and balance.
- Her last visit was 11/20/20.
- She has issues when she is in the shower and will become dizzy with los of balance. She gets bouts of nausea and has chronic tinnitus.
- She had a viscus tear in left eye that has caused a constant floater that has disrupted her line of vision.
- Jo feels she is unable to get away from the stress of work even though she has already taken 12 weeks of work with FMLA.
- She would like to be able to function at home first before returning to work.
- Her symptoms are not well controled and is not able to perform her job completely.
- Jo has problems with bending and crouching to perform certain house hold tasks.
- Jo feels she has difficulty concentration and she is not able to return to work.
- Jo is very tearful and her goal is to develop a routine at home.
- She feels obligated to take care of all situations at home.
- She does have support from her husband to get things done although not always the way she prefers to do things.
- She is finding less pleasure in doing things at home.
- She feels useless at home and has thought of not being any value to others.
- Jo admits to multiple crying spells and is unable to handle a simple task.
- Jo knows how disruptive this has been and she does want to get better and be a good wife, mother and caretaker again.
- She is unsure how to go about "getting better"
- Onset was approximately a few years ago.
- Which recently have rapidly worsened in the past 2 months.
- Symptoms have been changed since last visit.


PAGE 19/23 * RCVD AT 12/15/2021 11:32:53 AM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6035590359 * CSID:3193639118 * ANI:13193639118 * DURATION (mm-ss):06-06

- She denies current suicidal and homicidal plan or intent.

Her menieres is worsened by the stress of work. She has been unable to handle the increased demands of her job. Has constant nausea and tinnitus. Feels that her medications are appropriate at this time. Would like to try something for nightmares as those are throwing her into bouts of vertigo. Seeing counselor. Most likley needs long term disability

The following portions of the patient's history were reviewed by a provider in this encounter and updated as appropriate:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG EC tablet | Take 81 mg by mouth daily. | | |
| • betamethasone valerate (VALISONE) 0.1 % lotion | APPLY TOPICALLY 2 (TWO) TIMES DAILY. | 60 mL | 1 |
| • hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule | TAKE 1 CAPSULE (12.5 MG TOTAL) BY MOUTH DAILY. | 90 capsule | 3 |
| • hydrOXYzine (ATARAX) 10 MG tablet | Take one to two tablets twice daily for acute anxiety/panic attacks only if needed | 90 tablet | 1 |
| • ibuprofen (ADVIL,MOTRIN) 400 MG tablet | Take 400 mg by mouth every 6 (six) hours as needed for Pain. Indications: Pain | | |
| • levothyroxine 137 MCG tablet | TAKE 1 TABLET BY MOUTH EVERY MORNING BEFORE BREAKFAST | 90 tablet | 2 |
| • venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule | TAKE 2 CAPSULES (300 MG TOTAL) BY MOUTH DAILY. | 180 capsule | 3 |
| • prazosin (MINIPRESS) 1 MG capsule | Take 1 capsule (1 mg total) by mouth at bedtime. | 90 capsule | 3 |

No current facility-administered medications for this visit.

Review of Systems
Constitutional: Negative for fatigue.
HENT: Negative for rhinorrhea, sore throat and trouble swallowing.
Eyes: Negative for pain and redness.
Respiratory: Positive for chest tightness and shortness of breath. Negative for cough.

Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain and nausea.
Genitourinary: Negative for frequency and menstrual problem.
Musculoskeletal: Negative for arthralgias.
Skin: Negative for color change and rash.
Neurological: Positive for dizziness, weakness and light-headedness. Negative for headaches.
Psychiatric/Behavioral: The patient is nervous/anxious.

**Objective:**

**Objective**

**Vitals:**

| | |
|---|---|
| | 12/08/21 1320 |
| BP: | 134/84 |
| Pulse: | 105 |
| Temp: | 96.9 °F (36.1 °C) |
| TempSrc: | Temporal |
| Height: | 5' 5" (1.651 m) |
| Weight: | **(!) 264 lb (119.7 kg)** |
| Resp: | 12 |
| SpO2: | 96% |

Body mass index is 43.93 kg/m².

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
Appearance: Normal appearance. She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Left Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Nose: Nose normal. No nasal deformity, mucosal edema or rhinorrhea.
Mouth/Throat:
Lips: Pink.
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. Uvula midline. No oropharyngeal exudate.
Tonsils: No tonsillar exudate or tonsillar abscesses.
Eyes:
General: Lids are normal. No scleral icterus.
Right eye: No discharge.
Left eye: No discharge.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Thyroid: No thyromegaly.
Trachea: Trachea normal.
Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Findings: No rash.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Deep Tendon Reflexes: Reflexes are normal and symmetric.
Psychiatric:
Mood and Affect: Mood is anxious and depressed. Affect is tearful.
Speech: Speech normal.
Behavior: Behavior normal. Behavior is cooperative.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Assessment/Plan:**

**Assessment**

Jo was seen today for depression.

Diagnoses and all orders for this visit:

**Meniere's disease of right ear**
Assessment & Plan:
Worsening
Forms completed for Medical Leave

**Major depressive disorder, remission status unspecified, unspecified whether recurrent**
Assessment & Plan:
Psychological condition is inadequately controlled.

Continue current treatment regimen.
continue counseling
Psychological condition will be reassessed in 2 months

**Tinnitus of right ear**

**Nightmares**
- prazosin (MINIPRESS) 1 MG capsule; Take 1 capsule (1 mg total) by mouth at bedtime.

Forms filled out for long term disability

Follow up visit in 2 months to recheck Meniere Disase.

The following sections: History of Present Illness, Review of Systems, Assessment and Plan scribed by Kathleen Michaels LPN for Kristin L Gisselman, DO

The scribed portions of the note have been reviewed and updated as necessary.
Kristin Gisselman, DO
Electronically signed by Kristin L Gisselman, DO at 12/9/2021 8:38 AM

**Links**

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 134/84 Pulse 105 Temp 96.9 °F (36.1 °C) (Temporal) Resp 12 Ht 5' 5" (1.651 m) Wt 264 lb (119.7 kg) ! (Abnormal) LMP 07/04/2017 SpO2 96% BMI 43.93 kg/$m^2$ BSA 2.34 $m^2$ |
| Flowsheets: | Flu vaccine questions, Anthropometrics, Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |


PAGE 23/23 * RCVD AT 12/15/2021 11:32:53 AM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6035590359 * CSID:3193639118 * ANI:13193639118 * DURATION (mm-ss):06-06

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 15, 2021 |
| To: | MERCY OUTPATIENT PSYCHIATRY<br>701 10TH ST SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 369-4694 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 15, 2021

Mercy Outpatient Psychiatry
701 10TH ST SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2021 through the present

We ask that you provide this information by December 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: 11975719-EMPLOYEE/CLAIMANT-11.30.2021

DocuSign Envelope ID: 5EC78171-98D7-46D4-8D80-CDC6C8E7817E

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative DocuSigned by: Jo Nie 5ED4D8025522423... Date: 11/30/2021

Date of Birth: __ ________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 15, 2021 |
| To: | SHANE GAILUSHAS<br>MERCY ENT CLINIC<br>901 8TH AVE SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 398-6901 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 15, 2021

Shane Gailushas
Mercy Ent Clinic
901 8TH AVE SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Shane Gailushas:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2018 through the present

We ask that you provide this information by December 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: 11975719-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.30.2021

DocuSign Envelope ID: 5EC78171-98D7-46D4-8D80-CDC6C8E7817E

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

DocuSigned by: Jo Nie 5ED4D8025522423...

Signature of claimant or legal representative ______ Date: 11/30/2021

Date of Birth: ______ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 16, 2021

Ms. Jo E. Nie

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946

Dear Ms. Jo Nie:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"Disability" or "Disabled", with respect to Long Term Disability, means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *Applicable to Class 1, 3:*
>
> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *Applicable to Class 2:*
>
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is September 28, 2021 and your benefits begin on December 28, 2021. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

Under the terms of your employer's LTD Policy you are required to apply for Social Security Disability benefits, and it is important that you begin this process at this time. Please initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application by February 28, 2022. One of our Social Security Specialists will reach out to you to discuss the Social Security application process.

If you do not complete that application and provide proof of the application, your LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You

cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by January 15, 2022.

_X_ W-4S 2021
__ Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

*Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation*

*The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

We have determined that you are disabled from menieres disease and depression. As your disability is related to a mental nervous condition, your claim is subject to the above limitation.

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you

begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: W-4S 2021

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

....................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..........................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $25,100* |
| Head of household | $18,800* |
| Single or Married filing separately | $12,550* |

***** If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 14, 2021 |
| To: | KRISTIN GISSELMAN<br>MERCYCARE VERNON VILLAGE<br>3933 MT. VERNON RD SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records |
| Fax: | (319) 861-2953 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 14, 2021

Kristin Gisselman
Mercycare Vernon Village
3933 MT. VERNON RD SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Kristin Gisselman:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records and office notes from 1/1/2021 through the present

We ask that you provide this information by December 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: 11975719-EMPLOYEE/CLAIMANT-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative DocuSigned by: Jo Nie 5ED4D8025522423... Date: 11/30/2021

Date of Birth: __ _______ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 2, 2021

Leslie Downs Mullen
Resilience Family Counseling
1450 BOYSON RD
HIAWATHA, IA 52233

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Leslie Downs Mullen:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all therapy notes from 1/1/2021 to 8/31/2021***Then from 9/23/2021 through the present

We ask that you provide this information by December 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 9, 2021 2:00PM - 3:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client, Kevin

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Disorganized |
| Mood: | Depressed |
| Functional Status: | Impaired |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

Suicidal Ideation

| | |
|---|---|
| Patient has intent to act: | no |
| Patient has plan to act: | no |
| Patient has means to act: | no |
| Additional information: | Jodi sent an email to this therapist that shows significant emotional distress, a fore-shortened future. Asked to not discuss in front of Kevin. Denies plan. Contracts for safety. |

## Medications

Did not ask, as Jodi was in crisis.

## Symptom Description and Subjective Report

TELEHEALTH. Jodi crying. Thought process disorganized. Struggling to recall details. Work denied her physician's second request to work from home. They are requiring her to come in every day (prior to FMLA she was working two days a week from home which allowed her to "catch up" from the work lost in the mornings as she tries to acclimate to the environment and settle her Meniere's.) She worked 11 hours one day, and 13 the next. Her PT consult discussed the need for her to take frequent breaks, and that she is not going to be able to work 8 hours in a row, which leaves her spending her day and evening at work. Her attorney did send a letter asking for written explanation as to why her request was denied, and to Jodi's knowledge (no one at work has spoken to her about it), nothing has been done. Jodi's perception is that since she has returned, they are requiring her to be on-site even more than her co-workers, under the guise that she be trained on a new platform. Jodi indicated that she understood the changes in less than an hour, and even helped the person training her figure out a problem in the new software. Despite her good work performance, knowledge, her supervisor treats her in a passive-aggressive manner. Jodi did send this therapist an email this week, but asked not to talk about it in front of Kevin. While she denies capacity to plan or follow through with suicide, she is deeply concerned that she will not make it through this.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 9, 2021 2:00PM - 3:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client, Kevin

## Relevant Content

Listened. Validated. Shared my concern for her safety. Utilized grounding and breathing techniques to assist in calming her system and attempting to rationally develop a plan. Jodi has rapidly deteriorated. Processed options. Offered to draft a letter of update to her attorney, as Jodi was to follow up with her but is finding it difficult to communicate, especially in written form. Has not gotten out of bed today (it was 2 pm when we spoke). Stated she is experiencing anger for the first time- why would they not want her to do the best job she can? Anger that they have denied what she needs. Anger at the disrespect in which she is treated. Anger at the higher expectations she has then her co-workers, as well as the lack of trust they show in her. Educated and reframed her anger- this is a healthy, normal response given the treatment she has received. Assessed for suicidality, and again shared my concern for the amount of emotional distress this situation has caused her. Processed dynamics growing up, being one of ten children, and her simply learning not to ask for anything because there wasn't anything to be had. If she was struggling in some way, she knew she had to cope with it alone. Gently challenged that she is no longer in that situation, despite it feeling like she is at her work. Encouraged her to continue to ask for what she needs, trust in her attorney to guide her to a resolution. Offered support.

## Interventions Used

Cognitive Challenging, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Relaxation/Deep Breathing, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Will send a letter of update to Jodi's attorney at her request. Will contact Jodi tomorrow to check in- asked her to focus only on Monday, and what she believes she is capable of. "You only have to do what you can do."

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on January 9, 2021 at 3:53PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 14, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Depressed |
| Functional Status: | Variably Impaired |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

No safety issues.

## Symptom Description and Subjective Report

TELEHEALTH. Jodi shared email she sent to lawyer. She is required to be on-site five days a week. This M, T, W, she has gone in a worked 10-14 hours a day, as navigating getting to work, hauling her computer, all her food and drink since walking to the cafeteria will trigger an episode. Asked to work from home today and supervisor said it was fine but that she needed to be on-site tomorrow. "They are literally killing me". Shared a time in the past when the elevator was out and her boss said "I thought of you today when the elevator was out". Jodi hauled everything up three flights of stairs. Took her hours just to get her triggered symptoms managed. Why didn't she call Jodi and say, "work from home today because the elevator is out." All of these "roadblocks" her employer is adding is making her worse. She needs to be able to take frequent breaks, so her days are going to be longer, which she is OK with and can manage better if she is at home.

## Relevant Content

Listened. Validated. Offered support. Processed feelings that her co-workers and employer "don't even care" about her. Carol has indicated that she needs Joyce to monitor her for two They have changed the rules only for her and made it harder ever sense she verbalized needing accommodation. Perception is that they are harassing her, discriminating against her for asking for help. Feels worthless because she has to continue to ask for things that others are just "given"; now she has to "earn" her two days working from home back, while others never lost theirs. "What is wrong with me that they can't treat me like a human being?" Processed depression resulting from her needs being ignored and being more monitored and treated disrespectfully and with passive-aggression since asking for help. Jodi stated "It feels like when you learn Santa Claus isn't real- How can other humans treat someone like this?" Processed disillusionment, disconnection, systemic nature of the abuse she has suffered in just trying to do her job, earn her retirement and benefits. "I can't keep going there everyday and be around people who are hurting me."

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | January 14, 2021 12:00PM - 1:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

### Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

### Treatment Plan Progress

### Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Progressing

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

### Plan

Jodi has to go in tomorrow. Developed plan of not engaging, just listening to boss, and continue to do the best she can while waiting for resolution. Encouraged her to monitor her physical and emotional health closely

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on January 18, 2021 at 10:22AM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 21, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Depressed |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

Suicidal Ideation

| | |
|---|---|
| Patient has intent to act: | no |
| Patient has plan to act: | no |
| Patient has means to act: | no |
| Additional information: | "If I could, I'd just be gone. This has twisted my mind. I just need this to be over- I don't know how much longer I can keep doing this." Denies plan- "I won't do anything about those thoughts-I won't do that to my kids." |

## Medications

Added Hydroxizine 10 mg prn. Has used.

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tearful. Jodi working from home today- not because it was allowed, but because she called and said she literally could not physically get there due to excacerbated symptoms from having to go in everyday. She shows up, talks to Carol for ten minutes, and then sees no one until Carol leaves at night. The rules keep changing. Today she was told that she is not allowed her two days working from home because she hadn't earned it yet, and Carol also told her she has to complete her work from 8-4:30, which has never been the case and goes directly against the ENT's recommendation that she needs to take frequent breaks. Jodi feels that they continue to change the rules, raise the bar higher and higher, making her job harder and harder, until she fails, all because she has a disability and asked for an accomodation.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | January 21, 2021 12:00PM - 1:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Relevant Content

Listened. Validated. Offered support. Processed continued discrimination. Jodi asked "How long do I need to continue to work at a place that is literally abusing me and making me more sick while we get it all this figured out?" Struggling morally that she is working for a organization that presents that they treat their employees and patients well, uses the word that they are a "family", and yet their actions don't match their words. She feels she has been dupped. Jodi's career in nursing where she has stepped up for decades and given, and now that she needs something, they have turned their back on her and caused her more pain. Processed nursing. Culture of disrespect toward nurses. As a nurse, she has compassion, "does the right thing by putting patient's needs first", and is "gutted" that she had to ask for an accomodation and now feels so insignificant and meaningless. Mentality from Carol is that she isn't "trying hard enough". She is completely disrespected at work and yet has to smile and take it. Explored options and encouraged her to reach out to lawyer and get a time frame in mind?

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Progressing

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

## Plan

Once again, encouraged her to self-monitor, that she can only do what she can do.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on January 21, 2021 at 1:06PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 28, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Depressed |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

No safety issues.

## Medications

no change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi presented with more calm mood, rational thought. Carol said she "earned" her two days working from home back, so that has allowed her to catch up. Carol is expecting her to do all of her work from 8-4:30pm. When Jodi gets in each morning, it takes her almost two hours for her system to settle and be able to focus on charts. Without being able to take frequent breaks, she feels that she makes mistakes. She will get all the charts gone through, so that Carol "sees" that at 4:30 she has done them all. When she gets home, she is then working from 6-9 most nights where she goes back in to review her work to ensure that it was done accurately. "I just need to know that I am catching the mistakes I made when I am trying to push through my symptoms, and she wants them done by that time, which she has never needed in the past." Again, it feels like Carol is trying to sabotage her. Jace started Vyvanse and has done a complete 180 at school. He is completing his assignments, with little intervention from her or Kevin. She was able to get out with Kyle for some shopping, although she needs to use the motorized carts which is a huge embarrassment.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: January 28, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

### Relevant Content

Listened. Processed updated work environment. While the two days from home has helped, therapist shared concern that if she continues to spend this many hours each day on work, her physical and emotional health will decline as it did in the past. Encouraged self-monitoring. Encouraged her to not only look at daily functioning, but long-term sustainability of current plan. Has not heard anything further on the civil rights claim. Jodi indicated that she struggles to even call to make appointments at this time, because "asking anyone for anything doesn't feel good". Processed loss of trust in her work management. Feels that Mercy has never offered her any support or resolution- has never indicated they have an EAP, someone to support her in her advocating for what she needs. Disillusioned. "I'm just doing the best I can each day and hope we can get something settled before I completely fall apart again. I just can't do that again." Jodi shared that she understands why people get depression, feel suicidal, and that there is virtually no support to "help", but a sense of punishment for needing help in her work environment. Discussed progress Jace is making. Encouraged taking time to do small things outside of the house- validated and gently challenged her embarrassment.

### Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

### Treatment Plan Progress

### Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

### Plan

Continue weekly support. Closely monitor- concern exists for her continuing to push herself to meet changing work demands

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on January 28, 2021 at 1:39PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | February 4, 2021 11:00AM - 12:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Euthymic |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

Suicidal Ideation

| | |
|---|---|
| Patient has intent to act: | no |
| Patient has plan to act: | no |
| Patient has means to act: | no |
| Additional information: | "Waves come over me after an interaction with Carol that I have to work minute to minute to not think about killing myself to escape this mess. She walks in and dive-bombs me, and then expects me to perform, and threatens to take away my two days from home if I don't get my work done. This emotional harassment ruins me for the day, and so I am working all night and getting up at 5 am so I can get my work done at peace from home. She is doing everything in her power to sabotage me. I won't die from Meniere's, but I may from depression. I feel like I'm being emotionally raped and have to go in and work with my abuser. You can make anybody crazy" Contracts for safety. |

## Medications

no change. Has used the PRN med once, as it makes her a little sleepy and she doesn't want to use it at work when she needs it the most.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | February 4, 2021 11:00AM - 12:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Symptom Description and Subjective Report

TELEHEALTH. Jodi continues to feel discrimination at work. During a staff meeting, Carol stated that Jodi worked her first weekend since returning to from FMLA and completed 8 cases. Jodi had completed 20 cases, and for nearly the fourth time, had to explain to Carol how the queue worked. Later, Carol came into her office and asked "Did I do something wrong?" Jodi shared that she felt humiliated in front of her coworkers when she gave them mis-information about her work on Saturday, and that Carol has never once "announced" other people's performance or amount in any staff meetings. Carol indicated that wasn't her intention, and asked her to stop being so sensitive. Jodi shared that it's difficult to not feel the way she does when she has had no support, is being constantly monitored in different ways than coworkers, and the help she needs to be able to perform her job while protecting her health is being denied. Carol stated that she is not talking about that and that "HR is on my side" Jodi said "Sides? Why are there sides? Don't we all work for the same company for the same goal?" Carol indicated that if she did not get her cases done while on-site that her two days a week working from home would be taken away and left her office. Again, Jodi is then more distraught, frustrated, and struggles to settle her system to do her job well following these interactions. Tearful, amplified emotion at times, and required calming techniques. Reserve resources: time, energy, positivity

## Relevant Content

Listened. Validated. Processed continued toxic work environment. Discussed plan with lawyer, and Jodi is unsure of how long she can maintain this without deteriorating physically and emotionally. Jodi indicated that she sees no "light at the end of the tunnel." Gently challenged and shared my perception of her coping as I reviewed her progress. While no change has happened in terms of being treated with respect and support at work, Jodi has begun to verbalize that what is happening is not her fault. She is a knowledgeable, dedicated nurse who has committed herself to her field. When Carol makes negative comments such as "you are getting paid a lot", instead of Jodi internalizing and questioning her worth as she has for the past two years, she thinks "I have given nursing everything I have, I am educated and can bring value to my team and the hospital, and I have earned my pay and benefits." While she is incredibly distressed by the continued mistreatment, there is a part of her that "knows" this is not on her. I shared my perception that this gives me hope that she will survive this. She has been calm and assertive with Carol in triggering interactions, and while she cries and struggles to focus after Carol leaves, she is standing up for herself in the moment in an appropriate way. Processed my concern that her self-care is declining, as she is spending the majority of her waking hours on work. Discussed how can she reserve her resources of time, energy, positivity so that she can "refill her bucket"? This continues to be a challenge as Carol has indicated she needs to complete her work during work hours (never a requirement before and doesn't impact anything negatively if she completes a chart at noon or at 10 pm) so Jodi continues to go back into her cases once she is home to ensure that all the distractions during the day haven't caused her to make a mistake. Offered support and encouraged to monitor health, both emotional and physical.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Relaxation/Deep Breathing, Review of Treatment Plan/Progress, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 4, 2021 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Improved
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

### Plan

Continue to assist Jodi in building the resiliency skills she needs to cope with mistreatment, lack of support, and lack of necessary accommodation at work

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on February 5, 2021 at 11:00AM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | February 11, 2021 12:00PM - 1:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Euthymic |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

No safety issues.

## Medications

no changes

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tearful. Laura, her attorney, reached out and let her know that Mercy hired outside representation. Laura mentioned maybe needing to file a formal complaint with HR at Mercy. Anxious- can't imagine having to go into HR by herself where she does not feel safe. Indicated that Carol once again came into her office this week and said "Remember you need to get your discharges done or you won't be able to work from home next week." Jodi frustrated because her discharges sometimes rely on a physician, and they sometimes work one week on and one week off, and they do not respond right away. Once back, she needs to review again before it goes to billing- she takes her job seriously and wants to go through each in a detailed fashion. Carol is now constantly reviewing her cases, whereas before she asked for help she would never review all of her cases on a daily basis. Again, feels like she is looking for something which makes Jodi hyper aroused. Continues to feel that these behaviors and comments create a constant environment in which it makes it difficult to do her job as they trigger Jodi's anxiety. Jodi knows that she is a good employee and could do the job well if Carol would just stop throwing her off emotionally and she was allowed to work from home where she can manage her Meniere's triggers, spreading out her work day to incorporate frequent breaks as her doctors have recommended. Not being able to do many of the things she use to do creates sadness and a sense of loss on a daily basis. Since she has been back from FMLA, she has not been required to leave her desk for any job obligation. In the past 20 months she can only think of one or two times where it was necessary to leave her desk. Again, perseverates on "Why don't they want to help me so I can be the best employee and person I know I am? Why am I not important enough to allow such a small thing?" Feels cruel and humiliating to have to continue to ask for a simple thing that they are denying.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 11, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Relevant Content

Listened. Validated. Jodi again more clear in her thinking and not "owning" that this is on her. Depressive symptoms have increased, as she perseverates-since it makes no sense intellectually, it must be something personal that she is targeted in this way. Has to conserve energy to manage her symptoms- physician stated that navigating to the office and managing triggers in that environment is "wasted energy", something she needs to conserve in order to manage her disease. Also, the emotional distress is a constant energy drain. She is back to working most of the evening until 11 pm from home to ensure that her work was accurate. Shared my concern that this cannot continue as she will end up back to where she was when she left for FMLA. Jodi is unwavering that she is not going to tum charts over to billing until she is confident they are accurate. Offered support. Educated regarding the narcissistic behaviors that she is victim of in her work environment. "We will never be able to understand their behavior or the reason why; we just need to focus on coping with it the best you can and conserving energy until you gets resolution". Assured her that she does not need to go into HR by herself, and that her lawyer would not set her up in that way. Jodi shared some fear: "I've never had to do anything legal in my life and it scares me." Normalized. Again, shifted focus to here and now, managing what we DO know, and not worrying about things that may or may not ever happen in the future.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Improved

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Encouraged Jodi to share her fears with her lawyer, as she indicated she doesn't want to "bother" her. Sending a quick email with a few questions is not "bothering" her lawyer, and if it would help alleviate the unknown fears, may be worth reaching out?

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on February 11, 2021 at 1:58PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 18, 2021 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Depressed |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

Suicidal Ideation

| | |
|---|---|
| Patient has intent to act: | no |
| Patient has plan to act: | no |
| Patient has means to act: | no |
| Additional information: | Continued passive SI, uncertainty how long she can hold on in this work environment. Denies plan, intent, but feels desperate and sometimes feels that she is a burden to her family and clearly not worth anything at work. |

## Medications

no change.

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tearful. Indicates she has good days and bad days. She continues to feel that she could navigate the physical symptoms she has with Meniere's if she wasn't having to deal with the constant challenges present in the work environment and in interactions with her boss. She continues to feel monitored in ways no one else is, and is so afraid of making any small mistake for fear of giving them reason to take away the two days she is allowed to work from home. Carol continues to remind her that her job needs to be done from 8-4:30 despite her physical therapist and physician indicating it is best if she can work a few hours and take a break, work a few hours, take another break. Once home, she will review her charts from the day to ensure she made no mistakes, as the distractions and tension in the environment leave her stressed and physically ill.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | February 18, 2021 11:00AM - 12:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Relevant Content

Listened. Offered support. Explored time line, and again shared my concern that she is continuing to deteriorate as we are awaiting resolution of her accommodation. Jodi is unsure how long she can maintain, and feels discouraged. She does not want to have to go on disability, and believes if they had only given her the opportunity to work from home, she could have shown them it would work. She has not been required to leave her desk for any work obligation. She feels her supervisor continues to paint a picture that is not accurate- there is no reason she needs to be onsite to meet all of her responsibilities. Jodi takes her job seriously, found it rewarding and knows she has knowledge and skill to contribute. However, she feels she is treated with disrespect, denied what she needs, and uncertain how the culture can ever be a safe place for her. Utilized solution-focused strategies, focusing on here and now, what does she need to finish today and then get through tomorrow. Encouraged not to think too far out into the future right now. Encouraged to reach out to lawyer (Jodi doesn't want to bother her) to find out what kind of time frame she can expect?

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, and Supportive Reflection

## Treatment Plan Progress

## Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Improved

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

## Plan

Jodi will reach out to Laura to find out what the time frame is so that she can make decisions with all the information.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on February 18, 2021 at 7:07PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | February 25, 2021 9:00AM - 10:00AM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Disorganized |
| Mood: | Depressed |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

Suicidal Ideation Passive SI continues

| | |
|---|---|
| Patient has intent to act: | no |
| Patient has plan to act: | no |
| Patient has means to act: | no |

## Medications

No change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi extremely tired. Struggled initially to maintain conversation, indicating that she has been pretty much working all day at the hospital, and then comes home and continues well into the night to make up for the interrupted work flow. Carol did agree to move Jodi's weekly meeting back to a monthly meeting, indicating that she is "doing a good job". Jodi unsure when her performance or time management was ever an issue; she has a medical condition and needed an accommodation, was denied, and has been scrutinized and treated differently than coworkers ever since. Continues to give her job 100% and does not have anything left for herself, her family, her children. Admits continued depression due to circumstances, fear that she will never recover and be able to have a normal life.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: February 25, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Relevant Content

Listened. Validated. Offered support. Gently challenged- "At what cost to you and your health is this job worth?" Jodi tearful, financially the family requires her income, she has worked hard for her income, benefits, and to just walk away and accept that she can't do it when they haven't given her the chance doesn't seem right. Jodi knows she is skilled, has something to contribute, and likes the actual work. Wants to teach her children to stand up when they are mistreated. Tries to find small ways to connect with them each day, but feels she is missing so much: "I will never get the past two years back- and I don't know how long I can actually continue to do what I am doing. There are just not any good options." Assessed for SI, and passive thoughts continue. As the environmental stressors are not letting up, Jodi is focused on coping day by day.

## Interventions Used

Cognitive Challenging, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Improved
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

## Plan

Continue support. Jodi considered looking at short-term disability again, but doesn't have any FMLA, so believes she would most likely be fired if she did so. Encouraged to reach out to lawyer to clarify/discuss if there are any other options she has at this time, as her health continues to deteriorate once again.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on February 25, 2021 at 4:52PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | March 10, 2021 1:00PM - 2:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Euthymic |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

No safety issues.

## Medications

no change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi shared no real changes at work. After working the weekend and then Monday following, Pat told her she was not able to have work from home days because she was behind. Jodi told her she was physically unable to come in and was planning to keep her work from home days. Jodi spent her day off sleeping nearly 24 hours to recover. Today is finally catching back up, which in the past, was never an issue after coming off a weekend as you have so many cases and discharges, but now is used against her to pull away the two days from home as punishment. Trying to hold on one more day and then has next week off, which she will use to try to recuperate and reassess if she is able to continue to go into the office while awaiting the claim to move forward.

## Relevant Content

Listened. Validated. Offered support. Processed continued distress in work environment. Jodi feels that she is held at such a different standard now that she has asked for help. She gets her days taken away if she is "behind" at all, despite she is "behind" in the first place because she has to navigate getting to work and the triggers to her disease. Processed disillusionment she feels, how her view of the world and people has shifted. The lack of empathy, lack of support of one another, the cruel behavior she has been victim to; she struggles with teaching her kids how to handle, as she has never had to deal with this and never realized that this was a reality. She has taught them to self-advocate, ask for help, but now they are seeing that it can backfire and actually make things worse. "How do I explain that to them?" Explored ways she is coping, modeling trying to fight for what is "fair and just". Shared my perception that even having these types of conversations with her boys displays strong parenting skills.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: March 10, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Interventions Used

Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Realistically assess her capacity to perform her job; being assertive in identifying her needs to be successful.
   Progress: Improved
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Jodi has next week off, so will meet in two weeks.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on March 10, 2021 at 2:09PM.

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: March 15, 2021 6:29PM

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Presenting Problem

Jodi has Meniere's disease which has become debilitating at times. Episodes are triggered by environmental stressors, which are not managed in her work environment. Jodi has been seeking an accommodation to work from home for over eighteen months, which has not been granted. Physically she has deteriorated. It can take her hours to recover from a shower, and then navigating to work exacerbates symptoms. It can take her several hours to be able to function. She then works from home every night and on weekends to make up for the time lost at work. Her physician has requested an accommodation to work from home. This therapist supported. It was denied, despite that Jodi can 100% do her job from home, where she does not have to navigate travel and other environmental stimuli. The physical toll this commitment to her job has taken has also impacted her emotionally, and she is struggling both physically and emotionally at this time.

## Treatment Goals

Increase coping with workplace discrimination

**Estimated Completion:** 6 Months

## Objective #1

Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Interpersonal Resolutions, Psycho-Education, Structured Problem Solving, Supportive Reflection, Symptom Management
Estimated Completion: 6 Months

## Objective #2

Maintain emotional regulation skills, problem-solving, and assertive communication skills

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Exploration of Relationship Patterns
Estimated Completion: 6 Months

## Prescribed Frequency of Treatment

Weekly

I declare that these services are medically necessary and appropriate to the recipient's diagnosis and needs.

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC

Date and Time: March 15, 2021 6:29PM

Clinician: Leslie Downs Mullen, MS, LMFT

Patient: Jodi Nie, DOB

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on March 15, 2021 at 6:34PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | March 24, 2021 3:00PM - 4:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Euthymic |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

No safety issues.

## Medications

no change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi shared that prior to her week off she was told that she will be allowed to work from home full time. Lawyer informed her that she had held off on filing the civil rights complaint as she was working with the external lawyers Mercy had hired and felt they might be getting closer to resolution. Jodi shared that she was "written up" as well, for "talking disrespectfully" to her manager Carol. Plans to write a response to add to her file, as Carol was not only dishonest in her write-up, she didn't provide any history or context. Struggling to even feel "happy" because she doesn't trust it on some level and there has been so much turmoil for the past two years. Hopeful that she can heal, do a good job, and find some balance between work and family.

## Relevant Content

Listened. Focused on her strengths, and how she was able to maintain in this environment for so long. Processed her being written up- she has never had a conflict with a supervisor or been written up in 30 years of working. Processed what she plans to include in her response. Normalized feeling guarded, not trusting that this is "real" or will "last". Shifted focus to what specific things she can do to start healing, finding work/life balance. Explored self-care necessary now that she will not be spending every waking minute working. Setting a schedule to incorporate breaks to reduce Meneire's flare ups. Regular eating, exercise, social and family time.

## Interventions Used

Cognitive Refocusing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, and Supportive Reflection

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: March 24, 2021 3:00PM - 4:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support- Jodi in agreement that meeting weekly might not be necessary now that the problem has been resolved. Will check in in two weeks.

Prescribed frequency of treatment: As Needed
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on March 24, 2021 at 4:08PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 5, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Patient Presentation

| | |
|---|---|
| Cognitive Functioning: | Oriented / Alert |
| Mood: | Euthymic |
| Functional Status: | Intact |
| Affect: | Appropriate |
| Interpersonal: | Interactive |

## Safety Issues

No safety issues.

## Medications

no change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi starting to feel much better since working from home. She is able to work and take frequent breaks. If she is experiencing vertigo or nausea, she is able to go lay down for 15 min and then go back to working. At work, she would have to push through and then when get home, she would crash for several hours to recover and then have to work much later to catch up. While often working until late in the evening and on the weekends, health wise, it is much more manageable. Had several doctor appointments last week, and no one worked the weekend as it was a holiday so they are busy this week. Can see the Carol is constantly monitoring all of her cases, and doesn't fully understand how the system and case assignments work. Carol is not monitoring her in ways she isn't monitoring others, and attempting to compare. Constantly interrupting with disorganized emails. Did respond to her write up.

## Relevant Content

Listened. Validated. Processed ability to regain control of some of her health issues as she is no longer dealing with environmental triggers. Thinking clearer as her body is healthier. More focused and effective. Not wasting energy. Perception that Carol is concerned about how things look without really understanding the process. Arbitrary rules that benefit no one and only add to the workload with no measurable outcome. Processed her being written up, her response. Took each item and responded. Indicated that she does not have an advocate at Mercy, as Carol frequently says "HR is on my side". Procedures are unclear, everyone doing it a little differently, but end result is the same. Either they need to outline the procedures or Carol needs to stop comparing apples to oranges. Processed being assertive during team meetings, and Jodi immediately stated it isn't a safe environment to do so, and she will continue to keep her head down and do the best job she can.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 5, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

### Interventions Used

Cognitive Challenging, Cognitive Refocusing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, and Supportive Reflection

### Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

### Plan

Continue support. Continue to encourage Jodi to stand firm and challenge mis perceptions of her work. Concern exists that Carol is attempting to sabotage Jodi as she has stood up to her.

Prescribed frequency of treatment: Every 2 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on April 5, 2021 at 2:31PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 28, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Intact |

## Risk Assessment

Client denies all areas of risk. No contrary clinical indications present.

## Medications

no change.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: April 28, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi updated. Jodi presents with brighter affect, laughter. She is healing physically not having to navigate getting to and from, managing triggers in that setting. Continues to feel that she is treated differently and with less respect than the others on the team. For example, the work flow is so inconsistent- coming off a weekend sometimes she has 40 cases, while others might have 18. Jodi went to Carol and asked if she would be willing to even the work load across the team so there is a more consistent case numbers, and she "went to the team" and determined that no one else needed that so she is not in support of it and won't make that simple change. Jodi has been more assertive, letting Carol know what she needs, even though it is typically denied.

## Objective Content

Listened. Validated. Discussed feelings of personal rejection, as Carol denying her requests make no sense. Focused on strengths, her ability to advocate for herself despite it not being granted. As her doctor has encouraged her to take frequent breaks, and it is not healthy for her to work straight for 8 hours, and she gets her work done in the way that works for her with no negative consequences to her employeer. Processed disconnect that Jodi feels with her team. Past year has also caused isolation. Discussed long term goal of possibly getting into rental property in Florida.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support.

Prescribed frequency of treatment: Every 2 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on April 28, 2021 at 1:53PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | May 20, 2021 10:00AM - 11:00AM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Preoccupied |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Client denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: May 20, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi shared update. We had spoken by phone the previous week, as her boss has now written her up three times. Jodi asked the team if they could address the large influx in cases that occur on Mondays after someone covers the weekend. Instead of equally spreading them out, Jodi will sometimes have 40 total cases while someone else has 8. She asked if they could evenly distribute, as it is extremely difficult to stay caught up when you have that amount on top of the other ones your following. Her contract indicates that she is required to do around 18 cases, which she is able to do. Her boss indicated the team did not feel it was a problem for them the way they are currently doing it and will not change it. Then she wrote Jodi up for a "lack of communication" with her team, stating she doesn't reach out to them to review cases. Jodi shared she feels competent in her role, and when she has questions she does ask? Laura, her lawyer, had reached out to check in, and they are meeting later this week, as it appears that her boss is sabotaging her. Jodi tearful, anxious, stated "You can't chase chickens around the hen house and expect them to lay eggs" All of the increased monitoring, denial of reasonable requests, being written up, is impacting Jodi.

