IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JO NIE,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Law No. 24-cv-00037-MAR<br><br>**JOINT MOTION TO AMEND BRIEF SCHEDULE** |

Counsel have conferred regarding the schedule in this matter and submit the following proposed amended dates regarding the briefing deadlines:

1. Deadline for the filing of Plaintiff's opening brief: **October 25, 2024**

1. Deadline for the filing of Defendant's brief: **November 22, 2024**

2. Deadline for the filing of the Plaintiff's reply brief: **December 13, 2024**

The only deadline being changed is the deadline for Plaintiff's Opening Brief, so this will not affect the date of full submission.


*/s/ Jason D. Neifert*
Jason D. Neifert
NEIFERT, BYRNE & OZGA, P.C.
1441 – 29th Street, Suite 111
West Des Moines, IA 50266
Telephone: (515) 226-2117
Facsimile: (515) 226-2497
E-mail: JNeifert@nbolawfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Esq.
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
E-mail: iwana@rademaekers.law.com

**IT IS ORDERED** that the proposed dates are approved and adopted by the court [as modified].

DATED this 17th day of October, 2024.

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT