**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| JO NIE,<br><br>Plaintiff(s),<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | No. 1:24-cv-00037<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Jo Nie and Defendant Lincoln Life Assurance Company of Boston[1] hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated: October 25, 2024

**NEIFERT, BYRNE & OZGA, P.C.**

By: /s/ Jason D. Neifert
Jason D. Neifert (AT0005681)
1441 29th Street, Suite 111
West Des Moines, IA 50266
PH: (515) 226-2117
FX: (515) 226-2497
Email: jneifert@nbolawfirm.com
ATTORNEY FOR PLAINTIFF

**AND**

1 The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct name of the Defendant in this action.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- And -*

**LEDERER WESTON CRAIG PLC**

By: /s/ Brenda K. Wallrichs
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail: bwallrichs@lwclawyers.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October 2024 I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff:**
Jason D. Neifert
Email: jneifert@nbolawfirm.com

/s/ Iwana Rademaekers
Iwana Rademaekers