## Objective Content

Listened. Validated. Offered support. Explored Jodi's options. Encouraged her to pull out her job responsibility contract, go down it, review that she is doing what is expected. If her boss indicates she is not, ask for specific examples, and specific behavioral changes her boss is requesting. Used the "lack of communication with the team" as an example. It appears that Jodi is communicating her needs to the team, but Carol is not making changes that would help her do her job more efficiently and effectively. Can she ask Carol what specifically she wants to see different? Metaphor of Carol constantly pulling the rug out from under her and then angry that she's not standing up. What does stepping off the rug look like? How can she manage herself emotionally so that she does not spiral down? Just because Carol makes a statement, it does not make it true. Ask for specific examples of what she needs to do differently, and if it is within her job responsibility, then work to make it happen. If it is not, or she disagrees, calmly share her perspective with Carol, document, and move on with her day. Can she request Carol IM her if it is something she needs to do immediately (Carol uses email, then gets upset if Jodi doesn't respond right away, which requires Jodi to constantly check her email (switching tasks) which can trigger her Meniere's, let Carol know she is checking email first thing in the morning and then at the end of the day and see if that is sufficient?

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: May 20, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Encouraged Jodi to maintain self-care, focusing on emotional regulation despite the triggers present in her work environment, as concern exists that her mental health is declining once again due to the toxic work environment.

Prescribed frequency of treatment: Every 2 Weeks
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on May 21, 2021 at 12:12PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 1, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Variable |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Low |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | continued toxic/emotionally abusive work environment |
| Protective Factors: | Social responsibility, Children in the home, Positive coping skills, Strong therapeutic rapport, Sufficient problem-solving skills |

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 1, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Medications

no change. Jodi indicates that no matter what anti-depressants she tries they don't work, as she continues to be in the environment that is creating the distress.

## Symptom Description and Subjective Report

TELEHEALTH. Jodi updated. Things have continued to deteriorate at work. She has now been written up four times since seeking accommodation for her Meniere's. In her 35 years of working, she has never had conflict with co-workers, bosses, or ever been written up. She states that Carol continues to monitor her, change the rules and expectations. When Jodi has spoken up about questions or ways to possibly streamline the workload, she is quickly dismissed. Then she is written up for not communicating to her team. Jodi feels that she is being targeted and sabotaged after being granted accommodation. Jodi tearful, difficulty tracking questions, stating that she is once again deteriorating. Her lawyer recommended her filing an official complaint against Carol, but Jodi does not even know how to go about doing so, and doesn't trust the system in which she needs to report.

## Objective Content

Listened. Validated. Offered support. Reviewed strategies to calm system. Reframed. Jodi knows who she is, what is the truth. Her supervisor can say things that are not true, but they do not define her. Discussed her option of filing a complaint. Assisted Jodi in organizing her thoughts if she decides to file the complaint. Encouraged her to remove emotion from it, bullet point the issues. Focus on the facts. Discussed pros and cons of filing. Jodi indicated that she doesn't have anything to lose at this point, as she feels her boss is clearly trying to pave the way to fire her, and she cannot continue to be treated this way. She feels harassed, emotionally abused, punished for needing an accommodation. Normalized her feelings- shared that her feelings are a normal human response and that she is justified in feeling how she does. Allowing room for those emotions without judgment.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Mindfulness Training, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 1, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

### Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Variable
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

### Plan

Continue support. Jodi would like to increase her sessions to weekly due to the current distress.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on June 1, 2021 at 8:37PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | June 1, 2021 8:00AM - 9:00AM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Variable |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Low |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | continued toxic/emotionally abusive work environment |
| Protective Factors: | Social responsibility, Children in the home, Positive coping skills, Strong therapeutic rapport, Sufficient problem-solving skills |

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 1, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Medications

no change. Jodi indicates that no matter what anti-depressants she tries they don't work, as she continues to be in the environment that is creating the distress.

## Symptom Description and Subjective Report

TELEHEALTH. Jodi updated. Things have continued to deteriorate at work. She has now been written up four times since seeking accommodation for her Meniere's. In her 35 years of working, she has never had conflict with co-workers, bosses, or ever been written up. She states that Carol continues to monitor her, change the rules and expectations. When Jodi has spoken up about questions or ways to possibly streamline the workload, she is quickly dismissed. Then she is written up for not communicating to her team. Jodi feels that she is being targeted and sabotaged after being granted accommodation. Jodi tearful, difficulty tracking questions, stating that she is once again deteriorating. Her lawyer recommended her filing an official complaint against Carol, but Jodi does not even know how to go about doing so, and doesn't trust the system in which she needs to report.

## Objective Content

Listened. Validated. Offered support. Reviewed strategies to calm system. Reframed. Jodi knows who she is, what is the truth. Her supervisor can say things that are not true, but they do not define her. Discussed her option of filing a complaint. Assisted Jodi in organizing her thoughts if she decides to file the complaint. Encouraged her to remove emotion from it, bullet point the issues. Focus on the facts. Discussed pros and cons of filing. Jodi indicated that she doesn't have anything to lose at this point, as she feels her boss is clearly trying to pave the way to fire her, and she cannot continue to be treated this way. She feels harassed, emotionally abused, punished for needing an accommodation. Normalized her feelings- shared that her feelings are a normal human response and that she is justified in feeling how she does. Allowing room for those emotions without judgment.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Mindfulness Training, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 1, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Variable
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Continue support. Jodi would like to increase her sessions to weekly due to the current distress.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on June 1, 2021 at 8:37PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | June 7, 2021 12:00PM - 1:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Intact |

## Risk Assessment

Client denies all areas of risk. No contrary clinical indications present.

## Medications

Added Abilify, but hasn't noticed anything. Doesn't believe that a medication is going to help as her work environment continues to be harassing

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 7, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tearful. Did submit a written complaint to HR last week, naming Carol and Pat. Has not heard anything from them regarding next steps. Jodi began the week with over 30 cases, while others have maybe 9, 12. This is the issue she brought up with her and the team about leveling out the cases between the staff, and was denied. Feels sabotaged, buried. People in her cases, or the new que over her weekend- Pat sent a message out on one of them. This is not typical- no one monitors or inserts themselves in anyone else's cases. Jodi copies and pastes the info into a doc so she can enlarge and change the font so she can read quicker.

## Objective Content

Listened. Validated. Offered support. Jodi unsure how long she can continue to work in the environment in which is harassing and abusive. The expectations keep changing. Carol now wants her to write her notes the way another co-worker writes them. Notes are meant for the reviewer themselves, and each person does them differently. "Jumping through arbitrary hoops that keep moving" Challenged Jodi to be done today. "You don't have to engage with the crazy." Attempting to please, constantly shifting to adjust to whatever Carol's latest demand is, is actually causing damage. She knows who she is, and that she does a good job on the cases for the hospital. Show up, do the job, and conserve energy spent trying to make sense of nonsense. If Carol is upset that she is behind this week, point out that she tried to offer a solution where the workload would be evenly distributed and was denied. Therefore, she can only do what she can do, is doing the best she can. Jodi has done all that she can by filing a harassment complaint. "Tum it over to the universe, do a good job, and don't engage with the crazy hoop jumping" Shared concem that she is once again depleted emotionally and physically. Self-care is paramount, and encouraged that she set strong boundaries and get done what she can within work hours. Jodi accepts she is slower and is OK with working a little longer to make up the difference. However, with all the changing demands, she is once again working all hours of the day and night. Developed a plan to address her high caseload while also leaving necessary down time.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Relaxation/Deep Breathing, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 7, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Continue to encourage Jodi to be assertive, set boundaries, allow time for self-care. Radical acceptance that Carol and Pat are damaging, and she does not have the energy to engage with it nor does she have to. Focus her energy on doing her job and self-care.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on June 7, 2021 at 1:05PM.

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC
Date and Time: June 14, 2021 7:25PM
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Presenting Problem

Jodi has Meniere's disease which has become debilitating at times. Episodes are triggered by environmental stressors, which are not managed in her work environment. Jodi has been seeking an accommodation to work from home for over eighteen months, which has not been granted. Physically she has deteriorated. It can take her hours to recover from a shower, and then navigating to work exacerbates symptoms. It can take her several hours to be able to function. She then works from home every night and on weekends to make up for the time lost at work. Her physician has requested an accommodation to work from home. This therapist supported. It was denied, despite that Jodi can 100% do her job from home, where she does not have to navigate travel and other environmental stimuli. The physical toll this commitment to her job has taken has also impacted her emotionally, and she is struggling both physically and emotionally at this time.

## Treatment Goals

Increase coping with workplace discrimination

**Estimated Completion:** 4 Months

## Objective #1

Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Interpersonal Resolutions, Psycho-Education, Structured Problem Solving, Supportive Reflection, Symptom Management
Estimated Completion: 4 Months

## Objective #2

Maintain emotional regulation skills, problem-solving, and assertive communication skills

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Exploration of Relationship Patterns
Estimated Completion: 4 Months

## Prescribed Frequency of Treatment

Weekly

I declare that these services are medically necessary and appropriate to the recipient's diagnosis and needs.

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC

Date and Time: June 14, 2021 7:25PM

Clinician: Leslie Downs Mullen, MS, LMFT

Patient: Jodi Nie, DOB

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on June 14, 2021 at 7:25PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 15, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Client denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi has a meeting at 1 pm with HR. Tearful. Anticipating the worst. Meeting with VP and Head of HR. Doesn't trust that she will be supported. Has felt this entire time since asking for the accommodation that she has done something wrong. Monitored. Written up for things others are not. Her requests are denied while other's are given. Gaslighting. "Working in this environment is literally killing me"

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: June 15, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Objective Content

Listened. Validated. Reviewed her initial letter to HR. Prompted Jodi to use I-statements, focus on issues in which she has evidence of that she could provide if requested. Instead of saying Pat is a bully and doesn't like her and is making her work difficult, what examples does she have that evidence that claim? Reviewed emails, other documentation of how her request is denied and then someone else with same is granted. What does she need to do her job well? Utilized grounding techniques to calm system before meeting.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Relaxation/Deep Breathing, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on June 15, 2021 at 12:56PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | July 2, 2021 10:00AM - 11:00AM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Reactive |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Distractible |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Low |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | Continued unresolved harassment at work |
| Protective Factors: | Positive social support, Social responsibility, Children in the home, Positive coping skills, Sufficient problem-solving skills, Strong therapeutic rapport |

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: July 2, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Medications

no change

## Symptom Description and Subjective Report

Jodi has not heard anything from HR since reporting her supervisor and co-worker. Co-worker announced she didn't want to work Saturdays in the summer, so the following week the boss made it official. Now when they come in on Monday, they are all two days behind because no one covered the weekend. On top of that, capacity at the hospital is higher than it has ever been, and they are down a .5 staff. All of this makes it very difficult for Jodi to keep up with the workload, but they are making it seem that she is incompetent. Continues to feel that they are sabotaging her to fire her since asking for accommodation.

## Objective Content

Listened. Validated. Offered support. Reviewed continued issues at work. Encouraged her to keep documentation- facts only- and perhaps follow up with HR? Educated that often HR is unable to do anything unless they have evidence. Can she ask if it would be helpful to them if she emails them weekly with things like the rule changes that impact her ability to complete the job? Typically they are to have 20-25 cases daily, but coming off the weekend now she has had 40 plus, and then boss says she is behind. Jodi admits she cannot read as fast with her eye sight damage, and is willing to work a little longer to make up for her medical issues, but is back to working 12-14 hours a day just to keep up with the workload. Reviewed self-care. Shared concern that she is only setting herself up to deteriorate. Jodi agrees, but sees no other option, or fears they will fire her. Worried regarding the financial stability of her future, her boys. Setting boundaries at work gets her written up, which will ultimately cause her to be let go. Jodi feels stuck, angry, hurt. Validated.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: July 2, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Variable
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

## Additional Notes / Assessment

Jodi has excellent insight, self-awareness, and knows what she needs to do to heal and protect herself, but sees that comes at a cost of losing her job. Continue to explore "at what cost" to her emotional and physical health this toxic work environment is having.

## Plan

Continue support. Jodi agreed to keep simple, fact-based notes to perhaps forward to HR if they feel that would be helpful.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on July 6, 2021 at 10:26AM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | July 14, 2021 9:00AM - 10:00AM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Client denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | July 14, 2021 9:00AM - 10:00AM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Symptom Description and Subjective Report

TELEHEALTH. Jodi continues to work at least 12 hours a day to stay on track with the 30 plus cases each day. She is exhausted. Wearing compression hose to reduce the swelling that has occurred. She doesn't see her children. She tried to go to the store with Kevin over the weekend and couldn't make it and had to return home. Has had no response in over a month from HR. Has had some verbal and email exchanges with Pat and Carol. Feels that the assumption is made that she is wrong and needs review, when she is as competent as everyone else on the team. Carol has different expectations for her (send out all of her sepsis cases) that others aren't expected to do. Jodi more assertive while managing her emotions in conversation, yet not encouraged in the environment.

## Objective Content

Listened. Offered support. Focused on strengths and ways she is advocating for herself. While the boss may feel this is "disrespectful", Jodi has no recourse as she hasn't had any information or support from HR. Encouraged to touch base with lawyer to find out if she should follow up with HR on her own? As the workload has continued to increase, and Carol has continued to interfere with her ability to do her job by interrupting, expecting more than she does of others, and sabotaging. Being under the microscope creates hypersensitivity, worry, and spending more and more time on things that don't need to done (notes on every case every day that no one looks at or needs unless there is a denial and then could be reviewed). Shared concern that the amount of time and energy going into managing increase in cases and expectations is impacting her physical and emotional health. Jodi tearful, acknowledges the wear on her body, and agreed to touch base with lawyer for guidance.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Variable
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Jodi has made strides in assertively communicating her needs to her supervisor, although she feels that is not well received, which is the pattern that leads to her getting written up. Jodi feeling her job is at risk and will reach out to lawyer.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: July 14, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on July 14, 2021 at 12:27PM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | August 3, 2021 2:30PM - 3:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 30 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90832 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Fair |
| Memory: | Intact |
| Attention/Concentration: | Variable |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Low |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | Hopelessness |
| Protective Factors: | Social responsibility, Children in the home, Strong therapeutic rapport |

## Medications

no change.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 3, 2021 2:30PM - 3:00PM
Duration: 30 minutes
Service Code: 90832
Location: Main Office
Participants: Client only

### Symptom Description and Subjective Report

TELEHEALTH. Jodi's husband reached out to see if I could talk to Jodi. He is deeply concerned- she is crying, forcing herself to work and finish her cases so she doesn't get fired. She received her "final warning" before being fired. He can't see her deteriorate any more and doesn't know how to help her. Jodi sobbing. Shared that Carol wrote her up and said it was her final warning. Jodi asked to discuss with her, and she refused, telling her to "read the report". In short, Jodi being reprimanded for not keeping up with her work load. Do to lack of an employee, increase in hospitalizations, her workload has increased. Her expectation that was written up in the very beginning of the accommodations request was that she needs to complete a minimum of 20 cases a day. She has been given 30+ new cases a day in addition to the ones needing review, and has been told that she is not keeping up on her workload. Jodi feels continued abuse with no recourse. HR responded by email after a month following her complaint, and indicated the matter was closed. Jodi feels she has no one to go to at her workplace she can trust to help her.

### Objective Content

Listened. Validated. Provided grounding techniques to help calm. Jodi struggled, worked to take deep breaths, but would quickly break down. Feels she has nothing to offer, not to her employer and not to her family since she has no time for them. Processed. Jodi feels she is a burden. Gently challenged that she knows who she is and what she is capable of, and Carol's perception and "painting" of her is not accurate. Engaged frontal lobe to attempt to develop plan. Encouraged to consult lawyer regarding options. Acknowledged and validated her emotions and commitment to providing for her family, and gently challenged "at what cost"? Shared my concern that her toxic and emotionally abusive work environment is clearly impacting her emotional and physical health. Will see again this week as was originally scheduled.

### Interventions Used

Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Relaxation/Deep Breathing, Structured Problem Solving, and Symptom Management

### Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

### Plan

As noted. Jodi will consult lawyer. Will see on Thursday as a follow up.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | August 3, 2021 2:30PM - 3:00PM |
| Duration: | 30 minutes |
| Service Code: | 90832 |
| Location: | Main Office |
| Participants: | Client only |

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on August 3, 2021 at 7:57PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | August 5, 2021 12:00PM - 1:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Poor Recent |
| Attention/Concentration: | Distractible |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Medium |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | Current ideation, Hopelessness |
| Protective Factors: | Positive social support, Social responsibility, Children in the home, Strong therapeutic rapport |

## Medications

Jodi had to take the PRN medication due to significant panic after receiving her final warning at work.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 5, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

Jodi sobbing. Since receiving her final warning she anticipates she will be fired. She was written up for "falling behind", despite completing 35 new cases that day. Carol and HR maintained that workload has increased and she needs to do her share. Jodi has a written agreement that maintains she is required to do 20 cases. Jodi stated "Is there ever a cap of what one is expected to do?" Working 14 hours a day to try to stay on top of everything, and it still isn't good enough. She is more depressed than she ever has been. Feels worthless. "I keep trying and trying to do a good job and it is never good enough. I don't even understand why I was written up, and HR won't talk to me directly- I was instructed to "read the report". She had a meeting with Carol the day before the write up and it was not brought to her attention that they felt 35 wasn't enough, and then the next day she had her "final warning".Carol indicated that reviews need to be done daily (this was never the case- often waiting on doctor's to respond, etc) and Jodi reviews them as the information comes in, yet Carol wants to see her in every case every day. Clearly piling on more and more expectations to which she cannot meet, made to feel incompetent, and now is going to be fired. She and her family rely on her income, insurance, benefits. Unsure of her options- waiting for a call back from her lawyer.

## Objective Content

Listened. Grounded. Assessed for suicidality. Jodi tearful, indicating she has never felt this useless before. She is useless at work and also at home because she has no time for her family. Crying frequently. Up all hours of the night trying to get all the new cases and reviews done. Feels that she fought for 18 months to get an accommodation that she needed, and once granted, they have written her up and are going to fire her within months. Recalls the meeting with HR when she was told "You will NEVER work from home." Feels targeted, abused, harassed, and being written up for things that have never been expectations, nor were made clear to her. Then when she tries to seek understanding, is shut down. Processed. Offered support. Attempted to explore options- if she is fired, can she then apply for disability? Does she need to apply now? Unsure how she and her family will manage with only 60% of her income and no benefits. With her Meniere's, she could do this job if the rules and expectations stopped changing and there were a reasonable amount of cases each day. Unsure of any other job she could perform, especially now in the mental state she is in after two years of abusive degrading behavior. Jodi processed sending a letter to Tim Charles, the CEO. Feels disillusioned, thought he was a genuine person, and wants to believe that if he knew this was happening he would make it right. Explored. What does she have to lose at this point?

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 5, 2021 12:00PM - 1:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Regressed

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Continue support. Plans to consider sending a letter to CEO. Agreed to reach out to disability policy to understand options.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on August 5, 2021 at 3:06PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | August 16, 2021 3:00PM - 4:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Pressured |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

TELEHEALTH. Jodi crying. Work stress continues. She is on her last warning and will be fired. If she files for disability, then she may not have a case in disability discrimination lawsuit. She feels trapped. Any choice ends with her either having no income or 60%, which is not what she and her family have planned for. She can do her job if the expectations were clear, remain consistent, and she be left alone. Gaslighting continues. Health symptoms exacerbated by constant work stress, monitoring, interruptions. As her stress increases, loses more hearing, unsure why? Feels unbalanced all of the time, and then doesn't have anything in reserves.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 16, 2021 3:00PM - 4:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Objective Content

Listened. Validated. Educated regarding systemic issues in work environments. Attempted to "de-personalize" the treatment she has received- health care has become a money-making business, and her getting into the helping profession because she cares and wants to help people does not "fit" the current model. Educated regarding bodies' way of dealing with constant stress- cortisol increase, Vagus nerve unable to regulate so goes into survival mode- often senses are first affected. Discussed her attempts to regulate her stress- getting outside and getting some sun. Spending time with her dogs. Was able to spend some time with family this past weekend when she took vacation. Attempted to go to an amusement park and zoo, but she was unable to do so physically and remained in the hotel room. Processed grief of missing out on family interaction, activities, because she is too sick to participate. Explored options. Shared my concern that her physical and emotional health is declining due to continued mistreatment at work. While it took her a long time to work up the courage to ask for what she needed, and after nearly two years was finally given the accommodation, now her situation has been made worse, "of course" she is disillusioned, beaten down.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Jodi would like to meet weekly due to the increase in stress.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on August 16, 2021 at 4:18PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 25, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Low |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | Hopelessness |
| Protective Factors: | Strong therapeutic rapport, Children in the home |

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 25, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi had her review last week. She received 2 in every category. Jodi indicated that she has never had such a poor review. Asked for specific examples and guidance on what she should do differently, and Carol had no suggestions. Jodi tearful. Feels like she is hanging on the edge of a cliff everyday and Carol is refusing a hand up as well as throwing rocks at her. Jodi is only working. She doesn't have any time to cook healthy, clean, take care of Jace. Jodi knows she cannot sustain this level. Sobbing. Causing conflict in her marriage, she is frozen and doesn't know to make the decision about long term disability. Doesn't think it's fair that she is being forced to accept half of her income because her workplace has caused her to be so ill that she can't do her job. Unsure that they can financially manage on half of her income. Kevin upset that she hasn't called Tim Charles or made any move other than working 12-14 hours a day trying to cover all of her cases. Jodi made statements that she is worthless, that it takes everything she has to keep getting up every morning. Continued fleeting "The world would be better off if I wasn't here" thoughts.

## Objective Content

Listened. Validated. Offered support. Processed review. Pointed out her ability to remain calm, ask specific questions to attempt to understand where Carol is coming from and what she wants to see different. Validated frustration that no support, ideas were given. Processed "frozen". When all options are not good ones, we tend to accept status quo, as at least it is familiar. Processed fear of going on long-term disability. Validated, while also challenged her perception of her own worth. "At what cost" to her emotional, physical health and relationships is this job costing her? What would she be able to contribute to her self and her family if she wasn't working such long hours under the pressure of "the next thing Carol deems as inadequate I'm fired"? Shared my concern that the cumulative distress over the past two years at some point is going to break, and she may never find her way back, being the person she is capable of being. Problem solved. What would it take to send one email to HR to request more information on long-term disability. Jodi sobbed, concerned about health insurance for her family, long-term impact of losing her income at such a young age. Redirected. "We are only getting information that may help you move instead of stay stuck". Jodi indicated that this therapist is the only person in her life that understands where she is at, and that Mercy has "taken everything away from me", from her self-esteem, her time, her health, her relationships. Assessed for suicidality, and Jodi states that while she has thoughts, she would never do that to her children.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: August 25, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

### Additional Notes / Assessment

Jodi has had some success in regaining her skill of assertive communication with Carol, but struggles as she feels it will get her written up.

### Plan

Continue support. Jodi plans to contact HR. Kevin set up a meeting with Laura tomorrow to discuss legal options.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on August 25, 2021 at 9:23AM.

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | September 1, 2021 8:00AM - 9:00AM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | September 1, 2021 8:00AM - 9:00AM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Symptom Description and Subjective Report

TELEHEALTH. Jodi had a bad spell of vertigo and Meniere's related symptoms due to working 12-14 hours a day to keep up with the increase in workload. She needed to take two days off, tried to go back Monday, and then needed another day off. Did meet with Laura to explore options. Finally understands the routes. She is going to continue to try and do her best and if she gets fired, she will file for long term disability and pursue a disability discrimination lawsuit. Worker's comp is not a good route, as because she was denied an accommodation, she has become sicker while they have only increased her workload, written her up, and continued harassing her. Tearful. Angry that the environment couldn't just support her and help her do her job to the best of her ability. Trying to figure out a strategy to still do a good job with the amount of cases she has while also physically taking care of herself. Still not seeing her kids, not able to cook or help with homework, spend any time on self-care. Difficulty accepting that she can't do 150% that is expected and is getting written up for it.

## Objective Content

Listened. Validate. Offered support. Processed how spending that amount of time on work is having physical and emotional repercussions. Jodi fearful that if she doesn't, she will be fired. If she is fired, she feared she wouldn't qualify for long-term disability. Recognizing now that if she is fired she will still have some options. Discussed strategy to get through the cases. If she has 35 cases, can she divide up her time (even if she commits 10 hours) and dedicate that amount to each? Jodi struggles, as she wants to know she did a good job, and limiting time feels like her quality won't be as good. They have not reinstated Saturdays, and are not dividing the cases equally. Jodi feels like she is set up to fail, terrorized about losing her job and not being able to support her family. Shifted focus to self care. Goal of doing the best job she can in the work day, and stopping. Recognizing that she cannot continue at this pace, as she has done this several times before and ends up more physically ill and emotionally unstable. Concern that she is "losing a little piece of herself" each time she does this cycle. Validated fear of being fired, and shifted focus to she can only control herself, and if they choose to fire her, that is something that is beyond her control. If she knows in her heart (which she does) that she has given everything she has and tried to the best of her ability, that is going to have to be enough.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: September 1, 2021 8:00AM - 9:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support- weekly.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 1, 2021 at 10:05AM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | September 7, 2021 9:00AM - 10:00AM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: September 7, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tried really hard to scale back the amount of time she is working. She wants to do a good job, review cases fully, and wants to get every detail done to the best of her standards. When she was trained, she was told it takes about 20 min to review a case, on top of the new ones. They typically had 15-20 cases (industry standard). Now they are averaging around 30-35 cases. 12 hour work days have now become longer, and she is frequently working until 10 or 11 at night. Anxiety is heightened due to fear of losing her job, lack of sleep, self-care, and family time. Meniere's is more managed at home and not having to navigate getting to and from the office and the extemal stimuli there, but she does need breaks. Has had spells of dizziness, ringing in her ear, loss of eye site in the one damaged eye, but with rest she has been able to manage. Trying to be pleasant to Carol despite it not being reciprocated. Has reached out to her team "to improve her communication", with no response. In addition, she found out that they voted to not have someone cover Saturdays anymore (which evened out the workload on Mon/Tues), and she was not included in the vote. It does appear that her suggestion to more evenly distribute new cases is working.

## Objective Content

Listened. Reviewed strategies to manage workload. Jodi struggles, as streamlining feels like she is going to miss something, which means she will be fired. Shared concern that working under these conditions amplify anxiety, as they would in anyone. With her health issues, self-care is crucial. Having to start and stop work to manage symptoms means lost time. As cases have nearly doubled, and the department not hiring (or replacing the person that last left), she may need to find a way to do the minimum necessary on each case to be able to get through them all in a reasonable time. Challenging, and without feeling supported by management and HR, she feels left alone to try and figure it out. Processed meeting with Carol on Friday of last week, and Jodi indicated it was fairly uneventful. Jodi indicated that she feels bad for the nurses having to work with such high census, and wishes she was physically in a place where she could help out on the floor- they are having a difficult time staffing the hospital. Celebrated Jodi's commitment to her workplace even in the midst of how she has been discriminated against, not supported, and sabotaged. Processed how her HR file upsets her, that there is such mis-characterization of who she is from Carol's write ups. Shared that with her history of exemplary status, others would have to see that suddenly she isn't this awful employee? Offered support.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: September 7, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Jodi will reach out if needs support prior to next appointment.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 7, 2021 at 11:02AM.

# Psychotherapy Treatment Plan

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: September 13, 2021 8:37AM

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Presenting Problem

Jodi was granted her accommodation. She has been written up several times since, despite having glowing work reviews for the previous years since beginning this job. The census at the hospital has nearly doubled her workload and she is working 12-16 hours a day trying to keep up with the workload. Her symptoms limit how quickly she can read, move through charts. Jodi is highly ethical, and wants to ensure every chart is 100%, or she is going to lose her job, as she is on her last warning.

## Treatment Goals

Provide safe space to process emotions caused by workplace disability discrimination

**Estimated Completion:** 3 Months

## Objective #1

Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Interpersonal Resolutions, Psycho-Education, Structured Problem Solving, Supportive Reflection, Symptom Management
Estimated Completion: 3 Months

## Objective #2

Maintain emotional regulation skills, problem-solving, and assertive communication skills

Treatment Strategy / Interventions: Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Communication Skills, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Exploration of Relationship Patterns
Estimated Completion: 3 Months

## Prescribed Frequency of Treatment

Weekly

I declare that these services are medically necessary and appropriate to the recipient's diagnosis and needs.

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 13, 2021 at 8:43AM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: September 21, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Intact |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

No change.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: September 21, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi updated. While her cases are still 30-35 daily, and she continues to work from 8 am to 12 pm to try and get them all done, Carol has been given some other tasks so she is not micromanaging Jodi. Jodi feels like she can breathe a little easier, is doing the best job she can. She is a little behind due to all the cases over the weekend, and stated "Carol could call me this afternoon and fire me"; Jodi continues to live with the threat of losing her livelihood over her head each day. Took one day off this week for Jace's birthday, as she knew that she would have to work all evening and wouldn't be able to see him and celebrate with him. She worries about Jace- at school he can be argumentative (she understands why, as he is called out for things that other's get a pass on), and she is working hard when she has time with him to encourage appropriate ways to manage his impulses, his frustrations, and be respectful to authority figures.

## Objective Content

Listened. Processed therapist's concern that she cannot continue at this pace. While she has a little more "breathing room", how long can she maintain this workload? Processed how other's in the department are approaching the job- Jodi maintains that Carol's expectations are different for her. She has added things that Jodi needs to do in each of her cases that other's do not. In addition, Jodi feels she takes pride in her work, reads the entire chart so as not to miss anything, and continues to monitor them for fear of making one mistake and being fired. She is at a loss for how to streamline without sacrificing quality. "I just won't do it. It feels good to complete a chart, know I've done everything to the best of my ability." She compared it to cleaning her house, how good it feels to "know" that everything is in order. Focused on strengths, on quality of character, and commended her for continuing to put forth her best effort despite being discriminated against on many levels. Processed concerns about Jace. Provided referral options for a male therapist in town.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Improved

## Plan

Continue support. Jodi thinking more clearly, more calm, despite the long hours she is working.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | September 21, 2021 1:00PM - 2:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 21, 2021 at 3:46PM.

Resilience Family Counseling, PLLC
Leslie Downs Mullen, MS, LMFT
1450 Boyson Rd. Bldg C, Suite 2B
Hiawatha, IA 52233
Ph: 319.294.9206

COPY

September 27, 2021

Re: Jodi Nie DOB:

Dear Dr. Gisselman,

I just wanted to reach out and provide a brief update regarding Jodi. Mercy allowed her to work from home beginning in the spring of this year. Initially Jodi was starting to heal both physically and emotionally and was getting on solid ground. Her self-esteem was starting to rebound, and I started to see a glimpse of her old bright, funny personality. Over the summer, she began getting written up for various reasons. She was not given an improvement plan nor offered support; the expectations kept changing. Her boss was monitoring her in ways that she was not monitoring co-workers, and holding her accountable for things that had never been part of the job nor was expected of others. Jodi continued to try and meet the changing demands. She had her yearly review, and was marked deficient in all areas (rated a 2). In Jodi's decades as a nurse, she has never received anything other than exemplary reviews. She was told that at the fifth write up she would be fired. She began to decline physically and emotionally, as she once again was working 14-16 hours a day in attempts to "do everything perfect" so she wouldn't get written up and lose her job.

Unfortunately there is no treatment that will solve this work environment, as she continues to take her medication and seek therapy weekly. She has been using her PRN anxiety medication much more frequently. At this time she is exhibiting signs of PTSD; she feels "terrorized" in her work environment and has significant changes in her thinking and mood. She vacillates between numbing and extreme emotional distress. Her memory has declined. She feels detached from her family. She is unable to experience positive emotions and the only activities in which she engages is work or sleep. Jodi is also struggling with physical and emotional responses. She is constantly on high-alert, easily startled and reactive, has difficulty concentrating, and is overwhelmed with feelings of worthlessness.

Jodi's husband has reached out to me several times over the past few months worried about her decline, concerned for her health. At one point he was worried about her safety, as she was more hopeless than he has ever seen her. I have continued to see her weekly since this all began nearly two years ago. Jodi reached out to me last evening, sobbing, experiencing a panic attack. She was having difficulty breathing, struggling to articulate her thoughts and emotions, and unable to make decisions. Currently, I am deeply concerned for her health, both physical and emotional, and am recommending that she take FMLA to allow herself time to heal and decide what is best moving forward. I hope that you can support that recommendation. If I can provide

any further information, please don't hesitate to reach out. Thank you for working with Jodi and the work you do in our community.

Sincerely,

Leslie Downs Mullen, MS, LMFT

Leslie Downs Mullen, MS, LMFT, PLLC
Licensed Marital and Family Therapist

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | October 6, 2021 11:00AM - 12:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Pressured |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Distractible |
| Thought Process: | Unremarkable |
| Thought Content: | Preoccupied |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

| | | | |
|---|---|---|---|
| Resilience Family Counseling, PLLC | | Date and Time: | October 6, 2021 11:00AM - 12:00PM |
| Clinician: | Leslie Downs Mullen, MS, LMFT | Duration: | 60 minutes |
| Patient: | Jodi Nie, DOB | Service Code: | 90837 |
| | | Location: | Main Office |
| | | Participants: | Client only |

## Symptom Description and Subjective Report

TELEHEALTH. Jodi had contacted this therapist on 9/26 in extreme panic. Having difficulty breathing, sobbing. Illogical in her speech and thoughts. As the weekend had wore on and she was not recovering from the previous week of work to start it again in the morning, she was unsure what to do. Therapist utilized grounding techniques to calm her, and recommended FMLA. Jodi agreed that she needed time to try to recover and "think clearly". Therapist sent a letter to her physician Monday morning with an update, who also recommended FMLA. Today, Jodi crying. Feels broken. Has been having nightmares- always about her work environment. Situations where she shows up for work and they have moved her office, her things, and no one will help her find it. Angry at her for not being able to do her job. Impossible to even breathe. Wakes up spinning, sick, unable to be upright. Staying in bed and sleeping all day the past two days. Stress is triggering Meniere's. Losing sight in eye, ringing in ear, walking down the hall makes her violently ill. Jodi feels that the "million little indiscretions" that her workplace has done has accumulated to where she doesn't even trust her own judgment on the simplest of tasks. Even today, being off the past 10 days, she is not recovering. She missed Jace's football game this weekend. She is unable to participate with the family and her husband. She feels useless. Extremely worried about finances and how their lives will not be like they planned if she were to be able to work ten more years. Concerned that Jace will need to change schools, and he is now just "finding his place".

## Objective Content

Listened. Validated. Offered support. Educated regarding PTSD and the symptoms that she is experiencing. Focused on areas that she does have control of right now. "Setting aside" worries of finance, knowing that she and Kevin will find some solutions once she is thinking more clearly. Processed visit with her physician. Reminded her of the people "on her team" that are here to help support her and that she can create a "new normal" in which she is functioning. It may look differently than she had planned, but she can adjust. Reminded her of strategies to soothe her nervous system- try to get outside, rest, eat healthy, spend time with family and dogs. "Taking one thing at a time as they come". Jodi presented with more calm affect and agreed to focus on self-care.

## Interventions Used

Cognitive Refocusing, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Mindfulness Training, Psycho-Education, Relaxation/Deep Breathing, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 6, 2021 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Continue weekly support. Jodi unsure of what the next week will bring, and will reach out should she need support prior.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on October 6, 2021 at 12:59PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 14, 2021 7:00PM - 7:30PM
Duration: 30 minutes
Service Code: 90832
Location: Main Office
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Poor |
| Judgment/Impulse Control: | Poor |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

using PRN

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 14, 2021 7:00PM - 7:30PM
Duration: 30 minutes
Service Code: 90832
Location: Main Office
Participants: Client only

### Symptom Description and Subjective Report

TELEHEALTH. Kevin texted with concerns. Jodi sobbing uncontrollably. It has been nearly three weeks and she called HR and they had forgotten to send her the short-term disability form. She feels so disrespected, like she isn't even a human. How can they treat people like this? She will not have income until they process. She cannot think straight and she needed to get the FMLA paperwork to her doctor and then back. She had another form for the disability and what should take her an hour to do has taken three days because she is so ill from the stress. When the HR department told her "Oh, I must have forgotten to send that to you" Jodi completely unraveled. She is concerned she will never be herself again. Son has asked to meet for a family session because they are all so distressed and don't know how to help her. Kevin is angry at the situation and then things are tense. She wanted to protect them all from this but she can't keep her head above water right now.

### Objective Content

Listened. Validated. Offered support. Used grounding techniques to help calm her system. Shifted to thinking about just tonight. Not having to figure anything more out than getting something to eat, taking a shower, and going to bed. Educated regarding possible grief reaction compounding. Jodi feels forced out of her job through discrimination, the expectations constantly changing, and a large part of her identity has been as a nurse. Accepting that she needs to go on disability is a grave loss. Acknowledged, validated. "You only have to do what you can do right now". Assessed for suicidality. While Jodi is hopeless and feels completely out of control even of her own thinking, she does not think she is at risk for harming herself as she would not do that to her children. Voiced concern for them. Discussed support options, and reassured that we can address that but tonight she only needs to focus on herself.

### Interventions Used

Cognitive Refocusing, Interactive Feedback, Mindfulness Training, Relaxation/Deep Breathing, Somatic Resilience, and Structured Problem Solving

### Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

### Plan

Jodi has an appointment on Monday, but agreed to call if she needs support prior.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 14, 2021 7:00PM - 7:30PM
Duration: 30 minutes
Service Code: 90832
Location: Main Office
Participants: Client only

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on October 14, 2021 at 7:49PM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | October 18, 2021 10:00AM - 11:00AM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi slept most of the weekend. Attempting to recover from the heightened distress of the past few weeks since taking FMLA. Was able to see the boys more this weekend. Has had more conversation over the past weekend with Jace than she has had in the past two years. Working hard to just take care of herself and not get focused on the long term ramifications of not working and providing financially for her family in the way that she wanted to.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 18, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Objective Content

Listened. Shifted focus away from work to family relationships. Beyond financial support, gently pointed out all the ways she can support her family once she has some energy in reserve. Processed how the past two years has impacted Kevin, the boys. Jodi feels that she has become a shell of a person, unavailable. Her work distress has trickled down to all facets of her life. She has dedicated all that she has to just getting through the work day. There have been huge consequences to her health, her relationships. She is hoping it is not too late to recover and repair. Processed the grief of losing so much time with her children and her husband. Offered support. Gently pulled her back to "just today, just right now". Jodi needs to fill out more paperwork, gets easily overwhelmed, as it triggers all the pain. Encouraged taking breaks, being concise, having "56 year old Jodi fill out the paperwork- report facts and stay out of the emotions."

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, and Supportive Reflection

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Will schedule a family session to offer support.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on October 18, 2021 at 11:03AM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | October 28, 2021 9:00AM - 10:00AM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Main Office |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious, Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change. Physician did renew the PRN medication

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 28, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tearful. Exhausted. Needs to complete paperwork but whenever she attempts to, she breaks down and cannot function. Slept all day. Meniere's is significantly worse due to work distress. Having been off the past four weeks has done nothing in terms of letting her heal. Continued work related nightmares - had one last night. Feels humiliated. Feels worthless that she is unable to contribute. "If I could have done something to make the work situation manageable, I wanted to be able to do a good job and contribute to my family." Extreme guilt and feeling of no value. Attempted to do some household chores and couldn't do it. Missed Jace's football game due to inability to get out of bed. Tension with husband as she feels this has all impacted him and the kids significantly and she knows there needs to be repair work done, but simply can't do that right now.

## Objective Content

Listened. Validated. Offered support. Reviewed all of her attempts over the past two years to get resolution, decrease work stress so that she could manage her Meniere's symptoms, and what needed to change (being respected, valued, supported; not discriminated against, punished, and dehumanized) was not within her power. Encouraged her to consider what value she has outside of employment. She has worked her entire life, always gave 110% to her jobs, found success, and of course our work lives contribute to our self-worth. However, she does have value despite being unable to work. Problem-solved with paperwork she needs to complete. Jodi feels that she "rambles" and loses focus, which never use to be the case, and that she gets frustrated, anxious, tearful, and simply doesn't feel she can be concise or put her thoughts on paper in a way that accurately represents the situation. Can she start with what she turned in to HR when she filed the complaint? Maybe add additional information, but at least get the minimal done and turned in, indicating she has specific examples if requested but right now is really struggling to function? Jodi agreed to try that strategy. Discussed bringing her family in for some support to them as well, and we have that scheduled for next week. Reviewed self-care, importance of regular diet, getting out of bed and outside if possible, connecting with husband, kids, dogs.

## Interventions Used

Cognitive Refocusing, Communication Skills, Exploration of Emotions, Interactive Feedback, Relaxation/Deep Breathing, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: October 28, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Regressed

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Continue weekly support. Focus on strengths, finding value and worth in herself outside of work. Continue to validate her experience, as she has limited social support.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on October 28, 2021 at 10:36AM.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: November 11, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

No change. Did consult with physician and reviewed specialists seen within last year who indicate she is coping and managing symptoms to the best of her ability as long as the work triggers is removed

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: November 11, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Symptom Description and Subjective Report

Jodi still recovering seven weeks into her FMLA. Physically exhausted. Having to complete and navigate paperwork for FMLA or at the request of her lawyer completely sets her back. Mercy did not get her the forms necessary. No guidance from HR. Hasn't been paid since September. Unable to do basic household chores due to stress induced Meneire's symptoms. Staying in bed most days in addition to sleeping at night. Doesn't necessarily "feel" depressed unless she is having to figure out the disability paperwork or has a request from Laura for legal documentation necessary, and she has difficulty focusing, completing, thinking clearly.

## Objective Content

Listened. Validated. Offered support. Assessed for depression, anxiety, PTSD. Still having work related nightmares, wakes up "spinning". Basic self-care is about all she is able to do at this time. Processed guilt of not being able to be present for her family and take care of the house. Has had difficulty breathing at times, knows it is anxiety related as she has discussed with physicians. Kevin brought her a hot pack for her neck and shoulders and once she was able to relax those muscles it was easier to breathe. Processed impact of emotional health on physical health. Discussed ways to use the small energy she has to address self-care in both areas. Normalized her feelings of guilt. Processed continued worthless feelings of "not worth enough to her employer" to provide an environment in which she was valued, supported, and not punished for having a health condition beyond her control. Tearful. Jodi shared that a year ago she wanted to push through the discrimination and prove that she was worthy, a valuable employee, but now she has accepted that she cannot perform the duties they are expecting in the environment that they are cultivating. Jodi stated "I've come to accept that this job is literally killing me and I need to pursue long term disability." Jodi crying, sad at this loss of identity, devastated that her employer has taken away her ability to function not only on the job but at home and in life. Asked for guidance in pursuing long term disability. Therapist unsure, but agreed to reach out to her physician to provide an update as well as the disability company.

## Interventions Used

Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Psycho-Education, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: November 11, 2021 10:00AM - 11:00AM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

### Plan

As noted. Jodi has seen specialists, physical therapists, and knows how to manage her symptoms as long as her stress is at a minimum. Concerned that she hasn't made any progress in the past seven weeks, but knows it is going to take time to heal and start getting some energy back in reserves.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on November 12, 2021 at 10:55AM.

Resilience Family Counseling, PLLC
Leslie Downs Mullen, MS, LMFT
1450 Boyson Rd. Bldg C, Suite 2B
Hiawatha, IA 52233
Ph: 319.294.9206

COPY

November 11, 2021

Re: Jodi Nie DOB:

Dear Dr. Gisselman,

I just wanted to reach out and provide a brief update regarding Jodi. She is currently seven weeks into the FMLA and has made little if any progress in terms of healing. She continues on the medications and attending weekly therapy. She is still unable to do basic household chores, is sleeping during the day in addition to at night. I do not find her mood particularly depressed or anxious, except when she is having to navigate details surrounding her leave or a plan moving forward, when she becomes extremely upset. She is still having nightmares regarding her workplace.

She did see several specialists over the past one-two years who all communicated that she is following all recommendations to manage the symptoms of Meniere's. When stress is at a minimum, she is more capable of doing basic self-care and household chores. The continued stress and discrimination at her workplace exacerbates symptoms. The pattern of her partially recovering and pushing through until she breaks down and can't function has become evident. A year ago she was forcing herself to push through not having the requested accommodation and support necessary in efforts to maintain her employment and her ability to financially provide for her family. The changing expectations of the amount of work she is to complete has nearly doubled. She was already working 12-16 hours a day to try to stay on target. That coupled with the damaging environment has depleted her of any reserves and she realizes it is taking her longer and longer to recover, with the potential of never getting back to full capacity. I believe that she has come to accept that this pattern cannot continue as it is having severe psychological and physical consequences. Jodi is planning to pursue long-term disability at this time. If there are steps that she needs to complete at this time, any guidance would be much appreciated. She is greatly struggling not only with the acceptance that she cannot perform her job, but knowing how to navigate next steps.

Thank you for working with Jodi, and I welcome any input into her care.

Sincerely,

Leslie Downs Mullen, MS, LMFT

Leslie Downs Mullen, MS, LMFT, PLLC
Licensed Marital and Family Therapist

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

| | |
|---|---|
| Date and Time: | December 2, 2021 11:00AM - 12:00PM |
| Duration: | 60 minutes |
| Service Code: | 90837 |
| Location: | Telehealth |
| Participants: | Client only |

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Perseveration |
| Thought Content: | Preoccupied |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

| | |
|---|---|
| Area of Risk: | Suicidal ideation |
| Level of Risk: | Low |
| Intent to Act: | No |
| Plan to Act: | No |
| Means to Act: | No |
| Risk Factors: | Hopelessness |
| Protective Factors: | Positive social support, Social responsibility, Children in the home, Positive coping skills, Strong therapeutic rapport, Sufficient problem-solving skills |

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: December 2, 2021 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Medications

no change

## Symptom Description and Subjective Report

Jodi crying. Still has not resolved the short-term or long-term disability issues with HR. Her twelve weeks is nearing an end and she feels as bad, if not worse, then she did prior. She spoke with Laura about filing the discrimination complaint and potential law suit in the future. Jodi upset, as she doesn't want to file a law suit, but knows that she was treated with discrimination and because of it, her financial stability for the future has been greatly altered. She stated "It's not even so much about the money, as they need to be held accountable and change the way they do things. They need to have support for employees not only when they need accommodations, but when they experience issues. There is no one there that supported me, and in fact, when I attempted to resolve the issues with Carol, wasn't given the time of day and punished." Jodi indicated that this is what is wrong in the world, and she wants to make it a better place for her children.

## Objective Content

Listened. Processed loss. Loss of employment, identity, financial security. Gently challenged Jodi's perception that she is worthless. Encouraged taking a step back and looking at the bigger picture. Her entire life she has been kind, competent, respectful, resourceful. She has been an exemplary employee with excellent reviews, both in terms of work and in social relationships with mangers, doctors. Clearly the time since Carol has stepped into her role is not an indication of who Jodi is as a person. She tried everything within her power to contribute, resolve issues. Could Carol have felt intimidated by Jodi's salary, knowledge, as she did not appear to understand the job and would make comments to Jodi about her pay? These are Carol issues, not Jodi issues. Unfortunately, as Carol was in a position of power, Jodi has no choice but to resign and accept that she can no longer perform her duties due to the increase in workload that is way above industry standard, the toxic environment, and what this has done to her physical and emotional health. Quite literally this job has made her more physically sick, and she simply cannot continue. Jodi logically accepts this, but emotionally is struggling. Validated and normalized. As she wants to be able to contribute to her family financially and a large part of her identity was being a nurse, of course she is grasping for stable ground. Processed potential lawsuit. Assessed for suicidality, and while Jodi does at times feel like she would be better off dead, would not do that to her children. Reviewed self-care, ways to slowly start to participate in life.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie, DOB

Date and Time: December 2, 2021 11:00AM - 12:00PM
Duration: 60 minutes
Service Code: 90837
Location: Telehealth
Participants: Client only

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Variable
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Variable

### Plan

Continue support. Jodi's FMLA is up in two weeks and she will need to write up her resignation, which is causing much distress, as she "never wanted anything but to just do my job and be treated with respect".

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on December 2, 2021 at 1:39PM.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 2, 2021 |
| To: | KRISTIN GISSELMAN<br>MERCYCARE VERNON VILLAGE<br>3933 MT. VERNON RD SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records/Dr. Gisselman |
| Fax: | (319) 861-2953 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 2, 2021

Kristin Gisselman
Mercycare Vernon Village
3933 MT. VERNON RD SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Kristin Gisselman:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2021 through the present **Any records confirming diagnosis of Menieres Disease**
- Completion of the Enclosed Forms:

  _X_ Attending Physician's Statement
  __ Other

We ask that you provide this information by December 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: Attending Physician's Statement
11975719-EMPLOYEE/CLAIMANT-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative Jo Nie Date: 11/30/2021

Date of Birth: ________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

Return To: Ashley Guertin

**To be completed by treating provider:**

**1. Patient Information**

| | | | |
|---|---|---|---|
| Jo | | Nie | 12118946 |
| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
| 5'5 | 264 | 134/84 | Mercy |
| Height | Weight | Blood Pressure | Employer Name |

**2. Diagnosis**

| | |
|---|---|
| H81.02 | Menieres Disease |
| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
| F41.9 | Anxiety |
| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |

Pregnancy __/__/__ First Treated __/__/__ Estimated Delivery __/__/__ Date of Delivery ☐ Vaginal ☐ C-Section

Difficulty performing every day tasks of living. Having bad dreams, headaches, vertigo, tinnitus constantly and nausea
- Left decreased vision due to vitreous tear.

Symptoms

- MRI w brain. Has had full cardiac workup & diagnosis
- Lab work - stress and shortness of breath
- physical therapy

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| | | |
|---|---|---|
| 09/05/18 | 09/21/20 | 09/27/21 |
| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
| 04/12/18 | 11/23/20 | 2/9/22 |
| Initial Treatment | Most Recent Treatment | Next Treatment |

Dates hospital confined: __/__/__ to __/__/__

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do) Patient cannot bend forward

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | O | Standing | N | Crouching | ____ | Overhead | O |
| 6-10 lbs. | O | Walking | N | Crawling | ____ | Desk Level | O |
| 11-25 lbs. | O | Sitting | F | Grasping | ____ | Below Waist | O |
| 26-50 lbs. | O | Balancing | N | Climbing | ____ | | |
| 51-100 lbs. | N | Stooping | O | Pushing | ____ | | |
| 100 + lbs. | N | Kneeling | O | Pulling | ____ | | |
| | | Fingering | N | Bending | ____ | | |

When having vertigo symptoms cannot complete these activ

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| Activity | Date |
|---|---|
| Continence | ___/___/___ |
| Dressing | ___/___/___ |
| Transferring | ___/___/___ |
| Bathing | 04/___/2018 |
| Toileting | ___/___/___ |
| Eating | ___/___/___ |

## 5. Treatment

- Has done physical therapy
- Hydrochlorothiazide 12.5 mg daily
- Will follow with ENT and physical therapy

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of Cognitive Functioning: ___/___/___

Difficulty staying focused due to chronic nausea and tinnitus

Describe ongoing treatment frequency

## 6. Prognosis

Poor - Patients symptoms are not well controlled which causes increased depression and anxiety which decrease patients capacity to perform effectively

Describe the patients prognosis for recovery

6/1/21

Patient able to return to work Full-Time on:

___/___/___ [illegible] ___/___/___

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name: Kristin Gittelman D.O.

Street Address: 3433 Mt. Vernon Road SE

City: Cedar Rapids State: IA Zip Code: 52403

Phone Number: Fax Number:

Signature: [signature] Date: 12/7/21

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# CONFIDENTIAL

RECIPIENTS OF THIS INFORMATION MAY NOT DISCLOSE THIS INFORMATION EXCEPT AS SPECIFICALLY AUTHORIZED BY CHAPTER 228 OF THE IOWA CODE. A GENERAL AUTHORIZATION FOR RELEASE OF MEDICAL OR OTHER INFORMATION IS NOT SUFFICIENT FOR THESE PURPOSES; ANY UNAUTHORIZED DISCLOSURE OF MENTAL HEALTH. AIDS, SUBSTANCE OR ALCOHOL ABUSE INFORMATION IS UNLAWFUL AND MAY RESULT IN CIVIL DAMAGES AND/OR CRIMINAL PENALTIES THIS INFORMATION IS ALSO COVERED BY FEDERAL CONFIDENTIALITY RULES (42 CFR PART 2).

Please direct to
Ashley Boucher
Claim #12118946

MERCY
CEDAR RAPIDS

# Clinical Documentation Specialist

Last Published:8/17/2021
Last Modified:8/17/2021

| | |
|---|---|
| First Name | xxxxx |
| Last Name | xxxxx |
| Position Code | 0113060-0843 |
| Position Name | Clinical Documentation Specialist |
| Department Code | MMC - 13060 |
| Department Name | Health Information Management |
| Facility Name | Mercy Medical Center |
| Manager Name | xxxxx |
| Employee Number | xxxxx |
| FLSA status | xxxxx |

## Template Used: Mercy Staff Template

### Mercy Mission

***To care for the sick and enhance the health of the communities we serve, guided by the spirit of the Sisters of Mercy.***

### Summary

This position supports Mercy's philosophy of patient centered care by ensuring the patient's medical record is an accurate reflection of their medical condition and the services provided by Mercy Medical Center.

#### Reporting Relationships

- **Supervised By:**
  Manager, Clinical Documentation Improvement & Auditing
- **Supervises:**
  N/A

#### ICARE Values

***I***ntegrity – We adhere to a code of ethics that emphasizes honesty, sincerity, and being open through both our words and actions at all times. We strive to always do the right thing for our patients, families and coworkers.

***C***ompassion- We believe everyone at Mercy is a caregiver. We treat all patients and families with the utmost respect and compassion. We deliver our care and services with kindness and empathy to help alleviate suffering.

***A***ccountability – We accept responsibility for our actions and performance.

***R***espect – We honor and value the individuality, spirituality and diversity of our patients, families and coworkers by treating them as we and they would want to be treated.

***E***xcellence – We are committed to being patient centered by providing responsive and personalized care to ensure the best possible outcomes in a safe and holistic environment. We provide superior service and quality by going the extra mile for our patients, their families and our coworkers.

#### Job Duties/Essential Functions

**Job Duties**

- Reviews medical records to identify documentation opportunities.
- Communicates with physicians regarding documentation issues to ensure immediate resolution.

- Educates physicians and caregivers on the importance of complete and accurate clinical documentation as it is related to patient acuity, severity of illness, physician profiling and core measures.
- Assesses improvement in the quality of clinical documentation for area of responsibility.
- Adheres to all federal, state and Mercy Medical Center policies relating to medical records.
- Participates in meetings with physicians and other providers to discuss patient care documentation trends and improvement opportunities.
- Applies Medical Necessity criteria to determine payment eligibility.
- Gathers pertinent information regarding the claim/service that is being denied so that an appeal may be formulated and filed.
- Works closely with the out-patient areas of Mercy Medical Center and is a resource for them regarding their documentation needs in relation to the services they provide.
- Participates in providing education to physicians and other clinical staff.
- Participates in education and training of new CDS staff.

Follows Mercy's safety guidelines, carries out job-specific safety duties and responsibilities, and promptly reports any unsafe conditions, situations, incidents and injuries.

**Department Specific Duties**

- Assists with Quality Review for staff.
- Identifies educational opportunities with other caregivers and support personnel.

## Knowledge, Skills and Abilities

- Proficient in Microsoft Office products.
- Proficient in operation of computer, calculator, filing systems, copy/fax machines and telephone system.
- Excellent interpersonal skills.
- Excellent written and verbal communication skills.
- Excellent public relations and human relations - exemplifies The Mercy Touch.
- Excellent organizational and time management skills.
- Critical thinking, problem solving, and attention to detail skills.
- Exhibits good judgement.
- Handles confidential information with discretion and diplomacy.
- Commitment to life-long learning, e.g. willingness to learn/upgrade skills related to duties.
- Flexibility and dependability, works well with a wide variety of individuals and leadership styles.
- Ability to work with minimal to no supervision.
- Knowledge of Medicare Part A
- Familiar with Medicare Part B
- Knowledge of regulatory environment
- Understand and communicate differences between Medicare Part A and Part B Guidelines.

## Professional Experience

**Required:**

- Minimum two years acute care or equivalent clinical setting experience

**Preferred:**

- Knowledge of CPT and current ICD codes.
- Experience in critical care

## Education

**Required:**

- Associate degree in Nursing

**Preferred:**

- Bachelor of Science in Nursing or other health related degree

## Licensure, Certification, Registration

- Required: Maintain current Registered Nurse licensure in the State of Iowa
- Preferred: Certification as a Clinical Documentation Specialist

## Physical Activity Requirements

A. **Constant = 67-100% of workday**
    - Sitting
    - Use of fingers
    - Repetitive motion
    - Feeling

B. **Frequent = 34-66% of workday**
    - Talking
    - Hearing

C. **Occasional = 33% or less of workday**
    - Reaching
    - Standing
    - Walking
    - Lifting
    - Balancing
    - Stooping
    - Kneeling
    - Crouching
    - Pushing
    - Pulling
    - Grasping
    - Climbing
    - Handling

- **Reaching:** Extending hand(s) and arm(s) in any direction.
- **Sitting:** to assume a position in which the weight is largely supported by the buttocks, usually with the body vertical and the thighs horizontal.
- **Standing:** Maintaining an upright position.
- **Walking:** Moving about on foot to accomplish tasks.
- **Lifting:** Raising objects from a lower to a higher position or moving objects horizontally from position to position.
- **Use of Fingers:** writing or otherwise working, primarily with fingers rather than with the whole hand or arm as in handling.
- **Talking:** Expressing or exchanging ideas by means of the spoken word—those activities in which they must convey detailed or important spoken instructions to other workers accurately, loudly, or quickly.
- **Hearing:** Perceiving the nature of sounds at normal range; ability to receive detailed information through oral communication, and to make fine discriminations in sound, such as when auscultating and percussing.
- **Repetitive motions:** Substantial movements (motion) of the wrists, hands, and/or fingers.
- **Balancing:** Maintaining equilibrium to prevent falling when assisting patients with activity.
- **Stooping:** Bending body downward and forward by bending spine at the waist.
- **Kneeling:** Bending legs at knee to come to a rest or kneel.
- **Crouching:** Bending the body downward and forward by bending leg and spine.
- **Pushing:** Using upper extremities to press against something with steady force in order to thrust forward, downward or outward.
- **Pulling:** Using upper extremities to exert force in order to draw, drag, haul or tug objects in a sustained motion.
- **Grasping:** Applying pressure to an object with the fingers and palm.
- **Feeling:** Perceiving attributes of objects, such as size, shape, temperature or texture by touching with skin, particularly that of the fingertips and palms.
- **Climbing:** Stairs, stools, ramps.
- **Handling:** Working primarily with the whole hand while scouring, dusting, obtaining supplies and handling equipment.

**Physical Demand Requirements**

- Light: Exert up to 20 lbs. of force occasionally and/or up to 10 lbs. of force frequently

**Visual Acuity**

- Work requires close vision, distance vision, depth perception and ability to adjust focus.

- Ability to read pertinent printed material and distinguish colors.
- Ability to read management reports or other pertinent printed material.
- Work requires analyzing data and figures, use of computer terminal and extensive reading.
- Normal visual acuity required to maintain accuracy and neatness of work.
- Preparing and reading written documentation, use of computer.
- Peripheral vision.

**Intellectual/Emotional Requirements**

- Adaptability to performing under stress when confronted with emergent, critical, unusual, or dangerous situations, or situation in which working speed and sustained attention are make-or-break aspects of the job.
- Adaptability to performing a variety of duties, often changing from one task to another without loss of efficiency or composure.
- Ability to maintain both a high standard of courtesy and cooperation in dealing with co-workers, patients and visitors and satisfactory job performance despite the stress of a hospital work environment.
- Adaptability to accepting responsibility for the direction, control or planning of an activity.
- Adaptability to situations requiring the precise attainment of set limits, tolerances or standards.
- Ability to perform under stress when confronted with emergency, critical, or unusual situations.
- Ability to influence people in their opinions, attitudes or judgments about ideas or things.
- Adaptability to performing repetitive work or to performing continuously the same work, according to set procedures sequence or pace.
- Adaptability to dealing with people beyond giving and receiving instructions.
- Able to communicate with people regarding giving and receiving of instructions.
- Adaptability to changing priorities.
- Adaptability to fluctuate between priorities on a daily basis, i.e. answering the phone, pulling charts, filing charts, copying charts and helping answer questions for ancillary staff

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 3 Dec 2021 18:12:14 +0000 |
| **To:** | mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org |
| **Subject:** | Claim #12118946, JO NIE |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 12118946.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 3 Dec 2021 18:12:14 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #12118946, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 12118946.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 3 Dec 2021 18:12:14 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #12118946, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 12118946.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 3 Dec 2021 18:33:34 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/27/2021. As of 12/28/2021 this claim is closed. The case manager for this claim is Ashley Boucher. The claim number is 11975719.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 3 Dec 2021 18:33:34 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/27/2021. As of 12/28/2021 this claim is closed. The case manager for this claim is Ashley Boucher. The claim number is 11975719.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Fri, 3 Dec 2021 18:33:34 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/27/2021. As of 12/28/2021 this claim is closed. The case manager for this claim is Ashley Boucher. The claim number is 11975719.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 2, 2021 |
| To: | KRISTIN GISSELMAN<br>MERCYCARE VERNON VILLAGE<br>3933 MT. VERNON RD SE<br>CEDAR RAPIDS IA 52403 |
| Attn: | Medical records/Dr. Gisselman |
| Fax: | (319) 861-2953 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 2, 2021

Kristin Gisselman
Mercycare Vernon Village
3933 MT. VERNON RD SE
CEDAR RAPIDS, IA 52403

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Kristin Gisselman:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all medical records from 1/1/2021 through the present **Any records confirming diagnosis of Menieres Disease**

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by December 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: Attending Physician's Statement
11975719-EMPLOYEE/CLAIMANT-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

Signature of claimant or legal representative DocuSigned by: Jo Nie 5ED4D8025522423... Date: 11/30/2021

Date of Birth: __ ________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

# Attending Physician's Statement

**Return To:** Ashley Guertin

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| Jo | | Nie | 12118946 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**

Primary ICD diagnosis Description

Secondary ICD Diagnosis Code

Secondary ICD Diagnosis Description

**Pregnancy** ___/___/_____ First Treated ___/___/_____ Estimated Delivery ___/___/_____ Date of Delivery ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ___/___/_____ | ___/___/_____ | ___/___/_____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ___/___/_____ | ___/___/_____ | ___/___/_____ |

Dates hospital confined: ___/___/_____ to ___/___/_____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

# Attending Physician's Statement

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | ____ | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | ____ | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | ____ | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | ____ | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

| | |
|---|---|
| Continence | ____ / ____ / ________ |
| Dressing | ____ / ____ / ________ |
| Transferring | ____ / ____ / ________ |
| Bathing | ____ / ____ / ________ |
| Toileting | ____ / ____ / ________ |
| Eating | ____ / ____ / ________ |

Date patient experienced loss of
Cognitive Functioning: ____ / ____ / ______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____/ ____/ ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

![Lincoln Financial Group]

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

| | |
|---|---|
| Date: | December 2, 2021 |
| To: | LESLIE DOWNS MULLEN<br>RESILIENCE FAMILY COUNSELING<br>1450 BOYSON RD<br>HIAWATHA IA 52233 |
| Attn: | Medical records |
| Fax: | (319) 294-6107 |
| From: | Ashley Boucher<br>Claims Examiner<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 559-0359 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12118946<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 2, 2021

Leslie Downs Mullen
Resilience Family Counseling
1450 BOYSON RD
HIAWATHA, IA 52233

RE: Long Term Disability (LTD) Benefits
Mercy Medical Center
Claim #: 12118946
Claimant: Jo Nie
Claimant D.O.B.:

Dear Leslie Downs Mullen:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any and all therapy notes from 1/1/2021 to 8/31/2021***Then from 9/23/2021 through the present

We ask that you provide this information by December 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-0359 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Nie allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Nie's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: 11975719-EMPLOYEE/CLAIMANT-11.30.2021

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

DocuSigned by:
Jo Nie
5ED4D8025522423...
Signature of claimant or legal representative ______ Date: 11/30/2021

Date of Birth: ______ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

**From:**Boucher, Ashley
**Sent:**Thu, 2 Dec 2021 19:08:30 +0000
**To:**'
**Subject:**Joe Nie LTD Claim 12118946

Hi Jo,

Thank you for speaking with me today, it was a pleasure! Just a reminder of the facts of the LTD claim if and when it is approved. The LTD start date is 12/28/21 and is paid on a monthly basis. The benefit is 60%, so based on the salary info we have now, the estimated monthly amount would be around $4,437/month. The first check would be 12/28/21 thru 1/27/22 being issued around 1/20/22 (and around the 20th of every month thereafter). When approved, you will have the option to deduct federal taxes in the amount you choose, the minimum being $88/month. We will send you a tax form when the claim becomes approved.

Again, just a reminder of the mental illness limitation on the claim If we only have documentation from the depression aspect which is 2 years. If we have medical records for the menieres disease being the primary disabling condition with a side effect of depression, then the claim could potentially have a maximum benefit date of 2031.

I will be mailing you LTD forms to complete, you can take your time with those, they do not determine the decision we make on your claim.

As we discussed, if you happen to have any documentation regarding the work from home accommodation situation from 2018-2021, that might be helpful to support the menieres condition as well.

Thank you!

Ashley Boucher
LTD Claims Specialist II
Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172-9688

800-210-0268 ext. 16130
Phone
603-559-0359 Fax
Ashley.Boucher@lfg.com
LincolnFinancial.com

Follow us on:

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-210-0268 Ext. 16130 and permanently delete the original and any copy of any e-mail and any printout thereof.
***Please visit our COVID-19 Guidance Hub by clicking on the link below:***







https://www.mylincolnportal.com/customer/public/login?utm_source=SignatureBanner&utm_medium=Banner&utm_campaign=MLP_DigitalAdoption

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. JO NIE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

December 3, 2021

Ms. Jo E. Nie

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 12118946 and 11975719

Dear Ms. Jo Nie:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since October 5, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through December 27, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Mercy Medical Center's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

Mercy Medical Center's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

> *Notice and Proof of Claim*
>
> *1. Notice*
>
> *a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*
*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*
*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*
*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On December 2, 2021, we requested medical records from Dr. Giffelman and Leslie Downs Mullen. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2021 through the present from any and all physicians.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Direct Deposit Application
X Family Information Questionnaire
X Training Education Experience
X Authorization
X Authorization to Speak with Third Party
__ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Mercy Medical Center's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 14, 2022.

**Premium Deductions.** If you would like premiums for insurance coverages received through your employer deducted from your benefit, please sign and return the attached deduction authorization form.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ashley Boucher
Claims Examiner
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 559-0359

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
Family Information Questionnaire
Training Education Experience
Authorization
Authorization to Speak with Third Party

## ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

**Return To:** Ashley Guertin ____________________



EMPLOYEE/CLAIMANT NAME: Jo Nie ____________________

CLAIM NO: 12118946 ____________ DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Mercy Medical Center ____________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends?____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________

How often do you get outdoors? ____________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

____________________________________________________________________________

____________________________________________________________________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

- how many hours per day? __________
- how many hours per week? __________
- for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

**Lincoln/Nie 682**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

**Return To:** Ashley Guertin

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: _______________________________________ DATE: ____________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

**Return to:** Ashley Boucher

**EMPLOYEE/CLAIMANT NAME:** Jo Nie **CLAIM #:** 12118946
**EMPLOYER:** Mercy Medical Center **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# DIRECT DEPOSIT APPLICATION

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

**Return To:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** _____ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request The Lincoln National Life Insurance Company, to make payment of Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by The Lincoln National Life Insurance Company to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to The Lincoln National Life Insurance Company or BANK. Any such notification to The Lincoln National Life Insurance Company shall be effective only with respect to entries initiated by The Lincoln National Life Insurance Company after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

DP481 DD APLICATION 01/10

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

The Lincoln National Life Insurance Company is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application.

**How soon can my direct deposits begin?**
Direct deposit accounts are active as soon as they are entered into the system. Please allow 3-5 days for processing.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time The Lincoln National Life Insurance Company will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

The Lincoln National Life Insurance Company

Group Benefits

# Family Information Questionnaire

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

**Return to:** Ashley Boucher

EMPLOYEE/CLAIMANT NAME: Jo Nie
CLAIM NO: 12118946
EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to The Lincoln National Life Insurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

EMPLOYEE/CLAIMANT NAME: Jo Nie

CLAIM NO: 12118946

EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: __________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (  )** ______________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________ Date: __________

Date of Birth: __________ Claim Number: 12118946

**A copy of this authorization will be considered as valid as the original**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: Jo Nie CLAIM NO: 12118946
CUSTOMER NAME: Mercy Medical Center
RETURN TO: Ashley Boucher

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for The Lincoln National Life Insurance Company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with The Lincoln National Life Insurance Company, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,___________________________ hereby give permission to ___________________________ to speak with The Lincoln National Life Insurance Company on my behalf until further notice.

Lincoln
Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 559-0359

Jo Nie
Claimant Name

Date of Birth

Claimant Signature

Date

12118946
Claim Number

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

**From:**Gorton, Meganlyn
**Sent:**Tue, 30 Nov 2021 13:43:36 +0000
**To:**'hthompson@mercycare.org'
**Subject:**Jo Nie, Claim 11975719, Emp ID: 30062

Good Morning,

Can you please provide a Clinical Documentation Specialist description for Ms. Nie's short term disability claim?

Thank you,


**Megan Gorton**
Lead Claims Examiner

**Lincoln Financial Group**
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

1-800-210-0268 Phone
Ext. 69573
603-427-2753 Fax

LincolnFinancial.com

**Follow us on:**


**UPCOMING OFFICE CLOSURE DAYS:**
**Friday 12/24**

**UPCOMING OUT OF OFFICE DAYS:**
**12/02, 12/03, 12/17**
**Monday 12/29–Friday 12/31**


***Did you know you can access your claim or leave by visiting My Lincoln Portal SM? Track the status of a claim or leave, report an absence, view payment information and MORE…24 hours a day 7 days a week! Remember to visit mylincolnportal.com and start accessing your information when you need it no matter the day or time.***

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jo Ellen Nie

Name of legal representative, if applicable (print) N/A Relationship N/A

DocuSigned by: Jo Nie

Signature of claimant or legal representative ______ Date: 11/30/2021

Date of Birth: __________ Claim Number: 11975719

**A copy of this authorization will be considered as valid as the original.**

**From:** DoNotReply@lfg.com
**Sent:** Tue, 30 Nov 2021 18:40:15 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/28/2021. This claim is approved through 12/27/2021. This indicates an extension of benefits. The case manager for this claim is Scott Smith. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Tue, 30 Nov 2021 18:40:15 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/28/2021. This claim is approved through 12/27/2021. This indicates an extension of benefits. The case manager for this claim is Scott Smith. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 30 Nov 2021 18:40:15 +0000 |
| **To:** | mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org |
| **Subject:** | Claim #11975719, JO NIE |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/28/2021. This claim is approved through 12/27/2021. This indicates an extension of benefits. The case manager for this claim is Scott Smith. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Nov 2021 17:28:33 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/23/2021. The case manager for this claim is Scott Smith. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Nov 2021 17:28:33 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/23/2021. The case manager for this claim is Scott Smith. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Wed, 24 Nov 2021 17:28:33 +0000
**To:** mhetrick@mercycare.org;scollins@mercycare.org;sgalligan@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/28/2021. The claim has been approved through 12/23/2021. The case manager for this claim is Scott Smith. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

Date: November 22, 2021

Subject: **Nursing Memorandum**

***Claim#:*** 11975719

***Claimant:*** Jo Nie

***Clinical Assessment:***

EE ceased work on 9/27/21 due to PTSD (post-traumatic stress disorder), depression, and anxiety. Co-morbid Meniere's disease (inner ear disorder that causes episodes of vertigo/spinning sensation). M/N symptoms in the context of significant work-related stress and conflict. EE is treating with L. Mullen, LMFT (therapist) weekly. 9/27/21 letter from therapist to PCP, Dr. Gisselman discussed EE's work conflicts and noted EE exhibiting signs of PTSD with significant changes in thinking and mood, vacillating between numbing and extreme emotional distress, decline in memory, detached from family, and unable to experience positive emotions. EE also constantly on high alert, easily startled and reactive, difficulty concentrating, overwhelmed, and feeling worthless. Spouse has reached out to therapist multiple times over past few months with worry over EE's decline in health and hopelessness. Therapist recommended OOW. Therapy notes 9/1/21 -10/28/21 reviewed. Per 10/6/21 note, therapist noted call from EE with extreme panic on 9/26/21 including difficulty breathing, sobbing, illogical speech and thoughts. EE noted crying, nightmares about work, increased stress, reports triggering of Meniere's, negative thoughts, and staying in bed. MSE noted depressed mood, distractible, preoccupied thoughts, and severely impaired functional status. 10/14/21 OV noted concern from spouse and son regarding EE's distress. 10/23/21 OV noted excessive sleep, feeling worthless, guilt, hopelessness, missed son's game due to inability to get out of bed, fatigue. 10/4/21 OV with Dr. Gisselman (PCP) noted EE with depression and severe anxiety due to work issues, worse Meniere's with increased vertigo and nausea. AP continued antidepressant and prescribed as needed anxiety medication and advised EE to update weekly. AP endorsed OOW for 12 weeks. RF (11/9/21) includes limited documentation and notes NOV on 2/10/22. 11/11/21 letter per therapist to PCP informs that EE has made little progress, is unable to do basic household chores, sleeping during the day, nightmares about work, and becomes extremely upset having to navigate details surround leave and plan.

The available records outline significant M/N symptoms in the setting of work-related stress and conflict. Severe symptoms, distress, and poor functioning are noted. Given the severity of symptoms, abnormal MSE findings, limited improvement, ongoing treatment, and providers endorsing OOW, it is reasonable to support R/Ls of inability to modulate mood, inability to sustain focus and concentration, and inability maintain composure in stressful situations from 9/27/21 to 12/23/21 (6 weeks from letter correspondence) to allow for further treatment and f/u. If no RTW planning, recommend updated therapy notes and FMSE per L. Mullen (therapist) and

any updated PCP OVNS. There are no specific findings or treatment noted related to Meniere's, thus NDC is unable to corroborate sustained physical impairment. Consideration for further clinical review with psychiatry CP may be warranted at that time given complexity including work issues, lack of RTW planning, and treatment. Refer back to clinical services as needed. CS updated. Assignment completed.

Ebony B, MSN, RN, CCM

Nurse Disability Consultant, Lincoln Financial Group

Leslie Downs Mullen, MS, LMFT, PLLC ph: 319.294.9206
Laura Sundell, MSW, LISW, RPT ph: 319.294.6090
Jenny Sheka, LMHC, CADC, PLLC ph: 319.389.6791
1450 Boyson Rd. C-2B
Hiawatha, IA 52233
Fax: 319.294.6107

**Confidentiality Notice**

This facsimile transmission is intended for the person named below. It may contain information that is privileged, confidential, or protected by state law from disclosure. Any review, dissemination or other use of this transmission or its contents by persons other than for whom it is addressed is strictly prohibited. If you have received this transmission in error, please notify us immediately by phone to arrange for return or destruction of the information. Thank you.

**TO:** Scott Smith Fax 603 334 0401
Lincoln financial

**From:** Leslie Downs Mullen MS LMFT

**Date:** 11-11-21

**Number of Pages:** (2)

**Comments:** Update re: Claim 11975719

Resilience Family Counseling, PLLC
Leslie Downs Mullen, MS, LMFT
1450 Boyson Rd. Bldg C, Suite 2B
Hiawatha, IA 52233
Ph: 319.294.9206

**November 11, 2021**

Re: Jodi Nie DOB:

Dear Dr. Gisselman,

I just wanted to reach out and provide a brief update regarding Jodi. She is currently seven weeks into the FMLA and has made little if any progress in terms of healing. She continues on the medications and attending weekly therapy. She is still unable to do basic household chores, is sleeping during the day in addition to at night. I do not find her mood particularly depressed or anxious, except when she is having to navigate details surrounding her leave or a plan moving forward, when she becomes extremely upset. She is still having nightmares regarding her workplace.

She did see several specialists over the past one-two years who all communicated that she is following all recommendations to manage the symptoms of Meniere's. When stress is at a minimum, she is more capable of doing basic self-care and household chores. The continued stress and discrimination at her workplace exacerbates symptoms. The pattern of her partially recovering and pushing through until she breaks down and can't function has become evident. A year ago she was forcing herself to push through not having the requested accommodation and support necessary in efforts to maintain her employment and her ability to financially provide for her family. The changing expectations of the amount of work she is to complete has nearly doubled. She was already working 12-16 hours a day to try to stay on target. That coupled with the damaging environment has depleted her of any reserves and she realizes it is taking her longer and longer to recover, with the potential of never getting back to full capacity. I believe that she has come to accept that this pattern cannot continue as it is having severe psychological and physical consequences. Jodi is planning to pursue long-term disability at this time. If there are steps that she needs to complete at this time, any guidance would be much appreciated. She is greatly struggling not only with the acceptance that she cannot perform her job, but knowing how to navigate next steps.

Thank you for working with Jodi, and I welcome any input into her care.

Sincerely,

Leslie Downs Mullen, MS, LMFT

Leslie Downs Mullen, MS, LMFT, PLLC
Licensed Marital and Family Therapist

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

November 4, 2021

Dr. Kristen Giffelman

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719
Claimant: Jo Nie
Claimant D.O.B.:

Dear Dr. Kristen Giffelman:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2021 through the present.

- Completion of the Enclosed Forms:

  X Restrictions Form

We ask that you provide this information by November 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Smith
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 69827
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

Return To: Scott Smith

Jo Nie
Employee /Claimant Name — Date of Birth — Claim Number

**To be completed by physician:**

1. DATE FIRST TREATED — Years Ago
   DATE LAST TREATED — 10/4/21
   NEXT OFFICE VISIT — 2/10/22

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______

   counseling, Medication

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   fatigue, agitation

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| | | |
|---|---|---|
| Kristin Gisselman DO | DO / FP | 42-1442443 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 3933 Mt. Vernon Rd SE | 3193638148 | 3193639118 |
| Street Address | Telephone Number | Fax Number |
| Cedar Rapids IA 52403 | [signature] | 11/4/21 |
| City, State & Zip Code | Signature | Date |

# Nie, Jo Ellen

MRN: 318948

**Office Visit** 10/4/2021
MercyCare Vernon Village

Provider: Kristin L Gisselman, DO (Family Medicine)
Primary diagnosis: Anxiety
Reason for Visit: Depression

## Progress Notes

Kristin L Gisselman, DO (Physician) • Family Medicine

**Subjective:**

**Subjective**

**Patient ID:** Jo Ellen Nie is a 56 y.o. female.

Patient presents today for follow up of Depression.

HPI
**Depression**
- Jo presents for a follow up for depression.
- Previous treatment includes medication and individual terapy.
- She complains of the following side effects from the treatment: none.
- Her previous symptoms included depressed mood, difficulty concentrating and hopelessness.
- Onset was approximately a few years ago.
- Symptoms have been gradually worsening since last visit.
- She denies current suicidal and homicidal plan or intent.
- A PHQ 9 questionnaire was not done.

Has been having a worse time at work
Now working from home full time
Work load is much harder due to large amount of patients
Has been having severe anxiety due to possibilty of being fired
Menieres is worse
Having lots of vertigo and nausea
Following with counseling
Feels that medications are good

The following portions of the patient's history were reviewed by a provider in this encounter and updated as appropriate:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG EC tablet | Take 81 mg by mouth daily. | | |
| • betamethasone valerate (VALISONE) 0.1 % lotion | APPLY TOPICALLY 2 (TWO) TIMES DAILY. | 60 mL | 1 |
| • hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule | TAKE 1 CAPSULE (12.5 MG TOTAL) BY MOUTH DAILY. | 90 capsule | 3 |


11/10/2021 1:04:41 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6033340401 * CSID:3193639118 * ANI:13193639118 * DURATION (mm-ss):02-00

| | | | |
|---|---|---|---|
| • hydrOXYzine (ATARAX) 10 MG tablet | Take one to two tablets twice daily for acute anxiety/panic attacks only if needed | 90 tablet | 1 |
| • ibuprofen (ADVIL,MOTRIN) 400 MG tablet | Take 400 mg by mouth every 6 (six) hours as needed for Pain. Indications: Pain | | |
| • levothyroxine 137 MCG tablet | Take 137 mcg by mouth every morning before breakfast. | 90 tablet | 3 |
| • venlafaxine (EFFEXOR-XR) 150 MG 24 hr capsule | TAKE 2 CAPSULES (300 MG TOTAL) BY MOUTH DAILY. | 180 capsule | 3 |

No current facility-administered medications for this visit.

Review of Systems
Constitutional: Negative for fatigue.
HENT: Negative for rhinorrhea, sore throat and trouble swallowing.
Eyes: Negative for pain and redness.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain and nausea.
Genitourinary: Negative for frequency and menstrual problem.
Musculoskeletal: Negative for arthralgias.
Skin: Negative for color change and rash.
Neurological: Negative for headaches.
Psychiatric/Behavioral: The patient is not nervous/anxious.

**Objective:**

**Objective**

**Vitals:**

| | |
|---|---|
| | 10/04/21 1539 |
| BP: | 132/70 |
| Pulse: | 93 |
| Temp: | 98.6 °F (37 °C) |
| TempSrc: | Tympanic |
| Height: | 5' 5" (1.651 m) |
| Weight: | **(!) 267 lb (121.1 kg)** |
| Resp: | 12 |
| SpO2: | 98% |

Body mass index is 44.43 kg/m².

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
Appearance: She is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Left Ear: Hearing, tympanic membrane, ear canal and external ear normal.
Nose: Nose normal. No nasal deformity, mucosal edema or rhinorrhea.
Mouth/Throat:
Pharynx: Uvula midline. No oropharyngeal exudate.
Eyes:
General: Lids are normal. No scleral icterus.
Right eye: No discharge.
Left eye: No discharge.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Thyroid: No thyromegaly.
Trachea: Trachea normal.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion and neck supple.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Findings: No rash.
Neurological:
Mental Status: She is alert and oriented to person, place, and time.
Deep Tendon Reflexes: Reflexes are normal and symmetric.
Psychiatric:
Attention and Perception: Attention and perception normal.
Mood and Affect: Mood is anxious and depressed. Affect is tearful.
Speech: Speech normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Cognition and Memory: Cognition and memory normal.
Judgment: Judgment normal.

**Labs:**

**Assessment/Plan:**

**Assessment**

Jo was seen today for depression.

Diagnoses and all orders for this visit:

**Anxiety**
- hydrOXYzine (ATARAX) 10 MG tablet; Take one to two tablets twice daily for acute anxiety/panic attacks only if needed

Will continue with counseling
Continue Effexor and hydroxyzine as needed
FMLA for 12 weeks
This week working on creating routine, get good sleep at night. Start each day with meditation and journaling
Update weekly with how doing

## Instructions

After Visit Summary (Printed 10/4/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/70 Pulse 93 Temp 98.6 °F (37 °C) (Tympanic) Resp 12 Ht 5' 5" (1.651 m) Wt 267 lb (121.1 kg) ! (Abnormal) LMP 07/04/2017 SpO2 98% BMI 44.43 kg/m² BSA 2.36 m² |
| Flowsheets: | Anthropometrics, Vitals Reassessment |
| Encounter Info: | Billing Info, Allergies, Detailed Report, Detailed History Report |

## Payor Communication History

No communications have been sent for this encounter.

## Media

From this encounter

[Media Unavailable] Electronic signature on 10/4/2021 3:34 PM - E-signed

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | November 4, 2021 |
| To: | DR KRISTEN GIFFELMAN |
| Attn: | |
| Fax: | (319) 861-2953 |
| From: | Scott Smith<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 11975719<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

November 4, 2021

Dr. Kristen Giffelman

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719
Claimant: Jo Nie
Claimant D.O.B.:

Dear Dr. Kristen Giffelman:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2021 through the present.

- Completion of the Enclosed Forms:

  X Restrictions Form

We ask that you provide this information by November 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Smith
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 69827
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Scott Smith

| | | |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | November 4, 2021 |
| To: | LESLIE DOWNS MULLEN |
| Attn: | |
| Fax: | (319) 294-6107 |
| From: | Scott Smith<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 11975719<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

November 4, 2021

Leslie Downs Mullen

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719
Claimant: Jo Nie
Claimant D.O.B.:

Dear Leslie Downs Mullen:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Completion of the Enclosed Forms:

X Functional Capacities Form
X Estimated Return to Work Date: __________

We ask that you provide this information by November 10, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Smith
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 69827
Secure Fax No.: (603) 334-0401

Attachments: Functional Capacities Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Attending Physician's Assessment of Capacity

| | | |
|---|---|---|
| Jo Nie | | 11975719 |
| Patient Name | Date of Birth | Claim Number |
| Scott Smith | | |
| Case Manager | Date First Treated | Date Last Treated |

**Diagnosis(es)** Contributing to or Causing Impairment

**PHYSICAL CAPACITY (in an average 8-hour workday)**

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Sitting | | | |
| Standing | | | |
| Walking | | | |
| Driving | | | |
| Climbing | | | |
| Squatting | | | |
| Bending | | | |
| Kneeling | | | |
| Push / Pull | | | |
| Light Grasping | | | |
| Force Grasping | | | |

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Fingering / Typing | | | |
| Reaching Overhead | | | |
| Reaching Below Shoulders | | | |
| | | | |
| Lifting: | | | |
| Up to 10 lbs. | | | |
| Up to 20 lbs. | | | |
| Up to 30 lbs. | | | |
| Up to 40 lbs. | | | |
| Up to 50 lbs. | | | |
| Over 50 lbs. | | | |

| | |
|---|---|
| Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale. | |

| | | | | | |
|---|---|---|---|---|---|
| How long will these restrictions be imposed? | | Can your patient function in an occupational setting full time **within the capacities noted above**? | ☐ Yes ☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? | |

| | |
|---|---|
| If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work. | |

| | | | |
|---|---|---|---|
| Please indicate what your opinions regarding restrictions / limitations and work capacity are based on? | ☐ Clinical Experience | ☐ Patient's Self-Report | ☐ Functional Eval. (FCE) |
| | ☐ Specialty Training | ☐ Direct Observation | ☐ Other (Please List): |
| | ☐ Diagnostic Tests | ☐ Clinical Examination | ____________ |

| | | | | | |
|---|---|---|---|---|---|
| If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work? | ☐ Uncontrolled Pain | ☐ Unstable Medical Status | ☐ Patient's Motivation | ☐ Psychiatric Co-Morbid(s) | ☐ Other (List): ____________ |

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 28, 2021 |
| To: | LESLIE DOWNS MULLEN |
| Attn: | |
| Fax: | (319) 294-6107 |
| From: | Scott Smith<br>Claims Examiner II<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 11975719<br>Claimant: Jo Nie<br><br>Mercy Medical Center | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 28, 2021

Leslie Downs Mullen

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719
Claimant: Jo Nie
Claimant D.O.B.:

Dear Leslie Downs Mullen:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2021 through the present.

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  X Restrictions Form
  X Estimated Return to Work Date: ____________

We ask that you provide this information by November 3, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Smith
Claims Examiner II
Phone No.: (800) 210-0268 Ext. 69827
Secure Fax No.: (603) 334-0401

Attachments: Functional Status Evaluation
Restrictions Form

## FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** Scott Smith



EMPLOYEE/CLAIMANT NAME: Jo Nie

CLAIM NO: 11975719

EMPLOYER/SPONSOR: Mercy Medical Center DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions ______

Homicidal thoughts, plans, actions ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®

*Functional Mental Status Evaluation*


**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

____________________
____________________
____________________
____________________

Goal: __________ Success Indicator: __________ Timeline: __________

**Diagnosis (DSM-5)**

__________
__________
__________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

____________________
____________________
____________________
____________________

List all current medications:

__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: __________

Comments:

____________________
____________________
____________________
____________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ____________________ Date: __________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Scott Smith

| Jo Nie | | 11975719 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Leslie Downs Mullen, MS, LMFT, PLLC ph: 319.294.9206
Laura Sundell, MSW, LISW, RPT ph: 319.294.6090
Jenny Sheka, LMHC, CADC, PLLC ph: 319.389.6791
1450 Boyson Rd. C-2B
Hiawatha, IA 52233
Fax: 319.294.6107

**Confidentiality Notice**

This facsimile transmission is intended for the person named below. It may contain information that is privileged, confidential, or protected by state law from disclosure. Any review, dissemination or other use of this transmission or its contents by persons other than for whom it is addressed is strictly prohibited. If you have received this transmission in error, please notify us immediately by phone to arrange for return or destruction of the information. Thank you.

**TO:** Scott Smith / Lincoln Financial
603 334 0401

**From:** Leslie Downs Mullen, MS, LMFT

**Date:** 10/28/21

**Number of Pages:** (24) — In 2 batches

**Comments:**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 28, 2021

Leslie Downs Mullen

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719
Claimant: Jo Nie
Claimant D.O.B.:

Dear Leslie Downs Mullen,

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2021 through the present.

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  X Restrictions Form
  X Estimated Return to Work Date: unknown

  } not provided?

We ask that you provide this information by November 3, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **September 1, 2021 8:00AM - 9:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Diagnosis

| | |
|---|---|
| F41.1 | Generalized Anxiety Disorder |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **September 1, 2021 8:00AM - 9:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Symptom Description and Subjective Report

TELEHEALTH. Jodi had a bad spell of vertigo and Meniere's related symptoms due to working 12-14 hours a day to keep up with the increase in workload. She needed to take two days off, tried to go back Monday, and then needed another day off. Did meet with Laura to explore options. Finally understands the routes. She is going to continue to try and do her best and if she gets fired, she will file for long term disability and pursue a disability discrimination lawsuit. Worker's comp is not a good route, as because she was denied an accommodation, she has become sicker while they have only increased her workload, written her up, and continued harassing her. Tearful. Angry that the environment couldn't just support her and help her do her job to the best of her ability. Trying to figure out a strategy to still do a good job with the amount of cases she has while also physically taking care of herself. Still not seeing her kids, not able to cook or help with homework, spend any time on self-care. Difficulty accepting that she can't do 150% that is expected and is getting written up for it.

## Objective Content

Listened. Validate. Offered support. Processed how spending that amount of time on work is having physical and emotional repercussions. Jodi fearful that if she doesn't, she will be fired. If she is fired, she feared she wouldn't qualify for long-term disability. Recognizing now that if she is fired she will still have some options. Discussed strategy to get through the cases. If she has 35 cases, can she divide up her time (even if she commits 10 hours) and dedicate that amount to each? Jodi struggles, as she wants to know she did a good job, and limiting time feels like her quality won't be as good. They have not reinstated Saturdays, and are not dividing the cases equally. Jodi feels like she is set up to fail, terrorized about losing her job and not being able to support her family. Shifted focus to self care. Goal of doing the best job she can in the work day, and stopping. Recognizing that she cannot continue at this pace, as she has done this several times before and ends up more physically ill and emotionally unstable. Concern that she is "losing a little piece of herself" each time she does this cycle. Validated fear of being fired, and shifted focus to she can only control herself, and if they choose to fire her, that is something that is beyond her control. If she knows in her heart (which she does) that she has given everything she has and tried to the best of her ability, that is going to have to be enough.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management



PAGE 4/11 * RCVD AT 10/28/2021 3:14:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):05-32

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **September 1, 2021 8:00AM - 9:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support- weekly.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

**Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 1, 2021 at 10:05AM.**

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie

Date and Time: September 7, 2021 9:00AM - 10:00AM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Mildly Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **September 7, 2021 9:00AM - 10:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tried really hard to scale back the amount of time she is working. She wants to do a good job, review cases fully, and wants to get every detail done to the best of her standards. When she was trained, she was told it takes about 20 min to review a case, on top of the new ones. They typically had 15-20 cases (industry standard). Now they are averaging around 30 35 cases. 12 hour work days have now become longer, and she is frequently working until 10 or 11 at night. Anxiety is heightened due to fear of losing her job, lack of sleep, self-care, and family time. Meniere's is more managed at home and not having to navigate getting to and from the office and the external stimuli there, but she does need breaks. Has had spells of dizziness, ringing in her ear, loss of eye site in the one damaged eye, but with rest she has been able to manage. Trying to be pleasant to Carol despite it not being reciprocated. Has reached out to her team "to improve her communication", with no response. In addition, she found out that they voted to not have someone cover Saturdays anymore (which evened out the workload on Mon/Tues), and she was not included in the vote. It does appear that her suggestion to more evenly distribute new cases is working.

## Objective Content

Listened. Reviewed strategies to manage workload. Jodi struggles, as streamlining feels like she is going to miss something, which means she will be fired. Shared concern that working under these conditions amplify anxiety, as they would in anyone. With her health issues, self-care is crucial. Having to start and stop work to manage symptoms means lost time. As cases have nearly doubled, and the department not hiring (or replacing the person that last left), she may need to find a way to do the minimum necessary on each case to be able to get through them all in a reasonable time. Challenging, and without feeling supported by management and HR, she feels left alone to try and figure it out. Processed meeting with Carol on Friday of last week, and Jodi indicated it was fairly uneventful. Jodi indicated that she feels bad for the nurses having to work with such high census, and wishes she was physically in a place where she could help out on the floor- they are having a difficult time staffing the hospital. Celebrated Jodi's commitment to her workplace even in the midst of how she has been discriminated against, not supported, and sabotaged. Processed how her HR file upsets her, that there is such mis-characterization of who she is from Carol's write ups. Shared that with her history of exemplary status, others would have to see that suddenly she isn't this awful employee? Offered support.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **September 7, 2021 9:00AM - 10:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Treatment Plan Progress

## Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Jodi will reach out if needs support prior to next appointment.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 7, 2021 at 11:02AM.



PAGE 8/44 * RCVD AT 10/28/2021 3:14:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):05-32

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie

Date and Time: September 21, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Diagnosis

F41.1 Generalized Anxiety Disorder
F32.1 Major Depressive Disorder, Single episode, Moderate

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Euthymic |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Intact |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

No change.

# Psychotherapy Progress Note

Resilience Family Counseling, PLLC
Clinician: Leslie Downs Mullen, MS, LMFT
Patient: Jodi Nie

Date and Time: September 21, 2021 1:00PM - 2:00PM
Duration: 60 minutes
Service Code: 90837
Location: Main Office
Participants: Client only

## Symptom Description and Subjective Report

TELEHEALTH. Jodi updated. While her cases are still 30-35 daily, and she continues to work from 8 am to 12 pm to try and get them all done, Carol has been given some other tasks so she is not micromanaging Jodi. Jodi feels like she can breathe a little easier, is doing the best job she can. She is a little behind due to all the cases over the weekend, and stated "Carol could call me this afternoon and fire me"; Jodi continues to live with the threat of losing her livelihood over her head each day. Took one day off this week for Jace's birthday, as she knew that she would have to work all evening and wouldn't be able to see him and celebrate with him. She worries about Jace- at school he can be argumentative (she understands why, as he is called out for things that other's get a pass on), and she is working hard when she has time with him to encourage appropriate ways to manage his impulses, his frustrations, and be respectful to authority figures.

## Objective Content

Listened. Processed therapist's concern that she cannot continue at this pace. While she has a little more "breathing room", how long can she maintain this workload? Processed how other's in the department are approaching the job- Jodi maintains that Carol's expectations are different for her. She has added things that Jodi needs to do in each of her cases that other's do not. In addition, Jodi feels she takes pride in her work, reads the entire chart so as not to miss anything, and continues to monitor them for fear of making one mistake and being fired. She is at a loss for how to streamline without sacrificing quality. "I just won't do it. It feels good to complete a chart, know I've done everything to the best of my ability." She compared it to cleaning her house, how good it feels to "know" that everything is in order. Focused on strengths, on quality of character, and commended her for continuing to put forth her best effort despite being discriminated against on many levels. Processed concerns about Jace. Provided referral options for a male therapist in town.

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, Supportive Reflection, and Symptom Management

## Treatment Plan Progress

## Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing

2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Improved

## Plan

Continue support. Jodi thinking more clearly, more calm, despite the long hours she is working.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus



PAGE 10/11 * RCVD AT 10/28/2021 3:14:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):05-32

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **September 21, 2021 1:00PM - 2:00PM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

**Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on September 21, 2021 at 3:46PM.**

Leslie Downs Mullen, MS, LMFT, PLLC ph: 319.294.9206
Laura Sundell, MSW, LISW, RPT ph: 319.294.6090
Jenny Sheka, LMHC, CADC, PLLC ph: 319.389.6791
1450 Boyson Rd. C-2B
Hiawatha, IA 52233
Fax: 319.294.6107

**Confidentiality Notice**

This facsimile transmission is intended for the person named below. It may contain information that is privileged, confidential, or protected by state law from disclosure. Any review, dissemination or other use of this transmission or its contents by persons other than for whom it is addressed is strictly prohibited. If you have received this transmission in error, please notify us immediately by phone to arrange for return or destruction of the information. Thank you.

**TO:** Scott Smith / Lincoln Financial
603 334 0401

**From:** Leslie Downs Mullen, MS, LMFT

**Date:** 10/28/21

**Number of Pages:** (24) — In 2 batches

**Comments:**

Resilience Family Counseling, PLLC
Leslie Downs Mullen, MS, LMFT
1450 Boyson Rd. Bldg C, Suite 2B
Hiawatha, IA 52233
Ph: 319.294.9206

**September 27, 2021**

Re: Jodi Nie DOB:

Dear Dr. Gisselman,

I just wanted to reach out and provide a brief update regarding Jodi. Mercy allowed her to work from home beginning in the spring of this year. Initially Jodi was starting to heal both physically and emotionally and was getting on solid ground. Her self-esteem was starting to rebound, and I started to see a glimpse of her old bright, funny personality. Over the summer, she began getting written up for various reasons. She was not given an improvement plan nor offered support; the expectations kept changing. Her boss was monitoring her in ways that she was not monitoring co-workers, and holding her accountable for things that had never been part of the job nor was expected of others. Jodi continued to try and meet the changing demands. She had her yearly review, and was marked deficient in all areas (rated a 2). In Jodi's decades as a nurse, she has never received anything other than exemplary reviews. She was told that at the fifth write up she would be fired. She began to decline physically and emotionally, as she once again was working 14-16 hours a day in attempts to "do everything perfect" so she wouldn't get written up and lose her job.

Unfortunately there is no treatment that will solve this work environment, as she continues to take her medication and seek therapy weekly. She has been using her PRN anxiety medication much more frequently. At this time she is exhibiting signs of PTSD; she feels "terrorized" in her work environment and has significant changes in her thinking and mood. She vacillates between numbing and extreme emotional distress. Her memory has declined. She feels detached from her family. She is unable to experience positive emotions and the only activities in which she engages is work or sleep. Jodi is also struggling with physical and emotional responses. She is constantly on high-alert, easily startled and reactive, has difficulty concentrating, and is overwhelmed with feelings of worthlessness.

Jodi's husband has reached out to me several times over the past few months worried about her decline, concerned for her health. At one point he was worried about her safety, as she was more hopeless than he has ever seen her. I have continued to see her weekly since this all began nearly two years ago. Jodi reached out to me last evening, sobbing, experiencing a panic attack. She was having difficulty breathing, struggling to articulate her thoughts and emotions, and unable to make decisions. Currently, I am deeply concerned for her health, both physical and emotional, and am recommending that she take FMLA to allow herself time to heal and decide what is best moving forward. I hope that you can support that recommendation. If I can provide

any further information, please don't hesitate to reach out. Thank you for working with Jodi and the work you do in our community.

Sincerely,

Leslie Downs Mullen, MS, LMFT

Leslie Downs Mullen, MS, LMFT, PLLC
Licensed Marital and Family Therapist

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 6, 2021 11:00AM - 12:00PM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Pressured |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Distractible |
| Thought Process: | Unremarkable |
| Thought Content: | Preoccupied |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 6, 2021 11:00AM - 12:00PM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Symptom Description and Subjective Report

TELEHEALTH. Jodi had contacted this therapist on 9/26 in extreme panic. Having difficulty breathing, sobbing. Illogical in her speech and thoughts. As the weekend had wore on and she was not recovering from the previous week of work to start it again in the morning, she was unsure what to do. Therapist utilized grounding techniques to calm her, and recommended FMLA. Jodi agreed that she needed time to try to recover and "think clearly". Therapist sent a letter to her physician Monday morning with an update, who also recommended FMLA. Today, Jodi crying. Feels broken. Has been having nightmares- always about her work environment. Situations where she shows up for work and they have moved her office, her things, and no one will help her find it. Angry at her for not being able to do her job. Impossible to even breathe. Wakes up spinning, sick, unable to be upright. Staying in bed and sleeping all day the past two days. Stress is triggering Meniere's. Losing sight in eye, ringing in ear, walking down the hall makes her violently ill. Jodi feels that the "million little indiscretions" that her workplace has done has accumulated to where she doesn't even trust her own judgment on the simplest of tasks. Even today, being off the past 10 days, she is not recovering. She missed Jace's football game this weekend. She is unable to participate with the family and her husband. She feels useless. Extremely worried about finances and how their lives will not be like they planned if she were to be able to work ten more years. Concerned that Jace will need to change schools, and he is now just "finding his place".

## Objective Content

Listened. Validated. Offered support. Educated regarding PTSD and the symptoms that she is experiencing. Focused on areas that she does have control of right now. "Setting aside" worries of finance, knowing that she and Kevin will find some solutions once she is thinking more clearly. Processed visit with her physician. Reminded her of the people "on her team" that are here to help support her and that she can create a "new normal" in which she is functioning. It may look differently than she had planned, but she can adjust. Reminded her of strategies to soothe her nervous system- try to get outside, rest, eat healthy, spend time with family and dogs. "Taking one thing at a time as they come". Jodi presented with more calm affect and agreed to focus on self-care.

## Interventions Used

Cognitive Refocusing, Exploration of Coping Patterns, Exploration of Emotions, Interactive Feedback, Mindfulness Training, Psycho-Education, Relaxation/Deep Breathing, Somatic Resilience, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 6, 2021 11:00AM - 12:00PM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Treatment Plan Progress

### Objectives

1. **Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care**
   **Progress: Regressed**

2. **Maintain emotional regulation skills, problem-solving, and assertive communication skills**
   **Progress: Regressed**

## Plan

Continue weekly support. Jodi unsure of what the next week will bring, and will reach out should she need support prior.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on October 6, 2021 at 12:59PM.

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 14, 2021 7:00PM - 7:30PM**
Duration: **30 minutes**
Service Code: **90832**
Location: **Main Office**
Participants: **Client only**

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Poor |
| Judgment/Impulse Control: | Poor |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

using PRN

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 14, 2021 7:00PM - 7:30PM**
Duration: **30 minutes**
Service Code: **90832**
Location: **Main Office**
Participants: **Client only**

## Symptom Description and Subjective Report

TELEHEALTH. Kevin texted with concerns. Jodi sobbing uncontrollably. It has been nearly three weeks and she called HR and they had forgotten to send her the short-term disability form. She feels so disrespected, like she isn't even a human. How can they treat people like this? She will not have income until they process. She cannot think straight and she needed to get the FMLA paperwork to her doctor and then back. She had another form for the disability and what should take her an hour to do has taken three days because she is so ill from the stress. When the HR department told her "Oh, I must have forgotten to send that to you" Jodi completely unraveled. She is concerned she will never be herself again. Son has asked to meet for a family session because they are all so distressed and don't know how to help her. Kevin is angry at the situation and then things are tense. She wanted to protect them all from this but she can't keep her head above water right now.

## Objective Content

Listened. Validated. Offered support. Used grounding techniques to help calm her system. Shifted to thinking about just tonight. Not having to figure anything more out than getting something to eat, taking a shower, and going to bed. Educated regarding possible grief reaction compounding. Jodi feels forced out of her job through discrimination, the expectations constantly changing, and a large part of her identity has been as a nurse. Accepting that she needs to go on disability is a grave loss. Acknowledged, validated. "You only have to do what you can do right now". Assessed for suicidality. While Jodi is hopeless and feels completely out of control even of her own thinking, she does not think she is at risk for harming herself as she would not do that to her children. Voiced concern for them. Discussed support options, and reassured that we can address that but tonight she only needs to focus on herself.

## Interventions Used

Cognitive Refocusing, Interactive Feedback, Mindfulness Training, Relaxation/Deep Breathing, Somatic Resilience, and Structured Problem Solving

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Jodi has an appointment on Monday, but agreed to call if she needs support prior.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 14, 2021 7:00PM - 7:30PM**
Duration: **30 minutes**
Service Code: **90832**
Location: **Main Office**
Participants: **Client only**

**Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist signed this note and declared this information to be accurate and complete on October 14, 2021 at 7:49PM.**



PAGE 9/44 * RCVD AT 10/28/2021 3:21:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):06-32

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 18, 2021 10:00AM - 11:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment. Monitor and rule out PTSD.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Depressed |
| Affect: | Congruent |
| Insight: | Good |
| Judgment/Impulse Control: | Good |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Moderately Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change

## Symptom Description and Subjective Report

Jodi slept most of the weekend. Attempting to recover from the heightened distress of the past few weeks since taking FMLA. Was able to see the boys more this weekend. Has had more conversation over the past weekend with Jace than she has had in the past two years. Working hard to just take care of herself and not get focused on the long term ramifications of not working and providing financially for her family in the way that she wanted to.



PAGE 10/14 * RCVD AT 10/28/2021 3:21:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):06-32

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 18, 2021 10:00AM - 11:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Objective Content

Listened. Shifted focus away from work to family relationships. Beyond financial support, gently pointed out all the ways she can support her family once she has some energy in reserve. Processed how the past two years has impacted Kevin, the boys. Jodi feels that she has become a shell of a person, unavailable. Her work distress has trickled down to all facets of her life. She has dedicated all that she has to just getting through the work day. There have been huge consequences to her health, her relationships. She is hoping it is not too late to recover and repair. Processed the grief of losing so much time with her children and her husband. Offered support. Gently pulled her back to "just today, just right now". Jodi needs to fill out more paperwork, gets easily overwhelmed, as it triggers all the pain. Encouraged taking breaks, being concise, having "56 year old Jodi fill out the paperwork- report facts and stay out of the emotions."

## Interventions Used

Cognitive Challenging, Cognitive Refocusing, Cognitive Reframing, Exploration of Coping Patterns, Exploration of Emotions, Exploration of Relationship Patterns, Interactive Feedback, Structured Problem Solving, and Supportive Reflection

## Treatment Plan Progress

## Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Progressing
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Progressing

## Plan

Continue support. Will schedule a family session to offer support.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on October 18, 2021 at 11:03AM.



PAGE 11/14 * RCVD AT 10/28/2021 3:21:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):06-32

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 28, 2021 9:00AM - 10:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Diagnosis

| | |
|---|---|
| F43.11 | Post-Traumatic Stress Disorder, Acute |
| F32.1 | Major Depressive Disorder, Single episode, Moderate |
| F41.1 | Generalized Anxiety Disorder |

History of anxiety, medication prescribed, was managed. Exhibiting symptoms of PTSD due to prolonged denial of accommodation request and continued harassment and targeted passive aggressive behavior in a significantly toxic work environment that amplified and worsened Meniere's disease symptoms, and caused anxiety and depression.

## Current Mental Status

| | |
|---|---|
| Orientation: | X3: Oriented to Person, Place, and Time |
| General Appearance: | Appropriate |
| Dress: | Appropriate |
| Motor Activity: | Unremarkable |
| Interview Behavior: | Appropriate |
| Speech: | Normal |
| Mood: | Anxious, Depressed |
| Affect: | Congruent |
| Insight: | Excellent |
| Judgment/Impulse Control: | Excellent |
| Memory: | Intact |
| Attention/Concentration: | Good |
| Thought Process: | Unremarkable |
| Thought Content: | Appropriate |
| Perception: | Unremarkable |
| Functional Status: | Severely Impaired |

## Risk Assessment

Patient denies all areas of risk. No contrary clinical indications present.

## Medications

no change. Physician did renew the PRN medication

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 28, 2021 9:00AM - 10:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Symptom Description and Subjective Report

TELEHEALTH. Jodi tearful. Exhausted. Needs to complete paperwork but whenever she attempts to, she breaks down and cannot function. Slept all day. Meniere's is significantly worse due to work distress. Having been off the past four weeks has done nothing in terms of letting her heal. Continued work related nightmares - had one last night. Feels humiliated. Feels worthless that she is unable to contribute. "If I could have done something to make the work situation manageable, I wanted to be able to do a good job and contribute to my family." Extreme guilt and feeling of no value. Attempted to do some household chores and couldn't do it. Missed Jace's football game due to inability to get out of bed. Tension with husband as she feels this has all impacted him and the kids significantly and she knows there needs to be repair work done, but simply can't do that right now.

## Objective Content

Listened. Validated. Offered support. Reviewed all of her attempts over the past two years to get resolution, decrease work stress so that she could manage her Meniere's symptoms, and what needed to change (being respected, valued, supported; not discriminated against, punished, and dehumanized) was not within her power. Encouraged her to consider what value she has outside of employment. She has worked her entire life, always gave 110% to her jobs, found success, and of course our work lives contribute to our self-worth. However, she does have value despite being unable to work. Problem-solved with paperwork she needs to complete. Jodi feels that she "rambles" and loses focus, which never use to be the case, and that she gets frustrated, anxious, tearful, and simply doesn't feel she can be concise or put her thoughts on paper in a way that accurately represents the situation. Can she start with what she turned in to HR when she filed the complaint? Maybe add additional information, but at least get the minimal done and turned in, indicating she has specific examples if requested but right now is really struggling to function? Jodi agreed to try that strategy. Discussed bringing her family in for some support to them as well, and we have that scheduled for next week. Reviewed self-care, importance of regular diet, getting out of bed and outside if possible, connecting with husband, kids, dogs.

## Interventions Used

Cognitive Refocusing, Communication Skills, Exploration of Emotions, Interactive Feedback, Relaxation/Deep Breathing, Structured Problem Solving, Supportive Reflection, and Symptom Management

# Psychotherapy Progress Note

**Resilience Family Counseling, PLLC**
Clinician: **Leslie Downs Mullen, MS, LMFT**
Patient: **Jodi Nie**

Date and Time: **October 28, 2021 9:00AM - 10:00AM**
Duration: **60 minutes**
Service Code: **90837**
Location: **Main Office**
Participants: **Client only**

## Treatment Plan Progress

### Objectives

1. Teach depersonalization, boundary-setting, and explore options that will not continue to cause deterioration in her functioning and increase self-care
   Progress: Regressed
2. Maintain emotional regulation skills, problem-solving, and assertive communication skills
   Progress: Regressed

## Plan

Continue weekly support. Focus on strengths, finding value and worth in herself outside of work. Continue to validate her experience, as she has limited social support.

Prescribed frequency of treatment: Weekly
Recommendation: Continue current therapeutic focus

**Leslie Downs Mullen, MS, LMFT, Licensed Marriage and Family Therapist, License #00190 signed this note and declared this information to be accurate and complete on October 28, 2021 at 10:36AM.**



PAGE 14/14 * RCVD AT 10/28/2021 3:21:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033340401 * CSID:3192946107 * ANI:13192946107 * DURATION (mm-ss):06-32

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 26, 2021 |
| To: | DR GIFFELMAN |
| Attn: | MEDICAL RECORDS |
| Fax: | (319) 861-2953 |
| From: | Shannon Kelly<br>Disability Case Manager<br>On Behalf Of: Scott Smith<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 11975719<br>Claimant: Jo Nie<br><br>Mercy Medical Center |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 26, 2021

Dr Giffelman

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719
Claimant: Jo Nie
Claimant D.O.B.:

Dear Dr Giffelman:

We are the Disability Claim Administrator for your patient, Jo Nie.

To evaluate Ms. Nie's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2021 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by November 1, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Kelly
Disability Case Manager
On Behalf Of: Scott Smith
Phone No.: (800) 210-0268 Ext. 69827
Secure Fax No.: (603) 334-0401

Attachments: Restrictions Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

# Restrictions Form

**Return To:** Scott Smith

| Jo Nie | | 11975719 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
**DATE LAST TREATED** — ____________
**NEXT OFFICE VISIT** — ____________

**DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ____________

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ **.**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Nie 763**

From: LFGNotifications@LFG.com
Sent: Tuesday, October 26, 2021 2:46:38 PM
To:
CC:
BCC:
Subject: [Send Secure]Mercy Medical Center Claim No. 11975719 Jo Nie
Attachments: eehqkjjihffhvvfou4og_11497719.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

October 26, 2021

Ms. Jo E. Nie
5826SPRING VIEW CT NE
CEDAR RAPIDS, IA 52411

RE: Short Term Disability (STD) Benefits
Mercy Medical Center
Claim #: 11975719

Dear Ms. Jo Nie:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Mercy Medical Center's Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On 10/26/21, we requested medical records from Dr. Giffelman and Dr. Downs Mullen . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2021 through the present from Dr. Giffelman and Dr. Downs Mullen

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Mercy Medical Center's STD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than December 8, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Kelly
Disability Case Manager
On Behalf Of: Scott Smith
Phone No.: (800) 210-0268 Ext. 69827
Secure Fax No.: (603) 334-0401

**From:** DoNotReply@lfg.com
**Sent:** Mon, 25 Oct 2021 16:50:38 +0000
**To:** afelton@mercycare.org;mhetrick@mercycare.org;scollins@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Mon, 25 Oct 2021 16:50:38 +0000
**To:** afelton@mercycare.org;mhetrick@mercycare.org;scollins@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**From:** DoNotReply@lfg.com
**Sent:** Mon, 25 Oct 2021 16:50:38 +0000
**To:** afelton@mercycare.org;mhetrick@mercycare.org;scollins@mercycare.org
**Subject:** Claim #11975719, JO NIE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 11975719.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.